# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

ORIGINAL

Case Number   **CR15 - 0255**

Defendant Number   1

U.S.A. v.   Paul Tanaka

Year of Birth   1958

[x] Indictment          [ ] Information

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor    [ ] Minor Offense  [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor  [x] Felony

b. Date of Offense   August 19 to December 20, 2011

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[x] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other N/A

Citation of Offense   18 U.S.C. § 371, 18 U.S.C. § 1503

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [x] No      [ ] Yes

IF YES      Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE**   United States v. Thompson, et al., CR No. 13-819-PA

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:   N/A

Case Number   N/A

Charging   N/A

The complaint:        [ ] is still pending

[ ] was dismissed on:   N/A

## PREVIOUS COUNSEL

Was defendant previously represented?    [ ] No    [x] Yes

IF YES, provide, Name:   Dean Steward

Phone Number:   (949) 481-4900

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*                [x] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[x] Yes*                [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**        [x] Yes        [ ] No

This is the   N/A   superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
N/A

Case Number   N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

N/A

[ ] was previously dismissed on   N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*                [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[x] Yes*                [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

[x] Yes          [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?     [ ] YES     [x] NO

IF YES, list language and/or dialect:

N/A

**OTHER**

[x] Male          [ ] Female

[ ] U.S. Citizen          [ ] Alien

Alias Name(s) _____

This defendant is charged in:     [ ] All counts

[x] Only counts:  1, 2

[ ] This defendant is designated as "High Risk" per
    18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per
    18 USC § 3166 (b)(7).

Is defendant a juvenile?     [ ] Yes     [x] No

IF YES, should matter be sealed?     [ ] Yes     [ ] No

The area of substantive law that will be involved in this case includes:

[ ] financial institution fraud     [x] public corruption

[ ] government fraud               [ ] tax offenses

[ ] environmental issues           [ ] mail/wire fraud

[ ] narcotics offenses             [ ] immigration offenses

[ ] violent crimes/firearms        [ ] corporate fraud

[x] Other   obstruction of justice

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:  N/A

   in the amount of $ N/A

c. PSA supervision?     [x] Yes     [ ] No

d. Is on bail or release from another district:

   N/A

Defendant is **in** custody:

a. Place of incarceration:     [ ] State     [ ] Federal

b. Name of Institution:  N/A

c. If Federal: U.S. Marshal's Registration Number:

   N/A

d. [ ] Solely on this charge.  Date and time of arrest:

   N/A

e. On another conviction:     [ ] Yes     [ ] No

   IF YES :     [ ] State     [ ] Federal     [ ] Writ of Issue

f. Awaiting trial on other charges: :     [ ] Yes     [ ] No

   IF YES :     [ ] State     [ ] Federal     AND

   Name of Court:  N/A

Date transferred to federal custody:  N/A

This person/proceeding is transferred from another district

pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  Not applicable.

Date    May 12, 2015

Signature of Assistant U.S. Attorney

Brandon Fox

Print Name