# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

## CASE SUMMARY

Case Number  **CR15 - 0255**                    Defendant Number  2

U.S.A. v.  William Thomas Carey, a/k/a "Tom Carey"          Year of Birth  1958

[x] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [x] Felony

b. Date of Offense  August 19 to December 20, 2011

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[x] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other N/A

Citation of Offense  18 U.S.C. § 371, 18 U.S.C. § 1503, and 18 U.S.C. § 1623

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    [x] No          [ ] Yes

IF YES    Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**    United States v. Thompson, et al., CR No. 13-819-PA

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A

Case Number    N/A

Charging    N/A

The complaint:          [ ] is still pending

          [ ] was dismissed on:  N/A

### PREVIOUS COUNSEL

Was defendant previously represented?    [x] No        [ ] Yes

IF YES, provide, Name:  N/A

                    Phone Number:  N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*                    [x] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[x] Yes*                    [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**        [x] Yes          [ ] No

This is the  N/A    superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
N/A

Case Number    N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

N/A

[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*                    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[x] Yes*                    [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

[x] Yes          [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          [ ] YES     [x] NO

IF YES, list language and/or dialect:

N/A

### OTHER

[x] Male          [ ] Female

[ ] U.S. Citizen          [ ] Alien

Alias Name(s)    "Tom Carey"

This defendant is charged in:          [ ] All counts

[x] Only counts:    1, 3, 4, 5

[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?          [ ] Yes     [x] No

IF YES, should matter be sealed?     [ ] Yes     [ ] No

The area of substantive law that will be involved in this case includes:

[ ] financial institution fraud      [x] public corruption

[ ] government fraud          [ ] tax offenses

[ ] environmental issues          [ ] mail/wire fraud

[ ] narcotics offenses          [ ] immigration offenses

[ ] violent crimes/firearms          [ ] corporate fraud

[x] Other    obstruction of justice

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:    N/A

b. Posted bond at complaint level on:    N/A

   in the amount of $    N/A

c. PSA supervision?          [x] Yes          [ ] No

d. Is on bail or release from another district:

   N/A

Defendant is **in** custody:

a. Place of incarceration:     [ ] State     [ ] Federal

b. Name of Institution:    N/A

c. If Federal: U.S. Marshal's Registration Number:

   N/A

d. [ ] Solely on this charge.  Date and time of arrest:

   N/A

e. On another conviction:     [ ] Yes     [ ] No

   IF YES :   [ ] State   [ ] Federal   [ ] Writ of Issue

f. Awaiting trial on other charges: :     [ ] Yes     [ ] No

   IF YES :   [ ] State   [ ] Federal     AND

   Name of Court:   N/A

Date transferred to federal custody:    N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.     20          21          40

---

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:   Not applicable.

---

Date    May 12, 2015

Signature of Assistant U.S. Attorney

Brandon Fox

Print Name