ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF,<br><br>　　　　v.<br><br>PAUL TANAKA and<br>WILLIAM THOMAS CAREY,<br>　a/k/a "Tom Carey,"<br><br>　　　　　　　　DEFENDANTS. | **CR15 - 0255**<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to United States v. Thompson, et al., Case No. CR 13-819, which:

　　__X__　　was previously assigned to the Honorable Percy Anderson;

　　_____　　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__X__　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　_____　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):  The conspiracy and obstruction of justice allegations are similar to those charged in the related case.  The perjury allegedly occurred at the trials of the related case.

Dated: May 12, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　Brandon Fox
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney