ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S) <br><br> v. <br><br> PAUL TANAKA and <br> WILLIAM THOMAS CAREY, <br> a/k/a "Tom Carey," <br><br> DEFENDANT(S). | Initial Indictment: <br><br> **C R 15 - 0255** <br> Case Number to be Assigned by Criminal Intake Clerk <br><br> Superseding Indictment: <br><br> _____ <br> Case Number |

## NOTICE TO COURT OF COMPLEX CRIMINAL CASE
(To Be Filed No Later than Two Business Days
Prior to the Time of Arraignment)

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____
and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is __20__ trial days.

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____ (The previous number of defendants was _____ ).
and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. (The previous estimate was _____ trial days.)

Date: May 12, 2015 _____

_____
Assistant United States Attorney