ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States Of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | LACR15-255-SJO |
| v. | |
| Paul Tanaka and William Thomas Carey | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Criminal Cases)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

5-15-15
_____                    _____
Date                                        United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____                    _____
Date                                        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  LACR13-819-PA                    and the present case:

[X] A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

[ ] B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

## Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials ___PA___ after the case number in place of the initials of the prior judge, so that the case number will read ___CR15-00255 PA___.

This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

cc:  [ ] PSALA   [ ] PSAED   [ ] USMLA   [ ] USMSA   [ ] USMED   [X] Previous Judge   [ ] Statistics Clerk

CR-59 (06/14)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Criminal Case)