FILED

2015 MAY 14   AM 10: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | |
| v. | | 15CR 255 - 1 |
| PAUL TANAKA | | |
| | | **REPORT COMMENCING CRIMINAL ACTION** |
| | DEFENDANT(S). | |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest: __5/14/2015__ , __6:30__ ☒ AM / ☐ PM

2.  Defendant is in lock-up (in this court building)  Yes ☒    No ☐

3.  Charges under which defendant has been booked:
    __18 USC 371 : 1503 (a)__

4.  Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

5.  U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown

6.  Interpreter Required: ☒ No    ☐ Yes: _____ (Language)

7.  Year of Birth: __1958__

8.  The defendant is: ☒ Presently in custody on this charge.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

9.  Place of detention (if out-of-district): __N/A.__

10. Date detainer placed on defendant: __N/A.__

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )

12. Does the defendant have retained counsel ?    ☐ No
    ☒ Yes    Name: __DEAN STEWARD__    and Phone Number: __949.481.4900__

13. Did you notify Pretrial Services?    ☐ No
    ☒ If yes, please list Officer's Name: _____ Time: _____ AM / PM

14. Remarks (if any): __N/A.__

15. Date: __5/14/2015__    16. Name: __PETER LEE__ (Please Print)

17. Agency: __FBI__    18. Signature: _____

19. Office Phone Number: __310-477-6565__