**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

*(FILED stamp: CLERK, U.S. DISTRICT COURT  MAY 2015  BY CENTRAL DISTRICT OF CALIFORNIA DEPUTY)*

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR15-255 |
| v. | |
| PAUL TANAKA | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint

H. DEAN STEWART & JEROME HAIG, Esquire, as my attorney to appear for me throughout all proceedings in this case.

5-14-15
_____
Date

X  Paul K Tanaka
_____
Defendant's Signature

LOS ANGELES , CA
_____
City and State

## APPEARANCE OF COUNSEL

WE H. DEAN STEWART & JEROME HAIG, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

5-14-15
_____
Date

85317
_____
California State Bar Number

_____
Attorney's Signature

107 MIRAMAR #C
_____
Street Address

92672
SAN CLEMENTE, CA
_____
City, State, Zip Code

949-481-4900
_____
Telephone Number

21143 Hawthorne
Suite 454
Torrance, CA
90503

949-496-675 3
_____
Fax Number

DEANSTEWARD AOL.com
_____
E-mail Address

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL