FILED

2015 MAY 14  AM 10: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | |
| v. | 15CR 255 - 2 |
| William Thomas Carey | |
| DEFENDANT(S). | **REPORT COMMENCING CRIMINAL ACTION** |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: _5-14-15_          _7_          ☒ AM / ☐ PM

2. Defendant is in lock-up (in this court building)   Yes ☒          No ☐

3. Charges under which defendant has been booked:
   _18 USC 371; 1503(a); 1623_

4. Offense charged is a: ☒ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

5. U.S. Citizen: ☒ Yes     ☐ No          ☐ Unknown

6. Interpreter Required: ☒ No     ☐ Yes: _____ (Language)

7. Year of Birth: _1958_

8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

9. Place of detention (if out-of-district): _N.A._

10. Date detainer placed on defendant: _N.A._

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _—_ )

12. Does the defendant have retained counsel ?     ☐ No
    ☒ Yes     Name: _Tom O'Brien_ and Phone Number: _~~626-967-7744~~_

13. Did you notify Pretrial Services?     ☐ No
    ☒ If yes, please list Officer's Name: _____ Time: _8³⁰_ ☒ AM / ☐ PM

14. Remarks (if any): _____

15. Date: _5-14-15_          16. Name: _MARIE KONDZIELSKI_ (Please Print)

17. Agency: _FBI_          18. Signature: _SA Marie M. Kondzielski_

19. Office Phone Number: _310-245-4330_