FILED
CLERK U.S. DISTRICT COURT
MAY 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | LACR 15 - 255 |
| v. | | |
| William J. Carey | DEFENDANT(S). | **DESIGNATION AND APPEARANCE OF COUNSEL** |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint

Thomas P. O'Brien _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

| 5-14-15 | W.T.C |
|---|---|
| Date | Defendant's Signature |
| | Los Angeles, CA |
| | City and State |

### APPEARANCE OF COUNSEL

I, Thomas P. O'Brien _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

| 5-14-15 | [signature] |
|---|---|
| Date | Attorney's Signature |
| 166369 | 515 S. Flower |
| California State Bar Number | Street Address |
| | LA, CA 90071 |
| | City, State, Zip Code |
| | 213 683 6000    213 996 3245 |
| | Telephone Number    Fax Number |
| | thomasobrien@paulhastings.com |
| | E-mail Address |