FILED
CLERK, U.S. DISTRICT COURT

MAY 1 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.     PLAINTIFF<br><br>William T Carey<br><br>DEFENDANT. | CASE NUMBER:<br><br>CR 15-00255<br><br>**DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, _____William T Carey_____ , declare that
*(Defendant/Material Witness)*

☒    I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐    I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐    My passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___14th___ day of ___May___ , 20 _15_
at ___Los Angeles CA___
*(City and state)*

_____X  W.T. C_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____

languages. I accurately translated this form from English into _____

to declarant _____ on this date.

Date: _____     _____
                                 *Interpreter*

CR-37 (03/15)            DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS