# Query

| WARNING: Search results from this screen are NOT subject to the 30 page limit on PACER charges. Please be as specific as possible with your search criteria. |
| --- |

**Search Clues**                                                    Mobile Query

Case Number    [2:13-cr-00819]    [Hide Case List]
Select a case:
☐ 2:13-cr-00819-PA USA v. Thompson et al (closed 12/16/2014) ▭
   ☐ 2:13-cr-00819-PA-1 Gregory Thompson (closed 09/26/2014)
   ☐ 2:13-cr-00819-PA-2 Stephen Leavins (closed 09/26/2014)
   ☐ 2:13-cr-00819-PA-3 Gerard Smith (closed 09/26/2014)
   ☐ 2:13-cr-00819-PA-4 Mickey Manzo (closed 09/26/2014)
   ☐ 2:13-cr-00819-PA-5 James Sexton (closed 12/16/2014)
   ☐ 2:13-cr-00819-PA-6 Scott Craig (closed 09/26/2014)
   ☐ 2:13-cr-00819-PA-7 Maricela Long (closed 09/26/2014)

**or search by**

Case Status:    ○ Open    ○ Closed    ○ All

Filed Date    [ ]    to    [ ]

Last Entry Date    [ ]    to    [ ]

Nature of Suit
```
0 (zero)
110 (Insurance)
120 (Contract: Marine)
```

Cause of Action
```
0 (00:0000 Cause Code Unknown)
00:0000 (00:0000 Cause Code Unknown)
02:0431 (02:431 Fed. Election Commission: Failure Enforce Compliance)
```

Last/Business Name    [ ]    ☐ Exact matches only

First Name    [ ]    Middle Name    [ ]

Type    [       ⌄]    Prisoner ID    [ ]

[Run Query]    [Clear]