STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MARGARET L. CARTER (Cal. Bar No. 220637)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-7413
     Facsimile:  (213) 894-6436
     E-mail:     Maggie.carter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE IN A CRIMINAL CASE |
| v. | |
| PAUL TANAKA, et al. | |
| Defendants. | |

     Plaintiff, United States of America, hereby advises that an additional Assistant United States Attorney ("AUSA") has been assigned to the above-captioned case as follows.

| | NAME | EMAIL ADDRESS |
|---|---|---|
| AUSA Assigned | MARGARET L. CARTER | Maggie.carter@usdoj.gov |

1

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that the AUSA is associated with this case and receives all emails relating to filings in this case.

Dated: May 19, 2015

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/
MARGARET L. CARTER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2