## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 15-255 PA | Date | May 18, 2015 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| Stephen Montes Kerr | Not Reported | Brandon Fox, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | Not | | X | (1) Harry Dean Steward | Not | | X |
| (2) William Thomas Carey | Not | | X | (2) Thomas Peter O'Brien | Not | | X |

**Proceedings:**    IN CHAMBERS ORDER

This action has been reassigned to the calendar of United States District Judge Percy Anderson. All parties and their counsel are ordered to appear on Tuesday, May 26, 2015, at 11:00 a.m. for a status conference and/or trial setting conference.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Deputy Clerk | SMO | |

cc:  **PSA**