## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 15-255 PA | Date | May 20, 2015 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Stephen Montes Kerr | Not Reported | Brandon Fox, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | Not | | X | (1) Harry Dean Steward | Not | | X |
| (2) William Thomas Carey | Not | | X | (2) Thomas Peter O'Brien | Not | | X |

**Proceedings:**    IN CHAMBERS ORDER

The Court has received the Government's Request for Judicial Inquiry re: Conflicts of Interest (Docket No. 31). The Court orders counsel for defendant William Thomas Carey ("Carey") to file a Response by no later than 2:00 p.m. on Friday, May 22, 2015. The Government's Reply shall be filed no later than Tuesday, May 26, 2015.

The status conference and trial setting conference currently calendared for Tuesday, May 26, 2015, is continued to Friday, May 29, 2015, at 11:00 a.m. The Court will conduct a hearing on the Government's Request for Judicial Inquiry in conjunction with the status conference and trial setting conference.

IT IS SO ORDERED.