THOMAS P. O'BRIEN (SB# 166369)
thomasobrien@paulhastings.com
NICHOLAS J. BEGAKIS (SB# 253588)
nickbegakis@paulhastings.com
KATHRYN C. WANNER (SB# 269310)
kathrynwanner@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorney for Defendant
WILLIAM T. CAREY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL TANAKA and WILLIAM THOMAS CAREY aka "Tom Carey,"<br><br>Defendants. | NO. CR 15-255-PA<br><br>**DEFENDANT WILLIAM T. CAREY'S RESPONSE TO GOVERNMENT'S REQUEST FOR JUDICIAL INQUIRY RE: CONFLICTS OF INTEREST**<br><br>Date:        May 29, 2015<br>Time:       11:00 a.m.<br>Judge:      Hon. Percy Anderson |

## **RESPONSE**

In light of the Government's disclosure of certain of its potential trial strategies in its Request for Judicial Inquiry re: Conflicts of Interest, Docket No. 31 (the "Request"), Paul Hastings LLP ("Paul Hastings") will request permission from this Court to withdraw as counsel for William T. Carey.  Prior to the scheduled hearing on May 29, 2015, Paul Hastings will file a form G-01 Request for Approval of Substitution or Withdrawal of Counsel and a form G-01 Order regarding the same.  Mr. Carey is in the process of retaining new counsel and new counsel and Paul Hastings will appear at the May 29, 2015 hearing.  Due to this proposed withdrawal, Paul Hastings will not be filing an opposition to the Government's Request.

DATED:  May 22, 2015          THOMAS P. O'BRIEN
                              NICHOLAS J. BEGAKIS
                              KATHRYN C. WANNER
                              PAUL HASTINGS LLP


                              By: _____/s/_____
                                          Thomas P. O'Brien

                              Attorneys for Defendant
                              WILLIAM T. CAREY

LEGAL_US_W # 81982939.1

-1-          RESPONSE TO REQUEST FOR JUDICIAL
             INQUIRY RE: CONFLICTS OF INTEREST