**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s)<br><br>v.<br><br><br>Defendant(s) | |
| | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

_____  ☐ Plaintiff ☐ Defendant ☐ Other  _____
*Name of Party*

to substitute  _____  who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                                                      *E-Mail Address*

_____          _____          _____
*Telephone Number*                           *Fax Number*                           *State Bar Number*

as attorney of record instead of  _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**


Dated  _____          _____
                                                              U. S. District Judge/U.S. Magistrate Judge