FILED
CLERK, U.S. DISTRICT COURT

MAY 2 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>PAUL TANAKA and WILLIAM THOMAS CAREY aka "TOM CAREY"<br><br>Defendant(s) | **CASE NUMBER**<br><br>CR 15-255-PA<br><br><br>(PROPOSED) ORDER ON<br>**REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

William T. Carey    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute  Andrew Stolper                                    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

520 Newport Center Drive, Suite 1400
*Street Address*

Newport Beach, CA 92660                astolper@eaganavenatti.com
*City, State, Zip*                            *E-Mail Address*

(949) 706-7000            (949) 706-7050            205462
*Telephone Number*            *Fax Number*            *State Bar Number*

as attorney of record instead of  Thomas P. O'Brien

*List **all** attorneys from same firm or agency who are withdrawing.*

of Paul Hastings LLP

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated _____5/29/15_____

_____
U. S. District Judge/U.S. Magistrate Judge