Recommend: ☒ Approval ☐ Disapproval
*(If disapproval is checked, please complete the bottom of page 2)*

☒ Sufficient amount of equity
☒ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☒ Property Appraisal *(assessed value or signed written Appraisal of current market value)*
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On __5/22/2015__     x __7413__
        Date                    Extension

By: __MARGARET L. CARTER__
         Assistant U.S. Attorney

Signature: _____

LODGED

2015 MAY 22 PM 3: 22

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> Paul Tanaka <br><br> PLAINTIFF, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CR 15-255-SJO <br><br> **AFFIDAVIT OF SURETY(IES) (PROPERTY)** | |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 50,000.00 ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

Address and description of property:

800 GRAND AVENUE, UNIT A12,  DIAMOND BAR, CA 91765
"LEGAL DESCRIPTION" ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

VALERIE G. FRANCO
Print Name of Surety

800 GRAND AVENUE, UNIT A12
Address of Surety

X X X - X X- 5 7 3 8
Social Security Number *(Last 4 digits only)*

DIAMOND BAR, CA 91765
City, State, Zip Code

☑ Sole Holder or Owner      ☐ Tenancy in Common      ☐ Joint Tenancy      ☐ Other: _____

Percentage of
Interest of Surety %100

Present Fair Market
Value of Property $ 300,000.00
*(supporting documentation attached)*

Total Amount of
Encumbrances and/or All Liens $244,251.74
*(list below separately)*

NATIONSTAR MORTGAGE
Name of Holder of 1st Encumbrance

P.O. BOX 60516, CITY OF INDUSTRY, CA 91716-0516
Address, City, State, Zip Code

Name of Holder of 2nd Encumbrance

Address, City, State, Zip Code

Name of Holder of 3rd Encumbrance

Address, City, State, Zip Code

Total Equity $ 55,748.26
*(after deduction of encumbrance/liens)*

Homesteaders  ☐ Yes  ☑ No
Exemption Filed?

Amount of Exemption $ N/A.

NONE
Number of other bonds or undertakings

N/A.
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral?  ☐ Yes      ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes      ☐ No.   If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this _____ Day of MAY _____ 2015 .

Signature of Surety

WIFE
Relationship of Surety

Signature of Surety

Relationship of Surety

Above Surety Approved: _____
United States Magistrate Judge

Dated: 5-26-15

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation         ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____         _____
Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

## EXHIBIT "A"

A CONDOMINIUM COMPOSED OF:

A) AN UNDIVIDED 1/54 INTEREST IN AND TO LOT 1 OF TRACT NO. 51079, IN THE AREA OF DIAMOND BAR, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1192 PAGES 5 TO 7 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 1 TO 54 INCLUSIVE AS DEFINED AND DELINEATED ON A CONDOMINIUM PLAN RECORDED SEPTEMBER 8, 1992, AS INSTRUMENT NO. 92-1678854, OFFICIAL RECORDS.

B) UNIT 12 AS DEFINED AND DELINEATED ON THE ABOVE REFERRED TO CONDOMINIUM PLAN.

A.P.N: 8717-001-042

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Los Angeles_____ )

On __May 18, 2015__ before me, __Antonio Guerrero, Notary Public.,__
(insert name and title of the officer)

personally appeared __Valerie G. Franco._____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

ANTONIO GUERRERO
Commission # 1971864
Notary Public - California
Los Angeles County
My Comm. Expires Mar 12, 2016