Law Office of Jerome J. Haig
Jerome J. Haig, Attorney at Law (SB # 131903)
21143 Hawthorne Blvd., Suite 454
Torrance, CA 90503
(424) 999-5673
jerome@jeromehaiglaw.com

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | CR 15-00255 |
| v. | |
| | **DECLARATION RE PASSPORT** |
| PAUL TANAKA    DEFENDANT. | |

I, _____ Paul Tanaka _____ , declare that
(Defendant)

[X]  ~~I have never been issued any passport by any country.~~ *I HAVE AN EXP, RRA PASSPRT.* I will not apply for the issuance of a passport during the pendency of this case.

[ ]  I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

[X]  My passport is in the possession of federal authorities. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___14th___ day of ___May___, 20__15__

at ___Los Angeles, CA___
(City and state)

_____
Signature of Defendant

If defendant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____

languages. I accurately translated this Declaration re Passport from English into _____

to defendant _____ , on this date.

Date: _____          _____
                                                    *Interpreter*

CR-37 (07/12)                    **DECLARATION RE PASSPORT**