

RECORDING REQUESTED BY

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
312 No. SPRING STREET, Rm. G-8
LOS ANGELES, CALIFORNIA  90012

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

---

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

# SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this___18th___ day of _____May_____2015_____, between
Valerie G. Franco, a married woman as her sole and separate property_____, herein called TRUSTOR,
whose address is_____800 Grand Avenue, Unit A12, Diamond Bar, CA 91765___;
              (Number and Street)                                    (City)          (State)    (Zip)
Lawyers Title Company_____ herein called TRUSTEE; and
Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY;
**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE THAT PROPERTY IN

Los Angeles County, California, common address 800 Grand Avenue, Unit A12, Diamond Bar, CA 91765 , legally described as:

"LEGAL DESCRIPTION" ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.
**A.P.N:** 8717-001-042

**TOGETHER WITH** the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor

incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) **Paul Tanaka** in Case No. **CR 15-255-SJO** which includes an obligation

by said Trustor(s) surety(ies) in the amount of $ **50,000.00** .

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|--------|------|------|--------|------|------|--------|------|------|--------|------|------|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

**CR-5**                    **SHORT FORM DEED OF TRUST - Page 1 of 2**

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

_____
Signature of Trustor        Valerie G. Franco

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF _____California_____ )
                                                  ) ss.
COUNTY OF ____Los Angeles_____ )


On____May 18, 2015_____before me,_____Antonio Guerrero, Notary Public._____
(name, title of officer, i.e., "Jane Doe, Notary Public")

personally appeared _____Valerie G. Franco._____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



_____
              Signature

ANTONIO GUERRERO
Commission # 1971864
Notary Public - California
Los Angeles County
My Comm. Expires Mar 12, 2016

---

## REQUEST FOR FULL RECONVEYANCE
(To be used only when note has been satisfied)

To_____, Trustee      Dated_____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL RECONVEYANCE TO:                    Clerk, U. S. District Court
                                                          Central District of California


_____
Deputy Clerk

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5                          **SHORT FORM DEED OF TRUST - Page 2 of 2**

# EXHIBIT "A"

A CONDOMINIUM COMPOSED OF:

A) AN UNDIVIDED 1/54 INTEREST IN AND TO LOT 1 OF TRACT NO. 51079, IN THE AREA OF DIAMOND BAR, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1192 PAGES 5 TO 7 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 1 TO 54 INCLUSIVE AS DEFINED AND DELINEATED ON A CONDOMINIUM PLAN RECORDED SEPTEMBER 8, 1992, AS INSTRUMENT NO. 92-1678854, OFFICIAL RECORDS.

B) UNIT 12 AS DEFINED AND DELINEATED ON THE ABOVE REFERRED TO CONDOMINIUM PLAN.

**A.P.N: 8717-001-042**

ORIGINAL

**This page is part of your document - DO NOT DISCARD**



**20150576822**



Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**05/18/15 AT 01:46PM**

| | |
|---|---:|
| FEES: | 42.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 42.00 |

LODGED

2015 MAY 22 PM 3: 23



**L E A D S H E E T**



201505183240032

00010583113



006834405

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E441953