STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Deputy Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
MARGARET L. CARTER (Cal. Bar No.220637)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
       1300 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-0284/3541/7413
       Facsimile: (213) 894-6436
       E-mail:    Brandon.fox@usdoj.gov
                  Lizabeth.rhodes@usdoj.gov
                  Maggie.carter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | NOTICE OF LODGING: AMENDED PROPOSED PROTECTIVE ORDER |
| v. | |
| PAUL TANAKA and WILLIAM THOMAS CAREY, aka "Tom Carey," | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Margaret L. Carter, hereby gives notice of lodging of an amended Proposed Protective Order.  The amended Proposed Protective Order corrects the case number which was incorrect in the version of the Proposed Protective Order originally attached to the parties' Stipulation re: Protective

Order, filed on June 3, 2015.  It also adds page numbers to the document.

Dated: June 3, 2015                    Respectfully submitted,

                                       STEPHANIE YONEKURA
                                       Acting United States Attorney

                                       ROBERT E. DUGDALE
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                       _____/s/_____
                                       MARGARET L. CARTER
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA