STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Deputy Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
MARGARET L. CARTER (Cal. Bar No.220637)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
        1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0284/3541/7413
        Facsimile: (213) 894-6436
        E-mail:    Brandon.fox@usdoj.gov
                   Lizabeth.rhodes@usdoj.gov
                   Maggie.carter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | [*Proposed*] |
| v. | ORDER ALLOWING EARLY DISCLOSURE OF GRAND JURY TESTIMONY SUBJECT TO A PROTECTIVE ORDER |
| PAUL TANAKA and WILLIAM THOMAS CAREY, aka "Tom Carey," | |
| Defendants. | |

     For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may, subject to the Protective Order issued in this case on June 3, 2015, supply defense counsel of record with a copy of the grand jury testimony of witnesses whom the government may call at trial any of any other grand jury witness whose testimony may constitute materials needed by the defendants to prepare their case for trial or pretrial disposition.  See Fed. R. Crim.

P. 16(a)(1)(E)(i). In addition, pursuant to this order and the Protective Order issued in this case on June 3, 2015, the Government may disclose records of interviews given in lieu of grand jury testimony or documents it received which were responsive to grand jury subpoenas.

IT IS FURTHER ORDERED that the defendants' counsel shall not disclose, without prior authorization from this Court, such grand jury testimony, records, or documents to any other person or persons, except as necessary in preparation of their client's defense, and that the copy of the testimony or documents provided to counsel (and any reproductions or copies made of the produced copy) shall be returned to the Government at the conclusion of the proceedings in this case.

_____          _____
DATE                                       THE HONORABLE PERCY ANDERSON
                                           UNITED STATES DISTRICT JUDGE


Presented by:

_____/s/_____
Margaret L. Carter
Assistant United States Attorney

2