# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR15-255 PA | | Date | May 29, 2015 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| Stephen Montes Kerr | Maria Bustillos | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Margaret L. Carter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Jerome J. Haig | X | | X |
| (2) William Thomas Carey | X | | X | Thomas O'Brien/Andrew Stolper | X | | X |

**Proceedings:**    Hearing on Request for Judicial Inquiry [Docket No. 31] and Status Conference

Cause called; appearances made.

Court approves defendant Carey's Request to Substitute Attorney Andrew Stolper in place of Thomas P. O'Brien.  Court and counsel confer about the dual representation of defendants James Sexton, in CR13-819 PA, and William Thomas Carey by Paul Hastings, LLP.

Court orders the parties to meet and confer and then notify the Court by no later than June 5, 2015 if they can agree on a continuance of the current trial date.  The parties are to submit a stipulation and proposed order for excludable time.  The Court schedules a status conference for Thursday, June 11, 2015, at 3:00 p.m.

| | : | 23 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

cc:  **PSA**