STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Deputy Chief, Public Corruption and Civil Rights
LIZABETH ANN RHODES (Cal. Bar. No. 155299)
MARGARET L. CARTER (Cal. Bar No. 220637)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/7413
     Facsimile: (213) 894-6436
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Maggie.Carter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                   UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| PAUL TANAKA and WILLIAM THOMAS CAREY, aka "Tom Carey," | **CURRENT TRIAL DATE:     07-07-2015** **[PROPOSED] TRIAL DATE: 02-02-2016** |
| Defendants. | CURRENT STATUS CONFERENCE DATE:        06-11-2015 |
| | REVISED STATUS CONFERENCE DATE: |

     The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on June 5, 2015.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into

this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from July 7, 2015 to February 2, 2016.  The status conference hearing is continued to _____.

2.    The time period from May 14, 2015 to February 2, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3.    Defendants shall appear for trial in Courtroom 15 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on February 2, 2016, at 8:30 a.m..

4.    Defendants shall appear for a status conference in Courtroom 10 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on _____ at _____.

5.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
DATE                                                        HONORABLE PERCY ANDERSON
                                                               UNITED STATES DISTRICT JUDGE

Presented by:

_____
        */s/ Brandon D. Fox*
BRANDON D. FOX
Assistant United States Attorney