## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | CR15-255 PA | | Date | June 9, 2015 |

Present: The Honorable    PERCY ANDERSON, U.S. DISTRICT JUDGE

Interpreter    None

| Stephen Montes Kerr | Not Reported | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Margaret L. Carter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | | | X | (1) Jerome J. Haig | | | X |
| (2) William Thomas Carey | | | X | (2) Andrew Stolper | | | X |

**Proceedings:**    Stipulation to Continue Trial Date

The Court has reviewed the parties Stipulation Regarding Request for Continuance of Trial Date and Findings of Excludable Time Period Pursuant to Speedy Trial Act. The stipulation seeks to continue the trial from July 7, 2015 to February 2, 2016. There is nothing in counsel's trial schedule, the volume of discovery, or the complexity of the issues involved in this case that warrants a continuance of the trial to February 2, 2016. The stipulation is granted in part and denied in part. Trial is continued from July 7 to November 3, 2015, at 8:30 a.m. in Courtroom No. 15. A final status conference is scheduled for October 26, at 3:00 p.m.

Discovery motions must be filed no later than July 13, 2015. Any oppositions are to be filed no later than July 20, 2015 and replies, if any, are to be filed no later than July 27, 2015. A hearing on discovery motions is scheduled for August 3, 2015, at 3:00 p.m.

All other motions, including motions in limine, are to be filed no later than August 24. Any opposition is to be filed no later than September 7, and replies, if any, are to be filed no later than September 14. A hearing on the motions is scheduled for September 28, at 3:00 p.m. Each defendant is ordered to appear for trial, the final status conference, and hearings on any motions without further notice or order from the Court. The status conference scheduled for June 11, 2015 is vacated and taken off calendar.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Deputy Clerk | SMO | |

cc: **PSA**