UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>            v.<br><br>PAUL TANAKA and<br>WILLIAM THOMAS CAREY,<br>    aka "Tom Carey,"<br><br>        Defendants. | No. CR 15-255-PA<br><br>ORDER REGARDING REQUEST FOR <u>(1) CONTINUANCE OF TRIAL DATE AND</u> <u>(2) FINDINGS OF EXCLUDABLE TIME</u> <u>PERIODS PURSUANT TO SPEEDY TRIAL</u> <u>ACT</u><br><br>**CURRENT TRIAL DATE:    07-07-2015**<br>**TRIAL DATE:            11-03-2015**<br><br>CURRENT STATUS<br>CONFERENCE DATE:         06-11-2015<br><br>REVISED STATUS<br>CONFERENCE DATE:         10-26-2015 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on June 5, 2015.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from July 7, 2015 to November 3, 2015, at 8:30 a.m.  The final status conference hearing is continued to October 26, 2015, at 3:00 p.m.

2.    The time period from July 7, 2015 to November 3, 2015, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3.    Defendants shall appear for trial in Courtroom 15 of the United States Courthouse, 312 North Spring Street, Los Angeles, California on November 3, 2015, at 8:30 a.m..

4.    Defendants shall appear for a final status conference in Courtroom 15 of the United States Courthouse, 312 North Spring Street, Los Angeles, California on October 26, 2015, at 3:00 p.m.

5.    Discovery motions must be filed no later than July 13, 2015.  Any oppositions are to be filed no later than July 20, 2015 and replies, if any, are to be filed no later than July 27, 2015.  A hearing on discovery motions is scheduled for August 3, 2015, at 3:00 p.m.

6.    All other motions, including motions in limine, must be filed no later than August 24, 2015.  Any oppositions are to be

filed no later than September 7, 2015 and replies, if any, are to be filed no later than September 14, 2015.  A hearing on the motions is scheduled for September 28, 2015, at 3:00 p.m.

7.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

June 9, 2015
DATE

Percy Anderson
UNITED STATES DISTRICT JUDGE

cc:  **PSA**