LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:  (424) 488-0686 – office
            (424) 999-5673 – mobile
Fax:        (424) 271-5990
E-mail:     jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:  (949) 481-4900
Fax:        (949) 496-6753
Email:      deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff, | **DEFENDANT PAUL TANAKA'S NOTICE OF A PUBLIC AUTHORITY DEFENSE (F. R. Crim. P. 12.3**) |
| vs. | |
| PAUL TANAKA, et al, | Current trial date: November 3, 2015<br>Motion date: September 28, 2015<br>Time: 3:00 pm<br>Courtroom 15, Spring Street Floor |
| Defendants. | |

PLEASE TAKE NOTICE that defendant Paul Tanaka, by and through his counsel of record, will assert the defense of actual or believed exercise of public authority on behalf of a law enforcement agency at the time of all of the

1

---

DEFENDANT PAUL TANAKA'S NOTICE OF PUBLIC AUTHORITY DEFENSE

allegations set forth in the Indictment. Pursuant to F.R.Crim.P 12.3(a)(2), the Government is notified of the following:

A.      The law enforcement agency involved is the Los Angeles County Sheriff's Department;

B.      The defendant acted on behalf of order(s) issued by Sheriff Leroy Baca, who was Mr. Tanaka's ranking superior officer within the defendant's direct chain of command;

C.      The time during which the defendant acted with public authority is on or about August 18, 2011, to on or about December 20, 2011.

Dated this 10th day of June, 2015.


                        Respectfully submitted




                        _____
                        Jerome J. Haig
                        Attorney for Defendant Paul Tanaka

2

DEFENDANT PAUL TANAKA'S NOTICE OF PUBLIC AUTHORITY DEFENSE