LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686 – office
             (424) 999-5673 – mobile
Fax:         (424) 271-5990
E-mail:      jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:         (949) 496-6753
Email:       deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>   vs.<br><br>PAUL TANAKA, et al,<br><br>   Defendants. | Case No: CR 15-255-PA<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

Defendant, by and through his counsel, Jerome J. Haig, and plaintiff United States of America, by and through its counsel, Assistant United States Attorney Margaret L. Carter, stipulate to modify the conditions of pretrial release for defendant as follows:

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE

1. On May 14, 2015, the Court granted bail to defendant and ordered, *inter alia*, that Mr. Tanaka have no contact with any prospective government witness. The government subsequently provided a list of prospective witnesses to the defense.

2. The defendant represents that he is in compliance with his pretrial release conditions.

3. Cecil Rhambo is a prospective government witness.  Mr. Rhambo and Mr. Tanaka have been friends for over 30 years.  The defendant is also close with Mr. Rhambo's family

4. Mr. Rhambo's mother died recently. Her funeral is tentatively scheduled for June 26, 2015.

5. Mr. Tanaka would like to attend the memorial services for Mr. Rhambo's mother.

6. Shakira Davis, United States Pretrial Services Officer, has been advised of the requested modification.  She has advised that Mr. Tanaka is in compliance with all terms of his release. She does not oppose the request to attend the memorial services, but requests that at any such services,  Mr. Tanaka have no contact, either direct or indirect, with any prospective government witness, including Cecil Rhambo.

7. The Parties agree that Mr. Tanaka can attend the funeral of Cecil Rhambo's mother, and that he abide by all other terms and conditions of his pretrial release, including, but not limited to, the condition that he have no direct or indirect contact with any prospective government witness, including Cecil Rhambo.

IT IS SO STIPULATED:

| | |
|---|---|
| _____June 19, 2015_____ | __/s/ *Jerome J. Haig*_____ |
| Date | Jerome J. Haig |
| | Attorney for Defendant |
| | Paul Tanaka |

| | |
|---|---|
| _____June 19, 2015_____ | __/s/ *Margaret L. Carter*____ |
| Date | Margaret L. Carter |
| | Assistant United States Attorney |
| | Attorney for Plaintiff |
| | United States of America |

2

STIPULATION TO MODIFY CONDITIONS OF RELEASE