LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686 – office
             (424) 999-5673 – mobile
Fax:         (424) 271-5990
E-mail:      jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:         (949) 496-6753
Email:       deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>PAUL TANAKA, et al,<br><br>Defendants. | Case No: CR 15-255-PA<br><br>[PROPOSED]<br>ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT PAUL TANAKA |

GOOD CAUSE HAVING BEEN SHOWN,

Defendant PAUL TANAKA'S conditions of pretrial release are modified as follows:

1. He is allowed to attend the funeral of the mother of Cecil Rhambo;

2. At the funeral, he is to comply with all terms and conditions of pretrial release, including the condition that he have no direct or indirect contact with any prospective government

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE

witness, including Cecil Rhambo;  and

3.        All other conditions of release are to remain as previously ordered.


IT IS SO ORDERED:




_____                    _____
Date                                                                  THE HONORABLE PERCY ANDERSON
                                                                          United States District Judge

2

STIPULATION TO MODIFY CONDITIONS OF RELEASE