LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686 – office
                    (424) 999-5673 – mobile
Fax:             (424) 271-5990
E-mail:         jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:             (949) 496-6753
Email:          deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff,<br><br>vs.<br><br>PAUL TANAKA, et al,<br><br>Defendants. | ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT PAUL TANAKA |

GOOD CAUSE HAVING BEEN SHOWN,

Defendant PAUL TANAKA'S conditions of pretrial release are modified as follows:

1. He is allowed to attend the funeral of the mother of Cecil Rhambo;

2. At the funeral, he is to comply with all terms and conditions of pretrial release, including the condition that he have no direct or indirect contact with any prospective government witness, including Cecil Rhambo;  and

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE

3.    All other conditions of release are to remain as previously ordered.

IT IS SO ORDERED:

June 23, 2015
Date

THE HONORABLE PERCY ANDERSON
United States District Judge

cc: **PSA**

2

STIPULATION TO MODIFY CONDITIONS OF RELEASE