H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

Jerome Haig  SBN 131903
21143 Hawthorne Blvd Ste 454
Torrance, CA 90503
 (424) 488-0686
Fax(424) 271-5990
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.  CR-15-255-PA |
|---|---|
| Plaintiff, | STATUS REPORT RE DISCOVERY MOTION |
| vs. | |
| PAUL TANAKA, ET. AL. | |
| Defendants. | |

Comes now defendant Paul Tanaka, together with counsel, and advises the Court that they do not intend to file a discovery motion. Informal discussions with government counsel have largely resolved discovery issues. If, however, any material discovery disputes should arise in the future, defendant reserves the right to bring

/

/

/

- 1 -

such issues to the Court's attention.

Dated: 7-12-15          s./ H. Dean Steward

                      H. Dean Steward

                      Jerome Haig

                      Counsel for Defendant

                      Paul Tanaka

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 7-12-15, service of the defendant's:

**Status Report re Discovery**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Brandon Fox & Lizbeth Rhodes**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-12-15

s/ H. Dean Steward

H. Dean Steward

- 3 -