LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686
Fax:             (424) 271-5990
E-mail:          jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:             (949) 496-6753
Email:           deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff, | **DEFENDANT PAUL TANAKA'S FIRST AMENDED NOTICE OF A PUBLIC AUTHORITY DEFENSE (F. R. Crim. P. 12.3**) |
| vs. | |
| PAUL TANAKA, et al, | Current trial date: November 3, 2015<br>Motion date: September 28, 2015<br>Time: 3:00 pm<br>Courtroom 15, Spring Street Floor |
| Defendants. | |

PLEASE TAKE NOTICE that defendant Paul Tanaka, by and through his counsel of record, will assert the defense of actual or believed exercise of public authority on behalf of a law enforcement agency at the time of all of the

1

DEFENDANT PAUL TANAKA'S FIRST AMENDED NOTICE OF PUBLIC AUTHORITY DEFENSE

allegations set forth in the Indictment. Pursuant to F.R.Crim.P 12.3(a)(2), the Government is notified of the following:

A.      The following law enforcement agencies were involved in whole or in part:

      1.      Los Angeles County Sheriff's Department (LASD);

      2.      Federal Bureau of Investigations (FBI); and

      3.      United States Attorney's Office, Central District of California

B.      The law enforcement agency members on whose behalf the defendant relied upon and acted, in whole or in part, are:

      1.      LASD Sheriff Leroy Baca;

      2.      FBI Assistant Director in Charge Steven Martinez;

      3.      United States Attorney Andre Birotte

C.      The time during which the defendant acted with public authority is on or about August 18, 2011, to on or about December 20, 2011.

The Government is further notified that the defendant requests all discovery in the Government's possession that support his defense of public authority.[1]

Dated this 23rd day of July, 2015.

Respectfully submitted

Jerome J. Haig
Attorney for Defendant Paul Tanaka

[1]See F.R.Crim.P 16; *United States v. Giffen*, 379 F.Supp.2d 337(S.D.N.Y. 2004).

2

DEFENDANT PAUL TANAKA'S FIRST AMENDED NOTICE OF PUBLIC AUTHORITY DEFENSE