Law Office of Jerome J. Haig
Jerome Haig, Attorney at Law (SBN 131903)
21143 Hawthorne Blvd., Suite 454
Torrance, CA 90503
tel: (424) 488-0686
fax: (424) 271-5990
email: jerome@jeromehaiglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 15-255-PA |
| v. | |
| PAUL TANAKA | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| | ☐ AD PROSEQUENDUM ☑ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee:     Anthony Brown

Alias:

BOP/Booking No: V79273

Detained by:    ☑ Warden Raymond Madden, California Department of Corrections & Rehabilitation

☐ Other

Detained at: Centinela State Prison; 2302 Brown Road; Imperial, CA 92251

*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on ____October 26, 2015____ at ____3:00 pm____ before the Honorable

Percy Anderson _____ Judge/Magistrate Judge.

Location:     ☑ U.S. District Court 312 N. Spring Street; Los Angeles, CA 90012 (Courtroom 15)

*(Court Address)*

☐ Other _____

*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: ____July 31, 2015____          _Jerome J. Haig_

*Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**

G-09 (10/06)          **APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM**