**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America | CASE NUMBER |
| | CR 15-255-PA |
| Plaintiff(s) | |
| v. | **ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |
| PAUL TANAKA | AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus  Ad Testificandum be issued to secure the appearance of:

Name of Detainee:          ANTHONY BROWN

on      October 26, 2015                    at      3:00 pm        before Judge Percy Anderson

Dated:  _____                    _____
                                                                                    **U.S. District Judge**