# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

PAUL TANAKA

Defendant(s)

CASE NUMBER:

CR 15-255-PA

CV

## WRIT OF HABEAS CORPUS
☐ AD PROSEQUENDUM   ☒ AD TESTIFICANDUM

**WHEREAS** the attached application was granted by the Honorable Percy Anderson Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden Raymond Madden, Centinela State Prison, 2302 Brown Road, Imperial, CA 92251

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Anthony Brown (V79273)** before the Honorable Percy Anderson Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **15**, located at 312 N. Spring Street, Los Angeles, CA 90012 on **October 26, 2015** at **3:00 pm**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable Percy Anderson Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)