**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| United States of America<br><br>Plaintiff(s)<br>v. | CR 15-255-PA |
| PAUL TANAKA<br><br>Defendant(s). | **ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus  Ad Testificandum be issued to secure the appearance of:

Name of Detainee:        ANTHONY BROWN

on     October 26, 2015                          at        3:00 pm           before Judge Percy Anderson

Dated:  August 10, 2015

**U.S. District Judge**

There are no evidentiary hearings scheduled for October 26, 2015, at 3:00 p.m. nor has there been any showing that Anthony Brown has any admissible testimony or evidence that would warrant his appearance at the final status conference on October 26, 2015.  Accordingly, defendant Tanka's application for a writ of habeas corpus ad testificandum is denied.

**DENIED**
BY ORDER OF

UNITED STATES DISTRICT JUDGE
08/10/15

G-09 ORDER (10/06)          **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**