# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-255 PA | Date | August 14, 2015 |
|---|---|---|---|

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON |
| Interpreter | N/A |

| Stephen Montes Kerr | Not Reported | Brandon Fox – Not Present<br>Lizabeth Rhodes – Not Present<br>Margaret L. Carter – Not Present<br>Gregory A. Lesser – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) William Thomas Carey | | | √ | Andrew D. Stolper | | | √ |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

At the parties' request, the Court sets a change of plea hearing date of Wednesday, August 19, 2015 at 1:30 p.m.

|  |  : |  |
|---|---|---|
| Initials of Deputy Clerk | SMO | |

cc: **PSA**