## DECLARATION OF H. DEAN STEWARD

I H. Dean Steward, declare,

1. Along with attorney Jerome Haig, I am one of two retained counsel for defendant Paul Tanaka.

2. On August 7, 2015, Assistant United States Attorney Brandon Fox advised me that the government would not be granting immunity to Leroy Baca for any prospective testimony in this matter.

2. On August 10, 2015, I spoke with attorney Brian Hershman. Mr. Hershman represents former L.A. County Sheriff Leroy Baca. I told Mr. Hershman that it is highly likely that we will call his client at trial as a witness. I have already served Mr. Baca with a trial subpoena. I asked Mr. Hershman if his client would assert his rights under the 5th Amendment. Mr. Hershman told me that no decision has been made to date, but 5th Amendment assertion by Mr. Baca is a strong possibility.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2015                    _s/. H. Dean Steward_