H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone: (949) 481-4900
Fax:        (949) 496-6753
Email:      deansteward@fea.net


LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone: (424) 488-0686
Fax:        (424) 271-5990
E-mail:     jerome@jeromehaiglaw.com


Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff, | **UNOPPOSED EX PARTE APPLICATION FOR ORDER AUTHORIZING UNDER SEAL FILING OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTIONS FOR DISMISSAL FOR QUALIFIED IMMUNITY AND FOR IMMUNITY FOR DEFENSE WITNESS LEROY BACA** |
| vs. | |
| PAUL TANAKA, et al, | |
| Defendants. | |

Defendant Paul Tanaka, by and through his counsel of record, hereby applies to this Court

1

UNOPPOSED EX PARTE APPLICATION TO FILE EXHIBITS UNDER SEAL

under Local Civil Rule 5-4 and under the Court's standing order for an order authorizing the under seal filing of exhibits in support of the following motions:

1.    NOTICE OF MOTION AND MOTION REQUESTING COURT-ORDERED IMMUNITY FOR DEFENSE WITNESS LEROY BACA; and

2.    NOTICE OF MOTION AND MOTION TO DISMISS INDICTMENT BASED UPON QUALIFIED IMMUNITY AND FAIR NOTICE.

The instant request for underseal filing of exhibits is to comply with the Court's protective order regarding discovery (See Document No. 48).

On August 14, 2015, the undersigned notified counsel for the government, Assistant United States Attorney Lizabeth Rhodes, of the instant request. Ms. Rhodes advised the undersigned that she concurs with the request to file the exhibits under seal.

Dated this 14th day of August, 2015.

Respectfully submitted,

_____
Jerome J. Haig
Attorneys for Defendant Paul Tanaka

2

UNOPPOSED EX PARTE APPLICATION TO FILE EXHIBITS UNDER SEAL