H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:    (949) 481-4900
Fax:             (949) 496-6753
Email:         deansteward@fea.net


LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:    (424) 488-0686
Fax:             (424) 271-5990
E-mail:        jerome@jeromehaiglaw.com


Attorneys for Defendant
Paul Tanaka

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING FILING OF UNREDACTED EXHIBITS IN SUPPORT OF DEFENDANT PAUL TANAKA'S MOTION TO DISMISS FOR QUALIFIED IMMUNITY  AND MOTION TO GRANT WITNESS IMMUNITY |
| vs. | |
| PAUL TANAKA, et al, | |
| Defendants. | |

The Court has considered the Ex Parte Application of Defendant Paul Tanaka for an order authorizing the under seal filing of  unredacted exhibits to the

1

ORDER ON EX PARTE APPLICATION TO SEAL DOCUMENTS

the Motion to Dismiss for Qualified Immunity and the Motion Requesting Court-Ordered Immunity for witness Leroy Baca.

The Court finds that good cause exists to allow the filing of the documents under seal pursuant to the Protective Order entered by the Court on June 3, 2015.

Accordingly, the Application is GRANTED and IT IS HEREBY ORDERED that the following documents be filed under seal:

Exhibits to Defendant Paul Tanaka's Motion to Dismiss for Qualified Immunity and the Motion Requesting Court-Ordered Immunity for Witness Leroy Baca.

IT IS SO ORDERED.

Dated: August 17, 2015

_____
Percy Anderson,
United States District Judge

ORDER ON EX PARTE APPLICATION TO SEAL DOCUMENTS