FILED
CLERK, U.S. DISTRICT COURT

8/17/15

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:            (949) 496-6753
Email:         deansteward@fea.net


LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:  (424) 488-0686
Fax:            (424) 271-5990
E-mail:        jerome@jeromehaiglaw.com


Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>PAUL TANAKA, et al,<br><br>Defendants. | Case No: CR 15-255-PA<br><br>DECLARATION OF JEROME J. HAIG RE: UNDERSEAL FILING OF DOCUMENTS. |

1

DECLARATION OF COUNSEL RE UNDER SEAL FILING

# DECLARATION OF JEROME J. HAIG

I Jerome J. Haig, declare,

1. Along with attorney H. Dean Steward, I am one of two retained counsel for defendant Paul Tanaka.

2. On August 14, 2015, I filed through ECF two motions: Motion to Dimiss for Qualified Immunity and Motion for Order granting Immunity to Defense Witness Leroy Baca.

3. Each of the above motions reference exhibits that are covered by the protective order in this case. Specifically, they are each items of discovery provided to the defense by the government.

4. On this date, I consulted with Assistant United States Attorney Lizabeth Rhodes. The two of us concurred that the exhibits should be filed under seal to comply with the protective order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2015                    /s/ Jerome J. Haig

2

DECLARATION OF COUNSEL RE UNDER SEAL FILING