LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:  (424) 488-0686 – office
Fax:           (424) 271-5990
E-mail:       jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:  (949) 481-4900
Fax:           (949) 496-6753
Email:        deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| PAUL TANAKA, et al, | |
| Defendants. | |

Defendant, by and through his counsel, Jerome J. Haig, and plaintiff United States of America, by and through its counsel, Assistant United States Attorney Lizabeth Rhodes, stipulate to modify the conditions of pretrial release for defendant as follows:

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE

1. On May 14, 2015, the Court granted bail to defendant and ordered, *inter alia*, that Mr. Tanaka have no contact with any prospective government witness. The government subsequently provided a list of prospective witnesses to the defense.

2. The defendant represents that he is in compliance with his pretrial release conditions.

3. Paul Yoshinaga is a prospective witness.   Mr. Yoshinaga, Mr. Tanaka, and their respective families have been close for approximately 50 years.

4. Mr. Yoshinaga's father died on or about August 17, 2015 . His funeral is tentatively scheduled for August 27, 2015.

5. Mr. Tanaka would like to attend the memorial services for Mr. Yoshinaga's father.

6. The Parties agree that Mr. Tanaka can attend the memorial services of Paul Yoshinaga's father, and that he abide by all other terms and conditions of his pretrial release, including, but not limited to, the condition that he have no direct or indirect contact with any prospective government witness, including Paul Yoshinaga.

IT IS SO STIPULATED:


August 21, 2015
Date

/s/ *Jerome J. Haig*
Jerome J. Haig
Attorney for Defendant
Paul Tanaka


August 21, 2015
Date

/s/ *Lizabeth A. Rhodes*
Lizabeth A. Rhodes
Assistant United States Attorney
Attorney for Plaintiff
United States of America

2

STIPULATION TO MODIFY CONDITIONS OF RELEASE