LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686 – office
Fax:              (424) 271-5990
E-mail:         jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:              (949) 496-6753
Email:          deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff, vs. | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT PAUL TANAKA |
| PAUL TANAKA, et al, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN,

Defendant PAUL TANAKA'S conditions of pretrial release are modified as follows:

1.    He is allowed to attend the memorial services for the father of Paul Yoshinaga;

2.    At the memorial services, he is to comply with all terms and conditions of pretrial release, including the condition that he have no direct or indirect contact with any prospective witness, including Paul Yoshinaga;  and

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE

3.      All other conditions of release are to remain as previously ordered.


IT IS SO ORDERED:




_____                    _____
Date                                      THE HONORABLE PERCY ANDERSON
                                          United States District Judge

2

STIPULATION TO MODIFY CONDITIONS OF RELEASE