H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

LAW OFFICES OF JEROME HAIG
Jerome Haig, Attorney at Law
SBN 131903
21143 Hawthorne Bl., Ste. 454
Torrance, CA  90503
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.  CR-15-255-PA |
|---|---|
| Plaintiff, | [Proposed] ORDER RE CONTINUANCE OF TRIAL DATE |
| vs. | |
| PAUL TANAKA | Old Date: Nov. 3, 2015<br>New Date: Feb. 2, 2015<br>Time: 8:30 AM |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that the trial date of Nov. 3, 2015 shall be continued to Feb. 2, 2016 at 8:30 AM.

So ordered.

Dated: Sept. ___, 2015             _____

                                   Hon. Percy Anderson

                                   U.S. District Judge

- 1 -