EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
        1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0284/3541
        Facsimile: (213) 894-6436
        E-mail:    Brandon.fox@usdoj.gov
                   Lizabeth.rhodes@usdoj.gov
                   Eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | |
| v. | ORDER SEALING THE DECLARATION OF LIZABETH A. RHODES IN SUPPORT OF THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION REQUESTING COURT-ORDERED IMMUNITY FOR DEFENSE WITNESS LEROY BACA |
| PAUL TANAKA, | |
| Defendant. | |
| | Hearing date: 9-28-2015 |
| | Hearing time: 3:00 P.M. |
| | Location:    Courtroom of the Honorable Percy Anderson |

1

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED.  The document sought to be filed under seal and the government's ex parte application for sealed filing shall both be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

September 8, 2015
_____          _____
DATE                                     HONORABLE PERCY ANDERSON
                                         UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal.  The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                     HONORABLE PERCY ANDERSON
                                         UNITED STATES DISTRICT JUDGE

Presented by:

_____
LIZABETH A. RHODES
Assistant United States Attorney