EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541
     Facsimile: (213) 894-6436
     E-mail:     Brandon.fox@usdoj.gov
                 Lizabeth.rhodes@usdoj.gov
                 Eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

         v.

PAUL TANAKA,

              Defendant.

No. CR 15-255-PA

[Proposed]

ORDER ALLOWING THE DECLARATION OF DECLARATION OF LIZABETH A. RHODES IN SUPPORT OF THE GOVERNMENT'S RESPONSE TO DEFENDANT TANAKA'S MOTION TO CONTINUE THE TRIAL DATE AND EXHIBIT A TO BE FILED *IN CAMERA* AND UNDER SEAL

Hearing date: 9-28-2015
Hearing time: 3:00 P.M.
Location:     Courtroom of the
              Honorable Percy
              Anderson

1

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed and *in camera* filing is GRANTED. The documents sought to be filed *in camera* under seal shall be filed in camera and under seal. The government may produce Exhibit A as permitted or required by applicable law.

DATE    9/8/15

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed and *in camera* filing is DENIED. The in camera and sealing application will be filed under in camera and under seal. The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATE

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

LIZABETH A. RHODES
Assistant United States Attorney

2