# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☐ U.S. Magistrate Judge _____

From: _____ , Deputy Clerk    Date Received: _____

Case No.: _____    Case Title: _____

Document Entitled: _____

_____

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1     Proposed amended pleading not under separate cover
☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-6     Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
☐ Other: _____

**Note:  Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                                            U.S. District Judge / ~~U.S. Magistrate Judge~~

☒   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel.  *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.  **

September 4, 2015                _____
Date                                            U.S. District Judge / ~~U.S. Magistrate Judge~~

*The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

CV-104A  (12/03)                    NOTICE OF DOCUMENT DISCREPANCIES

** Received documents ordered not be scanned onto the docket.

ANTHONY BROWN
V-79273
P.O. BOX 9311 D1-112
IMPERIAL, CA 92251

LEGAL MAIL
CONFIDENTIAL

JUDGE, PERCY ANDERSON
U.S. DISTRICT COURT RM 15
312 N. SPRING STREET
LOS ANGELES, CA 90012



GENERATED FROM
NTINELA STATE PRISON





ANTHONY BROWN
V-79273
P.O. BOX 931/D1-112
IMPERIAL, CA 92251

LEGAL MAIL
CONFIDENTIAL

SAN BERNARDINO
CA 924
28 AUG '15

JUDGE PERCY ANDERSON
U.S. DISTRICT COURT
312 N. SPRING ST
LOS ANGELES, CA 90012