H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

Jerome Haig  SBN 131903
21143 Hawthorne Blvd Ste 454
Torrance, CA 90503
 (424) 488-0686
Fax(424) 271-5990
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>     vs.<br><br>PAUL TANAKA, ET. AL.<br><br>      Defendants. | Case No.  CR-15-255-PA<br><br>SUPPLEMENT TO UNOPPOSED MOTION TO CONTINUE TRIAL DATE; DECLARATION OF COUNSEL; [Proposed] ORDER FILED SEPARATELY<br><br>Current Trial Date: Nov. 3, 2015<br>Proposed New Date: March 22, 2016 |

Comes now defendant, together with counsel, and supplements his motion to continue the trial date herein to March 22, 2016. Government counsel does not oppose the motion, and indeed, requested the date above. The defense joins in the proposed new date.

Dated: 7-12-15          s./ H. Dean Steward

                                 H. Dean Steward
                                 Jerome Haig
                                 Counsel for Defendant
                                 Paul Tanaka

- 1 -

*Declaration of Counsel*

I, H. Dean Steward, declare:

1. Along with attorney Jerome Haig, I am retained counsel for defendant Paul Tanaka.

2. I make this declaration in support of the unopposed defense motion to continue the trial date.

3. On September 8, 2015, Mr. Haig and I spoke by conference call with AUSA Gregory Lesser in the Los Angeles office. Mr. Lesser is *Garrity* counsel on the Tanaka case, reviewing Los Angeles County Sheriff's records before they are turned over to the prosecution team.[1] The records are first submitted to Mr. Lesser's team for review. After they have reviewed the documents, seeking to identify material that may have been produced during investigations that mandated statements or document production, they are turned over to the prosecution team. Mr. Lesser told us the following:

Approximately 370,000 units of LASD bates-numbered items have been received by his team

Approximately 370,000 units in internally-numbered CDs (e.g. "LASD_123456.0001" et seq.) have been received

Approximately 140,000 A-numbered items have been received

Approximately 20,000 other items (LASD-Initial, LASD-Trial related, Media, G-numbered) have been received

Total: Approximately 900,000 units have been received

*-Each "unit" could be a one page document, and we were informed that a*

---

[1]    We became aware of the *Garrity* team for the first time the week of Aug. 31, 2015.

*"unit" could also be a 10,000 page document.* Mr. Lesser indicates that there could be as many as 10,000,000 actual pages of material that his team has reviewed, but it is very difficult to know for sure.

- Mr. Lesser has received 6 file drawers full of CDs, and is still getting material on a rolling basis. The last receipt was on  July 2, 2015, and he anticipates  more.

- Mr. Lesser will shortly be releasing 2 thumb drives from LASD containing 80,000 pages. He and his team have not yet reviewed these materials.

- Material supplied to the prosecution team is then loaded into the OMEGA   system, and this process takes an average of 4 months. Defense counsel can     then review the material

-Most of the material described above has been reviewed by Mr. Lesser's team and turned over (or withheld, if appropriate) to the prosecution team.

4. The defense team for Mr. Tanaka (two attorneys, a paralegal and a private investigator) have diligently tried to review all relevant material. However, the sheer volume makes completion of the review by the current trial date of Nov. 3, 2015 all but impossible.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-13-15                s./ H. Dean Steward

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 9-13-15, service of the defendant's:

**SUPPLEMENT TO MOTION TO CONTINUE TRIAL DATE**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Brandon Fox & Lizbeth Rhodes**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-13-15.

s/ H. Dean Steward

H. Dean Steward