H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

LAW OFFICES OF JEROME HAIG
Jerome Haig, Attorney at Law
SBN 131903
21143 Hawthorne Bl., Ste. 454
Torrance, CA  90503
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAUL TANAKA<br><br>        Defendant. | Case No.  CR-15-255-PA<br><br>[Proposed] ORDER RE CONTINUANCE OF TRIAL DATE<br><br>Old Date: Nov. 3, 2015<br>New Date: March 22, 2015<br>Time: 8:30 AM |

        The Court has read and considered the unopposed motion to continuance of the trial date.  The Court hereby grants the motion. The motion, government response and defense supplement demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

        The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

- 1 -

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from Nov. 3, 2015 to March 22, 2016. The status conference hearing is continued to _____.

2. The time period from Nov. 3, 2015, to March 22, 2016 inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3. Defendant shall appear for trial in Courtroom 15 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on March 22, 2016, at 8:30 a.m..

4. Defendant shall appear for a status conference in Courtroom 10 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on _____ at _____.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize

/

/

-2-

the exclusion of additional time periods from the period within which trial must commence.

So ordered.

Dated: Sept. ___, 2015          _____

Hon. Percy Anderson

U.S. District Judge

- 3 -