EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
GREGORY A. LESSER (Cal. Bar No. 186681)
Assistant United States Attorney
(LASD Garrity Team Leader)
Violent & Organized Crime Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-6682
      Facsimile: (213) 894-3713
      E-mail:    Gregory.Lesser@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-00255-PA |
|---|---|
| Plaintiff, | LASD *GARRITY* TEAM CLARIFICATION TO FILING OF DEFENDANT TANAKA REGARDING VOLUME OF INVESTIGATIVE MATERIALS AND DISCOVERY; EXHIBIT |
| v. | |
| PAUL TANAKA, | |
| Defendant. | Hearing Date: September 28, 2015 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Los Angeles County Sheriff's Department ("LASD") – related investigations Garrity review team (the "LASD Garrity Team"), and Assistant United States Attorney Gregory A. Lesser, hereby files a clarification to the Supplement to Unopposed Motion to Continue Trial Date; Declaration of Counsel, filed by counsel for defendant Tanaka on September 13, 2015 (Court's Docket no. 96).

## I.    CLARIFICATION

The Declaration of defense counsel Mr. Steward contains an apparent misunderstanding as to the meaning of the term "unit" of investigative and/or discovery material used by the LASD Garrity Team.  As used by the LASD Garrity Team, a "unit" of material refers to any of the following: (1) a single page of a document, (2) a photograph, (3) an audio recording, (4) a video recording, or (5) a miscellaneous document such as a spreadsheet or a drawing.  The Garrrity Team estimates that it has received approximately 900,000 units of material to review.  Attached hereto as the Exhibit is an email from the undersigned to Mr. Steward explaining the calculation of how the LASD Garrity Team reached that estimate.  However, defense counsel's assertion (at pages 1-2) of the document that a "unit" can constitute a 10,000 page document is incorrect.[1]  Approximately 900,000 units is the correct number.

In addition, defendant's filing (at page 3) indicates that there remain two thumb-drives of material to review before release to the

---

[1] It appears that the confusion may have arisen from earlier, oral conversations with Mr. Steward in which the undersigned indicated that, including digital disks produced by LASD that sometimes contained many thousands of "units" of material, but bore only a single Bates number on the entire physical disk, that there could be five to ten million total individual units of material.  The Garrity Team has internally numbered most of the disks that bore a single Bates number but contained multiple "units" of material, so that the material on such a disk, for example labeled "LASD_123456," would be internally individually numbered by unit to read "LASD_123456.0001" et seq.  When all such individual units from all of the disks internally numbered were concatenated, they totaled approximately 370,000 units of material, which was well below the "ballpark" estimate of the undersigned (as noted in the email, see the Exhibit.)  Defense counsel appears to have confused the term "unit" to believe that it could constitute a disk containing multiple units of material.  That is not the case under the LASD Garrity Team's nomenclature, and 900,000 units of material is our best present estimate.

LASD Prosecution Team.  Though this is true, the LASD <u>Garrity</u> Team triage review of the materials (that were received from a source other than through LASD's counsel) indicates that the bulk of the materials relate to applicants for LASD positons who were never hired.  These materials appear to have no relevance to the instant case, based upon a review of the allegations in the Indictment.

The undersigned agrees with the remaining assertions in defense counsel's supplemental filing, but also understands that the Prosecution Team provides periodic deliveries of discovery to the defense in addition to materials being loaded onto the Omega system, and that those deliveries typically precede loading onto Omega by a significant margin.

Dated: September 14, 2015            Respectfully submitted,

                                     EILEEN M. DECKER
                                     United States Attorney

                                     LAWRENCE S. MIDDLETON
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                           /s/
                                     GREGORY A. LESSER
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

# EXHIBIT

## Lesser, Gregory (USACAC)

**From:**      Lesser, Gregory (USACAC)
**Sent:**      Friday, September 11, 2015 3:07 PM
**To:**        'Dean Steward'; 'Jerome Haig' (jerome@jeromehaiglaw.com)
**Cc:**        Fox, Brandon (USACAC); Rhodes, Lizabeth (USACAC)
**Subject:**   RE: new numbers?


Our best estimate is that we have received the following numbers of units (a "unit" can be a page of a document, a photograph, an audio recording, a video recording, or another miscellaneous document such as a spreadsheet) of material  (the vast majority of which has been reviewed for Garrity and delivered to the Prosecution Team) :

Approximately 370,000 units of LASD bates-numbered items
Approximately 370,000 units in internally-numbered CDs (e.g. "LASD_123456.0001" et seq.)
Approximately 140,000 A-numbered items
Approximately 20,000 other items (LASD-Initial, LASD-Trial related, Media, G-numbered)
Total:  Approximately **900,000** units.

Unfortunately my "ballpark" estimate was off by an order of magnitude.

If you have any questions, let me know.

Thank you.

Gregory A. Lesser
Assistant United States Attorney
Central District of California
United States Department of Justice
312 North Spring Street #1500
Los Angeles, CA 90012
p 213.894.6682
f 213.894.3713
Gregory.Lesser@usdoj.gov

1