EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541
     Facsimile: (213) 894-6436
     E-mail:    Brandon.fox@usdoj.gov
                Lizabeth.rhodes@usdoj.gov
                Eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 3 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | [Proposed] |
| v. | ORDER ALLOWING THE SUPPLEMENTAL DECLARATION OF DECLARATION OF LIZABETH A. RHODES IN SUPPORT OF THE GOVERNMENT'S RESPONSE TO DEFENDANT TANAKA'S MOTION TO CONTINUE THE TRIAL DATE TO BE FILED *IN CAMERA* AND UNDER SEAL |
| PAUL TANAKA, | |
| Defendant. | Hearing date: 9-28-2015<br>Hearing time: 3:00 P.M.<br>Location:    Courtroom of the Honorable Percy Anderson |

1

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed and in camera filing is GRANTED. The documents sought to be filed in camera and under seal shall be filed in camera and under seal.

DATE    9/23/15

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed and in camera filing is DENIED. The in camera and sealing application will be filed under in camera and under seal. The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATE

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

LIZABETH A. RHODES
Assistant United States Attorney

2