EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541
     Facsimile: (213) 894-6436
     E-mail:    Brandon.fox@usdoj.gov
                Lizabeth.rhodes@usdoj.gov
                Eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>                 v.<br><br>PAUL TANAKA,<br><br>             Defendant. | No. CR 15-255-PA<br><br>[PROPOSED] ORDER REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:   11-03-2015**<br><br>**[PROPOSED] TRIAL DATE: 03-22-2016**<br><br>**FINAL STATUS CONFERENCE DATE**       03-07-2016 |

The Court has read and considered defendant Tanaka's Motion to Continue the Trial Date (CR 77), the Government's responsive filings (CR 86, 93 and 102), and the parties' Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable

Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 29, 2015.

The Court hereby finds that the defendant's Motion, the government's response and the Stipulation, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from November 3, 2015 to March 22, 2016. The status conference hearing is continued to March 7, 2016, at 3:00 p.m.

2. Should the filing of additional motions be required, those motions, including motions *in limine*, shall be filed no later than January 11, 2016. Oppositions to those motions shall be filed by January 25, 2016. Replies shall be filed by February 1, 2016. A hearing on any motions filed shall be held on Tuesday, February 16, 2016, at 3:00 p.m.

3.    The time period from May 14, 2015 to March 22, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

4.    Defendants shall appear for trial in Courtroom 15 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on March 22, 2016, at 8:00 a.m..

5.    Defendants shall appear for a status conference in Courtroom 10 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on March 7, 2016, at 3:00 p.m.

6.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
DATE                                  HONORABLE PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE

Presented by:

    /s/ Lizabeth A. Rhodes
_____
LIZABETH A. RHODES
Assistant United States Attorney