UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

          v.

PAUL TANAKA,

        Defendant.

No. CR 15-255-PA

ORDER REGARDING REQUEST FOR
(1) CONTINUANCE OF TRIAL DATE AND
(2) FINDINGS OF EXCLUDABLE TIME
PERIODS PURSUANT TO SPEEDY TRIAL
ACT

**CURRENT TRIAL DATE:    11-03-2015**

**NEW TRIAL DATE:    03-22-2016**

**FINAL STATUS
CONFERENCE DATE**    03-07-2016

    The Court has read and considered defendant Tanaka's Motion to Continue the Trial Date (CR 77), the Government's responsive filings (CR 86, 93 and 102), and the parties' Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 29, 2015.

    The Court hereby finds that the defendant's Motion, the government's response and the Stipulation, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides

good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from November 3, 2015 to March 22, 2016, at 8:30 a.m.  The status conference hearing is continued to March 7, 2016, at 3:00 p.m.

2.   Should the filing of additional motions be required, those motions, including motions *in limine*, shall be filed no later than January 11, 2016.  Oppositions to those motions shall be filed by January 25, 2016.  Replies shall be filed by February 1, 2016.  A hearing on any motions filed shall be held on Tuesday, February 16, 2016, at 3:00 p.m.

3.   The time period from November 3, 2015 to March 22, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

4.   Defendants shall appear for trial in Courtroom 15 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on March 22, 2016, at 8:30 a.m.

5.   Defendants shall appear for a status conference in Courtroom 10 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on March 7, 2016, at 3:00 p.m.

6.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 30, 2015
DATE

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

cc:   **PSA**