# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 15-255 PA | | Date | September 28, 2015 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward | X | | X |
| | | | | Jerome J. Haig | X | | X |

**Proceedings:**   Motions

Cause called; appearances made.

For reasons stated on the record, the Court denies the Motion to Dismiss Based on Qualified Immunity and Fair Notice (Docket No. 66), the Motion for Order Granting Immunity for Defense Witness Leroy Baca (Docket No. 67), and the Motion to Strike Surplusage (Docket No. 76).  The Court grants the Motion to Continue the Trial (Docket No. 77) and sets the following dates:

| | |
|---|---|
| Pretrial motions, including motions in limine, shall be filed on: | Jan 11, 2016 |
| Oppositions shall be filed on: | Jan 25, 2016 |
| Replies (optional) shall be filed on: | Feb 1, 2016 |
| Hearing on motions | Feb 16, 2016    at 3:00 p.m. |
| Final Status Conference/Hearing is set for: | Mar 7, 2016    at 3:00 p.m. |
| Trial is set for Tuesday at 8:30 A.M. on: | Mar 22, 2016 |

Counsel are to submit a stipulation and proposed order regarding excludable time.

                                                                                    :        21

                                    Initials of Deputy Clerk          SMO

cc:  **PSA**