EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
LIZABETH RHODES (Cal. Bar No. 155299)
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3541
     Facsimile: (213) 894-7631
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | STIPULATION AND REQUEST TO CONTINUE SENTENCING DATE |
| v. | |
| WILLIAM THOMAS CAREY, aka "Tom Carey" | Current Sentencing Date: 1/25/16 Proposed Sentencing Date: 8/1/16 |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Lizabeth A. Rhodes, and defendant William Thomas Carey, by and through his counsel of record, Andrew Stolper, hereby stipulate as follows:

     1.    Defendant was indicted and pled guilty in the above-referenced case.

     2.    Defendant pled guilty to a cooperation plea agreement.

3.    Defendant's original sentencing date was set for January 25, 2016, which would have been after the trial of defendant Carey's co-defendant, defendant Tanaka.

4.    The trial of defendant Tanaka has been moved to March 22, 2016.

5.    By this stipulation, the parties request that the sentencing date for Mr. Carey be moved to August 1, 2016, or as soon thereafter as this Court is available.

6.    The parties stipulate that this continuance is necessary as defendant Carey may testify at the trial of defendant Tanaka. Moreover, should such testimony take place, the Court may want to evaluate such testimony prior to sentencing defendant Carey.

7.    This is the first request for continuance of this sentencing.

8.    The parties believe that a continuance would be in the interest of justice and would allow the parties to fully explore and

//
//
//
//
//
//
//
//
//
//

2

brief the Court on both defendant's cooperation and any factors to be considered at sentencing.

9.    By signing this stipulation the parties request a sentencing date of August 1, 2016, or at any time thereafter that is convenient to the Court.

IT IS SO STIPULATED

Dated: November _19, 2015          EILEEN M. DECKER
                                   United States Attorney

                                   LAWRENCE S. MIDDLETON
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                         /s/
                                   LIZABETH A. RHODES
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA


 Dated: November 19, 2015             /s/ *Per electronic authorization*
                                   ANDREW STOLPER
                                   Attorney for Defendant CAREY

**CERTIFICATE OF SERVICE**

I, **G. MORENO**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, at whose direction I served a copy of:

**STIPULATION AND REQUEST TO CONTINUE SENTENCING DATE**

Service was:

☒ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By facsimile, as follows:

☐ By e-mail, as follows:

**LAURENE HARDY**
**U.S. Probation Officer**
**312 N. Spring St., 6th Floor**
**Los Angeles, CA 90012**

This certificate is executed on **November 19, 2015**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____/s/_____
G. MORENO
Legal Assistant