EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
LIZABETH RHODES (Cal. Bar No. 155299)
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3541
     Facsimile: (213) 894-7631
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | [PROPOSED] |
| | ORDER CONTINUING SENTENCING DATE |
| v. | |
| | Current Sentencing Date: 1/25/16 |
| WILLIAM THOMAS CAREY, | New Sentencing Date: 8/1/16 |
| aka "Tom Carey" | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

     The sentencing of defendant WILLIAM THOMAS CAREY in the above

referenced matter is continued from January 25, 2016, to

_____ at _____ _.m.  Counsel are instructed to

file their sentencing position papers on or before _____.

DATED: _____

                                    _____
                                    The HONORABLE PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I, **G. MORENO**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, at whose direction I served a copy of:

**[PROPOSED] ODER CONTINUING SENTENCING DATE**

Service was:

☒ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By facsimile, as follows:

☐ By e-mail, as follows:

**LAURENE HARDY**
**U.S. Probation Officer**
**312 N. Spring St., 6th Floor**
**Los Angeles, CA 90012**

This certificate is executed on **November 19, 2015**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____/s/_____
G. MORENO
Legal Assistant