EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
LIZABETH RHODES (Cal. Bar No. 155299)
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3541
    Facsimile: (213) 894-7631
    E-mail:    Brandon.Fox@usdoj.gov
             Lizabeth.Rhodes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>WILLIAM THOMAS CAREY,<br>    aka "Tom Carey"<br><br>        Defendant. | No. CR 15-255-PA<br><br>ORDER CONTINUING SENTENCING DATE<br><br>Current Sentencing Date: 1/25/16<br>New Sentencing Date: 8/1/16 |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The sentencing of defendant WILLIAM THOMAS CAREY in the above referenced matter is continued from January 25, 2016, to August 1, 2016, at 8:30 a.m. Counsel are instructed to file their sentencing position papers on or before July 12, 2016.

DATED: September 20, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

  cc: **USPO, PSA**