# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-255 PA | | Date | March 7, 2016 |
|----------|-------------|--|------|---------------|

| Present: The Honorable | PERCY ANDERSON |
|------------------------|----------------|
| Interpreter | N/A |

| Stephen Montes Kerr | Shayna Montgomery | Eddie A. Jauregui<br>Brandon D. Fox<br>Lizabeth A. Rhodes |
|---------------------|-------------------|----------------------------------------------------------|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|-------------------------|---------|-------|------|---------------------------|---------|------|------|
| (1) Paul Tanaka | √ | | √ | Harry Dean Steward<br>Jerome J. Haig | √<br>√ | | √<br>√ |

**Proceedings:**    (1) Final Status Conference
(2) Hearing on Motion *in Limine*

Cause called; appearances made.

Court hears oral argument on defendant's Motion *in Limine* to Admit Statements of Former Sheriff Leroy Baca [108].  For reasons stated on the record, the Court denies the motion.

Court and counsel confer about trial procedures and deadlines.  The parties must submit their respective jury instructions by close of business, March 14, 2016.  The Court sets a further status conference for Monday, March 14, 2016 at 10:30 a.m.

|  | : | 32 |
|--|---|----|
| Initials of Deputy Clerk | | SMO |

cc:  **PSA**