Brandon D. Fox
Assistant United States Attorney
California Bar Number: 290409
1300 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
Telephone: (213) 894-0284

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>PAUL TANAKA,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 15-255-PA<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Government's Ex Parte Application for An Order Allowing In Camera and Under Seal Filing of Documents, Proposed Order and Document

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other  - see list above

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☑   Manual Filing required (*reason*):
    In Camera and Under Seal

March 11, 2016
Date

BRANDON D. FOX
Attorney Name

United States of America
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)            **NOTICE OF MANUAL FILING**