EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
      1300/1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0284/3541/4849
      Facsimile: (213) 894-6436
      E-mail:     Brandon.Fox@usdoj.gov
                  Lizabeth.Rhodes@usdoj.gov
                  Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | JOINT STATEMENT OF CASE |
| v. | Trial Date:  March 22, 2016 |
| PAUL TANAKA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes and Eddie A. Jauregui, defendant Paul Tanaka, both individual and through his counsel of record, Dean Steward and Jerome Haig, submit the following joint statement of the case:

## STATEMENT OF THE CASE

The charges in this case involve conduct that allegedly occurred from August 19 to September 26, 2011.  The defendant, Paul Tanaka, was the Undersheriff of the Los Angeles County Sheriff's Department during this time period.

The government alleges that Mr. Tanaka knew that the federal government was conducting a grand jury investigation of whether certain deputies were using excessive force and accepting bribes at the Sheriff's Department's jails.  The government contends that Mr. Tanaka and other members of the Sheriff's Department conspired to obstruct that investigation.

The government alleges that Mr. Tanaka and others took actions to obstruct the investigation, including: (1) hiding an inmate, Anthony Brown, who was acting as a federal informant, from the Federal Bureau of Investigation and a federal grand jury; (2) tampered with potential witnesses by attempting to convince them not to cooperate with the federal investigation; and (3) threatened to arrest an FBI agent.

Mr. Tanaka is charged with two crimes: (1) conspiring to obstruct justice and (2) obstruction of justice.

Mr. Tanaka denies that he was part of a conspiracy and denies that he obstructed justice.  Mr. Tanaka has pleaded not guilty to each of the charges and is presumed innocent.

Dated: March 13, 2016           Respectfully submitted,

EILEEN M. DECKER
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


        /s/
BRANDON D. FOX
LIZABETH A. RHODES
EDDIE A. JAUREGUI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3