EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption and Civil Rights
LIZABETH ANN RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
    1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-6436
    E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | |
| v. | STIPULATION RE: EMAILS |
| PAUL TANAKA, | Trial Date:  March 22, 2016<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>             Hon. Percy Anderson |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon Fox, Lizabeth Rhodes, and Eddie Jauregui, and defendant Paul Tanaka, by and through his counsel of record, Dean Steward and Jerome Haig, hereby stipulate as follows:

Government Exhibits 9 through 78 are true and correct copies of emails transmitted over the Los Angeles County Sheriff's Department's email server on or about the dates listed in the exhibits.

IT IS SO STIPULATED AND AGREED:

On Behalf of Plaintiff United States of America

Dated: March 13, 2016

_____/s/ Brandon D. Fox_____
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

On Behalf of Defendant Paul Tanaka

DATED: March 14, 2016

_____
Dean Steward
Jerome Haig
Attorneys for Defendant Paul Tanaka

DATED: March 14, 2016

_____
Paul Tanaka

2