EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption and Civil Rights
LIZABETH ANN RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
    1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-6436
    E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>PAUL TANAKA,<br><br>          Defendant. | No. CR 15-255-PA<br><br>STIPULATION RE: RECORDINGS<br><br>Trial Date:   March 22, 2016<br>Trial Time:   8:30 a.m.<br>Location:     Courtroom of the<br>              Hon. Percy Anderson |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon Fox, Lizabeth Rhodes, and Eddie Jauregui, and defendant Paul Tanaka, by and through his counsel of record, Dean Steward and Jerome Haig, hereby stipulate as follows:

1. Government Exhibit 80 is a true and accurate recording of an interview conducted of Anthony Brown by Los Angeles County Sheriff's Department Deputies Gerard Smith and Mickey Manzo on August 19, 2011. Government Exhibit 81 contains true and accurate excerpts of the recording in Government Exhibit 80. Government Exhibit 82 accurately identifies the speakers and is an accurate transcription of Government Exhibit 81.

2. Government Exhibit 83 is a true and accurate recording of an interview conducted of Anthony Brown by LASD Lieutenant Stephen Leavins, Deputy Gerard Smith and Deputy Mickey Manzo on the morning of August 21, 2011. Government Exhibit 84 contains true and accurate excerpts of the recording in Government Exhibit 83. Government Exhibit 85 accurately identifies the speakers and is an accurate transcription of the excerpts contained on Government Exhibit 84.

3. Government Exhibit 86 is a true and accurate recording of an interview conducted of Anthony Brown by LASD Captain William "Tom" Carey, Lieutenant Stephen Leavins, Deputy Gerard Smith and Deputy on August 23, 2011. Government Exhibit 87 contains true and accurate excerpts of the recording in Government Exhibit 86. Government Exhibit 88 accurately identifies the speakers and is an accurate transcription of the excerpts contained on Government Exhibit 87.

4. Government Exhibits 89 and 90 are true and accurate recordings of an interview conducted of Anthony Brown by LASD Lieutenant Stephen Leavins, Sergeant Scott Craig, Sergeant Maricela Long, Deputy Gerard Smith, and Deputy Mickey Manzo on August 24, 2011. Government Exhibit 91 contains true and accurate excerpts of the recording in Government Exhibits 89 and 90. Government Exhibit

92 accurately identifies the speakers and is an accurate transcription of the excerpts contained on Government Exhibit 91.

5.   Government Exhibit 93 is a true and accurate recording of an interview conducted of Anthony Brown by LASD Sergeants Scott Craig and Maricela Long on August 26, 2011.  Government Exhibit 94 contains true and accurate excerpts of the recording in Government Exhibit 93. Government Exhibit 95 accurately identifies the speakers and is an accurate transcription of the excerpts contained on Government Exhibit 94.

6.   Government Exhibit 96 is a true and accurate recording of an interview conducted of Anthony Brown by LASD Deputy Gerard Smith on September 2, 2011.  Government Exhibit 97 accurately identifies the speakers and is an accurate transcription of Government Exhibit 97.

7.   Government Exhibit 98 is a true and accurate recording of an interview conducted of LASD Deputy William David Courson on August 30, 2011.  Government Exhibit 99 accurately identifies the speakers and is an accurate transcription of Government Exhibit 98.

8.   Government Exhibits 100 and 101 are true and accurate recordings of an interview conducted of LASD Deputy Gilbert Michel by Lieutenant Stephen Leavins, Sergeant Scott Craig, and Sergeant Maricela Long on August 30, 2011.  Government Exhibit 102 contains true and accurate excerpts of the recordings in Government Exhibits 100 and 101.  Government Exhibit 103 accurately identifies the speakers and is an accurate transcription of Government Exhibit 102.

9.   Government Exhibit 104 is a true and accurate copy of a voicemail message LASD Sergeant Scott Craig recorded on September 9,

2011.  Government Exhibit 105 is an accurate transcription of Government Exhibit 104.

10.  Government Exhibit 106 is a video recording that fairly and accurately depicts an encounter between LASD Sergeants Scott Craig and Maricela Long, and Federal Bureau of Investigation Special Agent Leah Marx on September 26, 2011.  Government Exhibit 107 is a fair and accurate audio recording of that encounter.  Government Exhibit 108 accurately identifies the speakers and is an accurate transcription of Government Exhibit 107.

11.  Government Exhibit 110 is a fair and accurate recording of a portion of a telephone conversation that occurred between LASD Sergeant Maricela Long and Federal Bureau of Investigation Supervisory Special Agent Carlos Narro on September 26, 2011. Government Exhibit 111 accurately identifies the speakers in Government Exhibit 110 and is an accurate transcription of that exhibit.

IT IS SO STIPULATED AND AGREED:


On Behalf of Plaintiff United States of America


Dated: March 14, 2016

                              /s/ Brandon D. Fox
                        Brandon D. Fox
                        Lizabeth A. Rhodes
                        Eddie A. Jauregui
                        Assistant United States Attorneys

On Behalf of Defendant Paul Tanaka


DATED: March 14, 2016

_____
Dean Steward
Jerome Haig
Attorneys for Defendant Paul Tanaka


DATED: March 14, 2016

_____
Paul Tanaka