EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption and Civil Rights
LIZABETH ANN RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
        1300/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0284/3541/4849
        Facsimile: (213) 894-6436
        E-mail:     Brandon.Fox@usdoj.gov
                    Lizabeth.Rhodes@usdoj.gov
                    Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>PAUL TANAKA,<br><br>              Defendant. | No. CR 15-255-PA<br><br>STIPULATION RE: PHONE RECORDS<br><br>Trial Date:   March 22, 2016<br>Trial Time:   8:30 a.m.<br>Location:     Courtroom of the<br>              Hon. Percy Anderson |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon Fox, Lizabeth Rhodes, and Eddie Jauregui, and defendant Paul Tanaka, by and through his counsel of record, Dean Steward and Jerome Haig, hereby stipulate as follows:

1.    Government Exhibit 162 contains phone records for 213-894-3881 and 213-894-7998, which were two numbers assigned to facsimile machines used by the United States Marshal's Service in Los Angeles.

2.    Government Exhibit 163 contains phone records for 213-217-4973, which was a number assigned to a facsimile machine used by the Los Angeles County Sheriff's Department's Inmate Reception Center.

IT IS SO STIPULATED AND AGREED:

On Behalf of Plaintiff United States of America

Dated: March 14, 2016

_____/s/ Brandon D. Fox_____
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

On Behalf of Defendant Paul Tanaka

DATED: March 14, 2016

_____
Dean Steward
Jerome Haig
Attorneys for Defendant Paul Tanaka

DATED: March 14, 2016

_____
Paul Tanaka

2