EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption and Civil Rights
LIZABETH ANN RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
     1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
     Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>PAUL TANAKA,<br><br>          Defendant. | No. CR 15-255-PA<br><br>STIPULATION RE: PREVIOUS TESTIMONY<br><br>Trial Date:  March 22, 2016<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>             Hon. Percy Anderson |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon Fox, Lizabeth Rhodes, and Eddie Jauregui, and defendant Paul Tanaka, by and through his counsel of record, Dean Steward and Jerome Haig, hereby stipulate as follows:

1.    Government Exhibit 182 is a true and correct copy of excerpts of testimony defendant Paul Tanaka provided to a grand jury on December 19, 2012.

2.    Government Exhibit 183 is a true and correct copy of excerpts of testimony defendant Paul Tanaka provided in United States v. James Sexton on or about May 19, 2014.

3.    Government Exhibit 205 is a true and correct copy of excerpts of testimony defendant Paul Tanaka provided in United States v. Stephen Leavins, Greg Thompson, Scott Craig, Maricela Long, Gerard Smith, and Mickey Manzo on or about June 6 and June 10, 2014.

IT IS SO STIPULATED AND AGREED:

On Behalf of Plaintiff United States of America

Dated: March 14, 2016

_____/s/ Brandon D. Fox_____
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

On Behalf of Defendant Paul Tanaka

DATED: March 14, 2016

Dean Steward
Jerome Haig
Attorneys for Defendant Paul Tanaka

DATED: March 14, 2016

Paul Tanaka

3