EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption and Civil Rights
LIZABETH ANN RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
        1300/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0284/3541/4849
        Facsimile: (213) 894-6436
        E-mail:    Brandon.Fox@usdoj.gov
                   Lizabeth.Rhodes@usdoj.gov
                   Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | |
| v. | STIPULATION RE: ACLU FILINGS AND CORRESPONDENCE WITH THE LASD |
| PAUL TANAKA, | Trial Date:    March 22, 2016 |
| Defendant. | Trial Time:    8:30 a.m. |
| | Location:     Courtroom of the Hon. Percy Anderson |

        Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon Fox, Lizabeth Rhodes, and Eddie Jauregui, and defendant Paul Tanaka, by and through his counsel of record, Dean Steward and Jerome Haig, hereby stipulate as follows:

Government Exhibits 112 and 116 are letters sent from the American Civil Liberties Union to Sheriff Baca at the Los Angeles County Sheriff's Department on or about the dates listed in the exhibits.

Government Exhibits 113 and 115 are court filings made by the American Civil Liberties Union in litigation against the Los Angeles County Sheriff's Department. The filings were made on or about the dates listed in the exhibits.

IT IS SO STIPULATED AND AGREED:

On Behalf of Plaintiff United States of America

Dated: March 13, 2016

_/s/ Brandon D. Fox_
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

On Behalf of Defendant Paul Tanaka

DATED: March 14, 2016

_____
Dean Steward
Jerome Haig
Attorneys for Defendant Paul Tanaka

DATED: March 14, 2016

_____
Paul Tanaka

2