# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-255 PA | Date | March 14, 2016 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Shayna Montgomery | Eddie A. Jauregui<br>Brandon D. Fox<br>Lizabeth A. Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | √ | | √ | Harry Dean Steward<br>Jerome J. Haig | √<br>√ | | √<br>√ |

**Proceedings:**    Further Status Conference

Cause called; appearances made.

Court and counsel confer about trial procedures and deadlines.  The parties agree to the use of a hardship questionnaire.

Court continues the trial to Wednesday, March 23, 2016 at 8:30 a.m.

|  | : | 18 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

cc: **PSA**