EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
        1300/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0284/3541/4849
        Facsimile: (213) 894-6436
        E-mail:     Brandon.Fox@usdoj.gov
                    Lizabeth.Rhodes@usdoj.gov
                    Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>                    v.<br><br> PAUL TANAKA,<br><br>              Defendant. | No. CR 15-255-PA<br><br>GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS<br><br>Trial Date:  March 22, 2014 |

     Pursuant to Rule 24(a) of the Federal Rules of Criminal

Procedure, plaintiff United States of America respectfully requests

that the Court ask prospective jurors the questions attached, in

addition to the Court's regular voir dire questions and such supplemental questions as may become appropriate

Dated: March 16, 2016                    Respectfully submitted,

                                         EILEEN M. DECKER
                                         Acting United States Attorney

                                         LAWRENCE S. MIDDLETON
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                              /s/
                                         BRANDON D. FOX
                                         LIZABETH A. RHODES
                                         EDDIE A. JAUREGUI
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

**Familiarity with This Case and its Parties**

1.    [AFTER READING STATEMENT OF THE CASE] Is there anything about the charges in this case or this type of case that makes you unwilling or reluctant to serve as a juror?  Is there anything about this charge in this case or this type of case that may cause you to lean in favor of or against either the prosecution or the defendant in this case?

2.    [AFTER INTRODUCING THOSE AT COUNSEL TABLE] Are you familiar with any of the individuals sitting at counsel table, including the attorneys, the FBI agent, and the defendants?

3.    [AFTER READING WITNESS LIST] Do you know or are you familiar with any of the following individuals, who may be witnesses in this case?

4.    Have you read, listened to, or seen any stories, editorials, or blogs regarding this case?

5.    Have you read, listened to, or seen any stories, editorials, or blogs regarding allegations of civil rights violations at the Los Angeles County jails?

6.    Do you have any opinions about allegations of police misconduct, the use of excessive force, or civil rights violations?

**Opinions of Law Enforcement and Judicial System**

7.    Are you, any family member or close friends an employee of or associated with the Los Angeles County Sheriff's Department?  If so, please provide specifics.

8.    Are you, any family member or close friends an employee of or associated with the Federal Bureau of Investigation or the U.S. Attorney's Office.  If so, please provide specifics.

9.    Are you, any family member or close friends a law enforcement officer or employee of or volunteer for a law enforcement organization?  If so, please provide more information.

10.   Have you ever had a dispute with a law enforcement officer?

a.    What type?

b.    Did you think the officer was honest and fair in his or her dealings with you about the dispute?

11.   Do you have any opinion about the LASD generally?

12.   Do you have any opinions about FBI generally?

13.   Have you, or any family member or close friend, ever been a victim of or witness to a crime?  If so, please describe the nature of the crime, whether you or someone else reported it to law enforcement, whether you were interviewed by a law enforcement officer, whether a suspect was arrested, whether you or your family member or close friend testified in court, and whether you believe the officer(s) handled the matter in a satisfactory or unsatisfactory manner.  Do you feel this experience would affect your ability to be a fair and impartial juror in this case?

14.   Have you ever been a plaintiff, defendant, victim, or witness in a court proceeding in a civil or criminal matter?  If so, please describe the circumstances

15.   Have you, or any family member or close friend, ever been arrested by a law enforcement officer?  If so, when and for what kind of crime?  What was the outcome?  Do you feel you were (he or she was) treated fairly?  Do you believe the officers handled the matter properly or improperly?  Was there any use of force involved?  Is there anything about that experience that could cause you to lean in

favor of or against either of the parties (the government or the defendant) in this case?

16.    Have you, or any family member or close friend, ever been investigated, charged with, or convicted of a crime?  (If you would like, you may approach sidebar to answer the question.)  If so, please describe the circumstances.  Did you feel that law enforcement and the court system handled the matter properly or improperly?

17.    Have you, or any family member or close friend, ever been falsely accused of committing a crime?  (If you would like, you may approach sidebar to answer the question). If so, please describe the circumstances.  Do you feel that experience would affect your ability to be a fair and impartial juror in this case?

18.    Have you, or any family member or close friend, ever filed a lawsuit or complaint against a law enforcement officer, police department, or agency?  When was the complaint or lawsuit filed?  Against whom was it filed?  What was the nature of the misconduct alleged?  How was the complaint or lawsuit resolved?  Do you have any negative feelings regarding law enforcement as a result of the situation?

19.    Do you believe that police officers are either more or less believable than other witnesses who are not police officers?

20.    Do you have an opinion about whether it is proper or improper for the government to offer a beneficial plea agreement to a witness in order to obtain his or her testimony?

21.    Have you, or any family member or close friend, ever been a member of, made a charitable donation to, or otherwise provided support to, the Fraternal Order of Police, or any other group or

3

organization that supports law enforcement officers?  If so, please describe.

22.  Have you ever been on a "ride-along" or something similar with police officers?

23.  Have you had any experience with pepper spray?

24.  Have you ever been restrained by handcuffs?

**Other Experience and Opinions**

25.  Have you, or any family member ever had any legal training (including taking law courses, paralegal program, or on-the-job training)?  Are you or your family member currently employed in the legal profession (e.g., as a lawyer, paralegal, law clerk, etc.)?  Do you think this would make it difficult for you to follow the Court's instructions regarding the law applicable to this case?

26.  Have you supervised other people at your present or past place of employment?  If so, please describe the nature of your duties and the number of persons supervised.

27.  In the course of any positions you have held, have you been required to write reports?  If so, please describe the type of information you are required to write in the reports and the purpose behind writing the reports.

28.  Do you have philosophical, political, sympathetic, religious or ideological views that may make it difficult for you to be a fair and impartial juror in this case or to sit in judgment of another person?

29.  At the end of the trial, I will instruct you on the law you must follow in this case.  Are you willing to follow my instructions on the law, regardless of whether you agree or disagree with the law?

4

30. Do you have any difficulty with your language skills, hearing, sight or have medical or other issues that could impair your ability to devote your full attention to this trial?

31. Is there any matter or reason not covered by these questions that from what you now know about this case makes you unwilling or reluctant to serve as a juror, or causes you any reservations about your ability to hear the evidence, deliberate and return a fair and impartial verdict?