EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, CA 90012
     Telephone: (213) 894-0284/3541/4849
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE REGARDING INTRODUCTION OF BUSINESS RECORDS PURSUANT TO THE SELF-AUTHENTICATION PROVISIONS OF FEDERAL RULE OF EVIDENCE 902(11) |
| v. | |
| PAUL TANAKA, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Margaret L. Carter, hereby provides notice of its intent to offer into evidence business records of the below-enumerated businesses and organizations (previously produced in discovery in this case) pursuant to the procedures of Federal Rule of

Evidence 902(11).

Amended Rule 902 of the Federal Rules of Evidence provides in pertinent part:

Self Authentication:  Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:

. . .

(11) The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person . . .  certifying that the record --

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

///

///

///

2

The government has produced the declarations from a custodian of records or other qualified person from the following entities:

1. Pacific Bell/AT&T

2. New Cingular Wireless/ AT&T

3. Cellco dba Verizon Wireless

4. AT&T

Dated: March 17, 2016

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____/s/ Lizabeth Rhodes_____
BRANDON D. FOX
LIZABETH A. RHODES
MARGARET L. CARTER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA