LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686 – office
Fax:              (424) 271-5990
E-mail:         jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:              (949) 496-6753
Email:          deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>PAUL TANAKA, et al,<br><br>Defendants. | Case No: CR 15-255-PA<br><br>**DEFENDANT PAUL TANAKA'S REQUEST FOR JUDICIAL NOTICE**<br><br>Trial Date: March 23, 2016 |

Defendant Paul Tanaka, by and through his counsel, Jerome J. Haig and H. Dean Steward, requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201(b)(2), of the following matters in the official Court record in *United States v. Greg*

1

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

*Thompson*, *et al*, CR 13-819-PA:

1. On September 23, 2014, the below-named defendants were sentenced to federal prison by this Court for charges of conspiracy to obstruct justice, in violation of 18 U.S.C. § 371, and obstruction of justice in violation of 18 U.S.C. § 1503(a),  as follows:

|   |   |
|---|---|
| Greg Thompson: | 37 months |
| Steven Leavins: | 41 months |
| Gerard Smith: | 21 months |
| Mickey Manzo: | 24 months |
| Scott Craig: | 33 months |
| Maricela Long: | 24 months |

2. On December 16, 2014, the below-named defendant  was sentenced to federal prison by this Court for charges of conspiracy to obstruct justice, in violation of 18 U.S.C. § 371, and obstruction of justice in violation of 18 U.S.C. § 1503(a), as follows:

|   |   |
|---|---|
| James Sexton: | 18 months |

Pursuant to Federal Rule of Evidence 201(f), the defendant asks this Court to accept the above noticed facts as conclusive.


      March 18, 2016
Date

                                                            /s/ *Jerome J. Haig*
                                                            Jerome J. Haig
                                                            Attorney for Defendant
                                                            Paul Tanaka

2

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE