EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
      1500/1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0284/3541/4849
      Facsimile: (213) 894-7631
      E-mail:    Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | APPLICATION FOR AN ATTORNEY EYES ONLY PROTECTIVE ORDER |
| v. | |
| PAUL TANAKA, | Trial Date:    March 23, 2016<br>Trial Time:    8:30 a.m.<br>Location:      Courtroom of the |
| Defendant. | Hon. Percy Anderson |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brandon D. Fox, Lizabeth A. Rhodes and Eddie A. Jauregui, and defendant Paul Tanaka, by and through his counsel of record, Dean Steward and Jerome Haig, hereby apply for an Attorney Eyes Only Protective Order pursuant to Federal Rule of Criminal Procedure 16(d).  The parties seek such an

order for the following reasons and agreed to abide by the following terms:

The government has in its possession sensitive and personal information it wishes to disclose to the defense.  The government and the defendant agree that this material will be disclosed to defense counsel of record and defense counsel's assistants (the "Defense") pursuant to an Attorney's Eyes Only Protective Order (the "Order"). The case is currently set for trial on March 23, 2016.

Once the Court has entered the Order, the government will disclose the material to the Defense.  In doing so, the government shall mark the discovery produced pursuant to the Order as "CR No. 15-255 Attorney's Eyes Only" (the "Material").

The Defense shall not disclose the Material or the substance of the Material subject to this Order to the defendant, to any third party, or to the public without prior approval of the Court.

If the Defense believes that any portion of the Material should be disclosed to the defendant, or any third party, or used in any way as part of the trial or any proceeding or pleading, the Defense shall inform the government in writing of its belief and reasons for its belief.  The Defense shall then seek relief from this Order with the Court before disclosing the Material to the defendant, disclosing it to any third party, or using it as part of the defendant's trial or any pleading.

Should the Defense learn that the defendant or a third party has obtained the Material or learned the substance of the Material, the Defense shall notify the government and the Court immediately.  The Defense shall use its best efforts to retrieve the Material from the defendant or a third party who has obtained the Material.

Should any member of the Defense withdraw or be disqualified from participation in this case, the Material received and any copies derived therefrom shall be returned to the government within ten days.

The Defense will communicate the substance of this Order and explain it to their assistants before making any of the Material available to the assistants.  Only after an assistant agrees to be bound by the Order shall the Defense provide the Material or substance of the Material to that assistant.  The Defense will identify for the government the names of their assistants that obtain the Material or substance of the Material.

Dated: March 21, 2016              Respectfully submitted,

                                   EILEEN M. DECKER
                                   United States Attorney

                                   LAWRENCE S. MIDDLETON
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                        /s/
                                   _____
                                   Brandon D. Fox
                                   Lizabeth A. Rhodes
                                   Eddie A. Jauregui
                                   Assistant United States Attorneys


Dated: March 21, 2016

                                        /s/
                                   _____
                                   Dean Steward
                                   Attorney for Defendant Paul Tanaka


                                        /s/
                                   _____
                                   Jerome Haig
                                   Attorney for Defendant Paul Tanaka