EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
        1500/1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0284/3541/4849
        Facsimile: (213) 894-7631
        E-mail:     Brandon.Fox@usdoj.gov
                    Lizabeth.Rhodes@usdoj.gov
                    Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255 |
|---|---|
| Plaintiff, | [PROPOSED] ATTORNEY EYES ONLY PROTECTIVE ORDER |
| v. | |
| PAUL TANAKA, | |
| Defendant. | |

The parties have applied for an Attorney Eyes Only Protective Order (the "Order") pursuant to Federal Rule of Criminal Procedure 16(d).  The Court has previously reviewed the material that is the subject of this Order and finds there is good cause to issue the Order to guard against the premature or inappropriate disclosure of the information, which is sensitive and personal in nature.

        IT IS HEREBY ORDERED:

The government shall produce material pursuant to this order (the "Material") by marking the Material "CR No. 15-255 Attorney's Eyes Only."  The government shall then produce the Material to defense counsel of record.

Defense counsel of record may disclose the Material or the substance of the Material to their assistants, but only after informing their assistants of the substance of this Order.  Only after one of the defense counsel's assistants agrees to be bound by the Order shall defense counsel provide the Material or substance of the Material to that assistant.  The Defense will identify for the government the names of their assistants that obtain the Material or substance of the Material.

Neither defense counsel nor any of its assistants (collectively the "Defense") shall disclose the Material or the substance of the Material to the defendant, to any third party, or to the public without prior approval of the Court.

If the Defense believes that any portion of the Material should be disclosed to the defendant, or to any third party, or be used in any way as part of the defendant's trial or any proceeding or pleading, the Defense shall inform the government in writing of its belief and reasons for its belief.  The Defense shall then seek relief from this Order with the Court before disclosing the Material to the defendant, disclosing it to any third party, or using it as part of the defendant's trial or any proceeding or pleading.

Should the Defense learn that the defendant or a third party has obtained the Material or learned the substance of the Material, the Defense shall notify the government and the Court immediately.  The

Defense shall use its best efforts to retrieve the Material from the defendant or any third party who has obtained the Material.

Should any member of the Defense withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom shall be returned to the government within ten days.

IT IS SO ORDERED.

_____          _____
DATE                                      HONORABLE PERCY ANDERSON
                                          UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
Brandon D. Fox
Assistant United States Attorney