EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
     1500/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-7631
     E-mail:     Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255 |
|---|---|
| Plaintiff, | ATTORNEY EYES ONLY PROTECTIVE ORDER |
| v. | |
| PAUL TANAKA, | |
| Defendant. | |

The parties have applied for an Attorney Eyes Only Protective Order (the "Order") pursuant to Federal Rule of Criminal Procedure 16(d).  The Court has previously reviewed the material that is the subject of this Order and finds there is good cause to issue the Order to guard against the premature or inappropriate disclosure of the information, which is sensitive and personal in nature.

     IT IS HEREBY ORDERED:

The government shall produce material pursuant to this order (the "Material") by marking the Material "CR No. 15-255 Attorney's Eyes Only."  The government shall then produce the Material to defense counsel of record.

Defense counsel (collectively the "Defense") shall not disclose the Material or the substance of the Material to the defendant, to any third party, or to the public without prior approval of the Court.

If the Defense believes that any portion of the Material should be disclosed to the defendant, their assistants, or to any third party, or be used in any way as part of the defendant's trial or any proceeding or pleading, the Defense shall inform the government in writing of its belief and reasons for its belief.  The Defense shall then seek relief from this Order with the Court before disclosing the Material to the defendant, disclosing it to any third party, including their assistants, or using it as part of the defendant's trial or any proceeding or pleading.

Should the Defense learn that the defendant or a third party has obtained the Material or learned the substance of the Material, the Defense shall notify the government and the Court immediately. The Defense shall use its best efforts to retrieve the Material from the defendant or any third party who has obtained the Material.

Should any member of the Defense withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom shall be returned to the government within ten days.

DATED:  March 21, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE