EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
        1500/1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213)  894-0284/3541/4849
        Facsimile:  (213)  894-7631
        E-mail:     Brandon.Fox@usdoj.gov
                    Lizabeth.Rhodes@usdoj.gov
                    Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | *EX PARTE* APPLICATION FOR ORDER COMPELLING TESTIMONY OF MICKEY MANZO PURSUANT TO TITLE 18 U.S.C. § 6001 *ET SEQ.*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EILEEN M. DECKER; EXHIBIT; PROPOSED ORDER |
| v. | |
| PAUL TANAKA, | |
| Defendant. | |

The United States Attorney hereby applies to this Honorable Court for an order compelling MICKEY MANZO to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001 et seq., and respectfully represents as follows:

1.   MICKEY MANZO has been subpoenaed to testify before this Court on March 23, 2016;

2.    Counsel for MICKEY MANZO has advised that if MICKEY MANZO is called to the stand, he will, at that time, refuse to answer questions, invoking the constitutional privilege against self-incrimination;

3.    In the judgment of the United States Attorney, the testimony of MICKEY MANZO may be necessary to the public interest; and

4.    Robert J. Moossy, Jr., an authorized Deputy Assistant Attorney General of the United States, has approved this application for an order instructing MICKEY MANZO to testify pursuant to 18 U.S.C. § 6003 and 28 C.F.R. § 0.175.

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001 et seq., the United States Attorney requests that the Court order MICKEY MANZO to give testimony relating to all matters within his knowledge about which he may be interrogated in this matter.

In support of this motion, the United States Attorney submits herewith the attached declaration of Eileen M. Decker, exhibit, and proposed order.

Dated: March 21, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States is applying to this Court pursuant to 18 U.S.C. § 6003 for an order compelling MICKEY MANZO to testify before the Court in this matter.  Section 6003(b) provides that the United States Attorney may request such an order when in her judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.  The attached Declaration of Eileen M. Decker, the United States Attorney, establishes that in her judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of his privilege against self-incrimination.  Section 6003(a) provides that the "United States district court . . . shall issue . . . upon the request of the United States Attorney . . ., an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination . . . ."  The grant of the order, is therefore, mandatory upon a proper request, such as the one presented here.

3

## DECLARATION OF EILEEN M. DECKER

I, Eileen M. Decker, declare as follows:

1.   I am the United States Attorney for the Central District of California.

2.   I have been advised by Assistant United States Attorney Brandon D. Fox that Matthew Lombard, counsel for MICKEY MANZO, has advised that if MICKEY MANZO is called to the stand to testify before the Court in this matter, he will refuse to answer certain questions, invoking the constitutional privilege against self-incrimination.

3.   Assistant United States Attorney Brandon D. Fox has presented the facts of the investigation to me, and in my judgment, the testimony of MICKEY MANZO may be necessary to the public interest.

4.   An authorized Deputy Assistant Attorney General of the United States, with the concurrence of an Assistant Attorney General, has approved the application for an order instructing MICKEY MANZO to testify and produce evidence under the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175.  A true copy of the letter from Robert J. Moossy, Jr., Deputy Assistant Attorney General, Civil Rights Division, Department of Justice, expressing said approval is attached as Exhibit 1.

//
//
//
//
//

4

5.   Assistant United States Attorney Lizabeth A. Rhodes has advised me of the following:

a.   Trial is currently set for March 23, 2016, and the government will require the testimony of MICKEY MANZO.

b.   Assistant United States Attorney Lizabeth A. Rhodes is available to consult with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 21, 2016

_____
EILEEN M. DECKER

5