

**U. S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*                    *Washington, D.C. 20530*

**MAR 1 5 2016**

The Honorable Eileen M. Decker
United States Attorney
Central District of California
312 North Spring Street
Suite 1200
Los Angeles, CA 90012

     Re:  Immunity Compulsion Order Authorization for Mickey Manzo

Dear Ms. Decker:

     This is to provide authorization for you to seek an order compelling Mickey Manzo to testify at the trial of Paul Tanaka and William Thomas Carey, and in any further proceedings resulting therefrom or ancillary thereto, in the Central District of California.

     Upon consideration of the request from the Criminal Section, Civil Rights Division, I find, with the concurrence of Ms. Leslie R. Caldwell, Assistant Attorney General, Criminal Division, that the testimony of Mickey Manzo is necessary to the public interest. I further find, with the concurrence of Ms. Caldwell, that Mickey Manzo is likely to refuse to testify because of the privilege against self-incrimination.

     Therefore, pursuant to the authority vested in me by 18 U.S.C. Section 6003 and 28 C.F.R. Section 0.175, you are hereby authorized to apply to the United States District Court for the Central District of California for an order requiring Mickey Manzo to give testimony in the above-referenced trial and in any further proceedings resulting therefrom or ancillary thereto.

                        Sincerely,

                        Robert J. Moossy, Jr.
                        Deputy Assistant Attorney General

**EXHIBIT**