# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | CR15-255 PA | | Date | March 23, 2016 |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON |
| Interpreter | N/A |

| Stephen Montes Kerr | Not Reported | Eddie A. Jauregui<br>Brandon D. Fox<br>Lizabeth A. Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | | | | Harry Dean Steward<br>Jerome J. Haig | | | |

**Proceedings:**    Order Re Objections to Exhibits

Counsel shall meet and confer concerning objections to exhibits.  At the conference, counsel shall review each of the exhibits to which there is an objection and attempt to resolve the objection.  After the conference, counsel shall, on or before March 24, 2016, filed a joint statement, advising the Court that all objections have been resolved.  In the event, that the parties cannot resolve all of the objections, the parties shall on or before March 24, file a joint statement in the following format:

### JOINT STATEMENT RE: OBJECTIONS TO EXHIBITS

The parties were able to resolve the objections identified in the Exhibit List as to Exhibits Nos. [e.g. 11, 13, etc.].  The parties were not able to resolve the objections identified in the Exhibit List as to the following exhibits:

Government's Exhibit No.  14: [Description of exhibit and identity of witness offering the exhibit.

Defendant's Grounds for Objection: [Cite grounds and authority for the objection, e.g., Relevance under Fed.  R.  Evid.  401; Foundation under Fed.  R.  Evid.  901; Hearsay under Fed.  R.  Evid.  802].

Government's Response to the Objection: [e.g., this document is not hearsay because . . .]

Defendant's Response: [e.g., this document is hearsay and the exception relied on by the Government is not applicable because . . . ]

IT IS SO ORDERED.