EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
LIZABETH A. RHODES (Cal Bar. No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal Bar. No. 297986)
Assistant United States Attorney
General Crimes Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:   (213) 894-0284/3541/4849
        E-mail:   Brandon.Fox@usdoj.gov
                  Lizabeth.Rhodes@usdoj.gov
                  Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | JOINT STATEMENT RE: OBJECTIONS TO EXHIBITS |
| v. | |
| PAUL TANAKA, | |
| Defendant. | |

The parties were able to resolve the objections identified in the Government's Exhibit List as to Exhibits Nos. 1-14, 19, 26, 28-29, 31, 35, 37, 41, 43-46, 50, 53-56, 58, 63-64, 69-71.  The parties were not able to resolve the objections identified in the Exhibit List as to the following exhibits[1]:

_____

[1] Also attached hereto is Exhibit A are the same objections in chart form.

**Government's Exhibit No. 15**: Email dated 8/18/11 at 8:02 p.m. from Christopher Nee to William T. Carey, Liam Gallagher, Gregory Thompson re: Meeting – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies.  This is not a confrontation Clause issue.  United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 16**: Email dated 8/18/11 at 8:59 PM from Christopher Nee to Julie Montgomery re: Sheriff's Meeting. – witness Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. This is not a Confrontation Clause issue.  United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 17**: Email dated 8/18/11 at 10:31 PM from Gregory Thompson to Christopher Nee re: Meeting – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. This is not a Confrontation Clause issue.  United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 18:** Email dated 8/19/11 at 10:50 AM from Gregory Thompson to Christopher Nee – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. This is not a Confrontation Clause issue.  United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 20:** Email dated 8/19/11 at 4:00 PM from Christopher Nee to Stephen Leavins re: Please give me a call … -

3

witness: Manzo.

<u>Defendant's Grounds for Objection</u>: Confrontation Clause

<u>Government's Response to the Objection</u>: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies.  Additionally, this is a co-conspirator statement under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  <u>United States v. Wilson</u>, 97 F.3d 1298, 1315-16 (11th Cir. 2015); <u>United States v. Saks</u>, 964 F.2d 1514, 1525-26 (5th Cir. 2008); <u>United States v. Chappell</u>, 698 F.2d 308, 312-313 (7th Cir. 1983); <u>see also</u> <u>United States v. Allen</u>, 425 F.3d 1231, 1235 (9th Cir. 2005).

<u>Defendant's Response</u>: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**<u>Government's Exhibit No. 21</u>:** Email chain ending 8/20/11 at 9:00 PM from Gregory Thompson to Crystal Miranda re: Fw: Timing – witness: Manzo.

<u>Defendant's Grounds for Objection</u>: Confrontation Clause

<u>Government's Response to the Objection</u>: This is a co-conspirator statement under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  <u>Crawford v. Washington</u>, 541 U.S. 36 (2004); <u>United States v. Allen</u>, 425 F.3d 1231, 1235 (9th Cir. 2005); <u>United States v. Le</u>, 172 Fed. App'x 208, 210 (9th Cir. 2006).

<u>Defendant's Response</u>: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

4

**Government's Exhibit No. 22:** Email chain ending 8/23/11 12:19 pm from Crystal Miranda to Gregory Thompson FW: New Policy – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a co-conspirator statement under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 23:** Email chain ending 8/23/11 3:58 pm from Daniel Fedele to Gregory Thompson re: YOUR 1750 QUESTION – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This email chain is offered to show the effect on the listener (Thompson, a co-conspirator, receiving emails) and as a co-conspirator statement (Thompson sending emails).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); Moses v. Payne, 555 F.3d 742, 754-55 (9th Cir. 2008); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 24:** Email chain ending 8/24/11 9:11 AM from William Gilbert to Gregory Thompson – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is an order and is not hearsay.  Additionally, this email chain is offered as co-conspirator statement and effect on the listener.  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); Moses v. Payne, 555 F.3d 742, 754-55 (9th Cir. 2008); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 25:** Email chain ending at 08/24/11 9:30 AM from Cecil Rhambo to Gregory Thompson, Re: OSJ WEEKLY INTEL – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: These are co-conspirators statements.  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 27:** Email chain ending 08/24/11 at 10:06 AM from Steven Spackman to William Carey, Re: Re – witness: Dahle.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a co-conspirator statement and therefore not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 30**: Email chain ending 08/24/11 at 9:39 PM from Gregory Thompson to Christopher Nee – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies.  Additionally, this is a co-conspirator statement under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983); see also United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 33:** Email chain ending 8/25/11 at 11:15 AM from Kevin Goran on behalf of Leroy Baca to Christopher Nee – witness: Martinez.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. Additionally, this is a co-conspirator statement under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983); see also United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 34**: Email dated 08/25/11 at 12:45 PM from Gregory Thompson to Custody Captains; Custody Ops Lts, CC: to Custody Commander, MCJ Jail Liason re: Inmate Interviews – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is an order (not hearsay) and it is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); Moses v. Payne, 555 F.3d 742, 754-55 (9th Cir. 2008); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 35**: Email chain ending 08/26/11 at 9:39 AM from Stephen Leavins to Gregory Thompson re: Documents for Grand Jury Subpoena – witness: Gerhardt.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 36**: Email chain ending 08/26/11 at 10:47:41 AM from Gregory Thompson to William Carey – witness: Ornelas.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: These are statements made by co-conspirators under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 38**: Email chain ending 08/26/11 at 10:56 AM from Gregory Thompson to William Carey, re: FW: Court Order presented by Federal Officers – witness: Ornelas.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Ornelas will testify and he sent the original email.  Thompson forwarded the email to Carey with only an "FYI" typed.  Ornelas can be cross-examined on his email and there is nothing in the "FYI" statement that is a Confrontation Clause issue.

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 39**: Email chain ending 8/26/11 at 7:48 PM from Gregory Thompson to John Bonner re: John Rodriguez – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 40**: Email dated 8/26/11 at 9:02 pm from Gregory Thompson to Jason Pearson Re: Jacket – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: These are statements made by co-conspirators under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 42**: Email dated 8/30/11 at 5:17 am from Gregory Thompson to Stephen Leavins – witness: Michel.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: These are statements made by co-conspirators under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 47**: Email chain ending 9/2/11 at 9:28 AM from Gregory Thompson to Gerard Smith – witness: Manzo.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: These are statements made by co-conspirators under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United

States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 48**: Email dated 09/02/11 at 10:45 AM from Christopher Nee to Stephen Leavins – witness: Ornelas.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies.  Additionally, this is a co-conspirator statement under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.   United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983); see also United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 51**: Email chain ending 9/7/11 at 3:45 pm from Gregory Thompson to William Carey re: FW: need document – witness: Gerhardt.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: Gerhardt wrote the original email and will testify.  Thompson forwarded it to Carey stating, "FYI" and asking "Federal Request"?  The defense can cross-examine Gerhardt about this document.  The Thompson statement to Carey is a

question and is not hearsay.  They are co-conspirators, so this is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 52**: Email chain ending 09/07/11 at 5:30 PM from Christopher Nee to Stephen Leavins – witness: Torribio.
Defendant's Grounds for Objection: Confrontation Clause
Government's Response to the Objection: Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies.  This is also a request for something to done in the future.  This is not a Confrontation Clause issue.
Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 57**: Email dated 09/09/11 at 4:41 PM from William T. Carey to Stephen Leavins – witness: Tanner.
Defendant's Grounds for Objection: Confrontation Clause
Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 59**: Email chain ending 09/12/11 at 9:43 AM, with email from William T. Carey to Scott Craig, Maricela Long, CC: to Stephen Leavins, re: FW: Retaliation allegations list – witness: Tanner.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 60**: Email chain ending 9/12/11 at 11:20 AM from James Sexton to Sean Geske, CC: Gregory Thompson, Gerard Smith – witness: Tanner.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 61**: Email chain ending 09/12/11 at 12:55 PM from Eliel Teixeira to James Sexton, Subject: RE: Operation Pandora's Box – witness: Tanner.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 62**: Email dated 09/12/11 at 3:42 PM, from Gerald Cooper to Stephen Leavins – witness: Gerhardt.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 65**: Email dated 09/13/11 at 3:48 PM from Stephen Leavins to William T. Carey – witness: Michel.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 66**: Email dated 9/13/11 at 4:25 PM from William T. Carey to Christopher Nee – witness: Michel.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 67**: Email dated 9/13/11 at 4:34 PM from William T. Carey to Christopher Nee – witness: Michel.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue.  Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 68**: Email dated 9/14/11 at 11:48 AM from William T. Carey to Christopher Nee – witness: Tanner.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006).

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.

**Government's Exhibit No. 72**: Email dated 09/26/11 at 6:39 PM, from Scott Craig to Stephen Leavins, re: Emailing: Marx 09-26-11 – witness: Tanner.

Defendant's Grounds for Objection: Confrontation Clause

Government's Response to the Objection: There is no statement in this email.  It is simply an attachment.

Defendant's Response: The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available.


Dated: March 24, 2016                 Respectfully submitted,

                                      EILEEN M. DECKER
                                      United States Attorney

                                      LAWRENCE S. MIDDLETON
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                              /s/
                                      LIZABETH A. RHODES
                                      BRANDON D. FOX
                                      EDDIE A. JAUREGUI

                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA