**United States v. Tanaka**
**Exhibit List**

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 15 | Email dated 8/18/11 at 8:02 PM from Christopher Nee to William T. Carey, Liam Gallagher, Gregory Thompson re: Meeting | Manzo | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies.   This is not a Confrontation Clause issue. United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 16 | Email dated 8/18/11 at 8:59 PM from Christopher Nee to Julie Montgomery re: Sheriff's Meeting | Manzo | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. This is not a Confrontation Clause issue. United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 17 | Email dated 8/18/11 at 10:31 PM from Gregory Thompson to Christopher Nee re: Meeting | Manzo | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. This is not a Confrontation Clause issue. United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

1

**EXHIBIT A**

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 18 | Email dated 8/19/11 at 10:50 AM from Gregory Thompson to Christopher Nee | Manzo | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. This is not a Confrontation Clause issue. United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 20 | Email dated 8/19/11 at 4:00 PM from Christopher Nee to Stephen Leavins re: Please give me a call … | Manzo | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. Additionally, this is a co-conspirator statement under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983); see also United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 21 | Email chain ending 8/20/11 at 9:00 PM from Gregory Thompson to Crystal Miranda re: Fw: Timing | Manzo | Confrontation Clause | This is a co-conspirator statement under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 22 | Email chain ending 8/23/11 12:19 pm from Crystal Miranda to Gregory Thompson FW: New Policy | Manzo | Confrontation Clause | This is a co-conspirator statement under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 23 | Email chain ending 8/23/11 3:58 pm from Daniel Fedele to Gregory Thompson re: YOUR 1750 QUESTION | Manzo | Confrontation Clause | This email chain is offered to show the effect on the listener (Thompson, a co-conspirator, receiving emails) and as a co-conspirator statement (Thompson sending emails). This is not a Confrontation Clause issue.   Crawford v. Washington, 541 U.S. 36 (2004); Moses v. Payne, 555 F.3d 742, 754-55 (9th Cir. 2008); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

3

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 24 | Email chain ending 8/24/11 9:11 AM from William Gilbert to Gregory Thompson | Manzo | Confrontation Clause | This is an order and is not hearsay. Additionally, this email chain is offered as co-conspirator statement and effect on the listener.   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); Moses v. Payne, 555 F.3d 742, 754-55 (9th Cir. 2008); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 25 | Email chain ending at 08/24/11 9:30 AM from Cecil Rhambo to Gregory Thompson, Re: OSJ WEEKLY INTEL | Manzo | Confrontation Clause | These are co-conspirators statements.   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 27 | Email chain ending 08/24/11 at 10:06 AM from Steven Spackman to William Carey, Re: Re | Dahle | Confrontation Clause | This is a co-conspirator statement and therefore not a Confrontation Clause issue.   Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

4

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 30 | Email chain ending 08/24/11 at 9:39 PM from Gregory Thompson to Christopher Nee | Manzo | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. Additionally, this is a co-conspirator statement under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983); see also United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 33 | Email chain ending 8/25/11 at 11:15 AM from Kevin Goran on behalf of Leroy Baca to Christopher Nee | Martinez | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. Additionally, this is a co-conspirator statement under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983); see also United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 34 | Email dated 08/25/11 at 12:45 PM from Gregory Thompson to Custody Captains; Custody Ops Lts, CC: to Custody Commander, MCJ Jail Liason re: Inmate Interviews | Manzo | Confrontation Clause | This is an order (not hearsay) and it is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); Moses v. Payne, 555 F.3d 742, 754-55 (9th Cir. 2008); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 35 | Email chain ending 08/26/11 at 9:39 AM from Stephen Leavins to Gregory Thompson re: Documents for Grand Jury Subpoena | Gerhardt | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 36 | Email chain ending 08/26/11 at 10:47:41 AM from Gregory Thompson to William Carey | Ornelas | Confrontation Clause | These are statements made by co-conspirators under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 38 | Email chain ending 08/26/11 at 10:56 AM from Gregory Thompson to William Carey, re: FW: Court Order presented by Federal Officers | Ornelas | Confrontation Clause | Ornelas will testify and he sent the original email.   Thompson forwarded the email to Carey with only an "FYI" typed.   Ornelas can be cross-examined on his email and there is nothing in the "FYI" statement that is a Confrontation Clause issue. | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 39 | Email chain ending 8/26/11 at 7:48 PM from Gregory Thompson to John Bonner re: john rodrigez | Manzo | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 40 | Email dated 8/26/11 at 9:02 pm from Gregory Thompson to Jason Pearson Re: Jacket | Manzo | Confrontation Clause | These are statements made by co-conspirators under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

7

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 42 | Email dated 8/30/11 at 5:17 am from Gregory Thompson to Stephen Leavins | Michel | Confrontation Clause | These are statements made by co-conspirators under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 47 | Email chain ending 9/2/11 at 9:28 AM from Gregory Thompson to Gerard Smith | Manzo | Confrontation Clause | These are statements made by co-conspirators under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 48 | Email dated 09/02/11 at 10:45 AM from Christopher Nee to Stephen Leavins | Ornelas | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies. Additionally, this is a co-conspirator statement under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. United States v. Wilson, 97 F.3d 1298, 1315-16 (11th Cir. 2015); United States v. Saks, 964 F.2d 1514, 1525-26 (5th Cir. 2008); United States v. Chappell, 698 F.2d 308, 312-313 (7th Cir. 1983); see also United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 51 | Email chain ending 9/7/11 at 3:45 pm from Gregory Thompson to William Carey re: FW: need document | Gerhardt | Confrontation Clause | Gerhardt wrote the original email and will testify.  Thompson forwarded it to Carey stating, "FYI" and asking "Federal Request"?  The defense can cross-examine Gerhardt about this document.  The Thompson statement to Carey is a question and is not hearsay.  They are co-conspirators, so this is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 52 | Email chain ending 09/07/11 at 5:30 PM from Christopher Nee to Stephen Leavins | Torribio | Confrontation Clause | Chris Nee was acting as an aide to the defendant, so Rule 801(d)(2)(D) applies.  This is also a request for something to done in the future.  This is not a Confrontation Clause issue. | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 57 | Email dated 09/09/11 at 4:41 PM from William T. Carey to Stephen Leavins | Tanner | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).  This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 59 | Email chain ending 09/12/11 at 9:43 AM, with email from William T. Carey to Scott Craig, Maricela Long, CC: to Stephen Leavins, re: FW: Retaliation allegations list | Tanner | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 60 | Email chain ending 9/12/11 at 11:20 AM from James Sexton to Sean Geske, CC: Gregory Thompson, Gerard Smith | Tanner | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 61 | Email chain ending 09/12/11 at 12:55 PM from Eliel Teixeira to James Sexton, Subject: RE: Operation Pandora's Box | Tanner | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 62 | Email dated 09/12/11 at 3:42 PM, from Gerald Cooper to Stephen Leavins | Gerhardt | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 65 | Email dated 09/13/11 at 3:48 PM from Stephen Leavins to William T. Carey | Michel | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 66 | Email dated 9/13/11 at 4:25 PM from William T. Carey to Christopher Nee | Michel | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |

11

| New No. | Description | Identity of Witnesses Offering Exhibit | Defendant's Ground for Objection | Government's Response to Objection | Defendant's Response |
|---|---|---|---|---|---|
| 67 | Email dated 9/13/11 at 4:34 PM from William T. Carey to Christopher Nee | Michel | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 68 | Email dated 9/14/11 at 11:48 AM from William T. Carey to Christopher Nee | Tanner | Confrontation Clause | This is a statement made by a co-conspirator under Rule 801(d)(2)(E).   This is not a Confrontation Clause issue. Crawford v. Washington, 541 U.S. 36 (2004); United States v. Allen, 425 F.3d 1231, 1235 (9th Cir. 2005); United States v. Le, 172 Fed. App'x 208, 210 (9th Cir. 2006). | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |
| 72 | Email dated 09/26/11 at 6:39 PM, from Scott Craig to Stephen Leavins, re: Emailing: Marx 09-26-11 | Tanner | Confrontation Clause | There is no statement in this email.   It is simply an attachment. | The issue can be resolved by the government calling any of the people named as recipients or senders of the e-mail. All are available |