EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
     1500/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-7631
     E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>PAUL TANAKA,<br><br>       Defendant. | No. CR 15-255-PA<br><br>~~[PROPOSED]~~ ORDER |

On motion of the United States Attorney for the Central District of California, and it appearing to the satisfaction of the Court:

1.    That MICKEY MANZO has been subpoenaed to testify before this Court on March 23, 2016;

2.    That MICKEY MANZO has refused or will refuse to testify or provide other information on the basis of his privilege against self-incrimination;

3.    That in the judgment of the said United States Attorney, the testimony or other information from MICKEY MANZO may be necessary to the public interest; and

4.    That the aforesaid motion filed herein has been made with the approval of the Deputy Assistant Attorney General in charge of the Civil Rights Division, Criminal Section of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003 and 28 C.F.R. § 0.175.

NOW THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that MICKEY MANZO give testimony or provide other information which he refuses to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated in the course of these proceedings.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or information, shall be used against MICKEY MANZO in any criminal case, except that he shall not be exempted by this order from prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

3/24/2016
_____
DATE

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
LIZABETH A. RHODES
Assistant United States Attorney

2