UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR15-255 PA | | Date | March 23, 2016 |
|---|---|---|---|---|

Present: The Honorable    PERCY ANDERSON

Interpreter    N/A

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

___ Day <u>COURT TRIAL</u>            1st  Day <u>JURY TRIAL</u>            ___ Death Penalty Phase

___ One day trial;   X   Begun (1st day);   X   Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.

___ Exhibits identified        ___ Exhibits admitted

___ Government rests.        ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made        ___ Court instructs jury        ___ Bailiff sworn

___ Alternates excused        ___ Jury retires to deliberate        ___ Jury resumes deliberations

___ Finding by Court as follows:        ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s) _____        ___ Not Guilty on count(s) _____

___ Jury polled        ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.    ___ Remand/Release# _____ issd.    Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

X   Case continued to    3/24/2016 at 8:30 a.m.    for further trial/further jury deliberation.

X   Other:    Court hears oral argument on the Ex Parte Application to Compel Testimony of Manzo [134 & 135].  Order to issue. Parties are to meet and confer and then file a joint document regarding the disputed exhibits by close of business on Thursday, March 24, 2016.

4    :    38

Initials of Deputy Clerk    SMO