# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR15-255 PA | | Date | March 24, 2016 |
|---|---|---|---|---|

Present: The Honorable    PERCY ANDERSON

Interpreter    N/A

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

_____ Day <u>COURT TRIAL</u>    2nd Day <u>JURY TRIAL</u>    _____ Death Penalty Phase

_____ One day trial;    _____ Begun (1st day);    X    Held & continued;    _____ Completed by jury verdict/submitted to court.

X    The Jury is impaneled and sworn.

X    Opening statements made by    Government and defendant

_____ Witnesses called, sworn and testified.

_____ Exhibits identified    _____ Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s)    _____ Not Guilty on count(s)

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X    Case continued to    3/25/2016 at 8:00 a.m.    _____ for further trial/further jury deliberation.

X    Other:    Court orders that a portion of the transcript be sealed.

5    :    50

Initials of Deputy Clerk    SMO