UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

Case No.    CR15-255 PA                                          Date    March 29, 2016

Present: The Honorable    PERCY ANDERSON

Interpreter    N/A

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

_____ Day <u>COURT TRIAL</u>          4th  Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial;     _____ Begun (1st day);     X    Held & continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X    Witnesses called, sworn and testified.

X    Exhibits identified          X    Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

_____ Dft # _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X    Case continued to    3/30/2016 at 8:00 a.m.    for further trial/further jury deliberation.

_____ Other:

                                                                4    :    57

                            Initials of Deputy Clerk        SMO