# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR15-255 PA | | Date | March 30, 2016 |
|---|---|---|---|---|
| Present: The Honorable | PERCY ANDERSON | | | |
| Interpreter | N/A | | | |

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

| | Day <u>COURT TRIAL</u> | 5th | Day <u>JURY TRIAL</u> | | Death Penalty Phase |
|---|---|---|---|---|---|

____ One day trial;  ____ Begun (1st day);  X  Held & continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

X  Witnesses called, sworn and testified.

X  Exhibits identified        X  Exhibits admitted

____ Government rests.  ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:   ____ Jury Verdict as follows:

Dft # ____  ____ Guilty on count(s)   ____ Not Guilty on count(s)

____ Jury polled   ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

X  Case continued to  3/31/2016 at 8:00 a.m.  for further trial/further jury deliberation.

____ Other:

| | 5 | : | 03 |
|---|---|---|---|
| Initials of Deputy Clerk | | SMO | |