# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR15-255 PA | | Date | March 31, 2016 |
|---|---|---|---|---|
| Present: The Honorable | PERCY ANDERSON | | | |
| Interpreter | N/A | | | |

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

\_\_\_\_\_ Day <u>COURT TRIAL</u>    6th Day <u>JURY TRIAL</u>    \_\_\_\_\_ Death Penalty Phase

\_\_\_\_\_ One day trial;    \_\_\_\_\_ Begun (1st day);    X   Held & continued;    \_\_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_\_ Opening statements made by _____

X   Witnesses called, sworn and testified.

X   Exhibits identified    X   Exhibits admitted

\_\_\_\_\_ Government rests.    \_\_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_\_ granted \_\_\_\_\_ denied \_\_\_\_\_ submitted

\_\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_\_ granted \_\_\_\_\_ denied \_\_\_\_\_ submitted

\_\_\_\_\_ Closing arguments made    \_\_\_\_\_ Court instructs jury    \_\_\_\_\_ Bailiff sworn

\_\_\_\_\_ Alternates excused    \_\_\_\_\_ Jury retires to deliberate    \_\_\_\_\_ Jury resumes deliberations

\_\_\_\_\_ Finding by Court as follows:    \_\_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_\_ \_\_\_\_\_ Guilty on count(s) \_\_\_\_\_ \_\_\_\_\_ Not Guilty on count(s) \_\_\_\_\_

\_\_\_\_\_ Jury polled    \_\_\_\_\_ Polling waived

\_\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_\_ Filed Jury notes    \_\_\_\_\_ Filed Jury Instructions    \_\_\_\_\_ Filed Jury Verdict

\_\_\_\_\_ Dft # \_\_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_\_ Dft # \_\_\_\_\_ remanded to custody.    \_\_\_\_\_ Remand/Release# \_\_\_\_\_ issd.    Dft # \_\_\_\_\_ released from custody.

\_\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_\_

X   Case continued to    4/1/2016 at 8:00 a.m.    for further trial/further jury deliberation.

\_\_\_\_\_ Other: _____

4 : 59

Initials of Deputy Clerk    SMO

CR-78 (10/08)                    **CRIMINAL MINUTES - TRIAL**                    Page 1 of 1