# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 15-255 PA | | Date | April 1, 2016 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| Stephen Montes Kerr | Not Reported | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | | | X | Harry Dean Steward | | | X |
| | | | | Jerome J. Haig | | | X |

**Proceedings:**   IN CHAMBERS ORDER

The defendant has identified several defenses that may be pursued at trial, including but not limited to, advice of counsel, public authority, and "following orders."  The parties have also submitted several disputed jury instructions on these issues.

To assist the Court in preparing for trial and to rule on the pending disputed jury instructions, the Court orders the defense to file no later than noon, April 3, 2016, a detailed written proffer for each witness who will offer testimony in support of his defenses.  The proffer shall state the testimony each witness will give at trial and why such testimony is relevant.  The proffer shall also identify each document – by title, author, date, and trial exhibit number – that will be relied on by the witness in support of his or her testimony.  Counsel shall attach a copy of each such document to the written proffer.  The parties are advised that the trial testimony of witnesses will be limited to the written proffers.

To the extent that the defendant decides to abandon any defense, the defendant shall file with the Court a notice identifying the defense that will not be pursued at trial.  The failure to file a written proffer identifying a defense will be construed as an abandonment of that defense.  To the extent, the defendant believes it necessary, he may file his submission in camera and under seal.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | | SMO |