LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:  (424) 488-0686 – office
Fax:            (424) 271-5990
E-mail:        jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:  (949) 481-4900
Fax:            (949) 496-6753
Email:         deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>        vs.<br><br>PAUL TANAKA, et al,<br><br>                    Defendants. | Case No: CR 15-255-PA<br><br>**STIPULATION RE:<br>FBI REPORT** |

Defendant Paul Tanaka, by and through his counsel,  Dean Steward and Jerome Haig, and Plaintiff United States of America, by and through its counsel Assistant United States Attorneys Brandon Fox and Eddie Jauregui, hereby stipulate as follows:

1

A Federal Bureau of Investigations Report dated August 22, 2011 indicates as follows:

On August 18, 2011, informant Anthony Brown's cover was revealed to the Los Angeles County Sheriff's Department (LASD) after LASD  deputies discovered a cellphone smuggled into Men's Central Jail. Investigations by LASD linked Anthony Brown to FBI Special Agent Leah Marx. FBI Assistant Director in Charge Stephen Martinez notified LASD Sheriff Leroy Baca and requested that informant Anthony Brown be placed in a protective unit. Mr. Baca assured the safety of informant Anthony Brown.

IT IS SO STIPULATED AND AGREED:

On behalf of Defendant Paul Tanaka

___April 2 , 2016___
Date

/s/ *H. Dean Steward*
H. Dean Steward
Jerome J. Haig
Attorney for Defendant
Paul Tanaka

On behalf of Plaintiff United States of America

___April 2, 2016___
Date

/s/ *Brandon D. Fox*
Brandon D. Fox
Eddie A. Jauregui
Assistant United States Attorneys

2

STIPULATION RE: FBI REPORT