**Royston, David T.**

| | |
|---|---|
| **From:** | Mannis, Karyn J. |
| **Sent:** | Tuesday, August 23, 2011 2:21 PM |
| **To:** | Custody Captains; Custody Commander; Cooper, Gerald K.; Fender, David L.; Kopperud, Susan M.; Antuna, Phyllis L.; Dalton, Karen S.; Dineros, Rita C.; Kwan, Michael K |
| **Cc:** | Burns, Dennis H.; Yim, Alexander R. |
| **Subject:** | adherence to policy regarding persons entering custody facilities |
| **Attachments:** | 09-001.pdf; 10-003.pdf; 09-002.pdf |
| | |
| **Importance:** | High |

The following message is being sent at the direction of Assistant Sheriff Rhambo: **the policy regarding persons entering a custody facility shall be strictly adhered to.** Facilities shall follow the Division-wide policy so that compliance is consistent throughout both Divisions. Please refer to Custody Division Directives #09-001, #09-002, and #10-003.

EXHIBIT

337

tabbies

1

761551N25A - SH-AD (11/90)

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

OFFICE CORRESPONDENCE

DATE: February 12, 2009

FILE: 209344

FROM: DENNIS H. BURNS, CHIEF
CUSTODY OPERATIONS DIVISION

TO: ALL CUSTODY PERSONNEL

ALEXANDER R. YIM, CHIEF
CORRECTIONAL SERVICES
DIVISION

SUBJECT: **CUSTODY DIVISION DIRECTIVE #09-001 (FORMAL) "CUSTODY DIVISION IDENTIFICATION CARDS"**

The purpose of this directive is to establish procedures for the newly implemented Custody Division Identification Cards. This directive supercedes all current policies, Custody Division Directives, Unit Orders, or any other document pertaining the Custody Division Identification Cards. The policies and procedures outlined in this Directive are effective **February 15, 2009**, and shall remain in effect until the Custody Division Manual is revised and/or this Directive is rescinded.

Implementation

In an effort to increase continuity regarding facility security, between all custody/correctional facilities, a Custody Identification Card has been implemented. The Custody Identification Card is a Department issued, custody-wide identification that will aid in increasing security at each custody/correctional facility, within Custody Operations and Correctional Services Divisions. A Custody Identification Card shall be issued to all Department personnel assigned to Custody Operations and Correctional Services Divisions.

Once issued, Department personnel not issued a county uniform, or those who are not currently wearing their full county issued uniform, who are assigned to Custody Operations or Correctional Services Divisions shall display their Custody Identification Card, while inside, entering, or exiting any custody/correctional facility.

Non-Sworn personnel who are issued and wear their full county uniform shall possess their Custody Identification Card on their person at all times, while inside any custody/correctional facility. Non-Sworn uniformed personnel are not

EXHIBIT

337

tabbies

CDM Directive #09-001                  - 2 -                    February 12, 2009

required to display their Custody Identification Card on the outside of their uniform while inside or working in a facility; however, non-sworn uniformed personnel shall display their Custody Identification Card when entering and exiting any custody/correctional facility.

The Custody Identification Card shall be displayed on the outer most article of clothing, on the front of the chest, center chest level or above, and in plain view.

Specific Purpose

The Custody Identification Card may only be used for the purpose specified and only by the person it was issued. No employee shall ever use, or display, a Custody Identification Card that has been issued to another employee, or displays another employee's information.

Failure to properly display the required Custody Identification Card may result in the individual being detained and/or searched, pending positive identification and a determination by the watch commander as to whether the person may be allowed to enter, leave, or remain in the facility.

Personnel not properly displaying their required Custody Identification Card shall submit to any detention and/or search while inside, or attempting to leave or gain entry, into any custody/correctional facility.

The Custody Identification Card is not an official law enforcement identification and shall never be used as a law enforcement identification outside of any of the Los Angeles County Sheriff's Department's custody/correctional facilities.

Security Pass Procedures and Screening

Each custody facility shall enforce the requirement of displaying the Custody Identification Card as specified above. The Custody Identification Card is the official identification necessary to gain admittance into every custody/correctional facility. As such, no exchange for an internal (facility specific) temporary pass is necessary when gaining entry into a facility, by Department personnel properly displaying their issued Custody Identification Card.

Personnel assigned to entry control booths/stations shall visibly inspect everyone entering into the facility for a visibly worn Custody Identification Card. Personnel shall inspect each card to ensure the card is valid and that the picture displayed on the Custody Identification Card matches that of the bearer.

Persons who try to enter or gain access into a facility, who are not employed by the

EXHIBIT

337

**CDM Directive #09-001**          - 3 -                    **February 12, 2009**

Los Angeles County Sheriff's Department, or who do not have a Custody Identification Card shall surrender their government issued identification, or county identification, and undergo a screening process prior to being admitted, or given access into the facility.

Persons not employed by the Los Angeles County Sheriff's Department, or who do not have a Custody Identification Card, who undergo and pass the screening process shall be issued an internal (facility specific) temporary pass, only after exchange of their government issued identification.

Questions regarding this Directive should be directed by email or phone to Custody Support Services, Sergeant Jerome Ryan at (213) 893-5022 or Deputy Raymond Maifeld at (213) 893-5107.


DHB:ARY:jaf

**EXHIBIT**

tabbies®

337

761561N25A - SH-AD (11/90)

## COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT

DATE:   July 15, 2010

OFFICE CORRESPONDENCE    FILE:   210685

FROM:   DENNIS H. BURNS, CHIEF
CUSTODY OPERATIONS DIVISION

TO:   ALL CUSTODY PERSONNEL

ALEXANDER R. YIM, CHIEF
CORRECTIONAL SERVICES DIVISION

SUBJECT:    **CUSTODY DIVISION DIRECTIVE # 10-003(FORMAL) "CUSTODY DIVISION IDENTIFICATION CARDS FOR NON-SHERIFF'S DEPARTMENT EMPLOYEES"**

The purpose of this directive is to establish procedures for the newly implemented Custody Division Identification Cards for **NON-SHERIFF'S** department employees. These employees may include volunteers, contract employees, and employees of other government agencies. This directive supercedes all current policies, Custody Division Directives, Unit Orders, or any other document pertaining to Custody Division Identification Cards for Non-Sheriff's employees. This directive shall supplement and supercede conflicts with Custody Division Directive #09-001 "Custody Division Identification Cards" and Custody Division Directive #09-002 "Custody Division Guest Identification Cards". The policies and procedures outlined in this Directive are effective **August 1, 2010**, and shall remain in effect until the Custody Division Manual is revised and/or this Directive is rescinded.

Implementation

It is the intent and the responsibility of Custody Operations and Correctional Services Divisions to continuously evaluate, update and amend the policies regarding facility security. It is imperative to constantly assess the effectiveness of current policy and procedure and implement new policies and procedures that increase the safety, security and efficiency of the facility, staff and inmates.

Currently, Custody Operations and Correctional Services Divisions are overwhelmed with different non-sheriff department employee identification cards. In the past, different facilities used their own types or styles of Non-Sheriff's identification cards, which created different and conflicting security procedures for ingress/egress at facilities throughout the division. This created severe security concerns due to the lack of contiguity regarding security passes throughout the divisions.

**EXHIBIT**

337

CDM Directive # 10-003                    - 2 -                    July 15, 2010

Custody Operations and Correctional Services Divisions will phase in a new universal Custody Identification Card for Non-Sheriff's employees. One identification card used throughout both divisions will standardize sheriff employee and Non-Sheriff's employee identification. This standardization will increase security due to the fact that only one type of identification card will be used. It will also improve the ingress and egress of all employees at all facilities by streamlining the pass exchange process for employees that will use a Non-Sheriff's Custody Division Identification Card.

Three groups of identification cards will be used within Custody and Correctional Services Divisions. Custody Identification Cards, which will not be exchanged, but worn into the facility. Non-Sheriff's Custody Identification Cards, which will be exchanged for proper identification when entering/exiting a facility. Lastly, Guest Passes (Red Escort and Green Non-Escort) will be exchanged for proper identification to the proper personnel when entering/exiting a facility.

Non-Sheriff's department employees, such as employees of the Los Angeles County Department of Mental Health, will be issued a Custody Identification Card while inside a custody facility. This card will be similar to current Custody Identification Cards; however, it will differ by signifying that the bearer is a Non-Sheriff's employee. The Non-Sheriff's Custody Identification Card will state in the center of the card which agency employs the bearer of the card (i.e. DMH). The center of the card will also have an identification number (i.e. "D00001") which will be unique to that card. The card will be white in color, have an approximate three quarter inch colored stripe (i.e. DMH will be blue) at the top and bottom of the card, with the words "NON-ESCORT" in white lettering in the lower blue stripe.

The Non-Sheriff's Custody Identification Card will only be issued to current Non-Sheriff's employees who are assigned and approved to work inside security within Custody Operations or Correctional Services Divisions. Non-Sheriff's employees reporting to work inside a custody facility shall enter the facility through an authorized sally-port. While inside the sally-port, they shall exchange their government employer issued identification in exchange for a Non-Sheriff's Custody Identification Card. No other type of identification will be accepted. At the conclusion of their shift or whenever the employee exits security, they shall return the Non-Sheriff's Custody Identification Card to the appropriate sheriff personnel in exchange for their government employer issued identification.

Once issued, Non-Sheriff's personnel not issued a county uniform, or those who are not currently wearing their full county issued uniform, who are assigned to Custody Operations or Correctional Services Divisions shall display their Custody Identification Card, while inside, entering, or exiting any custody/correctional facility. The Custody Identification Card shall be displayed on the outer most article of clothing, on the front of the chest, center chest level or above, and in plain view.

**EXHIBIT**

tabbies®

337

**CDM Directive # 10-003**          - 3 -                    **July 15, 2010**

For the Custody Identification Card, the picture side of the card shall face away from the wearers shirt, so that it is visible to custody personnel.   The Non-Sheriff's Custody Identification Card shall have the blue striped side of the card face away from the chest so it can be easily viewed by other personnel.

<u>Guest Passes (Escort and Non-Escort)</u>

In the past, each Custody Operations and Correctional Services Division facilities created its own specific guest identification cards.  Effective immediately through July 31, 2010, all facility specific guest passes shall be collected and shall be destroyed.  Effective August 1, 2010, the Non-Sheriff's Custody Identification Cards will be distributed and valid for use.  Furthermore, the new Custody Division Guest Identification Cards shall also be used, and may temporarily be used in place of a Non-Sheriff's Custody Identification Card (until they are all distributed).  All facilities shall only use Green Guest Non-Escort Cards and Red Guest Escort Cards for pre-approved authorized individuals (per Custody Division Directive #09-002 "Custody Division Guest Identification Cards").  Custody Division Guest Identification Cards shall be exchanged for a current and valid government issued photo identification, and only to pre-authorized individuals.

Questions regarding this Directive should be directed by email or phone to Custody Support Services, Sergeant Jerome Ryan at (213) 893-5022, Deputy Raymond Maifeld at (213) 893-5107 or Deputy Bryan Aguilera (213) 893-5846.

DHB:ARY:bca

**EXHIBIT**

tabbies

337

761551N25A - SH-AD (11/90)

## COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT

OFFICE CORRESPONDENCE

Date:    December 15, 2009

FILE:    09-002

PROJECT:    210312

FROM:    DENNIS H. BURNS, CHIEF
CUSTODY OPERATIONS DIVISION

TO:    ALL CUSTODY PERSONNEL

ALEXANDER R. YIM, CHIEF
CORRECTIONAL SERVICES DIVISION

SUBJECT:    **CUSTODY DIVISION DIRECTIVE 09-002 (FORMAL), "CUSTODY DIVISION GUEST IDENTIFICATION CARDS"**

The purpose of this directive is to establish procedures for the issuance of temporary security passes for individuals who do not possess a current and valid Custody Division (photo) Identification Card. This directive supercedes all current policies, Custody Division Directives, Unit Orders, or any other documents which contradict procedures set forth in this directive. The policies and procedures outlined in this directive shall remain in effect until the Custody Division Manual is revised and/or this Directive is rescinded. For the purposes of this directive, a valid Custody Division Identification Card is one which has been issued to the individual by Custody Division Headquarters.

### Temporary Security Passes

All non-uniformed personnel who wish to enter a secured area of a custody facility must have a current and valid Custody Division (photo) Identification Card properly displayed. For individuals who need to gain access to secured areas, but do not possess a valid Custody Division (photo) Identification Card, a Custody Division Guest Identification Card will be issued. Each facility has been issued a series of serialized Guest Identification Cards. The serial numbers on these cards are unique to each facility.

### Green Guest Non-Escort Card

Individuals who have been pre-approved by the Inmate Services Unit will have their name placed on the non-escort list. These individuals will be issued a green "Guest Non-Escort" card by control booth personnel prior to entering the secured area of a custody facility. The card will be exchanged for a current and valid government issued identification.

**EXHIBIT**

337

**CD Directive 09-002**                          - 2 -                          **December 15, 2009**

The "Guest Non-Escort" card must be properly displayed by the visitor at all times while they are inside a secured area. The visitor will then return the card in exchange for their personal identification upon exiting security. All visitors must exit the secured area of a custody facility via the same control booth where they entered the facility.

## Red Guest Escort Card

Individuals who have been pre-approved by the Inmate Services Unit for entry into secured areas with an escort, will have their names placed on the escort required list. These individuals will be issued a red "Guest Escort" card by control booth personnel prior to entering the secured area of a custody facility. The card will be exchanged for a current and valid government issued identification.

The "Guest Escort" card must be properly displayed by the visitor at all times while they are inside a secured area. Individuals who are required to wear the "Guest Escort" card must be escorted at all times while they are inside a secured area. The visitor will then return the card in exchange for their personal identification upon exiting security. All visitors must exit the secured area of a custody facility via the same control booth where they entered the facility.

## Individuals Not on the Pre-Approved Lists

Individuals who have not been placed on one of the pre-approved lists issued by the Inmate Services Unit may still enter security with the approval of the watch commander or their designee. At the discretion of the facility watch commander, or their designee, the guest will be issued either a green "Guest Non-Escort" card or a red "Guest Escort" card in exchange for a current and valid government issued identification. Guests who are issued red "Guest Escort" cards shall be escorted by personnel, as determined by the watch commander or their designee, and shall comply with all other requirements as specified in this directive.

**EXHIBIT**

tabbies'

337