| | |
|---|---|
| **From:** | Tanaka, Paul K. |
| **To:** | Leavins, Stephen E. |
| **Sent:** | 8/25/2011 11:47:44 AM |
| **Subject:** | RE: |

Thanks, Steve. Right after, and I mean right after, I spoke with Tom this morning, the Sheriff popped in looking for an update. This case is consuming his entire thought process. Providing him with updated tidbits helps to ease his mind.

-----Original Message-----
From: Leavins, Stephen E.
Sent: Thursday, August 25, 2011 11:45 AM
To: Tanaka, Paul K.
Subject:

Boss, I did not have much to report last night. We have an undercover operation today. I will call you tonight with an update.

CONFIDENTIAL

LASD_337422

**TX276-001**