# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR15-255 PA | | Date | April 4, 2016 |
|---|---|---|---|---|
| Present: The Honorable | PERCY ANDERSON | | | |
| Interpreter | N/A | | | |

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

\_\_\_\_ Day <u>COURT TRIAL</u>        8th Day <u>JURY TRIAL</u>        \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    X   Held & continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

X   Witnesses called, sworn and testified.

X   Exhibits identified        X   Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29)    is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made        \_\_\_\_ Court instructs jury        \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused        \_\_\_\_ Jury retires to deliberate        \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:        \_\_\_\_ Jury Verdict as follows:

\_\_\_\_ Dft # \_\_\_\_ Guilty on count(s) _____        \_\_\_\_ Not Guilty on count(s) _____

\_\_\_\_ Jury polled        \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_ Filed Jury notes    \_\_\_\_ Filed Jury Instructions    \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.    Remand/Release# _____ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # _____

X   Case continued to    4/5/2016 at 8:00 a.m.    for further trial/further jury deliberation.

\_\_\_\_ Other:    Also present is Brian Hershman for defense witness Yoshinaga.  The Court and counsel confer about jury instructions.  For reasons stated on the record, the Motion for reconsideration (#149) is denied.

5   :   19

Initials of Deputy Clerk        SMO