NAME & ADDRESS

CLERK, U.S. DISTRICT COURT

APR - 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| U.S.A. | |
|---|---|
| PLAINTIFF(S), | CASE NUMBER: CR15-255 PA |
| v. | |
| Paul Tanaka, | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL** |
| DEFENDANT(S). | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the
joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the
following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure
place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has
expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel
further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two
(72) hours notice thereof.

_April 6, 2016_
Date

Brandon Fox, AUSA
Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____

_4-6-2016_
Date

Signature                                          Telephone Number
213-894-0284

Harry Dean Steward, Rtnd.
Counsel for: ☐ Plaintiff ☒ Defendant ☐ _____

949-481-4900

Signature                                          Telephone Number

==================================================================================
I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

By _____
Deputy Clerk

_____
Date

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (06/98)    **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL**