UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

APR - 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CR 15-255 PA                     Date: 4-6-2016

Title: U.S.A. v. Paul Tanaka             Time: 0927


JURY NOTE NUMBER ___1___


__X__         THE JURY HAS REACHED A UNANIMOUS VERDICT


_____         THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

_____


DATE: 4/6/2016          SIGNED: ___REDACTED___
                                FOREPERSON OF THE JURY