

FILED
CLERK, U.S. DISTRICT COURT

APR - 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　　　　　v.

PAUL TANAKA,

　　　　　Defendant.

No. CR 15-255 PA

VERDICT FORM

### Count One – Conspiracy to Obstruct Justice

We, the jury, unanimously find the defendant PAUL TANAKA:

√    GUILTY

_____    NOT GUILTY

of conspiracy to obstruct justice as charged in Count One of the Indictment.

### Count Two – Obstruction of Justice

We, the jury, unanimously find the defendant PAUL TANAKA:

√    GUILTY

_____    NOT GUILTY

of obstruction of justice as charged in Count Two of the Indictment.

Please have the foreperson sign and date the form.

DATED:   This 6th day of April, 2016, at Los Angeles, California.

REDACTED
FOREPERSON

1