LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686 – office
Fax:              (424) 271-5990
E-mail:         jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:              (949) 496-6753
Email:          deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| PAUL TANAKA, et al, | |
| Defendants. | |

Defendant, by and through his counsel, Jerome J. Haig, and plaintiff United States of America, by and through its counsel, Assistant United States Attorney Brandon Fox, stipulate to modify the conditions of pretrial release for the defendant as follows:

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE

1.    On May 14, 2015, the Court granted bail to defendant and ordered, *inter alia*, that Mr. Tanaka have no contact with any prospective government witness. The government subsequently provided a list of prospective witnesses to the defense.

2.    The defendant represents that he is in compliance with his pretrial release conditions.

3.    Paul Yoshinaga testified as a witness in Mr. Tanaka's jury trial. The defendant was convicted of the charges in the indictment and is awaiting sentencing.

4.    Mr. Yoshinaga and Mr. Tanaka have been close friends for approximately 50 years.

4.    The Parties agree that Mr. Tanaka can associate with Paul Yoshinaga as long as they do not discuss nor communicate with each other about any matter related to the instant matter

IT IS SO STIPULATED:


____April 6, 2016____                                     /s/ *Jerome J. Haig*____
Date                                                               Jerome J. Haig
                                                                      Attorney for Defendant
                                                                      Paul Tanaka


____April 6, 2016____                                     /s/ *Brandon Fox*____
Date                                                               Brandon Fox
                                                                      Assistant United States Attorney
                                                                      Attorney for Plaintiff
                                                                      United States of America

2

STIPULATION TO MODIFY CONDITIONS OF RELEASE