LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686 – office
Fax:            (424) 271-5990
E-mail:       jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:            (949) 496-6753
Email:        deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| THE UNITED STATES OF AMERICA<br><br>                 Plaintiff,<br>         vs.<br><br>PAUL TANAKA, et al,<br><br>                 Defendants. | Case No: CR 15-255-PA<br><br>[PROPOSED]<br>ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT PAUL TANAKA |
| --- | --- |

GOOD CAUSE HAVING BEEN SHOWN,

Defendant PAUL TANAKA'S conditions of pretrial release are modified as follows:

1. The defendant is allowed contact with Paul Yoshinaga;

2. The defendant is ordered not to have any discussion or communication with Mr. Yoshinaga upon any fact, issue, or topic related to the above-referenced

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE

matter; and

3.    All other conditions of release are to remain as previously ordered.


IT IS SO ORDERED:




_____                    _____
Date                                        THE HONORABLE PERCY ANDERSON
                                            United States District Judge

2

STIPULATION TO MODIFY CONDITIONS OF RELEASE