# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR15-255 PA | | Date | April 5, 2016 |
|---|---|---|---|---|
| Present: The Honorable | PERCY ANDERSON | | | |
| Interpreter | N/A | | | |

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

____ Day <u>COURT TRIAL</u>    9th Day <u>JURY TRIAL</u>    ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   X Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified        X Exhibits admitted

____ Government rests.   X Defendant(s) Paul Tanaka _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

X Motion for judgment of acquittal (FRCrP 29) is ____ granted X denied ____ submitted

X Closing arguments made    X Court instructs jury    X Bailiff sworn

____ Alternates excused    X Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:        ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s) ____        ____ Not Guilty on count(s) ____

____ Jury polled        ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

X Case continued to 4/6/2016 at 8:00 a.m. ____ for further trial/further jury deliberation.

____ Other: _____

|  | 3 | : | 55 |
|---|---|---|---|
| Initials of Deputy Clerk | | SMO | |