# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR15-255 PA | | Date | April 6, 2016 |
|---|---|---|---|---|
| Present: The Honorable | PERCY ANDERSON | | | |
| Interpreter | N/A | | | |

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

_____ Day <u>COURT TRIAL</u>    10th Day <u>JURY TRIAL</u>    _____ Death Penalty Phase

_____ One day trial; _____ Begun (1st day); _____ Held & continued; X Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified        _____ Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    X Bailiff sworn

X Alternates excused    _____ Jury retires to deliberate    X Jury resumes deliberations

_____ Finding by Court as follows:    X Jury Verdict as follows:

Dft # 1 Guilty on count(s) 1 & 2, Indictment    _____ Not Guilty on count(s) _____

X Jury polled    _____ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    X Filed Jury Verdict

X Dft # 1 Referred to Probation Office for Investigation & Report and continued to 6/20/2016 at 8:30 a.m. for sentencing.

_____ Dft # _____ remanded to custody. Remand/Release# _____ issd. Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other:

: 18

Initials of Deputy Clerk    SMO