LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:    (424) 488-0686 – office
Fax:             (424) 271-5990
E-mail:         jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:    (949) 481-4900
Fax:             (949) 496-6753
Email:          deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff, vs. PAUL TANAKA, et al, Defendants. | ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT PAUL TANAKA |

GOOD CAUSE HAVING BEEN SHOWN,

Defendant PAUL TANAKA'S conditions of pretrial release are modified as follows:

1.    The defendant is allowed contact with Paul Yoshinaga;

2.    The defendant is ordered not to have any discussion or communication with Mr. Yoshinaga upon any fact, issue, or topic related to the above-referenced

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE

matter; and

3.      All other conditions of release are to remain as previously ordered.


IT IS SO ORDERED:



April 7, 2016
Date                                                    PERCY ANDERSON
                                                        United States District Judge


 cc: **PSA**

2

STIPULATION TO MODIFY CONDITIONS OF RELEASE