H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

LAW OFFICES OF JEROME HAIG
Jerome Haig, Attorney at Law
SBN 131903
21143 Hawthorne Bl., Ste. 454
Torrance, CA  90503
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.  CR-15-255-PA |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENICNG FOR ONE WEEK |
| vs. | |
| PAUL TANAKA | Old Date: JUNE 20, 2016 New Date: JUNE 27, 2016 Time: 8:30 AM |
| Defendant. | |

Comes now the parties, through counsel, and stipulate to the continuance of the sentencing hearing herein for one week, to Monday, June 27, 2016 at 8:30 AM. The need for the continuance of contained in the attached declaration of counsel.

So stipulated.

Dated: May 21, 2016        /s./ H. Dean Steward

                                    H. Dean Steward
                                    Jerome Haig
                                    Counsel for Defendant
                                    Paul Tanaka

Dated: May 21, 2016        /s./ Brandon D. Fox
                                    Asst. U.S. Attorney

- 1 -

DECLARATION OF COUNSEL IN SUPPORT OF STIPULATION TO CONTINUE SENTENCING ONE WEEK

I, H. Dean Steward, declare:

1. Along with attorney Jerome Haig, I am retained counsel for defendant Paul Tanaka. I make this declaration in support of the attached stipulation to continue sentencing for one week, to Monday, June 27, 2016 at 8:30 AM.

2. Since the completion of the Tanaka trial, I have been unable to participate in the post/trial, pre-sentencing activities on behalf of Mr. Tanaka. I have either been in trial or preparing for trial. On April 26, 2016, I started what turned out to be a 10 day white collar trial in the Southern District of New York, before Judge John F. Keenan. That trial, U.S. v. Fiumano (#14 Cr 518 (JFK)) lasted until May 4, 2016. I then immediately began preparation for what is scheduled to be a week-long narcotics trial in the District of Hawaii. That case, U.S. v. Olotoa CR-15-190-LEK, begins next Tuesday, May 24, 2016, and will likely conclude by June 1, 2016.

3. In addition, Mr. Tanaka has had to deal with a family issue, and has been distracted and involved with that issue. (Please see PSR §96).

4. The defense seeks the one week continuance so that counsel and

/

/

- 2 -

Mr. Tanaka may be fully prepared for sentencing, including researching and preparing a sentencing brief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2016          /s./ H. Dean Steward

                             H. Dean Steward

- 3 -