H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

Jerome Haig  SBN 131903
21143 Hawthorne Blvd Ste 454
Torrance, CA 90503
 (424) 488-0686
Fax(424) 271-5990
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.  CR-15-255-PA |
|---|---|
| Plaintiff, | [Proposed] ORDER RE CONTINUNCE OF TRIAL DATE |
| vs. | |
| PAUL TANAKA, ET. AL. | New Date: June 27, 2016 Time: 8:30 AM |
| Defendants. | Old Dated; June 20, 2016 |

     A sufficient showing having been made, it is ordered that the sentencing for defendant Paul Tanaka shall be continued one week from June 20, 2016 to June 27, 2016 at 8:30 AM.

So ordered.

Dated: May __, 2016                    _____

                                        Hon. Percy Anderson

                                        U.S. District Judge

- 1 -