H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

Jerome Haig  SBN 131903
21143 Hawthorne Blvd Ste 454
Torrance, CA 90503
 (424) 488-0686
Fax(424) 271-5990
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>  vs.<br><br>PAUL TANAKA, ET. AL.<br><br>      Defendants. | Case No.  CR-15-255-PA<br><br>ORDER RE CONTINUNCE OF TRIAL DATE<br><br>New Date: June 27, 2016<br>Time: 8:30 AM<br><br>Old Dated; June 20, 2016 |

A sufficient showing having been made, it is ordered that the sentencing for defendant Paul Tanaka shall be continued one week from June 20, 2016 to June 27, 2016 at 8:30 AM.

So ordered.

Dated: May 23, 2016       _____

                          Hon. Percy Anderson

                          U.S. District Judge

  cc: US**PO, PSA**

- 1 -