UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE PERCY ANDERSON, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     vs.                       )     CASE NO. CR 15-255-PA
                               )
PAUL TANAKA,                   )
                               )
          Defendant.           )
_____)

REPORTER'S TRANSCRIPT OF

PARTIAL JURY TRIAL PROCEEDINGS - DAY 7

FRIDAY, APRIL 1, 2016

10:46 A.M.

LOS ANGELES, CALIFORNIA

_____

**SHAYNA MONTGOMERY, CSR, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 410
LOS ANGELES, CALIFORNIA 90012
(213) 894-2665

UNITED STATES DISTRICT COURT                 EX. A

time.  I could tell when he had a particular interest in a matter, and because of the frequency with which he would ask questions, and so I -- you know, in this particular case, almost at every opportunity he came in contact with me, he would say what's going on, and I couldn't answer.

Q    Why couldn't you answer?

A    Because I wasn't handling the investigation or involved in a way that I could provide him the answers that he needed.

Q    Are you an investigator -- or were you in 2011?

A    No, I was not an investigator.

Q    Did you have any trust in the people that were doing the investigation?

MR. FOX:  Objection, leading.

THE COURT:  Sustained.

Q    (BY MR. HAIG)  What was your feeling about the people in ICIB and their ability to investigate cases?

A    Captain Carey had an extensive background in investigative experience, as did Lieutenant Leavins and the investigators -- some of the investigators that were assigned to ICIB.

Q    Did you ever dictate to Captain Carey what he should or shouldn't do?

A    No, I didn't have any investigative experience, and I was not in a position to tell an investigator how to do their job.

Q    When Captain Carey would communicate with you regarding the issues involving Anthony Brown, would you communicate with

UNITED STATES DISTRICT COURT

him back?

A      Sure.

Q      Would you ever give him input?

A      Give him input?

Q      Yes.

A      I don't remember giving him any input.

Q      What about with Steve Leavins, did you give him input?

A      No, and I don't believe they ever asked for any.

Q      Was there a time during this investigation where the sheriff would communicate with you about this?

A      Yes.

Q      And would you do anything in relation to his communication with you?

A      Yes.

Q      What would you do?

A      I would tell him that I would have the investigator call him.

Q      I'd like you to open your book to Exhibit 360, please.

A      I'm sorry, 3-6-0?

Q      Yes.

A      I don't have anything under 360.

       (Pause in proceedings.)

Q      (BY MR. HAIG)  Mr. Tanaka, do you see it now?

A      I do.

Q      And what does this appear to be?  Without reading it, what

**UNITED STATES DISTRICT COURT**