Name and address:

Andrew D. Stolper (SBN 205462)
FRANK SIMS STOLPER, LLP
3200 Park Center Drive, Suite 320
Costa Mesa, CA 92626

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL TANAKA and WILLIAM THOMAS CAREY | CASE NUMBER:<br><br>CR 15-255-PA |
|---|---|
| PLAINTIFF(S) | |
| DEFENDANT(S) | **NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION** |

### INSTRUCTIONS

*Attorneys with pending cases:*

If you are counsel of record in a case currently pending in this district and you need to update your business or contact information, you must file and serve this form in each of your pending cases. Doing so will satisfy your notice obligation under Local Rule 83-2.4. In addition, if you are a registered CM/ECF User, you must log in to your CM/ECF account and update your information directly in the CM/ECF System. *See* Local Rule 5-4.8.1.

*Attorneys with no pending cases:*

If you are a registered CM/ECF User with no cases currently pending in this district, and you need to update your business or contact information in the Court's records, you must log in to your CM/ECF account and update your information in the CM/ECF System. Doing so satisfies your obligations under Local Rules 5-4.8.1 and 83-2.4; you do not need to submit this or any other form.

If you are not a registered CM/ECF User, have no cases currently pending in this district, and need to update your business or contact information in the Court's records, please complete this form (you may leave the caption and case number blank) and e-mail it to email_update@cacd.uscourts.gov with the subject line "Attention: Attorney Admission Clerk." Doing so satisfies your notice obligation under Local Rule 83-2.4.

*Please note:*

Use this form only to make changes to an attorney's business or contact information, not to change a party's representation. If you need to add, remove, or substitute counsel in a particular case, use Form G-01 ("Request for Approval of Substitution or Withdrawal of Counsel") or Form G-123 ("Notice of Appearance or Withdrawal of Counsel").

### SECTION I - IDENTIFYING INFORMATION

Name: Andrew D. Stolper

Current e-mail address of record: astolper@eaganavenatti.com

Check one:  ☒ Member of the Central District Bar; CA Bar No: 205462        ☐ Admitted *pro hac vice*

Counsel of record for (if filing in a pending case):   William Thomas Carey aka "Tom Carey"

If you are an Assistant United States Attorney or Deputy Federal Public Defender in this district, indicate your agency and office:

☐ FPDO        ☐ USAO (specify):  ☐ Civil Division  ☐ Criminal Division

☐ Los Angeles        ☐ Santa Ana        ☐ Riverside

**SECTION II - UPDATED INFORMATION**

☑ I need to update the e-mail address associated with my CM/ECF account.  My new primary e-mail address is:

astolper@lawfss.com

*Note:  if you need to update the secondary e-mail address(es) associated with your CM/ECF account, you must log in to CM/ECF and makes those changes yourself.  Court staff will not update that information for you.*

☑ I need to update other business or contact information.  Please replace my current contact information with the following new information:

Attorney's name changed to: _____

Name of new firm or government agency:  FRANK SIMS STOLPER, LLP

New address:  3200 Park Center Drive, Suite 320, Costa Mesa, CA 92626

New telephone number:  949-201-2400          New fax number:  949-201-2405

New e-mail address *(for non-CM/ECF Users)*: _____

**SECTION III - APPLICATION TO CLOSED CASES**

If you are a CM/ECF User, you will have the opportunity to change your contact information in cases that are no longer pending when you update your information in CM/ECF.  If you are <u>not</u> a registered CM/ECF User, using this form to update your information will affect pending and future cases only, unless you check one of the boxes below:

☐ Update my information in all cases (including closed cases) in which I am listed as counsel of record.

☐ Update my information in only the following cases (*include case name and number; attach additional pages if necessary*):

_____

_____

_____

_____

**SECTION IV - REQUEST A CM/ECF LOGIN AND PASSWORD**

If you are not a registered CM/ECF User, you may register simply by checking the box below and providing an e-mail address.  (Attending a training session is no longer required.)

☐ I wish to register as a CM/ECF User.  Please send a CM/ECF login and password to me at the e-mail address given above (or at the following e-mail address, if none given above: _____).  I agree to abide by all Court rules, orders, policies, and procedures governing use of the Court's CM/ECF System, and I understand that the combination of my user ID and password will serve as my signature when filing documents.  I will protect the security of my password, and will notify the Court immediately if I suspect that my password has been compromised.

*Note that, pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System.  You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website).  If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION V  - SIGNATURE**

Pursuant to Rule 83-2.4 of the Local Rules for the Central District of California, I hereby notify the Clerk of Court and all parties to this action, if any action is named above, that my business or contact information has changed as indicated herein.

Date:  June 7, 2016          Signature:  /s/ Andrew D. Stolper