

exhibit "a"