# INDEX OF LETTERS IN SUPPORT OF PAUL TANAKA- Ex. "C"

1. "At a time in our society when we see so much anger and despair, Mr. Tanaka is teaching his son to accept, love and tolerate. That is what will make a lasting difference for the future of our world. My hope is that people like Mr. Tanaka will be given the opportunity to continue to help make that difference."

Christopher Hicks

> Father of elementary student & classmate
>
> of Mr. Tanaka's son                                    p. 1,2

2. "Throughout our friendship. I've know Paul to be dedicated, hard working, generous and kind-hearted."

> Bill Cooper
>
> Long time friend                                       p. 3,4

3. "Mr. Tanaka was the ultimate professional and a man that made me proud to be part of the Los Angeles County Sheriff's Department. He motivated people and kept the command staff of the Department accountable for their actions and to the people we all served."

exhibit "c"

Eileen Sutton

Retired LASD staff                                                         p. 5

4. "He [Mr. Tanaka] is one of the most dedicated public servants I have ever met."

Gene Hale

Gardena resident                                                           p. 6

5. "I know him to be a loving husband and father who deeply regrets the pain that his wife, son and other family members are experiencing."

Helen Hayase

Life long friend                                                           p. 7

6. "Further, I have so often seen Mayor Tanaka stop in City hall to chat with residents who had been aided and shown kindness by him. He addresses each with patience and grace and respect."

Joan Stein Jenkins

City Prosecutor, City of Gardena                                           p. 8

7. "I know in my heart that Paul is a compassionate, kind, caring person. I've seen him in action, he is a hard working, strong, dedicated person."

Jane Kobayashi

Long time friend                                          p.9, 10

8. "During the 11 years he has been Mayor, as well as the previous 6 years as a council member, Paul Tanaka has provided an atmosphere of support to make Gardena not only financially secure, but a great place to live, work and play."

Mitchell Lansdell

City Manager, City of Gardena                    p. 11 to 13

9. "As a long time business owner in our city, I have expereinced many ups and downs, but I am very happy to say that the stability that Mr. Tanaka has created made the city a very desirable place for so many to do business and to call home."

Carlos Lifosjoe

Business owner- Gardena                           p. 14, 15

10. "Paul's work ethic and responsibility to the public and community is stellar! And those who worked for Paul all exemplified the same work ethic!"

Guy Mato

Long time friend and co-worker at LASD    p. 16

11. "Your honor, Paul Tanaka is a catalyst for honesty and positive change, and history very consistently shows that he is one of the 'good guys'."

Phebe Nishimoto Arlen

Long time family friend                                        p. 17, 18

12. "I would ask that the Court view Paul beyond what you have seen in court, and consider his life too. This would include a stellar career and personal life."

David Smith

Retired homicide Detective, LASD                              p. 19

13. "Mr. Tanaka is a caring man, and a respected leader in the law enforcement community. He is also a loving father and husband who's dedicated to family and is an example to others to follow."

Wes Sutton

Retired LASD Lieutenant                                        p. 20

14. "I have had an opportunity to work with many politicians and government managers; Mayor Tanaka ha shown to me that good public servants do exist and there are people who truly put constituents first."

Nicki Ung

{ 4 }

Former Gardena city employee                                   p. 21

15. "Working as a command staff deputy and being the mayor of Gardena simultaneously represents stellar public service and an abundance of hard work for the right reasons. Public service at this level is absolutely from someone who cares and is trying to serve the public good."

Larry Wolf

Retired LASD, criminal justice teacher              p. 22

16. "In my personal experience, I found Mr. Tanaka to be an outstanding leader, highly skilled, knowledgeable, intelligent and experienced. The stressed the importance of following department policy and the law and balancing the community's needs for police service."

Donald R. Young

Retired LASD, worked for Mr. Tanaka- patrol- 1990 to 2000                                                        p. 23

17. "Paul has incredible friends and family support, which will help him get through this very difficult time. He is a dedicated family patriarch, and is counted on to keep the family together. He also needs to help raise his six year old son."

James Ritenour

LASD and family friend                                          p. 24

18. "During our mutual years at the City of Gardena, I've come to know Mr. Tanaka to be kind, considerate, honest and a fair-minded, intelligent person. It's my personal opinion that the City of Gardena, its employees and citizens, have been the beneficiaries of his wisdom and are better for it. I am proud to know him."

Janis Greco

Retired Gardena city employee (45 years of service)

                                                               p. 25

19. "Paul Tanaka was always approachable and was not afraid to address issues of concern or unacceptable behavior. He was very honest and straight forward."

Patrick Gomez

Retired LASD Lieutenant                                         p. 26

20. "It saddens me to see him going through this ordeal, considering that I've always known him to be a consummate professional. And as I indicated earlier, a very caring person."

Michael Aranda

Retired Division Chief- LASD

21. "Paul Tanaka is a very dedicated man that has truly proven to me that he wants to improve the lives of everyone that he comes in contact with regardless if it's with his officers, his city council members, his local constituency or those of us within LA County."

Wendy Albright

38th Assembly District, Central Committee Member

p. 28

June 7, 2016

The Honorable Percy Anderson
U.S. District Judge
United States District Court for the Central District of California
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

**RE: United States of America v. Paul Tanaka**

Dear Judge Anderson:

I write to you on behalf of Paul Tanaka. I have probably interacted with Mr. Tanaka a total of six times. I haven't had many conversations with him, and truthfully, I do not know much about him.

However, I do know this. My son and his son attend the same school and are in the same grade, 1st grade. They have been in the same classroom since Kindergarten. My son, Malcolm, is autistic. My wife and I have decided to try and "mainstream" Malcolm's education. He attends school and sits in class with non-autistic children, such as Mr. Tanaka's son. As you can imagine, this is not always easy. Malcolm has to face, and overcome, many daily challenges both academically and socially.

Mr. Tanaka has been one of the bright spots in Malcolm's development. In Kindergarten, Mr. Tanaka volunteered his time with helping and assisting in the classroom. The Kindergarten teacher noticed Malcolm was particularly anxious and nervous about reading in the classroom. Mr. Tanaka took it upon himself to personally work with Malcolm on his reading. They would sit in a quiet room and work on his reading together. Malcolm thrived in this arrangement. He became more confident in his reading skills and looked forward to his time with Mr. Tanaka.

Since this interaction, Malcolm, as a first grader, just finished reading the first book in the "Harry Potter" series. This is Malcolm's accomplishment for sure, but it is due in part to the time and energy Mr. Tanaka spent with Malcolm.

Beyond the academics, Mr. Tanaka has encouraged his son to make sure Malcolm is not alone or isolated socially. His son makes sure that Malcolm is playing with other kids and is included in their activities. We hear from Malcolm's aides that Mr. Tanaka's son has taken it upon himself to "watch out" for Malcolm.

The lessons, ideas, and principles that Mr. Tanaka is instilling are making a difference in not only Malcolm's life, but Mr. Tanaka's son's as well. His son, like Malcolm, is still young. Their minds and hearts still have so much shaping to take place. At a time in our society when we see so much anger, hate and despair, Mr. Tanaka is teaching his son to accept, love and tolerate. That

is what will make a lasting difference for the future of our world. My hope is that people like Mr. Tanaka will be given the opportunity to continue to help make that difference.

Sincerely,

Christopher T. Hicks



Bill Cooper
LARealEstateExpert.com
700 S Flower Street, Ste 2900
Los Angeles, CA 90017

June 5, 2016

Honorable Percy Anderson
United States District Court Judge
Central District, California
312 North Spring Street
Los Angeles, CA 90012-4701

Re: Paul Tanaka

Dear Judge Anderson,

I have never written a letter like this before, so please excuse me if it's not orderly and polished. I am writing to you about my relationship with Paul Tanaka in hopes that it will provide a broader sense of who this man is. I hope I can convey my relationship with him in this brief letter.

I met Paul in junior high school in 1971 and have been friends ever since. We worked together at Gardena High School for the school's top service club where I served as president. Throughout our friendship I have known Paul to be dedicated, hard-working, generous and kindhearted. He answered the call to become Gardena's mayor during a time when the city was failing quickly. His work as mayor turned our hometown of Gardena around and put it on a path of success.

We have a rather unusual group of friends from high school days who have managed to stay in touch and get together throughout the years. We acknowledge that as one of the best gifts we have given ourselves and each other. We may only see each other a few times a year, but the foundation we laid early on, has stood the test of time. Like the rest of us, Paul has always been there through the good times and the bad. I remember when my mom passed away Paul was one of this group of friends that came down to Orange County for her service.

Also for me, I came out late in life realizing that I was gay well after college. This group of friends could not have been more supportive. It was a scary and difficult time coming to terms with myself and since we had all grown up in the Baptist church, coming to terms with that as well. Paul never flinched. He expressed his loyalty and friendship to me and never wavered. I know him as a wonderful family man who loves his wife and son very much. I know him as a guy who will always be there for his family and friends and it is very sad to think that he will be away from them and from us.

3

So, I write this letter asking you to please take into consideration the man I know, the gentleman we all love. The man who serves his family, friends and community with a good heart. I know the LA Police and Sheriff's department do not have a good reputation and I hope that Paul will not suffer because of that. I hope you will recognize from me and others the value of having Paul among us and you will be as lenient as you can be. Thank you for your time and consideration.

Very truly yours,

Bill Cooper

4

May 25, 2016

Honorable Judge Percy Anderson
United States District Court
Central District of California

Dear Judge Anderson, the purpose of this letter is to provide support for Mr. Paul Tanaka, requesting consideration during his sentencing.

I am a retired Los Angeles County Sheriff's Operations Assistant III, I supervised and managed staff most of my 25 year career.  My last assignment before retiring was managing the trial court funding system for our Court Services Division-West Bureau, that encompassed 16 Superior Courts.  During my career I have come to know Mr. Tanaka personally and professionally.  As a Department employee I had the upmost respect for Mr. Tanaka, who always showed the upmost respect and care for civilian staff.  He would always go out of his way to ask how my day was and if I needed anything.  I knew Mr. Tanaka to be a man of high expectations and urged everyone to try to always do better, but what came along with that was his praise for all of us doing a good job.

Mr. Tanaka was the ultimate professional and a man that made me proud to be a part of the Los Angeles County Sheriff's Department.  He motivated people and kept the command staff of the Department accountable for their actions and to the people we all served.  Mr. Tanaka was a man who always stressed the importance of family.  I observed him on several occasions inquiring how others families were doing, which include myself.  Mr. Tanaka is a passionate, dedicated, loving and caring father and husband.  His potential absence away from his family and friends will be devastating.

It is because of these things and more that I respectfully request your consideration for leniency during Mr. Tanaka's sentencing.

Sincerely,

Eileen Sutton

June 2, 2016

To: Honorable Percy Anderson
    District Judge

Dear Judge Anderson, I would like to take this opportunity to express my opinion of Paul Tanaka. I am a resident of Gardena and the Chairman of the Gardena Police Foundation (GPF). I have known Mr. Tanaka for more than fifteen years in his role of Councilman and Mayor of Gardena. Mr. Tanaka has been a positive supporter of the GPF and has played a major role in the success of the only Police Foundation in the South Bay. Paul was very instrumental in the GPF creating a scholarship program to assist disadvantaged Gardena High School students with four year scholarships.

Mr. Tanaka, has been a very positive role model in the community for many years. It is very hard to find citizens in the community that speak negatively about him. I think one of the reasons is that he truly cares about the people and the City . We all remember how he worked so hard to stabilize the economy of the city during its worst financial crisis in Gardena history in order to keep people employed.  He is one of the most dedicated public servants I have ever met. He truly loves this City and its residents. His honesty and integrity is beyond describing in words. He's a great family man and has a lot of pride in what he does. Gardena has been lucky to have such a great public servant who has served with honor and dignity. Thanks for your consideration.

*Gene Hale*
*President*
*G&C Equipment Corporation*
*1875 W. Redondo Beach Blvd*
*Suite 102*
*Gardena, CA 90247*
*310-515-6715 Phone  310-515-5046 Fax*
*gene@gandccorp.com*
*www.gandccorp.com*





Helen Hayase
56 Via Porto Grande
Rancho Palos Verdes, CA 90275

Honorable Percy Anderson
United States District Court Judge
Central District, California
312 North Spring Street
Los Angeles, CA 90012-4701

June 4, 2016

Re:  Paul Tanaka

Dear Judge Anderson,

I am a lifelong friend of Paul Tanaka.  We met in second grade at Gardena Elementary School in 1965.  We were in the same class at Peary Junior High and Gardena High, attended the same church, and performed in a Christian youth music group.  Through countless hours of shared activities, we developed a bond that has lasted many decades.

When I entered the legal profession in 1982, the law was not an obvious career choice for a Japanese American woman of immigrant parents.  Paul always believed in me and his belief was inspirational.  Despite his many community and professional responsibilities, Paul remained a very supportive, caring, kind, compassionate, and loyal friend.  I know him to be a man of great integrity and honesty with the highest moral character.

Those of us who grew up in Gardena in the 1960's and 1970's deeply appreciate Paul's lifelong dedication to our hometown.  The city was once on the verge of financial collapse and it probably would have failed without his strong and courageous financial leadership.  Today, Gardena has a rosy future and is a thriving and desirable multi-ethnic community.  That is just one of the many reasons I continue to stand by my friend Paul.

Paul and I have talked about the difficulty he is in, and I have assured him that I will do everything in my power to help him and his family get through these tough times.  I know him to be a loving husband and father who deeply regrets the pain that his wife, son and other family members are experiencing.  Paul and his family have already lost so much.  I beg the Court to be merciful in imposing sentence, and to do so with an eye toward allowing him to continue serving the community in some worthwhile capacity.

Very truly yours,

Helen Hayase

June 4, 2016

To the Honorable Percy Anderson, District Judge

I am writing on behalf of Paul Tanaka. I have worked as a prosecutor for the City of Gardena for over 15 years. I can attest to the fact that it was Mayor Tanaka, through his tenacity and good character and savvy, who saved the City of Gardena from financial ruin. Gardena has a citizenry that, due to internment during the war, was adamantly opposed to participate in the usual financially effective governmental powers of redevelopment. Grasping the depth of the trauma within the community, Mayor Tanaka found another way to bring Gardena back to life without distressing the formerly interned population. He showed character and tenacity and compassion throughout the prolonged process. He did not stop until he was successful. Gardena would not be financially solvent were it not for Paul Tanaka.

Also, as prosecutor, I have done much work with community policing and office conferences and other noncriminal ways to gain compliance with the law. The Mayor has been solidly behind all these innovative approaches to policing.

Further, I have so often seen Mayor Tanaka stop in City Hall to chat with residents who had been aided and shown kindness by him. He addresses each with patience and grace and respect. This may not seem extraordinary. The extraordinary part to me is that it is obvious that Mayor Tanaka is honored by being able to help those in need. The humility and lack of ceremony show the tenor of this man.

Respectfully yours,

Joan Stein Jenkins

City Prosecutor
City of Gardena

**5d**

WWW.5DSTUDIO.COM

6/5/16

Honorable Percy Anderson
United States District Court Judge
Central District, California
312 North Spring Street
Los Angeles, CA 90012-4701

Re: Paul Tanaka

Dear Judge Anderson:

I am writing on behalf of my life long friend Paul Tanaka. I have known Paul since Middle School when we both attended Peary Junior High School. But, I knew him best, when we were at Gardena High School because we were both presidents of 2 different honor/service clubs at the same time.

Since high school, we lost touch as we both went to different colleges and he entered into a law enforcement career and I, into a design career. We would see each other occasionally at reunions with our closest high school friends.

But what I want to tell you about is the Paul I personally know today. I feel my experience shows the true character of Paul.

I was in a near fatal accident two years ago. While crossing Main Street in Santa Monica to my office, with a green light, in a crosswalk, I was run over by a truck driven by a 31 year old veteran. He did not have any vision in his left eye, he was making a left turn, and never saw me. I woke up in the UCLA ICU two days later, with 11 broken ribs, a collapsed lung, brain trauma, broken shoulder, broken pelvis, and a broken hand. My entire left side took the impact and suffered all the consequences. The team of surgeons I had taking care of me did not think I would make it the first night. But I did. And I believe it was the power of my children, my family, and my friends that pulled me through. Paul was in the middle of his campaign to become Sheriff of L.A. at that time. Yet, there he was, at my bedside, visiting me. I was so taken aback by this show of friendship. Even though he was busy being mayor of Gardena, and now running a full blown campaign, he still came to see an old friend in need. We were not in daily or even monthly contact at that time. And not only did he visit me, but he also went to my 89 year old mother's house, took her food and spent time consoling her. You need to know that Paul didn't really know my parents well at all, he went out of his way because he is like me, and knows family is everything and he knew she would need comfort.

After I was released from the hospital, I had 9 months of rehab at home. Paul not only came to visit me and spend time with me, he also helped me above and beyond. The veteran who hit me, only had minimal insurance and no assets. So I was not only physically hurt, but I had all my savings wiped out paying for the medical expenses my insurance company didn't pay. Paul, with his selfless show of generosity, bought

9

5d

WWW.5DSTUDIO.COM

310 593 4617
310 435 3230

5325 MAIN STREET, SUITE 20
SANTA MONICA, CA 90405

me a new laptop because mine was destroyed in the accident. I own my own design firm and my laptop is my main tool for my work. He was helping me rebuild my life. He knew I was going to have to get back to work to pay off all my debts. Even as I write this — on the computer he bought me — it brings tears to my eyes.

This is the Paul I know. The times he would come visit me, we would talk about his retirement and how he was spending all his time with his young son. He was volunteering in the classroom, helping the kids with reading and math. Again, a show of love, support, and compassion driven only by a commitment to helping others.

I know in my heart that Paul is a compassionate, kind, caring person. I've seen in action, he is a hard working, strong, dedicated person. I am asking that you please take in to account all the good he has done and is doing for the city of Gardena (where our parents still live). He has brought the city back financially and is building senior centers for the aging generation. He can do so many positive things if he is allowed to serve the community instead of serving time in prison. I am asking for your mercy in his sentencing. He has paid a hefty price because he believed in our justice system. He has endured the trial, the negative press, and the burden of seeing his family suffer because of this. I hope by my personal experience, you can see the true Paul Tanaka and that the Court will have mercy when imposing his sentence.

Sincerely,

Jane Kobayashi



**CITY of GARDENA**

1700 WEST 162ⁿᵈ STREET    /    GARDENA, CALIFORNIA 90247-3732    /    PHONE (310) 217-9503

PAUL K. TANAKA, *Mayor*
MARK E. HENDERSON, *Mayor Pro Tem*
TASHA CERDA, *Councilmember*
DAN MEDINA, *Councilmember*
TERRENCE TERAUCHI, *Councilmember*

WEB SITE: www.ci.gardena.ca.us

**ELECTED and ADMINISTRATIVE OFFICES – CITY MANAGER**

MINA SEMENZA, *City Clerk*
J. INGRID TSUKIYAMA, *City Treasurer*
MITCHELL G. LANSDELL, *City Manager*
PETER L. WALLIN, *City Attorney*

June 2, 2016

The Honorable Percy Anderson, District Judge

Subject:   PAUL TANAKA

Dear Honorable Judge Anderson:

When you enter judgement on Paul Tanaka, please consider his efforts to save the City of Gardena.

My name is Mitchell G. Lansdell. I have been employed by the City of Gardena for over 30 years; serving the City as City Manager for the last 18 years. When I became City Manager in 1998, the City had just ended Fiscal Year June 30, 1998, with a $5.2 million deficit. Additionally, the City was faced with making payments on $26.8 million of Bonds issued for a First-Time Home Buyer Program and the Formation of an Insurance Company. Neither Program generated any income to pay the debt service.

In order to balance the budget, services and staff were cut in Fiscal Year 1999. The City went from 90 police officers to 66 officers. As a result, crime was increasing.

Mr. Tanaka became a City Councilman in March of 1999, which is the first time I met him. After that election, due to his law enforcement experience and his accounting degree, he was made the Chairman of the City Finance Committee.

The audit of City finances for the year ending June 30, 1998, not only showed the $5.2 million General Fund deficit, but also raised questions about whether the City would be able to stay in business. Standard & Poor's Rating Agency reduced the City's credit rating to Junk Bond.

Under Mr. Tanaka's direction as Finance Committee Chair, the City Council adopted a plan to eliminate the $5.2 million deficit in five (5) years by setting aside $1 million per year from operating expense. In 2002, the General Fund deficit had been reduced and the City ended the year with a $1,048,182 positive Fund balance.

As part of the Finance Committee, he directed an expenditure plan and the development of the City of Gardena's first Five-Year Strategic Plan.

The morale of employees in City Hall, as well as police officers was very low. Employees were afraid that they would lose their jobs. Mr. Tanaka's leadership on the Finance Committee guided the City to return to a positive General Fund balance, and the Five-Year Strategic Plan played a major role.

As Chair of the Finance Committee, he spoke to the leaders of the City's three (3) Bargaining Units, seeking their cooperation to assist the City to not only eliminate the deficit, but to improve services to the community.

To: The Honorable Percy Anderson, District Judge
From: City of Gardena City Manager Mitchell G. Lansdell
**Subject: Paul Tanaka**
June 2, 2016
Page 2

While the City continued to pay debt service on the $26.8 million in Bonds, the payments to the banks were keeping the City from providing services. Discussion of filing bankruptcy continued while negotiations with banks also continued. As Chair of the Finance Committee, Mr. Tanaka continued to tell the City Council, as well as the City Staff, that the City needed to pay back the money we had borrowed and that it had to be done in a manner that would allow the City to operate and provide services.

In March of 2005, Mr. Tanaka was elected as Mayor of the City of Gardena. In our first meeting after he became Mayor, he told me, "You know that we need to come to an agreement with the Banks so that the City can prosper." I had been negotiating with the Banks for five (5) years. The officials for Sumitomo and Union Banks had grown tired of negotiating with me and asked for a meeting with the new Mayor (Tanaka).

Mayor Tanaka agreed to meet with them. When he met with them, he informed them that the City was prepared to pay them within our ability to pay; that the City Manager was the authorized individual to negotiate with them on behalf of the City. He told them that if an agreement could not be reached by the end of that day, he would recommend that the City go bankrupt. He then left the meeting. Before the end of the day, a tentative deal had been reached: the Banks would reduce the principal owed by $3.8 million and the City would make a cash payment toward the principal in an amount of $2.6 million. The City would then seek to reestablish a credit rating that would allow for repayment of the Bonds at the reduced principal amount. Soon after, the City did receive an investment grade credit rating from Standard and Poor's of BBB, and we were able to refinance and pay off the Bonds, reducing the City annual payments.

With the failed programs now restructured, Mayor Tanaka continued to push for improved City services with a goal of having 100 police officers and a General Fund Reserve of 25 percent (25%) of Operating funds.

While Mayor, Tanaka continued to serve as Chair of the Finance Committee and, in 2007, the Five-Year Strategic Plan was updated for enhanced levels of service and improved infrastructure.

I believe, due to the results of his efforts toward rebuilding of the City, the March 2011 Gardena Municipal Election was cancelled. In February 2013, just prior to the March 2013 Municipal Election, Standard and Poor's raised the City's credit rating to A. While the 2011 election was cancelled because no one filed to run against the incumbents, there were candidates who filed to run against Mayor Tanaka in 2013. As the campaign began, there were allegations made regarding Mayor Tanaka and the investigations that were ongoing at the Sheriff's Department. Mayor Tanaka decided that he would not run a campaign, rather than allow negative publicity to reflect upon the City. He was re-elected as Mayor that year by over 65% of the vote without having done any campaigning.

In early 2012, Mayor Tanaka went, again, to the City's Bargaining Units, asking for their cooperation in dealing with pension refinancing. His leadership and employee respect for him allowed the City to negotiate to have employees pay a portion of their retirement.

Shortly after a meeting between a Standard & Poor's representative and Mayor Tanaka was held, the City's credit rating was raised to A+. He had met with a representative in 2006 before the City issued the refunding Bonds. He had agreed to put in place some of the recommendations they had

made. The upgrade of the Credit Rating in 2013 was directly related to his credibility with the rating agency; delivering on what he said we would do.

During the eleven (11) years he has been Mayor, as well as the previous six (6) years as a Council Member, Paul Tanaka has provided an atmosphere of support to make Gardena not only financially secure, but a great place to live, work, and play.

His leadership style and mentorship has significantly and positively impacted not only the employees, but residents and businesses in the community of Gardena.

On June 30, 2016, the City of Gardena's projected General Fund Reserve will be $21.2 million. As I wrote above, just before he took office, the City of Gardena had a $5.2 million deficit.

A $26.4 million turn around in 18 years – due to his leadership, trust, commitment, and credibility – is what Paul Tanaka has given to employees, businesses, and residents of Gardena for the last seventeen (17) years.

Honorable Judge Anderson, Paul Tanaka's actions saved the City of Gardena. I am asking that you consider this action favorably as you enter judgement.

Respectfully,

**MITCHELL G. LANSDELL**
**City Manager**

MGL:nw



# GARDENA NISSAN, Inc.

June 6, 2016

Honorable Judge Percy Anderson, District Judge.

Dear Judge Anderson,

Please allow me a moment of your time to express to you my sincere thoughts and opinion of Mr. Paul Tanaka.

I have known Mr. Tanaka for about seventeen years, approximately around the time he joined the Gardena city Council. During those years I have come to know Paul to be a very dedicated member of our community in Gardena.

As a member of the council and in the position of Mayor, Mr. Tanaka has worked tirelessly to improve the quality of life for the residents of the City of Gardena.

He has turned the City which was on the verge of bankruptcy with a five million dollar deficit and a depressed local economy into a thriving city with a twenty-one million dollar surplus. Once a city that many citizens and businesses were leaving for greener pastures has now become a growing city attracting some of the best businesses around and as such, creating jobs for its residents.

Mr. Tanaka has played an important role in his creation of and his support of many programs in the city benefitting the residents. One such program is the Scholarship Program through the Gardena Police Foundation helping High School students in the community. His support for the Gardena Police Foundation has resulted in Gardena having a very active and effective Police Foundation which has assisted the Gardena Police Department with many programs benefitting the relationships between the Community and the Police Department

We consider ourselves very fortunate to have Mr. Tanaka at the helm of our city and credit his leadership for much of its success.

As a long time business owner in our city I have experienced many ups and downs but I am very happy to say that the stability that Mr. Tanaka has created made the city a very desirable place for so many to do business in and to call home.

14

1670 W. Redondo Beach Blvd. • GARDENA, CA 90247 • Phone (310) 532-1600 • Fax (310) 329-0246

Judge Anderson, I greatly appreciate your time and attention and would like to thank you in
advance for your consideration in this matter.

Sincerely,

Carlos Lifosjoe

**President**
**Gardena Nissan Inc.**
1670 West Redondo Beach Blvd.
Gardena, CA 90247

15

6/2/2016

Honorable Percy Anderson, District Judge,

I have known Paul Tanaka for most of my life, beginning in Junior High School where we attended Robert E. Peary Jr. High and Gardena High School and later working as Deputy Sheriff's for the Los Angeles County Sheriff's Department.

Paul exhibited strong leadership characteristics early in our school day's. He always excelled in school. At Gardena High school he was accepted into an elite club called the Knights. The knights were known for having achieved high scholastic ability and leadership. He was a member of the tennis team and always seen volunteering at community events.

Paul went on to college and attained a degree in accounting, worked at a small local accounting firm in Gardena where he learned how to account for every penny when the books were not balancing. It was from this training that Paul began using the phrase, "Do It Perfect Yesterday"!

Paul lateraled to the Los Angeles County Sheriff's Department from El Segundo Police Department. Once on the Sheriff's Department, he quickly promoted through the ranks to his last rank of Undersheriff.

As he moved up in rank, Paul was known to be able to take on the toughest of issues and resolve the issue to conclusion. Everything was to be done perfect yesterday! Paul's work ethic and responsibility to the public and community is stellar! And those who worked for Paul all exemplified the same work ethic!

Paul's leadership, intelligence, work ethic and loyalty to the public and community came shining through when he was elected Mayor of Gardena. Gardena was in financial ruins. In debt nearly $26 million dollars. Near Bankruptcy! Paul took the city of Gardena' financial issue head on! Paul negotiated with the banks and negotiated a deal that allowed Gardena to pay its debtor's over time and avoid bankruptcy! Because of Paul, Gardena has recovered. Gardena now has a budget surplus of $24 million dollars.

I am privileged to be Paul's friend when we were children, adults and as Deputy Sheriff's.

I am also privileged to have seen Paul as a son to his Mom and Dad. A brother to his brother and sister. As a husband and as a father to his son Paul Jr.

I am proud to write this letter for character reference for my friend Paul Tanaka.

Respectfully submitted,


Guy Mato

June 4, 2016

The Honorable Percy Anderson
United States District Court
Central District of California
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re:    In Support of Defendant Paul K. Tanaka, Former Undersheriff
       Los Angeles County Sheriff's Department

Your Honor:

My name is Phebe Nishimoto Arlen, and I have known Paul Tanaka for over 45 years. I met him at the Gardena Valley Baptist Church, where my father was one of the ministers on staff, and we attended Peary Junior High and Gardena High Schools together. We were in the same graduating class.

I have found Paul to have an unwavering and high moral and ethical character all these years, and there are few whom I know who come close to that high level he has set for himself.

Paul is also very close to his family, and values "family" with the highest regard. Even when he served as Undersheriff and simultaneously campaigned for re-election for Mayor of Gardena, Paul continued to visit his mother every Sunday afternoon and spend time with his family. His commitment to family runs deeper than anyone I know.

I remember Paul's comments to me, when he decided to run for Mayor of Gardena, that the City's government was filled with corrupt people who carelessly allowed the City's finances to go "into the red". If he were elected Mayor, he would take on the responsibility to establish internal controls that would assure a "checks and balances" system to thwart corrupt practices; and use his skills as a Certified Public Accountant to bring the City's finances "back into the black". He was, indeed, elected, and he effectively remedied the rampant corruption, and went to work cleaning up the financial books; as a result, Gardena has enjoyed an honest governing body that works hard for its residents, and a profitable financial status for many years, under Paul's leadership.

My mother and brother still live in Gardena, and whenever I go to visit them, and drive through Gardena's pothole-free streets and see how much work has been done to beautify and maintain the City in which I grew up, I am reminded that Paul, a stickler for doing things the right way, made sure that the repaving project of the roads in Gardena was not just done the least expensive way for a quick fix; rather, he had them do a slurry seal, which took extra time to do, but was a better and longer-lasting process. I am very



Letter to The Honorable Percy Anderson
June 4, 2016
Page 2

thankful that Gardena has had an honorable and ethical Mayor in Paul, who cares for its residents, who does what he says he's going to do, and does it with fiscal responsibility.

Paul also told me that the "corrupt influences" in Gardena continue to lurk around its political periphery, and one of the reasons why he has run for re-election (his 3rd term as Mayor began in 2013) is that he knows if he is unseated, there is a very good chance those corrupt influences will once again seize control of City government.

Your Honor, Paul Tanaka is a catalyst for honesty and positive change, and history very consistently shows that he is one of the "good guys". Those who know him well, know that he definitely is not one of the "bad guys". It is a sad irony that because of his loyalty to former Sheriff Baca, who was granted immunity from any jail time, Paul is the one to take the fall. The real "bad guy", Leroy Baca, it seems, will go free and unscathed. That, to me, is an unacceptable definition of "justice".

My heart sank when I read that Paul may get the maximum sentence on June 27. He is truly a good guy who fights corruption, and our community needs him. He will do more good working to fight corruption, than being behind bars. I implore you to have mercy on Paul and not make an example of him.

I thank you for your time and consideration.

Sincerely,

*//digitally signed//*

Phebe Nishimoto Arlen
3430 Saint Susan Place
Los Angeles, CA  90066-2108
(310) 266-9880
phebearlen@gmail.com
parlen@finance.ucla.edu

May 28, 2016

Honorable Judge Percy Anderson
United States District Court for the
Central District of California

Your Honor,

My name is David Smith and I am a retired Homicide Captain from the Los Angeles
County Sheriff's Department with over 38 years of service.

I have known Paul Tanaka for approximately 15 of those years. We worked together
and stayed in touch during that time. I found that Paul was an honest hardworking man
and usually was the last person to leave the office as he tried to resolve the daily issues
that he encountered. Paul always tried to do the right thing. He is a very sensitive and
generous individual. He has always gone out of his way to help some of the people he
came in contact with, in an attempt to raise them out of the situation they were in. Paul
is very dedicated to his family, country and is privately a God fearing man.

Your Honor, I know that Paul is a kind, giving and loving person who has a strong family
oriented background. He has always tried to do the right thing and how this situation
evolved into this, is incomprehensible to me. I would ask that the Court view Paul
beyond what you have seen in court, and consider his life too. This would include a
stellar career and personal life. I understand that people must be accountable for their
actions and own up to the consequences, but your Honor, I ask you to not only consider
the action in front of you, but all the actions in Paul's life that warrant merit, as well.

Your Honor thank you for time, I know that you are extremely busy. If you need to
contact me my cell is (909)261-2622.

Sincerely,

David Smith

May 25, 2016

Honorable Judge Percy Anderson
United States District Court
Central District of California

Dear Judge Anderson, the purpose of this letter is to provide support for Mr. Paul Tanaka, requesting consideration during his sentencing.

I am a retired Los Angeles County Sheriff's lieutenant, who provided public safety for over 31 years. My last assignment before retiring was managing a special gang homicide task force. During the last 10 years of my career I worked directly with Mr. Tanaka. During my time assigned to the Sheriff's gang unit I worked with Mr. Tanaka on issues concerning gang related violence throughout Los Angeles County. As the Assistant Sheriff and Undersheriff, Mr. Tanaka was more driven than any other person ever holding those ranks, to curb gang violence. His concern for the safety of the public was very evident and he held every patrol station commander accountable to each of their patrol station's gang related issues. His passion and dedication to public safety was unmatched. I have worked directly with Mr. Tanaka for several years, he is a man who appreciates and respects the fact he wore a uniform that he was proud to represent. He was always sensitive to the needs of people and I saw him go out of his way to help them in times of despair. Mr. Tanaka is a caring man and respected leader in the law enforcement community. He is also a loving father and husband who's dedication to family is an example for others to follow. Mr. Tanaka is a pillar of our society, he has worked hard to be a reliable and accountable person his entire career. I know from personal experience that Mr. Tanaka would never stand for a deputy sheriff or any member of his staff to break the law or to violate policy. He always took swift action in those cases and held everyone accountable.

It is because of these things and more that I respectfully request your consideration for leniency during Mr. Tanaka's sentencing.

Sincerely,
Wes Sutton

June 1, 2016

Hon. Percy Anderson
District Judge
312 N. Spring St,
Los Angeles, CA 90012

Dear Judge Anderson,

I write to you today in hopes that my letter can be a form of support for Mr. Paul Tanaka.

In 2014, I had the opportunity to work in the City of Gardena as a Managerial Aide to the Chief of Police. During that time, constituents within the City were complaining about the lack of policing in their neighborhood parks. Mayor Tanaka took this concern very seriously. In an email he penned to our Chief of Police, he explicitly displayed his disappointment in hearing that this came from a City he managed and gave a detailed follow-up request and deadline to our Chief. Although small, this action in itself shows to me that he not only cares about his community, but this shows to me that Mayor Tanaka is one to take initiative in correcting issues he sees without any public recognition. He has taken many actions to the benefit of others without any public recognition. I have had the opportunity to work with many politicians and government managers; Mayor Tanaka has shown to me that good public servants do exist and there are people who truly put their constituents first.

Throughout my time with the City, I have only seen passion, dedication, and pride in Mayor Tanaka for his City and in his position. There is not one person who has worked with him – that I have talked to – who believed him to be anyone less than respectable and caring.

Mr. Tanaka has been an inspiration to me and I am respectfully requesting that you are able to consider some leniency in his sentencing.


With much respect,

Nicki Ung
Pasadena, California

Honorable Percy Anderson, District Judge                              June 1, 2016

Dear Judge Anderson,

The purpose of this letter is to request leniency in your sentence of Mr. Paul Tanaka.

I am a retired LA County Deputy Sheriff currently teaching criminal justice at the University of Antelope Valley. I monitored the trial with my students using this case as an example of how the actions of peace officers can become serious criminal matters when they lose or don't have legitimate legal standing.

Now that the trial has concluded and as you formulate Paul's sentence, I respectfully ask that you consider the following:

Paul has been disgraced and lost most of the things he holds dear-his standing as a law enforcement officer, his political career, and his rights as a citizen. These losses weigh heavy on a person whose entire adult life has been dedicated to public service and public safety.

Working as a command staff deputy and being the mayor Gardena simultaneously, represents stellar public service and an abundance of hard work for the right reasons. Public service at this level is absolutely from someone who cares and is trying to serve the public good.

Paul's willingness to testify and take responsibility for what he did at the trials of his subordinate deputies was courageous and put him at legal risk. I was surprised by how much responsibility he took for subordinates when he testified.

The need to send a message has already been accomplished with the high profile convictions of Sheriff Baca and everyone involved. The loss of careers, prison sentences, and all the things listed above serves as a powerful message peace officers will take heed of. Punishment and deterrence have begun. Please do not let unnecessary extra prison time limit rehabilitation and restoration.

Any prison time to someone who was once a respected member of the community and a law enforcement officer is harsh. Please do not let emotion contribute to piling on extra time to a person who has already lost so much.

Paul has lost. Please don't make him lose everything with an overly long sentence. Please give him the lowest term possible.

Thank you for your time and consideration.

Respectfully,

Larry Wolf

Honorable Percy Anderson

District Judge

Dear Judge Anderson,

I am writing to you in support of Paul Tanaka and requesting consideration in his sentencing.

I am a retired Los Angeles County Sheriff's Sergeant and I worked in that employ for over 27 years. As a Patrol Deputy assigned to the Lennox Sheriff's Station from 1990-2000, I worked under Mr. Tanaka, who was a Patrol Lieutenant there for several years. In that position, I was directly

supervised by and reported to him as my superior. During that time, I personally had dealings with him on a regular basis involving general Patrol and special Incident Operations. Topics of discussion included Policy and Procedures, Case Law, Penal and Vehicle Code, Training, Scheduling and general

patrol issues. In my personal experience, I found Mr. Tanaka to be an outstanding leader, highly skilled, knowledgeable, intelligent and experienced. He stressed the importance of following Department Policy and the law and balancing the community's needs for police services. He was proactive in addressing those concerns and had high expectations for all levels of staff. In Mr. Tanaka's position, he set an excellent example for all personnel to follow. I have the highest regard for his work ethic and integrity.

In accordance with my personal knowledge and association with Mr. Tanaka, I am respectfully requesting your consideration for leniency during his sentencing.

Sincerely,

Donald R. Young

23

June 5, 2016


Honorable Percy Anderson, District Judge
United States District Court
312 North Spring Street, Court #15
Los Angeles, California 90012


Dear Judge Anderson:

This letter is to provide you with information regarding the character of Paul Tanaka. I have known Paul for over twenty years, and have worked directly for him at two different assignments. As the watch commander of a difficult patrol station, he showed remarkable compassion for both the employees and the community. He led a Community Based Cops Team in a very diverse area, as a true professional. I have never seen a more dedicated public servant. I again worked for Paul when he was the Chief of Administrative Service. He worked tirelessly to ensure the Department's budget was balanced and that we hired only the best.

During that time, Paul's secretary was dying of cancer. I saw a side to Paul of not only compassion for her needs, but that of her family. After she passed, Paul helped the family morn her death, without having to worry financially.

Although there are differing opinions regarding the circumstances of this case, I can assure you he believed they were doing what was in the best interest of the citizens of Los Angeles County. I have heard Paul in a number of settings and have never seen him in words or actions do anything other than what is within the constitution or department policy.

As a thirty four year Law Enforcement professional, I believe that if he was placed on probation, he would continue to be a law abiding and productive member of society.

Paul has incredible friends and family support, which will help him get through this very difficult time. He is a dedicated family patriarch, and is counted on to keep the family together. He also needs to help raise his six-year-old son.

If you need any additional information, please don't hesitate to contact me.

Sincerely,


James Ritenour

June 3, 2016


The Honorable Percy Anderson
District Judge


**RE: Paul Tanaka**


Judge Anderson:

I'm writing this in support of Paul Tanaka.

I am retired from the City of Gardena after 45 years of service. Although I've not had the privilege to work directly for Mr. Tanaka or under his direct supervision, I have known him for at least 15 years and have become acquainted with his leadership by watching his interaction and listening to him at his many speaking engagements, City functions and many meetings. He played a major role in leading our City out of near bankruptcy and back to the path of prosperity. He has been most generous to the employees, especially the clerical staff, showing his appreciation to all of us for the work we do and for our dedication and loyalty to our City, at an annual luncheon for which we are his personal guests.

In any situation that requires his vote or opinion, he studies all sides of any problem or project so that he will make a well thought-out and informed decision. As Gardena's Mayor, he takes seriously his leadership role in that capacity and leads the City Council meetings with firm and fair guidance.

During our mutual years at the City of Gardena, I've come to know Mr. Tanaka to be kind, considerate, honest, and a fair-minded, intelligent person. It's my personal opinion that the City of Gardena, its employees and its citizens, have been the beneficiary of his wisdom and are better for it. I am proud to know him.

Thank you for taking the time to read my letter.


Janis Greco
14418 S. Vermont Ave.
Gardena, CA 90247

May 31, 2016

Honorable Percy Anderson
Federal Judge
United States District Court
Central District of California

Dear Judge Anderson,

The purpose of this letter is to provide support for Mr. Paul Tanaka, by requesting consideration on his sentencing.

In 2012, I retired as a Lieutenant with the Los Angeles County Sheriff's Department, after serving over 31 years. Throughout my career, I have worked directly with Paul Tanaka and have attended public events with him.

I first met Paul Tanaka in the late 1980's, while working at the Inmate Reception Center, the processing facility for inmates when they first enter the Los Angeles County Jail system. During that time I was a deputy and Paul was a lieutenant. Paul was highly respected and liked by everyone, including civilian personnel, due to his positive attitude and pleasant personality.

Paul Tanaka was always approachable and was not afraid to address issues of concern or unacceptable behavior. He was very honest and straight forward. Every deputy knew that Paul demanded that he be notified of any force used and that he would not tolerate anyone who failed to report the use of force or violated any Department policy.

When Paul Tanaka held the positions of Assistant Sheriff and Undersheriff, I often saw him at various units/stations meeting with Department personnel and members of the community. He was always concerned for everyone's safety.

I have also attended events in the City of Gardena, where Paul Tanaka has been the Mayor for many years. The residents of Gardena truly love Paul, for what he has done to make the City of Gardena safer and improve the quality of life.

Lastly, and most important Paul Tanaka is a dedicated family man and husband. He and Valerie have a six year old son who is attending elementary school.

I ask that you will take into consideration what I have written about the caring man I know, Paul Tanaka. I respectfully request your consideration for leniency during Paul Tanaka's sentencing.

Sincerely, Patrick Gomez

26

June 1, 2016

Honorable Percy Anderson, District Judge

Dear Judge Anderson,

The purpose of this letter is to request leniency and consideration in the future sentencing of Mr. Tanaka.

I am a retired Division Chief from the Los Angeles County Sheriffs Department. About ten years ago, during my tenure as Chief, Mr. Tanaka asked me who I would recommend to assist him at the Los Angeles county central jail regarding what he perceived as some unreported force incidents. He was also concerned about the delay in processing some of the force reports. He asked me whom I would recommend to assist him in dealing with this issue. I referred him to a couple of names. He asked for a person that would handle the situation, both most professionally and to proper conclusion.

I have known Mr. Paul Tanaka for approximately 15 years. I know him to be a very compassionate and caring man. Several years ago I had to deal with a very difficult personal situation. Although many executive members of the department were aware of it, Mr. Tanaka was the only one who took the time to call me and see how I was doing.

I can say that his compassion extends not just to department members, but also to the community and to people in the care of the sheriffs department.
Paul can be a very passionate man about his work ethic. Sometimes some as his being overly assertive or a little bit too forward can perceive this passion. I just believe that he took complete personal responsibility for anything that would happen in any of his commands.

It saddens me to see him going through this ordeal, considering that I've always known him to be a consummate professional. And as I indicated earlier, very caring person.

It is because of these things, and more, that I respectfully request your consideration for leniency during Mr. Tanaka's sentencing.

Respectfully,

Michael Aranda

# Wendy M. Albright

California, 38th Assembly District, Elected Central Committee Member

May 30, 2016

Honorable Percy Anderson, District Judge

Re: Mr. Paul Tanaka

Your Honor, I am writing you today in the hopes that you would consider my plea on behalf of Mr. Paul Tanaka when deciding his future sentence.

I, myself, am a very active participate for the state of California. I am a state board member of my party as well as I have been the President of my local Assembly.  Besides working up and down the state as a volunteer for party elections (campaigns) and community service intervention, I have also volunteered at our Cal/Mexico border with my fellow border patrol agents.  I am also an elected official in the 38th Assembly District that covers the Santa Clarita Valley, Northridge, Chatsworth, Porter Ranch and Aqua Dulce/Acton area. I also run a non-profit large breed rescue (Mastiff, Great Dane and St. Bernard) which is all over the state and I manage about 130 volunteers.  And my day job is being a I.T. Network Engineer for a medical company in Glendale which in itself is a 24/7 operation.  I have known Mr. Paul Tanaka for many years now and I have to say I love his passion when it comes to caring about the community, his job within that community and his concern about others first before his own; this is how I came to want to volunteer for Mr. Paul Tanaka in his past election cycles. Anyone that knows me understands what a true patriot I am for this country and I am very selective in whom I give my trust to, Mr. Paul Tanaka is one of those that has my full support and trust.

Mr. Paul Tanaka is a very dedicated man that has truly proven to me that he wants to improve the lives of everyone that he comes in contact with regardless if it's with his officers, his city council members, his local constituency or those of us within LA County; All of this along with being a wonderful family man. Mr. Paul Tanaka is an honest, humble and courageous human being that has taken on some very important elements when others were too afraid to because of being shut out or shut down. I commend him gratefully and can never give him enough thanks for his efforts - another true patriot in my eyes.

Your Honor, I am requesting a consideration of leniency with regard to Mr. Paul Tanaka because after all that he has contributed to in helping others, defending his fellow officers, protecting his local community, it seems counter intuitive to present such an example for future folks that want to make a difference and step up to the plate when so many will not. We need a family man to stay with his family and see this through. Mr. Paul Tanaka's life has already been ruined, let us consider him not losing that life as well within the confines of a jail cell because it won't just be his life that ends, it will be his families as well.  Your Honor, I beg that you read my letter warmly and with empathy.

Wendy Albright