H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Jerome J. Haig SBN 131903
21143 Hawthorne Bl. #454
Torrance, CA 90503
(424) 488-0686
Fax: (424) 271-5990
Jerome@jeromehaiglaw.com


Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>  vs.<br><br>PAUL TANAKA,<br><br>     Defendant. | Case No. CR-15-255-PA<br><br>FURTHER LETTERS IN SUPPORT OF<br><br>DEFENDANT<br><br>Sentencing  Date: June 27, 2016<br>Time: 8:30 AM |

Defendant and counsel submit the attached further letters in support of defendant, for

the Court's consideration at the time of sentencing.


Dated: June 21, 2016          <u>H. Dean Steward</u>
                      H. Dean Steward
                      Jerome Haig
                      Counsel for Defendant
                      Paul Tanaka

- 1 -

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age.

My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on June 21, 2016, service of the defendant's:

**FURTHER LETTERS IN SUPPORT OF DEFENDANT**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA BRANDON FOX AND LIZABETH RHODES**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JUNE 21, 2016

s/ H. Dean Steward

H. Dean Steward