Marlyn S. Braceros
2024 W. 184th Street
Torrance, CA 90504

June 9, 2016

Honorable Percy Anderson
United States District Court Judge
Central District, California
312 North Spring Street
Los Angeles, CA 90012-4701

Re: Paul Tanaka

Dear Judge Anderson,

I am not an eloquent speaker, nor am I a skilled writer. What I am, however, is a lifelong friend of Paul Tanaka. I have known him (and his family) for over 40 years - since the summer of pre-6th grade (back in the day when we had mandatory (free) summer school). I went to church with him. We were even in a Christian music band together, and I have had the privilege of watching him grow into the man he has become. I admire his integrity, his honesty, and his tenacity . . . his perseverance under fire and being able to hold true and steadfast to his values and beliefs.

Paul has dedicated so much of his life to protecting and serving the people of Los Angeles. Not only that, he has also invested in the people and city of Gardena, bringing the city out of its financial calamity. Being a former resident of Gardena (I have family who still reside there), I am proud to say that it was through his leadership (financial and governance), that Gardena is once again a thriving community.

Paul truly has much to give to the community and can be a productive contributor to society. I humbly ask that you please be gracious and merciful as you mete out his sentencing.

Very truly yours,

Marlyn Braceros

Marlyn S. Braceros

To the Honorable Judge Anderson,

We have known Paul Tanaka since he was a teenager at Gardena High School.  He was the President of the Key Club affiliated with the Kiwanis Club at Gardena High School and has always been involved in community service and the community as long as we have known him.  He coached baseball at the local parks and was involved with the youths.  He also coached basketball for the FOR (Friends of Richard) Club while in college. He went to college and became an accountant and then to the El Segundo Police Department and then to the Sheriff's Office.  He was elected to the City Council as a Councilman and then the Mayor of the City to present   Paul has always been dedicated and devoted to public and community service with high integrity and devotion.  Paul Tanaka steered the City away from bankruptcy and turned the City to a positive financial status because of his experience and financial knowledge and because he cared about his constituents and the City.   He has certainly done good for the City of Gardena.

He has always been a dedicated, devoted and honest person as long as we have known him.  He was elected overwhelmingly at least 5 times that we can recall.  That alone shows that he is well liked, loved and respected by the citizens of Gardena.  We think highly of him and feel he has done a lot a good for our City and community.  We love him.


Thank you.

Minoru & Edna Kuriyama

June 17, 2016

Honorable Percy Anderson
District Judge

Honorable Percy Anderson:

I am writing to you for consideration of Paul Tanaka.

My family settled in this area in 1928 and this city has changed from a farming community to a mid size city with big city problems.  Some years ago our city had gotten into deep financial trouble by some persons who were sworn/elected to protect and oversee our city.  Paul Tanaka (no relation) began his career in Gardena and got it to be secure with a surplus.

I met Paul at the preschool that his son attended as well as my granddaughter.  His is a very involved father and supported his son with his activities.  Besides his family, our city too will suffer.

Respectfully,

Carol Y. Tanaka
14928 Van Buren Avenue
Gardena, CA  90247

Betty J. Hill
2904 West 139th PLACE
Gardena, California 90249
June 16, 2016

Honorable Percy Anderson
District Judge

Dear Judge Anderson,

I am writing this letter of support on behalf of Mayor Paul Tanaka who is presently before you for a legal matter.

I have been a resident of the City of Gardena for 29 years and under the Council guidance of Mayor Tanaka for 17 of those years.

I have observed the City of Gardena enter a number of Difficulties over the years and overcome a number of critical events due to the leadership and guidance of Paul Tanaka. He has demonstrated keen insight into understanding the needs of the residents and businesses of the entire community, as well as those of City Staff. Mayor Tanaka guided the City through a challenging time, financially as Chair of the City's Finance Committee. The City has moved from a $5.2 million deficit to a more than $2 million surplus due to his guidance. The Crime rate is down due to the Mayor's guidance. New Businesses are coming into Gardena due to the guidance and efforts of the Mayor.

In conclusion,

Gardena has been Mayor Tanaka's home for more than 46 years. His family is here; his friends and fellow citizens are here. He had continually worked diligently to make this community a safe, happy, and beautiful place in which to live.

Mayor Tanaka has a productive future ahead of him. I humbly, seek your consideration for leniency for Mayor Tanaka.

I Remain,

Betty J. Hill
Gardena Resident

June 14, 2016

To:  The Honorable Percy Anderson, District Judge:

I am submitting this letter as a character reference and letter of support for Paul K. Tanaka.

As background, I worked for the City of Gardena in various positions from 1986-1997 and advanced to Senior Administrative Assistant in the City Manager's Office, working directly with the City Manager, Mayor and members of the City Council. I left the City in 1997 as the City was on the brink of financial disaster and political disgrace. In April 2000 I returned to the City as the Assistant City Manager/Administrative Services Director, confident in the administrative and political leadership of the City. It was then that I met Paul Tanaka, a new councilman elected just a year prior in 1999. In 2005 he was elected Mayor. It was my privilege to work directly with and to learn from the Honorable Paul Tanaka from 2000 to June 2013 when I retired from the City.

If there were ever minimum qualifications to be elected Mayor, particularly for a City in financial and political disgrace, Paul Tanaka would be at the top of the list. With a background in accounting and his position with the LA County Sheriff's Department he understood the problems and the path to resolution. Growing up in Gardena, he loved and understood the community. Paul Tanaka was not part of the Gardena political make-up until he ran for City Council in 1999. He ran solely to unseat the last of the existing old guard council, but he continued in office because he realized that more needed to be done and he was committed to seeing it through. His knowledge of public finance and politics were significant contributing factors to the City's recovery and healing process.

The General Fund bleeding stopped in 2000 but the fiscal recovery regained its grounding in 2005 when Councilmember Paul Tanaka was elected Mayor. He then became Chair of the City Finance Committee, which recommends fiscal policy and direction to the City Council for action. Under Paul Tanaka's leadership the City moved from a reactionary position with financial creditors to the protagonist in its own fiscal recovery. In 1999, Gardena had a General Fund deficit of $5.2 million with over $25 million in outstanding debts. Now, in 2016, Gardena has a $21 million General Fund reserve, manageable debt and an "A+" Standard and Poor's credit rating. Under Paul Tanaka's leadership the City of Gardena regained its financial stability and the public trust.

Paul Tanaka is truly beloved by the Gardena community, not just because of the City's fiscal recovery, but because Paul Tanaka is personally concerned about and involved in the well-being of the community. Under his leadership, elected officials, city staff, residents, businesses and community leaders were united as a team. So much so that the City of Gardena is now recognized by businesses, residents and employees as "the City of Opportunity."

Paul K. Tanaka is a principled leader that leads by example, personally recognizing and celebrating city volunteers, employees combined and individual successes and then challenging continual improvement. He continues to serve with focus, perseverance, humility, generosity, and grace because that is his character. Character is inherent despite the circumstances. When it is questioned, it stands strong. When it is tested, it is strengthened. Paul K. Tanaka is a man of integrity and leadership. I am a better person, both professionally and personally, for having known him, and I know many others feel the same.

Most sincerely,

D. Christine Hach

June 20, 2016

Dear Honorable Percy Anderson, District Judge:

I have been a resident of Gardena for the past 28 years and of those I have known Paul Tanaka for the last eleven. The great honor of meeting him was when he was first running for the Mayor of Gardena. Prior to his taking office as Mayor I had very little interest or involvement in the city organization as a whole as I was consumed with volunteerism at my son's schools.

After he was elected to this prestigious position of Mayor and because I was so impressed by his management and desire to help and improve the city I quickly began attending city council meetings and volunteering to become involved in city functions. One of them was developing the Purche Neighborhood Watch group which met monthly. It became very successful and I know I can give Paul a great deal of credit as he was very open to speaking at my meetings and it was then that residents got to know him as an honest, straight forward thinker and no-nonsense individual.

Paul was most responsive to the community's needs via putting out public announcements, attending other neighborhood watch meetings and community forums. He always presented himself as being available to our residents if they had problems or concerns and especially those involving "quality of life" issues.

In his history as a city councilman for 6 years and mayor of our great city for three – four year terms he brought the faith back into politics and politicians. He was able to help bring our city back from financial ruins where as people could then trust him through his honesty, diligence and devotion. He always held a steadfast commitment for Gardena, his community, to be a safe, happy and great place to live, work, play and do business in.  Under his leadership Gardena has risen to a higher level that all cities should strive for.

Thank you for your time.

Sincerely,

Charlotte Lynch, Resident and Volunteer

WALLIN, KRESS, REISMAN & KRANITZ, LLP

LAW OFFICES

2800 TWENTY-EIGHTH STREET, SUITE 315

SANTA MONICA, CALIFORNIA 90405-6205

TELEPHONE (310) 450-9582

FACSIMILE (310) 450-0506

June 13, 2016

Honorable Percy Anderson, District Judge
United States Courthouse, Court Room 15
312 North Spring Street
Los Angeles, CA 90012-4701

Re:    Paul Tanaka

Dear Honorable Judge Anderson:

We have both had the good fortune to serve the City of Gardena as Deputy City Attorney and City Attorney. We have known Paul Tanaka first as a Gardena Councilmember, and then as Mayor.

Under Mayor Tanaka's leadership the City, which was on the verge of bankruptcy when his tenure began, has become financially sound. Moreover, this racially and ethnically diverse community, has been brought together through City sponsored activities, community policing and other programs of outreach to the community. It would be hard to find a better example of a diverse city living in harmony and Mayor Tanaka gets much of the credit for this because it was his mission to achieve these ends and was accomplished during his tenure in office.

Paul Tanaka has devoted his life to public service both in the Office of the Los Angeles County Sheriff and as a civic leader in Gardena. He should be lauded for his vision and accomplishments. With his sentencing the City will lose one its most valuable assets; a man who not only wants to serve the community, but one who does so effectively.

We ask that in pronouncing sentence you give heavy weight to what this man has given to the public.

Very Truly Yours

Lisa E. Kranitz

Peter L. Wallin