# EXHIBIT 1

FD-302a (Rev. 05-08-10)

███████████████████

Continuation of FD-302 of  Interview of Steven Martinez                    , On   07/08/2013   , Page   4 of 13

After playing some phone tag, MARTINEZ and BACA first spoke on the phone regarding the cell phone in the afternoon/evening of August 18, 2011.  When MARTINEZ first explained the situation to BACA, it was clear to MARTINEZ that BACA was confused.  MARTINEZ thinks BACA initially thought the FBI had information about a third party smuggling a phone into the jail.  MARTINEZ had to explain the situation to BACA three times before BACA understood what MARTINEZ was saying.  MARTINEZ told BACA that a phone belonging to the FBI was brought into the jail in the course of an FBI undercover civil rights investigation.  MARTINEZ told BACA that he would try to keep BACA appraised of the investigation if he could but the investigation would continue forward.  The conversation between MARTINEZ and BACA did not last long.  BACA did not have many follow-up questions for MARTINEZ.  Based on BACA'S reaction, MARTINEZ suspected that BACA had no idea an FBI phone was discovered in the jail prior to his conversation with MARTINEZ.  After speaking with BACA, MARTINEZ contacted BIROTTE to discuss the call with BACA.

On August 19, 2011, MARTINEZ received an email from ROSE CARO (CARO).  CARO was MARTINEZ' administrative assistant.  In the email CARO told MARTINEZ that BACA called for him.  MARTINEZ believed this email came to him at 3:48pm.  MARTINEZ doubts the email was sent at 6:48pm since it would have been unusual for CARO to be in the office at 6:48pm.

After receiving the email from CARO, MARTINEZ had a follow-up phone conversation with BACA.  During this phone conversation BACA seemed much more "fired up" than he was the day before.  It seemed evident to MARTINEZ that BACA had spoken to his management and realized what was going on with the phone.  BACA was not pleased with the situation.  BACA was upset that he was not told about the FBI investigation earlier.  BACA wanted to make sure the investigation was isolated to the jails.  BACA also asked whether the FBI could legally investigate such a matter.  MARTINEZ told BACA that the phone was related to an FBI investigation in the jails.  MARTINEZ said that based on the information the FBI received, the FBI was compelled to investigate the matter further because civil rights investigations are a core responsibility of the FBI.  MARTINEZ asked BACA to think long and hard before taking any action that would affect the relationship between the FBI and LASD.  MARTINEZ made a pitch to BACA that LASD and the FBI needed to get through this matter together with cool heads so that the two agencies could maintain a positive relationship on other fronts.  BACA responded that he (BACA) did not know if that was possible.  BACA said he would re-evaluate the relationship between LASD and FBI.

BACA did not ask MARTINEZ any pointed questions during the phone conversation.  The phone call mostly involved BACA voicing his displeasure

A86988