Charles M. Sevilla
Law Office
SBN 45930
1010 Second Ave., #1825
San Diego, CA 92101
619 232 2222
FAX 619 232 3711
chuck@charlessevilla.com

Attorney for Defendant Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL TANAKA,<br><br>Defendant. | Case No. CR-15-255-PA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Paul Tanaka, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the June 27, 2016

June 27, 2016                    (s) Charles M. Sevilla

                                 Charles M. Sevilla
                                 Counsel for Defendant
                                 Paul Tanaka

NOTICE OF APPEAL CR-15-255-PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES,

Plaintiff,

vs.

PAUL TANAKA,

Defendant.

Case No. CR-15-255-PA

**Certificate of Service**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 1010 Second Ave., #1825, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of DEFENDANT'S  NOTICE OF APPEAL on the following party by electronically filing the foregoing with the Clerk of the U. S. D.C. using its CM/ECF System, which electronically notifies them.

Brandox Fox,, Gregory Lesser, Lizabeth Rhodes
U.S. Courthouse
212 North Spring St., 12th floor
Los Angeles, CA 213 894 0284

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2016.

(s) Charles M. Sevilla

Charles M. Sevilla

NOTICE OF APPEAL CR-15-255-PA