# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Charles Sevilla | 2a. Contact Phone Number: 619 232 2222 | 3a. Contact E-mail Address: chuck@charlessevilla.com |
| 1b. Attorney Name (if different): same | 2b. Attorney Phone Number: same | 3b. Attorney E-mail Address: same |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
*Law Office of Charles M. Sevilla*
1010 Second Avenue, Suite 1825
San Diego, California 92101-4902

**5. Name & Role of Party Represented:** Charles Sevilla, Attorney on appeal for Paul TANAKA

**6. Case Name:** United States v. Paul TANAKA

**7a. District Court Case Number:** 15-255 PA

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: SHAYNA MONTGOMERY

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.)

c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.)

d. DELIVERY TYPE (One per line, but check with court reporter before choosing any type but "ordinary.")

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/2015 3/07/2016 | Percy Anderson | MOTIONS | ○ | ○ | ● | ○ | ○ | ○ | ○ | ordinary |
| 3/23/2016 3/24/2016 | " " | Trial (all days) | ○ | ○ | ● | ○ | ○ | ○ | ○ | " |
| 3/25/2016 3/29/2016 | " " | " " | ○ | ○ | ● | ○ | ○ | ○ | ○ | " |
| 3/30/2016 4/01/2016 | " " | " | ○ | ○ | ● | ○ | ○ | ○ | ○ | " |
| 4/04/2016 4/05/2016 | " " | " | ○ | ○ | ● | ○ | ○ | ○ | ○ | " |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).

| | | | | | |
|---|---|---|---|---|---|
| 4/06/2016 | " " | Trial verdicts | | ● | " |
| 6/27/2016 | " " | Sentencing | | ● | " |

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 28, 2016   Signature: Charles M. Sevilla

G-120 (3/16)