# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR15-255 PA | | Date | June 27, 2016 |
|---|---|---|---|---|

Present: The Honorable   PERCY ANDERSON, U.S. DISTRICT JUDGE

Interpreter   N/A

| Stephen Montes Kerr | Anne Kielwasser | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | √ | | √ | Harry Dean Steward<br>Jerome J. Haig | √<br>√ | | √<br>√ |

**Proceedings:**      **SENTENCING** (non-evidentiary)

For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

Court sustains defendant's objection and strikes paragraph 35 of the Presentence Report.

| | 1 | : | 03 |
|---|---|---|---|
| Initials of Deputy Clerk | | SMO | |

cc: **USPO**