EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3541
        Facsimile: (213) 894-7631
        E-mail: Brandon.Fox@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | STIPULATION AND REQUEST TO CONTINUE SENTENCING DATE |
| v. | |
| WILLIAM THOMAS CAREY, | Current Sentencing Date: 8/1/2016 Proposed Sentencing Date 9/19/2016 |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brandon Fox, and defendant William Thomas Carey, by and through his counsel of record, Andrew Stolper, hereby stipulate as follows:

1

1.   Defendant was indicted and pled guilty in the above referenced case.

2.   Defendant pled guilty pursuant to a cooperation plea agreement.

3.   The parties' sentencing positions are currently due on July 12, 2016.   The sentencing hearing is scheduled for August 1, 2016.

4.   The sentencing in United States v. Leroy Baca, No. CR 16-66-PA, was rescheduled twice, first to June 27, 2016 and then to July 11, 2016.   Mr. Carey's sentencing date of July 12, 2016, was selected prior to these continuances.

5.   The sentencing of Mr. Baca may impact the parties' positions with respect to Mr. Carey, including the government's decision on whether to government's recommendation for a departure pursuant to U.S.S.G. 5K1.1, if any.

6.   Because the sentencing of Mr. Baca will take place only the day before the parties' sentencing positions are due, the parties hereby stipulate and request a continuance of the sentencing of Mr. Carey.

7.   The parties believe that a continuance would be in the interest of justice and would allow the parties fully brief the pertinent sentencing factors.

8.   By signing this stipulation, the parties request a sentencing date of September 19, 2016, or as soon thereafter as

2

this Court is available.

///

IT IS SO STIPULATED

Dated: July 5, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


                                    _____/s/_____
                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: June 28, 2016               _____/s/_____
                                    ANDREW STOLPER
                                    Attorney for Defendant
                                    WILLIAM THOMAS CAREY

3