EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3541
    Facsimile: (213) 894-7631
    E-mail: Brandon.Fox@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | |
| WILLIAM THOMAS CAREY, | Current Sentencing Date: 8/1/2016 New Sentencing Date 9/19/2016 |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The sentencing of defendant WILLIAM THOMAS CAREY is continued from August 1, 2016 to _____ at _____ _.m.

Counsel are instructed to file their sentencing position papers on or before _____.

DATED:_____                    _____
                                      HON. PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE

Presented by:

__/s *Brandon Fox*
BRANDON D. FOX
Assistant United States Attorney