EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3541
     Facsimile: (213) 894-7631
     E-mail: Brandon.Fox@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | |
| WILLIAM THOMAS CAREY, | Current Sentencing Date: 8/1/2016<br>New Sentencing Date 9/19/2016 |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

     The sentence of defendant WILLIAM THOMAS CAREY is

continued from August 1, 2016 to September 19, 2016, at

8:30 a.m. Counsel are ordered to file their sentencing

position papers on or before September 6, 2016.

DATED:  July 5, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

cc: **USPO, PSA**