H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

Jerome Haig  SBN 131903
21143 Hawthorne Blvd Ste 454
Torrance, CA 90503
 (424) 488-0686
Fax(424) 271-5990
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>            Plaintiff,<br><br>      vs.<br><br>PAUL TANAKA, ET. AL.<br><br>            Defendants. | Case No.  CR-15-255-PA<br><br>[Proposed] ORDER |
| --- | --- |

A sufficient showing having been made, it is ordered that defendant Paul Tanaka may remain on bond pending his appeal to the 9th Circuit of this matter. Terms of the bond shall remain the same as those set prior to sentencing.

So ordered.


Dated: July ___, 2016        _____

                            Percy Anderson

                            U.S. District Judge

- 1 -