Case 2:15-cr-00255-PA Document 189 Filed 07/13/16 Page 1 of 1 Page ID #:1606

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Revised** TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order | Charles Sevilla | |
| 2a. Contact Phone Number | 619 232 2222 | |
| 3a. Contact E-mail Address | chuck@charlessevilla.com | |
| 1b. Attorney Name (if different) | same | |
| 2b. Attorney Phone Number | same | |
| 3b. Attorney E-mail Address | same | |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

*Law Office of Charles M. Sevilla*
1010 Second Avenue, Suite 1825
San Diego, California 92101-4902

5. Name & Role of Party Represented: Charles Sevilla Attorney on appeal for Paul TANAKA

6. Case Name: United States v Paul TANAKA

7a. District Court Case Number: 15-255 PA

7b. Appeals Court Case Number: 16-50233

INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: SHAYNA MONTGOMERY [TRIAL]  Sentence ANNE Kielwasser

THIS TRANSCRIPT ORDER IS FOR: ☒ Appeal ☐ Non-Appeal  ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

8. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/2015  3/7/2016 | Percy Anderson | MOTIONS | ○ | ○ | ● | ○ | ○ | ○ | ____ | Ordinary |
| 3/3/2016  3/24/2016 | " " | Trial (all days) | ○ | ○ | ● | ○ | ○ | ○ | ○ | " |
| 3/25/2016  3/29/2016 | " " | " " | ○ | ○ | ● | ○ | ○ | ○ | ○ | " |
| 3/30/2016  4/01/2016 | " " | " | ○ | ○ | ● | ○ | ○ | ○ | ○ | " |
| 4/04/2016  4/05/2016 | " " | " | ○ | ○ | ● | ○ | ○ | ○ | ○ | " |

b. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/06/2016 | " " | Trial verdicts | | | ● | | | | | " |
| 6/27/2016 | " " | Sentencing | | | ● | | | | | " |

9. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 28, 2016 / JULY 13, 2016   Signature: Charles M. Sevilla

G-120 (3/16)