## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR15-255 PA | Date | July 17, 2016 |

Present: The Honorable   PERCY ANDERSON

Interpreter   N/A

| Stephen Montes Kerr | Not Reported | Eddie A. Jauregui<br>Brandon D. Fox<br>Lizabeth A. Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | | | | Harry Dean Steward<br>Jerome J. Haig | | | |

**Proceedings:**   Bail on Appeal

On July 8, 2016, defendant Paul Tanaka filed his motion for bail on appeal.  The government shall have until July 25 to file its opposition.  If the government elects not to oppose the defendant's motion, it shall file its notice of non-opposition by Thursday, July 22.  The defendant's reply, if any, shall be filed no later than noon July 27.  The Court will notify the parties if it desires to have oral argument.

IT IS SO ORDERED.