H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

LAW OFFICES OF JEROME HAIG
Jerome Haig, Attorney at Law
SBN 131903
21143 Hawthorne Bl., Ste. 454
Torrance, CA  90503
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.  CR-15-255-PA |
|---|---|
| Plaintiff, | WAIVER OF REPLY |
| vs. | |
| PAUL TANAKA | |
| Defendant. | |

The defense waives a reply on the issue of bail on appeal.


Dated: July 23, 2016        /s/ H. Dean Steward
                                H. Dean Steward
                                Jerome Haig
                                Counsel for Defendant
                                Paul Tanaka

- 1 -

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 7-23-16, service of the defendant's:

**WAIVER OF REPLY**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Brandon Fox, Liz Rhodes  & Eddie Jauregui**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-23-16

s/ H. Dean Steward

H. Dean Steward

-2-