H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

LAW OFFICES OF JEROME HAIG
Jerome Haig, Attorney at Law
SBN 131903
21143 Hawthorne Bl., Ste. 454
Torrance, CA  90503
jerome@jeromehaiglaw.com

Attorneys for Defendant
Paul Tanaka

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.  CR-15-255-PA |
|---|---|
| Plaintiff, | ERRATA; [Corrected Proposed] ORDER |
| vs. | |
| PAUL TANAKA | |
| Defendant. | |

In the body of the motion for bail on appeal, [docket #186], at §7-12, Page 11, the defense sought a stay of the payment of restitution. No restitution was ordered in this case. The request should have been for a stay on the payment of the fine and the penalty assessment. The defense now corrects this error, and apologizes to the Court and counsel for the mistake. Attached to this document is a corrected proposed order.

Dated: July 26, 2016            /s/ H. Dean Steward
                                    H. Dean Steward
                                    Counsel for Mr. Tanaka

- 1 -

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on July 26, 2016 service of the defendant's:

**ERRATA; CORRECTED ORDER**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Brandon Fox, Liz Rhodes, Eddie Jauregie**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2016

s/ H. Dean Steward

H. Dean Steward

- 2 -