# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR15-255 PA | | Date | July 27, 2016 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Not Reported | Eddie A. Jauregui<br>Brandon D. Fox<br>Lizabeth A. Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1)  Paul Tanaka | | x | | Harry Dean Steward<br>Jerome J. Haig | | | x |

**Proceedings:**    Extension of Defendant Tanaka's Surrender Date

On July 8, 2016, defendant Paul Tanaka filed his motion for bail on appeal.  On July 21, 2016, the government filed its response.  Tanaka waived his right to file a reply in support of the motion.  After reviewing the parties' submissions, the Court finds that because the parties have raised issues on appeal that overlap with issues raised in United States v. Gerard Smith, No. 14-50440 and related appeals, the Court continues Tanaka's surrender date to noon, October 3, 2016.  The Court finds that the continuance will narrow and focus the issues raised by the motion for bail on appeal and conserve the parties' and judicial resources.  The Court will notify the parties if it desires to have oral argument on the issues raised in the defendant's motion for bail on appeal.

IT IS SO ORDERED.


cc:  **USMO, BOP, USPO,  PSA and Fiscal**

---

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1