EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
        1300/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0284/3541/4849
        Facsimile: (213) 894-6436
        E-mail:    Brandon.Fox@usdoj.gov
                   Lizabeth.Rhodes@usdoj.gov
                   Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | STIPULATION AND REQUEST TO CONTINUE SENTENCING DATE |
| v. | **CURRENT SENTENCING DATE:** 9-19-2016 |
| WILLIAM THOMAS CAREY, | **[PROPOSED] SENTENCING DATE:** 1-30-2017 |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brandon D. Fox, and defendant William Thomas Carey ("defendant"), by and through his counsel of record, Andrew Stolper, hereby stipulate as follows:

1.   Defendant was indicted in the above-referenced case on May 13, 2015.

2.    On August 19, 2015, defendant pleaded guilty pursuant to a cooperation plea agreement and has agreed to cooperate in the government's case against Leroy Baca in United States v. Baca, CR No. 16-66(A)-PA.

3.    Defendant's sentencing date was previously continued to September 19, 2016, due to continuances in the Baca matter. (See Dkt. 185.)  The parties agree that events pertaining to the Baca trial – and Leroy Baca's sentencing, should he be convicted – may impact the parties' sentencing positions with respect to defendant, including the government's recommendation for a departure under U.S.S.G. § 5K1.1, if any.  Because the Baca matter is still pending, the parties hereby stipulate to and request a continuance of defendant's sentencing date.

4.    The Baca matter is currently set for trial on December 6, 2016.  The government believes that a sentencing date of January 30, 2017 for defendant will provide the parties with sufficient time to file any objections to the defendant's Presentence Report and any sentencing memoranda.[1]

5.    The parties believe that a continuance would be in the interest of justice and would allow the parties to fully brief the pertinent sentencing factors.

//

//

[1] Should Baca be convicted by a jury on any or all counts, the government plans to ask the Court to sentence Baca immediately pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) (PSR not required if the Court finds information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. §3553, and the court explains its finding on the record).

6.    By this stipulation, the parties request a sentencing date of January 30, 2017, or as soon thereafter as this Court is available.

IT IS SO STIPULATED.


Dated: September 7, 2016        EILEEN M. DECKER
                                United States Attorney

                                LAWRENCE S. MIDDLETON
                                Assistant United States Attorney
                                Chief, Criminal Division

                                 */s/ Brandon D. Fox* _____
                                BRANDON D. FOX
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                UNITED STATES OF AMERICA


Dated: September 7, 2016        */s/ Andrew Stolper, with*
                                *authorization by telephone* _____
                                ANDREW STOLPER
                                Attorney for Defendant
                                WILLIAM THOMAS CAREY

3