EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
     1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | ORDER CONTINUING DEFENDANT WILLIAM THOMAS CAREY'S SENTENCING DATE TO JANUARY 30, 2017 |
| v. | |
| WILLIAM THOMAS CAREY, | |
| Defendant. | |

     For good cause shown, IT IS HEREBY ORDERED THAT:

     Defendant WILLIAM THOMAS CAREY's sentencing date is continued from September 19, 2016 to January 30, 2017 at 8:30 a.m.  The parties are ordered to file their sentencing positions by January 9, 2017 and any responses by January 23, 2017.

DATED: September 7, 2016

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

cc: **PSA, USPO**