# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-255 PA | | Date | September 15, 2016 |
|---|---|---|---|---|

Present: The Honorable    PERCY ANDERSON

Interpreter    N/A

| Stephen Montes Kerr | Not Reported | Eddie A. Jauregui<br>Brandon D. Fox<br>Lizabeth A. Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1)  Paul Tanaka | | x | | Harry Dean Steward<br>Jerome J. Haig | | | x |

**Proceedings:**    Hearing on Defendant's Motion for Bail on Appeal

On its own motion, the Court schedules a hearing on defendant Paul Tanaka's motion for bail on appeal for Wednesday, September 28, 2016, at 3:00 p.m.

IT IS SO ORDERED.