# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 15-255 PA | Date | September 28, 2016 |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter    None

| Charle s A. Rojas | Pat Cuneo | Brandon D. Fox<br>Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward | X | | X |
| | | | | Jerome J. Haig | X | | X |

**Proceedings:    MOTION FOR BAIL ON APPEAL [186]**

For reasons stated on the record, the Court denies defendant's Motion for Bail on Appeal [186].

The Court grants defendant's request for a 5 day extension to surrender himself to the institution designated by the Bureau of Prisons.  The defendant shall surrender himself to the institution designated by the Bureau of Prisons at or before October 7, 2016, 3:00 p.m.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal Office located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012.

IT IS SO ORDERED.

|  |  : | 25 |
|---|---|---|

Initials of Deputy Clerk

CR

cc:  USPO, USMO, PSA