FILED

UNITED STATES COURT OF APPEALS

DEC 14 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. PAUL TANAKA, Defendant-Appellant. | No.   16-50233 D.C. No. 2:15-cr-00255-PA-1 Central District of California, Los Angeles ORDER |

Before:  LEAVY and SILVERMAN, Circuit Judges.

The motions to file an oversize response and reply to the motion for bail pending appeal (Docket Entries Nos. 11, 13) are granted.  The response and reply have been filed.  The motion for extension of time to file a response to the motion for bail pending appeal (Docket Entry No. 5) is also granted.

Appellant's motion for bail pending appeal is denied (Docket Entry No. 2). Appellant has not shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed," or a sentence that does not include a term of imprisonment, or a reduced sentence to a

LAB/MOATT

term of imprisonment less than the total of the time already served plus the

expected duration of the appeal process.  *United States v. Handy*, 761 F.2d 1279,

1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

The briefing schedule established previously remains in effect.