LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:  (424) 488-0686 – office
Fax:          (424) 271-5990
E-mail:       jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:  (949) 481-4900
Fax:          (949) 496-6753
Email:        deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES REGARDING SURRENDER DATE OF DEFENDANT; [PROPOSED ORDER]** |
| PAUL TANAKA, et al, | |
| Defendants. | |

Defendant, by and through his counsel, Jerome J. Haig and H. Dean Steward, and plaintiff United States of America, by and through its counsel, Assistant United States Attorney Brandon Fox, stipulate to the date of January 16, 2017, for defendant Paul Tanaka to surrender to begin the service of his custodial sentence.

1

STIPULATION OF PARTIES REGARDING SURRENDER DATE OF DEFENDANT

1.    On December 14, 2016, , the United States Court of Appeal for the 9th Circuit denied the defendant's appeal of this Court's order denying bail on appeal. (*See* Doc 21, *U.S. v. Tanaka*, Case No. 16-50233).

2.    The Parties agree that Mr. Tanaka can self-surrender to his designated Federal Bureau of Prisons facility on or before January 16, 2017, at 5:00 pm.

IT IS SO STIPULATED:


_____December 15, 2016_____                    /s/ *Jerome J. Haig*_____
Date                                             Jerome J. Haig
                                                 Attorney for Defendant
                                                 Paul Tanaka


_____December 15, 2016_____                    /s/ *H. Dean Steward*_____
Date                                             H. Dean Steward
                                                 Attorney for Defendant
                                                 Paul Tanaka


_____December 15, 2016_____                    /s/ *Brandon Fox*_____
Date                                             Brandon Fox
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff
                                                 United States of America

2

STIPULATION OF PARTIES REGARDING SURRENDER DATE OF DEFENDANT