LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:   (424) 488-0686 – office
Fax:          (424) 271-5990
E-mail:       jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:   (949) 481-4900
Fax:          (949) 496-6753
Email:        deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| THE UNITED STATES OF AMERICA | Case No: CR 15-255-PA |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER FOR SURRENDER OF DEFENDANT PAUL TANAKA |
| PAUL TANAKA, et al, | |
| Defendants. | |

Defendant PAUL TANAKA is ordered to surrender to his designated facility on or before January 16, 2017, by 5:00 pm.

IT IS SO ORDERED:

_____          _____
Date                                     THE HONORABLE PERCY ANDERSON
                                         United States District Judge

ORDER FOR SURRENDER OF DEFENDANT