LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone:  (424) 488-0686 – office
Fax:        (424) 271-5990
E-mail:     jerome@jeromehaiglaw.com

H. DEAN STEWARD LAW OFFICES
H. DEAN STEWARD, Attorney at Law
State Bar No. 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Telephone:  (949) 481-4900
Fax:        (949) 496-6753
Email:      deansteward@fea.net

Attorneys for Defendant
Paul Tanaka

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>     vs.<br><br>PAUL TANAKA, et al,<br><br>          Defendants. | Case No: CR 15-255-PA<br><br>ORDER FOR SURRENDER OF DEFENDANT PAUL TANAKA |

Defendant PAUL TANAKA is ordered to surrender to his designated facility on or before January 16, 2017, by 5:00 pm.

IT IS SO ORDERED:

December 15, 2016     _____
                      THE HONORABLE PERCY ANDERSON
                      United States District Judge

cc:  **BOP, USMO, USPO, PSA**

ORDER FOR SURRENDER OF DEFENDANT