EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-3541
    Facsimile:    (213) 894-7631
    E-mail:  Brandon.Fox@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>WILLIAM THOMAS CAREY,<br><br>          Defendant. | No. CR 15-255-PA<br><br>STIPULATION AND REQUEST TO CONTINUE SENTENCING DATE<br><br>**Current Sentencing Date: 1/30/2017**<br>**Proposed Sentencing Date 5/8/2017** |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brandon Fox, and defendant William Thomas Carey, by and through his counsel of record, Andrew Stolper, hereby stipulate as follows:

1

1. Defendant was indicted in the above-referenced case on May 13, 2015.

2. On August 19, 2015, defendant pleaded guilty pursuant to a cooperation plea agreement and has agreed to cooperate in the government's case against Leroy Baca in United States v. Baca, CR No. 16-66(A)-PA.

3. Defendant's sentencing date was previously continued to January 30 2017, due to continuances in the Baca matter. (See Dkt. 185 and 212). The parties agree that events pertaining to a Baca trial and/or retrial – and Leroy Baca's sentencing, should he be convicted – may impact the parties' sentencing positions with respect to defendant, including the government's recommendation for a departure under U.S.S.G. § 5K1.1, if any. Because the Baca matter is still pending, the parties hereby stipulate to and request a continuance of defendant's sentencing date to May 8, 2017.

5. The parties believe that a continuance would be in the interest of justice and would allow the parties to fully brief the pertinent sentencing factors.

6. By this stipulation, the parties request a sentencing date of May 8, 2017, or as soon thereafter as this Court is available.

/ / /

/ / /

/ / /

/ / /

/ / /

2

IT IS SO STIPULATED

Dated: January 6, 2017              EILEEN M. DECKER
                                    United States Attorney
                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    ____/s/_____
                                    BRANDON D. FOX
                                    EDDIE A. JAUREGUI
                                    Assistant United States Attorneys
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: January 6, 2017              ____/s/_____
                                    ANDREW STOLPER
                                    Attorney for Defendant
                                    WILLIAM THOMAS CAREY