EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3541
     Facsimile: (213) 894-7631
     E-mail: Brandon.Fox@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | [PROPOSED]ORDER STIPULATION AND REQUEST TO CONTINUE SENTENCING DATE |
| v. | |
| WILLIAM THOMAS CAREY, | **Current Sentencing Date: 1/30/2017** |
| Defendant. | **Proposed Sentencing Date 5/8/2017** |

     For good cause shown, IT IS HEREBY ORDERED THAT:

     Defendant WILLIAM THOMAS CAREY's sentencing date is continued from January 30, 2017 to May 8, 2017 at 8:30 a.m. The parties are ordered to file their sentencing positions by April 17, 2017

/ / /

/ / /

/ / /

and any responses by May 1, 2017.

Dated: _____    _____

                                      HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

    */s/ Brandon D. Fox*
BRANDON D. FOX
Assistant United States Attorney

2