

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# OFFICE OF THE CLERK OF COURT

To:     Chief Deputy/Fiscal

**Re:     Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: ___2:15−cr−00255−PA___
Defendant's Name: ___Paul Tanaka___

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on ___on or before 1/16/17___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : ___1/20/17___, it was verified the defendant:**

___has surrendered to the Bureau of Prisons___.

**Verified via Bureau of Prisons website.**

_January 20, 2017_
Date

By _____/s/ *Margo Mead*_____
Deputy Clerk

CR−86 (11/08)                VERIFICATION OF SURRENDER