ANDREW STOLPER (205562)
Frank Sims Stolper LLP
Newport Gateway
19800 MacArthur Boulevard, Suite 855
Irvine, California 92612
Telephone: (949) 201-2402
Facsimile: (949) 201-2405
Email:     astolper@lawfss.com


Attorneys for Defendant
WILLIAM THOMAS CAREY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF ANDREW STOLPER IN SUPPORT OF DEFENDANT'S SENTENCING POSITION |
| WILLIAM THOMAS CAREY, | |
| Defendant. | |

I, Andrew Stolper, declare as follows:

1.    Am an attorney representing William "Tom" Carey in this matter.

2.    Attached to this declaration are true and correct copies of documents as set forth below:

| EXHIBIT | DESCRIPTION | PAGE # |
|---------|-------------|--------|
| A | Letters in support of Mr. Carey. | 2 |
| B | Appointment of Mr. Carey as a Deputy Sherriff, contained in Mr. Carey's personnel file and produced by the government. | 95 |
| C | Announcement of Mr. Carey's promotion to Captain, contained in Mr. Carey's personnel file and produced by the government. | 97 |
| D | Portions of Mr. Carey's personnel file produced by the government | 100 |
| E | Email from Mr. Carey to Stephen Leavins dated September 8, 2011 produced by the government | 274 |
| F | Pages from Mr. Carey's datebook produced to the government | 276 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of April, 2017 at Irvine, California.

                              /s/ Andrew D. Stolper
                              Andrew D. Stolper

1