# Exhibit A

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson:

My name is Matthew and I am 13 years old. I am writing you this letter to tell you about Tom and what he means to me. Tom is my brother and sister's dad...my mom's ex husband. Even though Tom is not my blood, he is definitely my family. I have known Tom my whole life and trust him more than anyone. Tom has always been someone I can count on.

My dad died when I was young, and Tom stepped in to be a like a dad to me since then. In fact, Tom knows my favorite fruit are raspberries, so he let me pick out a raspberry bush to plant at his house, in honor of my dad.

My mom was in a very bad car accident in 2012 where she almost died. My mom now has paralysis and a brain injury, so she wasn't able to properly take care of me. In December of 2015, I moved in to Tom's house so he could take care of me. He gave me my own room & decorated it with Washington Redskins stuff because the Redskins are my favorite football team!!

I like when Tom plays basketball with me. We shoot hoops and play ping pong every day. Also, Tom helps me with my homework. My grades have gotten a lot better since I moved in with Tom. Also, Tom and I go to the movies a lot, which I like. Tom also makes me a homemade dinner almost every night.

Tom is funny, nice and caring.


Thank you,

Matthew

*Matthew Marcotte*

MAY 5, 2016

HONORABLE PERCY ANDERSON
UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA. 90012-4701

DEAR JUDGE ANDERSON,

MY NAME IS GARY STUART AND I'AM WRITING THIS LETTER TO SUPPORT WILLIAM "TOM" CAREY. TOM IS MY EX-SON-IN-LAW. HE AND MY DAUGHTER WERE MARRIED FOR SEVERAL YEARS BUT SUBSEQUENTLY DIVORCED. AS A RESULT OF THAT UNION THEY HAVE TWO CHILDREN A SON, AGE 25 AND A DAUGHTER AGE 24.

I HAVE SEEN TOM IN THE ROLE OF HUSBAND FATHER, AND FAMILY MEMBER. I KNOW HIM TO BE KIND, SUPPORATIVE AND VERY GENEROUS.

IN 2002 MY WIFE WAS ILL WITH END-STAGE CANCER. MANY TIMES TOM WOULD SHOW-UP

4

AT OUR HOME AND STAY WITH MY WIFE ALLOWING ME THE OPPORTUNITY TO RUN NECESSARY ERRANDS. HE WAS SO VERY KIND AND CARING. HE LATER SERVED AS A PALL-BEARER AT MY WIFE'S FUNERAL.

IN 2012 MY DAUGHTER WAS INVOLVED IN A HORRIFIC AUTOMOBILE ACCIDENT. SHE WAS HOSPITALIZED FOR OVER ONE YEAR. DURING THIS TIME TOM TOOK OVER THE RESPONSIBILITY OF MY DAUGHTER'S HOME INCLUDING PAINTING, REPAIRS AND GENERAL MAINTENANCE. HE IS INDEED A TRUE FRIEND. TOM CONTINUES TO ASSIST MY DAUGHTER, (HIS EX-WIFE) TO THIS DAY. HE IS THE MOST SELFLESS PERSON I HAVE KNOWN.

I'AM NOT QUALIFIED TO WEIGH IN ON THE MERITS OF THE CHARGES AGAINST TOM. HOWEVER, I KNOW THAT BEING A DEPUTY SHERIFF MEANT THE WORLD TO HIM. HE HAS ENORMOUS RESPECT FOR THE SHERIFF'S DEPARTMENT AND LAW ENFORCEMENT IN GENERAL.

IN MY OPINION TOM'S CHARACTER WAS A CREDIT TO THE L.A.S.D. AND IT IS A GREAT DETRIMENT TO THE COMMUNITY THAT HE IS NO LONGER AFFILIATED WITH LAW ENFORCEMENT.

I THANK YOU FOR CONSIDERING MY THOUGHTS.

SINCERELY,

GARY STUART

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

Tom has been one of the few who I have trusted and felt safe around my whole life. After being abused by my dad, the image I had about all men was negative and frightening and Tom helped restore a better image of men. Although he is not my dad or blood related, Tom helped raise me through the toughest years of my life after my mom's car accident in 2012. Tom is the primary reason I got my first car, which might not seem like an important thing, but for my 16th birthday, his help to get this car changed my life. I have always felt welcome around him and his home, he has given me some of the greatest advice I have been told in my life, and he took care of me my whole family and I when we needed someone the most. He turned my little brother's life around by taking him in and being the dad he needed.

Tom is the wisest, funniest, and most selfless man I've met in my life.  Although he is human and flawed like the rest of us, he gives us all he has to help the ones he loves.

I am forever grateful for Tom.

Respectfully,

Rylee Marcotte
16 years old

*Rylee Marcotte*

7

May 5, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

My name is James Carey and I am writing on behalf of my brother, William Thomas Carey.

I am extremely proud of Tom's 35 years in law enforcement and how he advanced through the ranks of the Los Angeles Sherriff's Department. He has long standing friendships within the law enforcement community and there have been many instances when his fellow officers have told me how "honored" they were to work with him!

Tom has always had strong family values. His son Nick (a U.S Marine and also in law enforcement), will be graduating from college this month.  His daughter Amanda, graduated two years ago. In fact, Tom took it upon himself to take in his ex-wife's 13-year-old son (Matt) from her second marriage after a severe auto accident left her her with a paralyzed left arm and some brain damage over 3 years ago. Matt's biological father had passed away a few years earlier. The boy was not going to school on a consistent basis and did not have any structure in his life due to his mom's rehabilitation from her severe injuries. Since Matt has been with Tom, he has excelled in his academics and has dedicated himself to multiple sports! Please note that Tom stepped in to provide care of Mat well before any of the court proceedings had begun!

I think that this speaks of the type of character that Tom has always displayed with his friends and family. It is my hope that you take this in consideration when you review what punishment, if any, you must decide for him. I will always love him regardless of the outcome.

Sincerely,

James R. Carey

8

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

My name is Amanda Carey, and I am the proud daughter of Tom Carey. Never in a million years did I think I would be writing to you under circumstances such as these, considering the type of person my dad is. Tom Carey is the type of person who let his young kids pick where we went for his birthday dinner because we complained about having to go to a fancy restaurant. (We ended up choosing El Polo Loco). Tom Carey is the type of man who goes out of his way to purchase New York Giants gear for a man with special needs whom he found out shared the same love for the football team as he. Tom Carey is the type of man who sent me chocolate every Valentine's Day growing up, to remind me how much he loved me. Tom Carey is the type of person to make care packages to send to friends serving our country in Afghanistan. Tom Carey is the type of person to donate platelets and blood for my friend who was diagnosed with cancer. Tom Carey is the type of man who allowed my mom's 13 year old son Matthew to live with him following her car accident, to ensure he is properly taken care of (Matthew is thriving under his care). Tom Carey is the type of man who rushed to the hospital after hearing of the horrific car accident his ex-wife (my mom) was in. He is also the type of man who sat at her bedside holding her hand (& being one of the only people who was able to calm her down or remind her to eat when she was stubbornly refusing), for the 2 years she was in a rehabilitation facility recovering from her traumatic brain injury.

Honorable Judge Anderson, I hope that you are blessed enough to have your own Tom Carey in your life.

My dad is among the many family members who were/are Sheriffs. Two grandpas, three uncles, my brother, my mom, and dozens of friends who became family over the years. The Los Angeles County Sheriffs Department is what I grew up around. LASD mud runs, charity boxing events, "bring your kid to work" days, promotion celebrations, station holiday parties...that was my childhood. Although growing close to so many men and women on the Department was a joy, my favorite part of attending Department events was being introduced to new people who knew my dad, because of the amount of people who went out of their way to express their appreciation for him. Everyone from secretaries, deputies, sergeants, lieutenants, fellow captains, commanders, chiefs...you name it, they loved my dad. Hearing such wonderful stories about my dad always has, and always will bring me such happiness.

All my dad has ever asked of both my brother and I is to be good people; to always do the right thing. My dad has taught us to always be respectful and to treat others the way we want to be treated. My dad has encouraged us to work hard day in and day out, and to always give 110%. My dad has taught us to love our country, and be thankful to those who have put their life on the line to fight for and protect it. My dad has the biggest heart of anyone I've ever known, and if I grow up to be half the person he is, I will be extremely lucky. My biggest accomplishment in life is being Tom Carey's daughter, and I thank God every day for him.

Judge Anderson, I beg of you to please consider the type of man my dad is while making any decisions regarding this case.

Respectfully,
Amanda Carey

*Amanda M. Carey*

9

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

This letter is a character reference for Retired Captain Tom Carey (LASD).

I had the pleasure of working for Tom at the Palmdale Sheriff's Station from 2001
until about 2004. I was at that time a Law Enforcement Technician in the capacity
as an Emergency Response Dispatcher.

Tom was the PM shift Watch Commander at that time and by far the best I have ever
worked for in my 17 years. While requiring only the best of his staff he led by
example daily. No matter the situation Tom's moral code and dedication to the job
was evident and without question. Tom was that exemplary professional that held
himself to the highest standard and in turn made his staff want to live up to those
standards that he put forth.

As a dispatcher, I was involved in a vast variety of emergencies. I was always at ease
with Tom standing beside me, knowing that he would handle the situation with the
utmost professionalism and calm. There was never a doubt that Tom would protect
and fight for his staff when they had done their job right.

To this day I am proud to call him my friend though I am no longer with the Sheriff's
Department, and I know that at any given time He would come to my aid if needed. I
do not know all of the circumstances of the allegations facing Tom, I only know that
he is one of the best human beings I know and loyal to all.

I would ask the court to exercise lenience for Tom, and to keep in mind his 30 plus
years of service to the citizens of Los Angeles County. In my opinion that service
speaks for itself!

Thank you for your time

Andrea Lynn Self

10

May 14, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Re: Tom Carey

Dear Judge Anderson:

This letter is to share my views on Tom Carey for your consideration as his case comes before you. Tom Carey has been a close personal friend of my daughter's family for many years. I met Tom through them and have the absolute highest faith in Tom's integrity and honesty.

I consider him a friend and have called on him for help and advice on several occasions. On one of these occasions, he took the time out of his busy schedule to counsel one of my grandsons when the child was involved in a minor law infraction. His advice was professional and extremely helpful.

Tom has been a hands-on father to his children. They were two of the sweetest and most well mannered children I have ever had the pleasure of meeting. They are now grown, educated, successful and a tribute to their parents.

Tom took a lot of pride in his career with law enforcement and was an excellent role model. It is very hard for me to believe he would do anything to tarnish that image. While I'm not familiar with all the details of this case, I do not believe Tom would do anything that would reflect poorly on the Los Angeles Sheriff's Department.

Sincerely,

Anna Miller

11

April 30, 2016


Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca 90012-4701


Dear Judge Anderson;

This letter is in reference to William Thomas Carey's sentencing hearing.

I have known Tom for over 30 years, having worked with him in his capacity as a deputy sheriff, sergeant and lieutenant on the Los Angeles County Sheriff's Department.

Initially, I was Tom's supervisor and in that role I was in a position to see him grow as a young deputy and as a person. Over time I grew to depend on Tom's ability to use common sense and understanding with each incident he was called out to resolve. He was always fair and impartial in his dealings with calls for service or arrestees. He never lost his temper or displayed any animosity to anyone he encountered. He treated everyone with respect and earned my respect and that over his peers and other supervisors based on his conduct and performance.

As Tom and I were promoted in the department we saw each other less and less but his reputation was always stellar and he flourished in a number of assignments. I retired before he was promoted to Captain but I cannot help but think he continued his exemplary standard of performance.

Tom gave over thirty years of dedicated service to his community. His service was outstanding in every standard of measurement, and unblemished by any detrimental conduct.

It is my hope that you consider his commitment to his community, co-workers and family and provide leniency in his sentencing.


Sincerely,

Anthony Argott
Captain (Retired)
LASD

12

May 10, 2016

The Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Your Honor, I have been a friend of Tom Carey for over thirty years and would like to submit this letter for your consideration before sentencing.  Defendant Tom Carey must be sentenced by you, a federal judge, and the appointed representative of our judicial system.

I'd like to tell you about Tom Carey the man, the father, the friend.

Fifteen years ago, my son, Blaine Steven was robbed and murdered on a schoolyard in Glendale.  For about two weeks my life was a fog of shock, grief and unimaginable pain.  One of the few memories I have during that fog was Tom Carey sitting on the couch in my family room, hours at a time, not saying a word. Just standing by for anything my family needed. But more importantly, to make sure that I didn't take justice into my own hands, as many were fearful my brother and I would.   He told me he knew our legal and justice system would work and that justice would be served.  He believed in our system of justice.

Twelve years ago, my father, Donald Talmo, had a massive heart attack and Tom Carey made it to the hospital before I did and stayed with my brother and mother.  My father died the next morning.  I was sitting in the hospital chapel and Tom Carey sat next to me. He told me my father was in a better place and was in heaven with the Lord.  He had faith.

Eight years ago, his ex-wife lost her second husband to a heart attack and was left with two young children.  These children had no blood relationship with Tom Carey.  My daughter, Samantha was on the community swim team and had practice and swim meets, several times a week.  I was there with my daughter. Tom Carey was there with his ex-wife's children.  Every practice, every swim meet.  I asked Tom, "Why, they aren't your kids"?  He answered, "Every kid needs

13

a father and it was the right thing to do". He believed in family and the human spirit.

Your honor, you must now sentence the defendant, he was found guilty in your courtroom, your kingdom.  As in God's kingdom, please sentence the whole man, not just the part of the man that made a mistake.  Tom is 58 years old.  He has done so much good for so many people.  He will continue to do so much good for so many people, it is who the real Tom Carey is.

Respectfully,

Blaine S. Talmo

Blaine S. Talmo

Honorable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, CA 90012-4701


RE: Thomas Carey


Dear Judge Anderson:

I have known Tom Carey personally for approximately ten years. I met him when he was a lieutenant, working at North Facility (Pitchess Detention Facility). At the time we met, my brother was working as a custody deputy under Tom's supervision. When I first had contact with Tom, I was in Iraq and received an email from him, thanking me for my service to this country. Since that day, I have always kept a close relationship with Tom and his family. He has been nothing but a supporter of me serving this great nation and has always made sure I knew that he was there for me as a friend. Tom is the type of person that I can say is a great father figure to a person like myself. He has always maintained a personable, professional demeanor and has always been, above all, honest. I can say I'm proud to look up to Tom in every way.

I am aware of the circumstances underlying the allegations in the information. However, the criminal conduct, whatever it may be, does not reflect the true character of Tom Carey. Tom is a staunch supporter of this country, its laws and his department. He continues to show great character and remain strong in this situation, not only for himself but also his amazing family.

This is a fine man, well managed with two amazing children. While I am not in the position to judge the magnitude or accuracy of the charges against Tom Carey, it would be an injustice to punish him anymore than what he has already endured.

My humble request is that you please exercise the utmost grace and lenience in this matter. Law enforcement has lost a great public servant. There has already been enough sufficient punishment.


Very Respectfully

Braden S. Chalmers


15

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

RE: Tom Carey
Dear Judge Anderson:

I am writing this letter on behalf of a man who has not only been a great friend but a mentor in my life for the past thirty years.  This letter is the most important personal document I have ever written.  I had the pleasure of meeting Tom through other deputies while working Men's County Jail in Los Angeles.  There are people who come into your life and right away they make a lasting impression simply by being who they are.  That is Tom Carey, the man I admire and respect.  Tom has dedicated a good portion of his life to the citizens of Los Angeles County and the Sheriff's Office.  He has been hard-working, loyal, and a man of good moral character.

Throughout my career I have met and became friends with hundreds of law enforcement personnel throughout the State of California.  Tom has always stood out as an exceptional Deputy Sheriff.  This is why Tom excelled in his career, attaining the rank of Captain.

During these last couple of years I have watched Tom's career and personal life be destroyed. I am in complete disbelief that this is happening to a man who is so gracious and caring.  It is literally "heartbreaking" for me to witness this type of life changing event.  Tom has always been the "good guy".  The one we would go to for advice, knowing he would be truthful and give us the guidance necessary to make the right decisions.  Throughout Tom's career and his personal life he has been a man of integrity and unwavering support for both family and friends.

A great example of Tom's character would be the fact that when his ex-wife was involved in a serious life changing accident which left her unable to care for her children;  Tom took on the role of father to her 12 year old son Matt, who's biological father had passed away from a heart attack years ago.   Tom has been raising and caring for Matt for the past 3 years.  Tom opened up his life and heart to this young man because that is the type of man he is.   When my family was going through an extremely difficult murder trial of a family member Tom made himself available to my whole family no matter what was going on.  He is a dedicated father, and truly a wonderful friend.

Your Honor, this letter that I am writing to you could directly affect Tom's freedom.  In life, as we all know, good and honest people get caught up in the avalanche of other people's mistakes.  I'm trying desperately to convey to you the importance of understanding who Tom Carey is as a man, father and friend.  His conviction is inconsistent with what I have seen of his integrity and character.

Tom does not deserve to be incarcerated. This man before you, to be judged has already paid his dues and then some.  I am asking you to spare Tom and his family from further hurt and emotional pain.  Your Honor, if you and I could live another lifetime neither of us would find a person like Tom Carey.  He is truly a one of a kind, salt of the earth person.

Thank you for your time and consideration,

Brent P. Talmo

16



surgical bariatrics northwest
5 -May -2016
A Comprehensive Weight Loss Center

Honorable Percy Anderson
United States Courthouse
312 North Spring St.
Los Angeles, California 90012-4701

Dear Judge Anderson

I am a retired Los Angeles County Sheriff's Deputy and have had the privilege of knowing Tom for over 30 years. I met Tom early in my career while still assigned to Mens Central Jail. I spent my days off volunteering for "ride–alongs "at Firestone Sheriffs Station in preparation for patrol. It was in this setting that I was first introduced to Tom, who at that time was a well respected training officer. He took me under his wing and provided the mentoring necessary to become a competent patrol trainee, and ultimately patrol deputy. We quickly became close friends. I watched him care for his first child in the neonatal intensive care unit, and he was the best man in my wedding. He has emotionally supported me and provided guidance through times of turmoil and hardship, both personally and professionally. My career ended as a Los Angeles Sheriff's Deputy as a result of injuries and though retired from law enforcement we have remained good friends, closely following each other's careers and families. He was present at my graduation from the school of medicine, and at my son's graduation from Marine Corps basic training. As I'm sure you're aware, he has raised two fine children of his own, one of which has followed in his footsteps and entered the Los Angeles County Sheriff's Department.

I am very familiar with this case and the circumstances surrounding the allegations. Tom has had an incredible career, previously highlighted only by his success. He has risen from the ranks of deputy and ultimately obtained the rank of Sheriffs Captain. He has had a phenomenal career untainted by allegations, has never been tempted by corruption, and has not used his power and rank for a personal agenda. He is a man of impeccable character and honor, and is truly my friend.

Sir, your job is difficult and extraordinarily complex. I understand that. Like Tom, a comparative few have risen to your present status. I would ask for your judgment and pray for a kind heart in the sentencing of this man. This man I call my friend.

Sincerely,

Brian E. Kazmierski

17

750 N. Syringa St.  Suite 205   Post Falls, ID   83854    ■    TEL. 208.262.0945   FAX 208.415.0150    ■    www.surgicalbariatrics.com

Honorable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, CA 90012-4701

Dear Judge Anderson,

It gives me great pleasure to write a Character Reference letter for Thomas Carey. My family has known Tom for almost 27 years and in that time he has always been a man of character and integrity

I am an Assistant Principal for Northeast Independent School District in San Antonio, Texas. I moved from Palmdale, CA. 12 years ago to follow my husband's second career path. While I was in Palmdale I was a school counselor and worked as a Probation Officer for Los Angeles County. Although I have been in Texas for 12 years I have never lost contact with Mr. Carey as I have sought his counsel on many issues.

I met Tom when he was a Sergeant for the Los Angeles Sheriff's Department in La Crescenta. My husband worked at the same station and always spoke very highly of Tom. With the passing of time I came to realize just how concrete Tom's moral compass was. He spent his free time with his wife and kids. While other members of the department were choosing to spend time elsewhere, Tom cherished his time with his family and it was evident.

It saddens my heart that Tom is going through this ordeal. For the life of me I can't wrap my head around what has happened to cause such grief in Tom's life. What Tom is being accused of is just not possible. The man that I have known for so long would never intentionally break any laws as he was very passionate about upholding those same laws since I have known him. This is a man who worked side-by-side with my husband in some of toughest L.A. neighborhoods. Since I have known Tom he has been the voice of the less fortunate. His philosophy on the law has been "While you may not agree with a law, it is the law, and it needs to be followed." I have never known Tom to deviate or find a loop hole to any law he needs to uphold and that is why I find these accusations very disturbing to say the least.

18

I am sure you read hundreds of Character Letters a year.  However, I hope this letter does not fall on deaf ears and my faith in our justice system remains in high regards.  If you need to contact me please feel free as I would be more than happy to articulate just how amazing I think Tom is.  I would like to continue to trust our justice system but in light of what Mr. Tom Carey has had to endure, it strains even the most confident person.


Sincerely,

Carri Elliott

19



# Avalon Center for Change, Inc.

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca. 90012-4701

Dear Judge Anderson,

My name is Carrie Maher, Ph.D., a practicing therapist and CFO of Avalon Center for Change in the Los Angeles area.

I have been a longtime friend of Tom Carey and know him and his family well. I know him to be an industrious, hardworking, family man who is community minded and other centered. Tom has been a dedicated peace officer to the community and the departments he has served. The public has been bettered due to his diligence and empathic understanding of people and their conflicts. Tom's early retirement has been difficult on him and his family and also to those he so willingly protected for many years.

While completing my dissertation in graduate school on the topic of "Stress Physiology in Law Enforcement and its impact on the officer" I was fortunate to spend a night on patrol with then Sargent Carey. He was honest, courageous and candid in his involvement with the public and provided me with vital information and statistics which were useful in the completion of my doctorate. I have spent many hours with Law Enforcement personnel both professionally and personally and I can say that Tom truly stands for the moto To Protect and Serve and this extends to the way he lives life – family, friends, love ones, church and strangers all benefit from knowing him.

Tom possess the qualities; fairness, confidence, concern, empathy, logic and kindness that make up both a good cop and a wonderful human. It is with a very heavy heart and mind that Tom is now facing this legal situation and I ask that you see him in his totality – his many years of service to LASD, his incredible children and his giving nature. This is the Tom Carey we all know and love and will continue to stand by.

Sincerely

Carrie Maher Ph.D., CDC

20

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson:

My name is Carrie Stuart and I am writing this letter in support of my former husband William Thomas "Tom" Carey. Although Tom and I divorced in 1997, we thankfully have remained friends while we co-parented our two children and worked for the same police agency. Tom and I worked for the Los Angeles County Sheriff's Department and both had to retire in 2015 at the rank of Captain. On the Department Tom was always known by our peers, supervisors and subordinates for his admirable ethics, outstanding character and continued fairness, and it was my honor to work alongside him. From the beginning of my career, every time I struggled for the correct answer to a dilemma I was facing, I continually relied on Tom to advise me of the appropriate and Department approved manner to handle the situation.

In December 2012 I was involved in a horrific, on-duty, near fatal traffic collision. During the next year and a half of my hospital stay, Tom not only continually visited me in the hospital, but oversaw the raising by our oldest daughter of my two youngest children from my second marriage. Although my two youngest children were not fathered by Tom, to this day he continues to assist me in any way needed. Due to my medication regiment and my severe healing process, I am unable to properly care for my thirteen year-old son. That being said, Tom recognized my inability and volunteered to assist my two youngest children and I by allowing my youngest son to live with him on an unconditional basis. Recognizing my son's difficulty in the subject of math, Tom independently enrolled my son in a twice weekly tutor which Tom graciously pays for.

Although my two youngest children were not fathered by Tom, but by my (now deceased) second former husband, Tom has stepped up and assisted me without my asking.
I am extremely grateful for Tom and all he has done, and continues to do, for me and my two youngest children especially. Although Tom and I divorced many years ago, I would be desperately lost without him and his guidance. Tom is extremely kind and admirable and selfless and helpful and we are so very lucky for all he does for us and gives us. He has graciously stepped into a father role for my two youngest children and considers himself the father of four children now, and not just of the two children he biologically produced. Because I trust Tom implicitly, I am currently in the process of authorizing my will and leaving Tom in the fathering / parenting role of being in charge of and overseeing the raising of my two youngest children.

We are extremely fortunate to have Tom in our lives and are very grateful for him.


Thank you for your consideration Sir,
Carrie Stuart

*Carrie Stuart*

21

MAY 10, 2016
Christine Audrey Levinson

Valencia Ca. 91354

To Honorable Percy Anderson
United States Courthouse
312 N. Spring Street
Los Angeles, Ca. 90012

Der Judge,

I have known William Tom Carey for the last 20 years. I met Tom through a group of friends, at the time he was employed in the Sheriff's Department. His Children were involved with youth sports and activities along with my children. We became friends and remain friends to this day.

During this time I have found Tom to be an honest and trustworthy person. He has always been a great role model, not only for his children but my children as well. Myself and my family have counted on Tom throughout the years not only as a friend but as a mentor. He has always been willing to help everyone within our community. He is looked up to my many.

When I found out Tom was charged with this crime, I was devastated. Knowing Tom like I do, it was quite a shock. Tom is a private man and we have not discussed his charge in detail however, I see how remorseful he has been. He is such a Champion and Leader that he would never make excuses for anything he has done. I know he is embarrassed about this incident and does not normally behave in the manner.

As Tom has demonstrated throughout his life, he takes full responsibility and I know he is willing to do whatever it takes to make things right.

Tom is too good a man and a community leader to have this incident blemish an otherwise outstanding reputation. I look forward to him moving on and getting back into the swing of being a great family man, friend and community contributor.

Sincerely

Christine Levinson

*Christine Levinson*

22



May 5, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca 90012-4701

Re: William Thomas Carey

Dear Judge Anderson,

I am a retired Lieutenant from the Los Angeles County Sheriff's Department. I have known Tom for twenty seven of the twenty nine years I served on the department.

I have worked with Tom both as his peer and subordinate at two separate assignments during this time.  As a peer, he was a role model with the utmost integrity and carried himself with a humble demeanor. He is by far the most hardworking, knowledgable, dedicated person I have had the pleasure to work with.

As a supervisor Tom lead by example.  He set the standard for us to follow with a clear focus on the goals he wanted the unit to achieve.  To serve the public honorably, work hard  and always strive to better yourself.  He was a constant source of guidance and mentorship, not only for me personally, but to all in the unit.

As i've mentioned, In the twenty seven years I have known Tom, he wasn't just a co-worker and supervisor, but also a friend.  Our years have seen the birth of our children and countless memories our families share.  In fact, our sons attended the Sheriff's academy and graduated together several years ago.

Tom is a man of the highest moral character that I have had the pleasure to know and proudly call my friend.  He has not only affected my life in a positive, meaningful way, but also my two sons.  His personal ethics are his greatest attributes. His willingness to help others is something to be admired. Simply, there is no better person, man, that I know.

I'm hopeful this bit of personal insight into Tom will provide a better understanding of his character.  My humble request is the Court exercises the utmost grace and lenience in this matter.  The community has lost a great public servant.  There already has been sufficient punishment.

Thank you for your time and consideration,

Clarence G. Gallegos

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

My name is Cody Ballentine and I am from Phoenix, Arizona. I come from a family of public safety. My Dad is a retired Phoenix police officer and is now currently a civilian chief for the Phoenix Fire department. My Brother and Cousin are both currently Phoenix Police Officers and my Mom works as the operations manager for a non-profit called 100 Club Of Arizona, which benefits the men and women of public safety who have either been killed or injured in the line of duty. Growing up I always thought I would be a police officer just like my family and even when I enrolled in college I thought that was the path I would take. I went to Arizona State University and wanted to study something fun so I stumbled upon a major called Film and Media Studies, which is part of the English program. This is where I fell in love with the art of film and acting and decided two weeks after graduating I would move to Los Angeles to pursue a career in film and television.

While at Arizona State I met Amanda Carey, Tom

24

Carey's daughter. We immediately connected because of her family background being all in law enforcement and mine as well. We both were raised the same way and both had very close bonds with our families. After graduation I moved to Los Angeles and I had no friends and no family to turn to. Amanda was from Santa Clarita, so when I moved she introduced me to her family and this is where I met Tom Carey. I will forever be grateful for Tom because he took me in like I was a son of his own. He always made sure I had food and would make sure I never felt alone. Even when Amanda got an internship for ESPN in Bristol, Connecticut and left for 10 months he always invited me to every family event. He would call and invite me to see movies, go to dinner, chilli cookouts, or just to call and check and see how I was doing. He never had to do any of those things for me but Tom Carey is just a downright good human being and I will forever be grateful for how he treated me.

I would have long talks with Amanda about her dad Tom because he was one that did things by the book and with complete honesty, even when it was something that could burden him. He always did things the right away and it is something that I will always respect of him. I know that it is not always easy to take the high road on certain situations but Tom Carey is one who always does and I admire that about him. Amanda's mom, Tom's ex wife, Carrie was in a horrific car accident a few years back. It was something that has been life changing for the family in many ways. Tom took Amanda's younger brother and sister (Carrie's kids from another family) in to his home like they were his own kids. I always wondered if I would have the strength to do something like that and I am not really sure if I could, but again that's just

25

the kind of guy Tom is.

Tom Carey is an honest, hard-working, caring human being, who has risked his life to protect and serve the city of Los Angeles. He is an amazing father and a great friend. I am so lucky to have met someone like Tom Carey and I am forever in grateful for what he has done for me and many other people.

Thank you so much for taking the time to read this.

Best,

Cody Ballentine

26



**NEXUS»**
Integration Services

May 6, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

RE:  William Thomas Carey

Dear Judge Anderson,

Please be advised that it has been my distinct honor and privilege to be close personal friends
with Tom Carey for over 22 years.  I initially met him as a neighbor and while I've moved
several times since, we've remained great friends.  Tom and I have children (now adults) that are
very close in age and we have shared birthdays, holidays, vacations, graduations and the trials
and tribulations of life together over the years.  He has raised two extraordinary young adults,
Nick and Amanda.  They are both exemplary citizens, have graduated from college and moved
on to very rewarding careers.

Tom has spent his entire adult life upholding the law.  His dream was a career in law
enforcement and from a young age he did everything to ensure that he would never jeopardize
that dream or dishonor his chosen profession.  I've spent a lot of time with him in the field, at
law enforcement events and with his peers and subordinates.  It was easy to see that he was held
in the highest regard and only surrounded himself with other upstanding law enforcement
personnel that held themselves to that same high standard.

I am fully aware of the circumstances surrounding this case and while I'm certainly not any type
of expert on the law, I can assure you that Tom would never **knowingly or willingly** break the
laws that he was sworn to protect and has spent his entire adult life defending.

Tom is a great father, friend and upstanding member of the community.  He is the type of friend
that would give you the shirt of his back or come to your aid regardless of time, distance or
personal circumstance. I am blessed to call him a friend.

It is my humble request that Your Honor take Tom's outstanding character and lifelong service
to law enforcement into consideration as you deliberate this matter and that you exercise the
utmost grace and leniency in your final decision.  Respectfully, it seems that the loss of a life-
long career that he loved, financial hardship, and the damage to his previously unblemished
reputation is sufficient punishment.

Sincerely,

Dan Dougherty
CFO

# DAVID CORPUS

818.631.7731 • CADGUY21@YAHOO.COM

May 10, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca 90012-4701

Re: William Thomas Carey

Dear Judge Anderson,

I have been a personal friend of William Thomas "Tom" Carey and his family (son Nick, age 25, and daughter Amanda, age 24) for 15 years.

During that time, our families have shared birthdays, graduations, Thanksgiving and Christmas holidays, and countless other occasions.

I'm a father of three children. Over the past 15 years, we have actively watched each other's children grow from childhood to young adulthood—helping them navigate those tough teen years and find their place in a not always friendly world. That said, Tom's children, Nick and Amanda, excel in their chosen professions, the Sheriff's Department and NFL, respectively. This speaks to the love, guidance and nurturing instilled by Tom through their formative years.

Throughout our friendship Tom's biggest flaw is that he's a New York Giants fan. I'm a Cowboys fan.

Whether sharing a meal or offering advice to each other's children, Tom has consistently shown to be a thoughtful, caring person with great character. He has fulfilled many roles in my and my family's lives. However, the role which stands out is that of friend.

No man is without fault. A measure of a man can be stamped by an uncharacteristic moment, however, that moment should not overshadow a lifetime of service and good deeds.

I encourage and ask that you show grace and leniency towards Tom as you decide his fate.

Sincerely,

David Corpus

28

The Honorable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles. Calif. 90012-4701


Dear Judge Anderson:


While the circumstances causing the need for this letter are unfortunate, it is nevertheless an honor and privilege for me to offer this letter of recommendation for William "Tom" Carey.

I have worked with and for Tom from the very beginning of my 29-year Law Enforcement career. Not only has he been a model public servant and outstanding supervisor, he has led those entrusted to him with the highest levels of ethics and enthusiasm. I can speak from personal experience under very trying circumstances, that his leadership has always exemplified an unyielding respect not only for those under his command, but for the public he has been sworn to protect.

If I may offer a brief example. During the Los Angeles riots in 1992, I was assigned to a task force dealing with rioters and looters at the height of the conflict in South Central Los Angeles. Tom was assigned some very young and frankly scared young deputies. To those of us experiencing the magnitude of the violence against innocent persons, the situation was severe and could have been volatile.

Tom's respect for human life and dignity, even those violently assaulting innocent civilians as well as law enforcement officials-was in action throughout. His firm but dignified leadership not only provided a calming effect on his young deputies, but on the looters as well. Countless incidents and acts of violence were prevented. Only those involved will ever know of the lives he saved as well as harm to innocent bystanders.

Suffice it say, I could add numerous accounts of his ethical leadership, respect for all human life as well as his leadership by example. I could add accounts of his care and affection for a child he had no responsibility to raise, or of personal financial loss to himself to help other fellow employees, all done without fanfare or acknowledgement. I will not burden your honor at this time.

I have never known a member of the Los Angeles County Sheriff department, who is more widely loved and respected by peers and subordinates alike than Tom Carey. I have never met a man who should be more modeled and emulated.

If a man should be judged on the body of his life's accomplishments and the lives he has positively affected, then I would humbly request that Tom has paid a price far exceeding the gravity of the current circumstances.

Sincerely,

Dennis K. Blackstock

29

May 9th, 2016


Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Henderson

I am writing on behalf of my brother, William Thomas Carey, and pray that your Honor will consider what I have to say during your deliberations.

It goes without saying that I love my brother very much. He is the best of us. A great Dad to Amanda and Nick (and needed mentor to nephew Matt), a loyal and supportive friend to many and a dedicated and honorable law enforcement officer. Tom had always wanted to be a police officer, from early childhood on, it was all he thought about. He was the first in our family to receive a college degree. Coming from a a family of limited means and a single mother, he sought employment to support the household during our high school years.  Years later, when I returned from a small college in New Mexico, Tom found me - his older brother - gainful employment, and even later, encouraged and assisted me in joining the Los Angeles County Sheriffs Department. As the oldest of three boys I sought his counsel.  Not what you would expect given that the older brother is presumed to be the sage. Our careers paralleled as we moved from one assignment or another and what stuck with me was how well Tom was received throughout the L.A.S.D.  A week did not go by when I did not run across someone who was either a peer, subordinate or superior who did not hold Tom in high regard, "He's a great guy", "He really knows what he's doing," "He was a big mentor to me," or "I was always comfortable with Tom handling tough assignments," - refrains I heard often to the point where if I was asked, "Are you Tom Carey's brother?" - my standard response (and running joke) was, "Yes, and I know he's great guy and he helped you somewhere along the way, blah, blah, blah."  I remember Tom helping our Dad to secure employment with the department when he was laid off after decades with the ALCOA corporation.  At social gatherings I heard stories of Tom mowing lawns for people incapacitated due to on the job injury, of Tom car pooling kids to school, or of him standing in for employees as a department policy advocate before review boards (to the potential detriment of career advancement - department politics, like any big corporation, being what they were).

Your Honor, being a peace officer meant the world to Tom, and all that (that) stands for.  I know he would rather face a thousand deaths than subject his subordinates to the pain and embarrassment they now face. Tom would never, knowingly shame the badge, betray the trust of the people he's supposed to serve, and tarnish his reputation and the last year has weighed heavily on his heart and soul.  I've seen the changes manifest themselves on his body and his mind, changes that will probably remain for the rest of his life.

In closing, I want to offer my sincere thanks for hearing me out before deciding what you will do.

Respectfully Yours,

*Frank Carey*

Frank E. Carey


30



May 4, 2016

Honorable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, CA 90012-4701

Dear Judge Anderson:

The following is intended as a testimonial to the character and conduct of William T. Carey, better known as "Tom." Soon your Honor, you must pronounce your judgment regarding Tom's recently concluded criminal trial.

A brief word to my references. I retired after a 33-year career in law enforcement fueled by the desire to protect the innocent, aid the needy and to treat all with due respect.

As for Tom, we met in 1986 through our mutual duties within the L.A.S.D.   I became better acquainted with him shortly thereafter when he began dating his future wife and the daughter of my close friend. Over the years I came to know Tom and his entire family, went to his wedding, and observed his children become adults.

I always thought highly of Tom and have long known we share the same values of honesty, truth and justice.

My greatest admiration for Tom is still developing. In December of 2012, Tom's former wife and mother of his children was involved in a tragic traffic accident, which left her near death and permanently disabled. They had been divorced many years. She had in fact remarried, had two more children, and divorced again. At the time of the accident, her two younger children were, approximately, aged 8 and 11.

Immediately following this accident Tom came forward offering any and all possible support to his former wife and her two minor children. Subsequently, Tom took both her children into his home for their welfare and safekeeping. In fact, the youngest child, a boy, still and into the foreseeable future will continue to reside with Tom.

This your Honor depicts the true character of William T. Carey, better known as "Tom."

I pray, your Honor, these facts will favorably impact your decision making.

Respectfully,

*Gerald E. Burks*

GERALD E. BURKS

31

Gerard A. Velona

Temecula, CA. 92595
909-240-4256
Gavelona@gmail.com

May 10, 2016

The Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA. 90012-4701

Dear Judge Anderson:

I was approached by Tom Carey and asked to write a letter on his behalf for your consideration prior to Tom's sentencing. Tom said he was embarrassed to ask for such a letter, however I cannot think of a better person to write this type of a letter for.

I have known Tom since 1990 when he transferred to the Crescenta Valley/ Altadena Regional Sheriff's Station. He had recently promoted to sergeant and was my field supervisor. Tom immediately demonstrated his abilities to train and lead those assigned to his shift. As a field sergeant, Tom had as many as twenty deputies under his supervision, and I was instantly struck by his integrity. Tom was the first supervisor who ever told me, "We do the right thing the right way, and for the right reasons, if the bad guy gets away, we will see him again another time." When I became a training officer in 1991, that statement was one of the first I incorporated into a letter of expectations I gave to my trainees.

In fact, Tom was assigned as the training sergeant for CVS/ALD the following year. This position is considered one of the most important on a station level, as the training sergeant is charged with the supervision of the training program. It is a position that requires many character traits, not the least being honesty, integrity, and fairness. Tom became one of my role models for supervision when I promoted to sergeant in 2003. I realized that I would do very well to apply those lessons I learned from him.

The 20-month period between April 1992 and January 1994 was unprecedented in the history of the Sheriff's Department. Starting with the riots on April 29, 1992 and ending with the Northridge earthquake in January 1994, the Sheriff's Department "activated" 5 times. This means all 9,000 sworn members of the department went on 12 hour shifts with no days off until the mission was completed. From the riots in April to May 1992, to the Santa Clarita Valley / Magic Mountain response (after the

32

The Honorable Percy Anderson
May 10, 2016
Page 2

Rodney King Federal trial) in April the following year, to the Altadena fires in October, 1993, to the Malibu fires in November, 1993, and finally the Northridge earthquake on January 17, 1994, deputy personnel responded and risked their lives for their fellow citizens of Los Angeles County. Being the training sergeant gave Tom the responsibility of all response rosters, scheduling, relief factors and finally, actually leading squads of deputies during these difficult circumstances. I watched as Tom carried out his command with the same commitment, compassion, and integrity I had become accustomed to seeing from him. After I transferred from CVS/ALD, Tom and I remained friends throughout the years and he rose through the ranks. The mere fact he was made Captain of the Internal Criminal Investigation Bureau indicates the level of trust placed in him by our Department Executives.

I take the time to tell you my recollections of Tom because his career mattered. It mattered to younger deputies, such as myself, to see someone like Tom perform his assigned tasks as he did. It mattered to younger deputies he mentored through the difficult field training program. It mattered to those deputies he led into harms way, and brought back safely.

The crimes to which Tom has plead guilty to are shocking to me, not only because of their seriousness, but because it was Tom. These crimes are completely contrary to the man I worked with for many years. Tom has related to me how sorry he is, but in typical Tom Carey fashion, he is more concerned with the other deputies who were caught up in this scandal. Tom is a man's man, and doesn't convey a great deal of emotion, but he was always more concerned about the safety and well being of his deputies.

When a law enforcement officer pleads guilty, or is found guilty of a crime, there is a tendency for the public to assume he (or she) had been a dirty cop their whole career. While some indeed might have been, I wanted you to know that Tom was not that man, nor officer. I believe Tom is truly sorry for his actions, and will be an outstanding citizen once his sentence is complete. I respect this man very much, and would still follow him into battle.

Thank you very much for your time and consideration. As a retired officer of the court, I remain at your service.

Sincerely,

*Gerard G. Velona*

Gerard A. Velona

33

The Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, California 90012-4701

Regarding: William T. Carey

Dear Judge Anderson:

I have known William "Tom" Carey professionally and personally for 28 years.  During that time, I have worked for and with Tom on various occasions.  I can truly say I have never met a more loyal and hardworking person than Tom Carey.

I am currently a retired Lieutenant from the Los Angeles County Sheriff's Department and am familiar with Tom's federal case.  I was still working on the Department as the case unfolded.  I am disappointed by the entire chain of events and am saddened that two major law enforcement agencies could not work together with mutual understanding before this went to trial and conviction.

Despite what is too late, I want to say that Tom is a fine man and I have never known him to be any other way.  I have never heard anyone say anything but positive and praiseful things for the way Tom approached his work.  Especially how we cared for his subordinates, always demanding that they work hard and have integrity, efficiency and pride in what they did.

Not many people know this, but Tom has taken in his ex-wife's thirteen year old son to live with him.  The boy, Mathew, whose father passed away several years ago, was struggling in school and heading down the wrong path.  Tom has instilled discipline and pride in Mathew.  He is now doing much better in school and his personality has completely changed for the better.  He is confident and will now be an asset to society instead of a poor statistic because of Tom's love and care.  I don't know of any other man, myself included, who would take care of a child of another man, who was married to an ex-wife, and help him the way Tom has clearly done.  That's a big man.

I'm asking you to please show Tom leniency in this case for Tom, and Matthew, who Tom is now raising by himself.   Tom has suffered so much already.  He never wanted to leave the Sheriff's Department.  His life has been destroyed so much already, he will never be the same again because of this case.

Thank you for your time and consideration.

Jack D. De Mello

# Jack T. Ferguson
*Certified Public Accountant*

31569 Canyon Estates Dr Ste 112                                         P (951) 471-2700
Lake Elsinore, Ca 92532                                                 F (951) 471-8100
                                                           jack@jackfergusoncpa.com

May 4, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles Ca 90012-4701

Re: William Thomas Carey,

Dear Judge Anderson,

I met "Tom" when we attended the Sheriff's Academy in 1980. We have remained close friends since then, even working the same patrol station for a number of years. He was always an energetic, positive image in law enforcement. He was respectful of everyone he dealt with, regardless of the nature of the contact.

You may not know this, but he is currently caring for the young son of his former wife, Carrie Stuart. The boy's father died a few years ago, and Carrie was seriously injured in a car accident. As a result of brain injuries from the accident, Carrie cannot adequately care for her son. That's the inner character and strength that resides in Tom. He is caring for a young man who needs help, even though he has no legal responsibility to provide physical and financial care.

Tom is also close to his two children that came from his marriage to Carrie Stuart. One is in law enforcement, and the other is a college graduate and doing well in her chosen career.

I hope you will consider his dedicated service to law enforcement, and the inner goodness in this man. Tom would still be serving the Los Angeles County Sheriff's Department if not for this incident.


Sincerely,

Jack T. Ferguson, CPA

35

May 8, 2016


Honorable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, CA 90012-4701


Dear Judge Anderson,

Please be advised that I have been a close friend of Mr. Tom Carey since we met in Yucca Valley, CA back in middle school. Mr. Carey is the only person I have kept in contact with since I moved out of California in 1981. Mr. Carey and I have maintained a very close friendship over the past 45+ years. Mr. Carey is the father of a son and daughter and Tom has been an exceptional father and mentor to his kids. Mr. Carey's ex-wife remarried and had two kids, but the father passed away. His ex-wife was in a very bad car accident a few years ago and it was very hard for her to take care of her two kids. Her son began getting into trouble and not attending school, so Mr. Carey stepped in and brought the young man into his home and has started to get him back on track.

I'm puzzled by these events because Tom Carey has always had the highest regard for his occupation and the utmost respect for the judicial system. Tom Carey has always been very proud to be a Los Angeles County Deputy Sheriff and to the best of my knowledge Tom has always done his job with high integrity, compassion, and honesty. Over the course of our friendship, I have never seen or heard of Mr. Carey doing anything illegal or dishonest and I have always known Mr. Carey to do his job to the best of his ability.

This is a fine family, well managed with two extraordinary kids. While I am not in a position to judge the magnitude or accuracy of the charges against Mr. Carey, it would be an injustice to severely penalize this hard working, dedicated man because it would diminish his career and severely injure a good family.

I'm hopeful that your understanding of Mr. Carey's character and service to law enforcement will be considered in your deliberations.


Sincerely,

Jack W O'Connor

678-480-3807

36

May 6, 2016


Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701


Re: Tom Carey


Dear Judge Anderson:


Please know that I have been a colleague and close friend with Tom Carey since February of 2009. We first met when he was the Captain of our Internal Criminal Investigations Bureau and he asked me to head a team of investigators charged with finding corrupt deputies who were smuggling narcotics into the Los Angeles County jail system and selling them to the inmates. As my supervisor he was always personable, professional and honest. He displayed the highest morals of any supervisor I have met throughout my career. He was the first to organize a safety net of support for anybody who needed it within his circle of colleagues and friends. He never saw the lower rank of a person. He saw each person he dealt with as an individual. He had empathy and compassion for the deputies he had to investigate.

I am unaware of the particular, technical circumstances underlying the criminal actions in this case. However, I know Tom Carey to be a strong, law abiding citizen. My only regret is not to have met and worked with Tom Carey earlier in my career.

I am hopeful that this small insight will help your understanding of Tom Carey's character, and moral fiber. And that this combined with his service to law enforcement will be considered in your lenience in this matter.


Sincerely,

James E. DeRuyter


37



# Sea One Seafoods

*Seafood Specialist — Importer, Exporter & Processor*

MAILING ADDRESS:
12319 E. FLORENCE AVENUE
P.O. BOX 3049
SANTA FE SPRINGS, CA 90670

TELEPHONE: (562) 944-8945
FAX: (562) 946-4015

May 11, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Re: Tom Carey

Dear Judge Anderson,

I am writing in reference to Tom Carey (aka Tommy). I have known him for over 50 years as we attended kindergarten through junior high school together. His family eventually moved to the desert, but we remained very close and I made frequent visits and kept in contact throughout the years.

Through the years, I watched Tom get married, have two children and begin his career in law enforcement. I remember attending his promotion to "Captain". I was so proud and happy for my friend's achievement. His hard work and effort paid off.

Tom has always been a person of strong moral character, dedicated to family and career oriented. He has raised two very successful children who love and admire their father very much. Not too often do you see kids in their twenties spend a lot of time with their father, but Amanda and Nick have such love and respect for their father, they are with him often. He has raised wonderful adults with great careers and strong values. In my opinion, this speaks volumes as to the type of person he is.

It is my hope that you will take all of this into consideration and show leniency towards Tom. He is a very good person. Thank you for your consideration.

Sincerely,

*Jami*

Jamie Jemison

38

May 08, 2016

To the Honorable Judge Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA. 90012-4701

Re: Tom Carey

Dear Judge Anderson,

I am please to write this letter on behalf of Mr. Carey. I have known Mr. Carey since 1994. In that year we became neighbors, very close neighbors as we share a common driveway at the end of a cul-de-sac. Over the 22 years we have shared lives ups and downs, visited each others home to share dinner or a backyard BBQ. We have engaged in many conversations ranging from politics, religion, philosophy and social economic woes of our great nation. Our conversations have not always been in agreement but, the one element that never wavered was Mr. Carey's honesty and integrity. He wore it like a badge of honor; protecting it at all cost. A characteristic I find too rare amongst men but, that I truly enjoyed in him because it gave me confidence in all of our interactions; whether it be with me, my wife, my children or any of my family members. Mr. Carey's sense of hard work, honesty and integrity is also reflected in his children. As I have watched them grow up into adulthood one can truly see his sense of duty and humility accompanying them in their lives.

To whatever purpose this letter is used I am honored to give such a referral to a man that has served and given to our public his very best, both as a servant to his community and his family.

Sincerely,

Jay Thomas

39

# Jeff Cunningham

Orange, Ca. 92868 | 714.272.8770 | JeffCunningham88@yahoo.com

May 6, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca. 90012-4701

  Re: Tom Carey

Dear Judge Anderson,

Please know that I have been a personal friend of Tom Carey's for twenty plus years, in all that time I have only known Tom to be a dedicated Los Angeles County Sheriff and devoted father to his two children, Nick and Amanda.

The idea that anything has occurred that could tarnish his thirty plus years of service to our community comes as a surprise to me, considering his lengthy tenure with the sheriff's department.

I now humbly ask that while you consider his punishment, please note that I am asking for leniency for this man whom I am proud to call my friend.

Thank you for your consideration.

Sincerely,

Jeff Cunningham

Gerard J. Plent

Chino Hills, CA.  91709
951 204-1927


May 6, 2016


Honorable Percy Anderson
United States Courthouse
312 N. Spring St
Los Angeles, CA.  90012-4701

Re: Tom Carey

Dear Judge Anderson,

I am a retired Los Angeles County Deputy Sheriff, I have been a friend of and I have worked with Tom Carey during the mid 1980's.  We were at one time neighbors living close to one another in the city of Chino Hills.  Often we would carpool to and from work when we were assigned to the same station.  As each of our careers progressed and we both went to different assignment, we would greet each other with these words "Hey neighbor."

I have known Tom to be a dedicated public servant and respected member of the Los Angeles County Sheriff's Dept.  I am saddened to hear of the circumstances that he is now facing and I do know he has done the right thing thus far.  This is what a man of integrity does when faced with a decision.

Tom has served the citizens of Los Angles County for many years at a great personal loss of family time and memories.  This was his chosen profession and we all knew as well that there would be sacrifice working in Law Enforcement.   Years of service are all for not because of a mistake of the mind, and not of the heart.  This too is very sad and is punishment in itself for a man of service.

I pray Your Honor that you would show mercy with Tom.


Sincerely,


41

May 5, 2016


Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca 90012-4701


Re: William Thomas Carey


Dear Judge Anderson:

I have known Mr. Carey for nearly 30 years. When I first met Mr. Carey, we both worked for the Los Angele County Sheriff's Department. I was a sergeant and he was a deputy. For approximately 18 months, I was his supervisor in the detective unit.

During the time I supervised Mr. Carey, I found him to be a hardworking, knowledgeable and thorough investigator. He conducted his investigations in a fair, professional and ethical manner. In short, he was an exemplary investigator who demonstrated honesty and a respect for the law and judicial system.

Mr. Carey was transferred and I was never again his supervisor. Our relationship became friendly. During the subsequent years, we met, from time to time, both professionally and socially. I observed he demonstrated a continued respect and dedication to his profession and the citizens of Los Angeles County. I was never aware of him being associated with any scandal or malfeasant of duty. I followed his career and was pleased to see, by the time I retired in 2007, he had promoted to the rank of lieutenant. In my opinion, he was worthy of the responsibility and recognition.

I have no direct knowledge of the facts which causes Mr. Carey to stand in front of you for judgement. I know Mr. Carey has lost the career he loved, suffered public humiliation, and believe, possibly lost a portion, if not all, of his pension. He has already suffered a punishment for what he has done. I believe Mr. Carey is remorseful and request you consider his long and dedicated service to the citizens of Los Angeles County as you consider the consequences of his actions.

It my hope and request you grant leniency to Mr. Carey


Sincerely,

James J. Lally

42

May 11, 2016


Honorable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, Ca 90012-4701


            Re: William Tom Carey


Dear Judge Anderson,


My name is Jodi Lopata.  I live in Castaic, California and I am an elementary school teacher/ counselor for the Castaic Union School District.  My family and I have known Tom Carey and his children (Amanda & Nick) for approximately 20 years.  We are honored to consider Tom a close friend.

When I was advised of his plea deal for his pending court case I was shocked.  Tom is an outstanding human being.  He is one of the most personable, honorable, compassionate people I know.  He would do anything to help out a friend in a time of need.

He is a dedicated father who has raised his children to be assets to society and productive in the community.  Both of his children are polite and respectful which reflects his own core values.

I cannot put into words how much my husband and I respect this man.

I humbly request that the court exercise the utmost mercy and grace in this matter.  I do not believe that anyone would benefit from anymore punishment.  His life has already been greatly impacted and has changed drastically since being accused of criminal misconduct.

I appreciate your time in this matter and pray that you will take into consideration his character, service to the County of Los Angeles and law enforcement before sentencing.


Sincerely,

Jodi Lopata

*Jodi Lopata*

43

May 4th, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

RE: Mr. Tom Carey

Dear Judge Anderson,

I am writing this letter on behalf of Mr. Tom Carey. Let me begin by introducing myself. I am a retired California Law Enforcement Officer out of an agency located in the Bay Area. My experience is somewhat vast after working in the field for over thirty years. However, I am writing this letter as a private citizen, and not on behalf of my previous employer.

I have known Mr. Carey for approximately ten years. We met through my son who is also employed as a law enforcement officer in Southern California. I know Mr. Carey as a dedicated father, friend and committed and loyal employee of the Los Angeles County Sheriff's Office with a strong sense of duty. He is respected by numerous law enforcement officials in and outside of the Los Angeles County Sheriff's Office, and throughout the communities in which he serves and resides. You can only imagine the utter shock I experienced when I was made aware that Tom had been involved in ANY sort of criminal, inappropriate activity, as this is just not part of his character. To this day, I am still in disbelief.

Tom is a decent and good human being who has always lent himself to others with kindness and generosity. He is very close to his son and daughter, and has always strived to be the best father he could possibly be. This is proven by both of them becoming some of society's best. His own children not only look up to him with the utmost respect and love, but other young adults whom he has also mentored, resulting in making them better individuals as well.

I am unaware of the circumstances regarding the allegations in Tom's case. However, the alleged criminal conduct in which Tom has been charged, does no way reflect the true character of the man. Tom Carey is a true supporter of this great nation and the laws from within. With that said, I am hopeful your understanding of Mr. Tom Carey's character and service to the law enforcement field will be considered in your deliberation.

Sincerely,

John A. Chalmers

44

May 12th 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

      Re: William "Tom" Carey

Dear Judge Anderson:

My name is Katelyn Wirtz, and I have been a close friend of the Carey family since I first became friends with Tom's daughter, Amanda Carey, 10 years ago. Over the past 10 years, I have seen first-hand the kind of man Tom Carey is. Tom is a respectable man who I've always known to be honorable, selfless, and dedicated to being the best father and person he can be.

When I think of Tom, I picture him continually supporting his two children, Amanda and Nicholas in all that they do, and instilling in them important values and a strong sense of self. I recall instances of people within the community speaking highly of him when they hear his name. I smile knowing that whenever I see Tom, I can count on his kindness, warmth, and great sense of humor. One fond memory I have of Tom involves both of us donating our blood and platelets for a friend who had cancer. I was anxious, and Tom was able to distract me and put me at ease with his jokes and presence. He took time out of his hectic schedule to spend several hours at the hospital, and did it without any need for praise or acknowledgment. He did it because he wanted to help in any way he could, because it was the right thing, and because he is simply that kind of person—giving, caring, and considerate. Another example of Tom's selfless nature and compassion has been how he has handled the aftermath of his ex-wife's serious car accident several years ago. Tom has stepped up in supporting his ex-wife and her family since then, doing whatever he can to help. He has taken on a father-figure role to her son, Matthew, allowing Matt to live with him, and is doing incredibly well as a result. Tom has given Matt a sense of stability, guidance, and care, and done so without any need for recognition or reward, but purely out of the goodness of his heart and desire to do the right thing. Again, that is just the kind of person Tom Carey is—genuine, selfless, and someone who makes a positive difference in the lives of countless individuals. Tom will see someone in need or a situation where he can help, and he does something about it without question.

Your Honor, Tom Carey is a man of integrity with strong character. He has my full support, and I ask you please this into consideration when making your decision regarding his sentence.

Sincerely,

**Katelyn M. Wirtz**
Katelyn.wirtz@anderson.ucla.edu
661-309-3127

45

May 5, 2016

The Honorable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, CA 90012-4701


RE:  William "Tom" Carey


Dear Judge Anderson,

My name is Katherine Juaire.  I retired from The Los Angeles County Sheriff's Department after twenty-four years of service. Prior to retiring and since then, I am the owner of a successful business.  I have taught classes and trained numerous law enforcement officers and civilians, locally and nationally.

I first met Tom in 1990 at work.  It was through work that our friendship developed.  He was a respected and trustworthy supervisor. I came to know him as a committed, devoted and loyal husband and father.  He is a dependable and caring friend to me and my family.  I have spent many years of close friendship with Tom both at work and on a personal level.  We have vacationed together, met socially with friends and family and have celebrated many milestones of life.

We have discussed his charges and he has taken responsibility for his wrong doing.  This incident is very unlike Tom and not a true reflection of who he is.  This incident has not changed the high opinion, respect and admiration for Tom that I have always had.

Decades ago, I saw Tom's true character and I followed his example, when he reached out to help countless department members, some of whom, he hadn't even met, but who needed help, time donated or financial aid during hardships and were unable to work.

At work, I witnessed on countless occasions, Tom to be the first person to offer a lending hand. Tom has covered work assignments for someone who needed the day off, he has helped when someone asked for specific training to better their work performance, and he is a person who can be relied upon to give sound advice.

46

Just a few weeks ago, I shared with Tom the death of a mutual friend's mother.  Tom reacted to the news, by saying, "I'm really sorry to hear that.  If there's anything I can do let me know".  Even in the midst of his trouble, he offered to reach out and help.

Another example of his caring, selfless character was when after being divorced for many years, his ex-wife  was involved in a life threatening traffic collision, Tom  went to the her hospital bedside, without hesitation.   He helped her for months on end.

Tom is a loving and involved father in the lives of his son and daughter, he always has been.  He rarely, if ever missed any of Nick's football games, Amanda's cheerleading events or a school function.  I recall him missing work social events to be with his children.  If you spend a few minutes talking with Tom it won't be long until he is sharing a new memory he made with his children or a new accomplishment by them for which he is proud of them.

Tom is known in his neighborhood on a personal level. He has spent vacations with some of these neighbors. He attends church regularly and is a contributing person in the community.

I am just one, of many people whose lives have been improved, changed and profoundly touched by the character and friendship of Tom.

Judge Anderson, I am respectfully asking for your utmost mercy and leniency of this Court when Tom is sentenced.

Tom, his family, his friends and his Community have suffered from this incident and any further punishment would be detrimental and tremendous hardship to all of us.

Thank you for your time and consideration of this letter.

Respectfully yours,

Katherine Juaire

Case 2:15-cr-00359-PA Document 228-2 Filed 04/17/17 Page 47 of 93 Page ID #:3659

May 9th 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca 90012-4701

Dear Judge Anderson,

I have been close personal friends with Tom Carey and his family for over 10 years. I met his daughter Amanda while I worked at the high school she attended coaching the cheerleading team, she was one of my cheerleaders. It was then when I met Tom along with his ex wife Carrie Stuart. Over the years I had the pleasure of getting to know Tom and his amazing family. Tom, Carrie Stuart and their two children Amanda Carey and Nick Carey attended my wedding. I currently am Amanda and Carrie's hairstylist and see them frequently and see Tom at the occasional family and friend get to-gathers.

Tom has always been someone who people looked up to and admired. When I was asked to write a letter on his behave without a question I said yes. He is the type of man who always has the best intentions and would help out anyone he could. He is personable, professional, honest and above all always appeared to have the highest regard for his occupation. A few years ago my husband had a motorcycle incident (not work related), and we were in a financial bind. Tom helped us get by for the next couple of months till my husband was able to return to work. Eventually we paid him back but without his selfless act we would have fallen on some hardships.

The Los Angeles Sheriff's Department and the general public have lost a great public servant. I am honored to call him and the rest of his family my friends.

Kelly Sperry

05/13/2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

I am writing you this letter to give you some in site on the strong moral character of William Thomas Carey. I first met Tom in the spring of 2003. Tom was divorced from Carrie Stuart, and I was engaged to Kristi Stuart. His ex mother in law was in the final stages of breast cancer. Kristi and I travelled to California from Colorado so Kristi could see her mother one last time. When we arrived at the Stuarts house, Tom was helping with household items so his ex father in law Garry Stuart could attend to his wife's needs. Kristi told me as we were arriving "That's Tom, Carrie's ex husband, he is a great guy". Tom was so supportive and did a lot to help the Stuarts during this awful time of their lives. One thing that sticks out in my memory was how comfortable Tom and Gary were with one another. Usually after a divorce the individuals around the divorce are very awkward towards one another.

The summer of 2010 Kristi and I visited California on a vacation. I asked Carrie if I could somehow visit the fire station were the 70's TV show Emergency was filmed. As a kid that was my favorite show and is the reason I am a Firefighter/Paramedic. Tom offered to take me to station 127 in Carson, California to visit the firehouse. Then Tom set me up to do a ride along with one of his subordinate deputies in Compton. Tom was working as the Lieutenant of the Century station. During my ride with the deputy he made many comments about Tom and what a great supervisor he was. During my ride that night I was in contact with many deputies and they all told me what a great guy and supervisor Tom was to them.

December 2012 Tom's ex wife Carrie was nearly killed in a horrific car accident and in a coma. Kristi and I returned to California so Kristi could be with her sister. Tom spent a week sleeping at the hospital to help console the Stuart family. During the day Tom arranged to fix up and clean Carries home. He had the carpets cleaned, cleaned windows and mirrors, and performed many other jobs so when Carrie arrived home her house would be in order. He also provided housing for my family and me during our stay and loaned us his car. This is a huge testament for William Thomas Carey character. I am now divorced from Kristi Stuart and I know I wouldn't do for Kristi what Tom did for Carrie.

49

Lastly I would like to inform you on what a great father William Thomas Carey is. Tom has two biological children with Carrie, Nicholas Carey and Amanda Carey. Nick is currently serving as a reserve Marine, and followed in his family's footsteps and works for LA County as a deputy.  Amanda graduated from Arizona State University and now working for The NFL Network. Amanda will be the next Erin Andrews in the future. After Carrie Stuart's accident it was felt that she could not take care of her youngest son Matt Marcotte age 12.  Matt is the half brother to Nick and Amanda.  In December of 2015 Tom welcomed Matt into his home to raise him. Since Matt has been living with him, Matt has excelled in school and is a very happy child. I am so impressed with how well Toms kids have turned out, I have called him to get advice.  I have implemented all the advice Tom gave me and am impressed how well my two teenage boys are turning out.

Judge Anderson William Thomas Carey is a good, kind hearted, ethical man please show him leniency for his sentencing.

Kevin Roger Carlson

50



May 5, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson;

It is with both pleasure and disgust that I write this letter - pleasure in being honored to stand next to a good man, and disgust at a system that fails good men. Tom Carey is such a man, and quite frankly one whose moral, ethical, and professional codes are sorely lacking in modern times.

My opinion is not that of the typical cop holding the thin blue line, but is instead from one who served in the military and law enforcement, retired to the corporate world, and has spent the last five years researching and writing about pertinent issues in law enforcement and the criminal justice system for a doctoral degree. In teaching both at the university level and lecturing at national chiefs of police conferences, I routinely raise the ugly issues of reality and perception that taint every badge and the person wearing it. I openly hold abusers of power in disdain, and am glad people like Baca and Tanaka are being held to answer for that abuse. The tragedy is both to the already difficult profession of police work, and to good men like Tom Carey who get caught up in the equally abusive power of political witch hunts masked as justice. You know as well as I, your honor, that our system is good but far from perfect.

I have known Tom Carey for better than twenty years and quite honestly he has been a role model in every way. When I was a young deputy, he boxed my ears many times for my growth as a professional peace officer. As a father I have watched him not only raise his own children to adulthood, one of whom has also donned the uniform, but also provide shelter and guidance to children not his own out of the goodness of his heart. As a friend, he is one that is always available and will give the shirt off his back. A true friend will look you in the eye and tell you what you don't want to hear because they hold honor and integrity above all. He is the unassuming neighbor that brings your trash can up, and the guy that pulls over to help someone change a tire. He was the consummate professional peace officer, and there are still a lot of good cops out there that trained under his leadership – upholding the spirit of service, compassion, and professionalism in their duty to mankind.

Tom Carey is simply a good man, your honor, and I pray that you will view him and his otherwise decorated career in the light he and it should be viewed – one of truth.

Respectfully,

Kevin A. Elliott. PhD. CPP

San Antonio, TX 78260

Kimberly M. Davila

Ontario CA 91761
May 5, 2016

Judge Anderson
United States Courthouse
312 North Spring Street
Los Angeles CA 90012-4701

Dear Judge Anderson:

      This letter of reference is for Mr. William T. Carey from a personal friend and past co-worker. I am honored to write this letter for him and in it tell you just how fortunate I am to be a part of his life. He has always been a gentleman to say the least, kind hearted, sweet and respectful. There are people that come and go in life and Tom Carey is one I always want to keep around.

While working with Tom, if there was someone that needed help, he was there. If there was a fundraiser for one of our kids, he donated. I never heard one person say anything negative about him and all the "office gals" loved him. I was pregnant with my second child when I started working with him and I just remember how caring he was to me; never letting me lift boxes, always concerned about how I was feeling and made sure I was comfortable. Another co-worker told me later, Tom thought of me like a daughter and I felt so delighted to be thought of in such a way, since I thought of him like family too. Tom really is someone I hope to keep in touch with for as long as I possibly can, I always tell him he is one of my favorite people on the planet.

Tom was my Captain when I worked for the Sheriff's Department years ago. From the first day we met, we hit it off. He has a great sense of humor and I remember him walking in every day with a smile. Even though I was an office assistant (and not a deputy), he never made me feel like I was less than. He was a Captain that treated everyone with respect, invited anyone to lunch and was always took part in department events and even created some enjoyable events on his own for us.

While working with him and for the Sheriff's Department, something traumatic and very personal happened to me. I knew I had Tom's support through it all and people told me how he stood up for me and spoke well of me, tried all he could to be there for me. He was always concerned, texting me to ask me how I was doing, always asking our friends how I was doing and I felt, on the other end, that I needed to keep him updated so he wouldn't worry.

Sir, I really don't know how else to tell you how much I and we (our friends) care for Tom. I feel comfortable saying "we" because there are many friends that Tom and I share that care for him deeply. So many people that feel helpless in assisting him during this tuff time. We all stand by waiting for a

52

May 5, 2016
Page 2

chance to support him, to be there, waiting to see if there is anything within our power we can do.  I am
flattered to write this letter to you.  This is truly the least I can do.  This letter might be too emotional
and perhaps unprofessional in some ways, I'm not quite sure.  But I will hand it to you, just like this, to
simply tell you what he has meant to me.

Thank you for your time, Sir.

Sincerely,

Kimberly M. Davila



May 6, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

     RE:  William Thomas Carey

Dear Judge Anderson,

My name is Kimberly McArdle and I work in the Human Resources field for a Global Technology Company.

I have known Tom Carey personally for the better of fifteen years and consider him family. Tom and I met through my husband and our friendship has grown to where we often spend holidays and vacations together with our combined families.

I am fully aware of the allegations, however; I can whole-heartily ensure you that Tom is a man of honesty and integrity.  I think one of the best examples I can provide of his character is when his ex-wife was in a terrible car accident, and Tom took her son into his home to allow her time to recover from her numerous injuries.  During this time, Tom spent countless hours doing homework, driving carpool, and often giving up his own needs to provide a positive environment throughout this difficult time.

Tom is also a fantastic father to his own children and has done an extraordinary job raising them to be fine young adults.  Both Amanda and Nick have graduated from college and have successful professional careers.  Fathers, like mothers, are irreplaceable.  Tom has had a significant impact in the lives of his children and they remain very close today.

Given his otherwise exemplary record, I respectfully request the utmost lenience in this matter. He has close ties with family, friends, community and church and it would be of great loss to not have him in our everyday lives.

Sincerely,

Kimberly McArdle
(661) 510-2353

Dimension Data Americas
27202 West Turnberry Lane, Suite 100, Valencia, CA 91355   Tel +1 661 237 1500
www.dimensiondata.com

NTT Group

54

May 9, 2016

Honorable Percy Anderson
312 North Spring Street
Los Angeles, CA 90012-4701

      Re:  Tom Carey

Dear Judge Anderson,

      Please be advised that we have been close personal friends with the Carey family for going on ten years now.  We met them through our brothers, who work for the Los Angeles County Sheriff's Department as Los Angeles County Sheriff Deputies.  Our first impression of the Carey family was the family bond that they have with each other.  Our families have been to weddings, graduations and birthday parties together and enjoy our times together immensely.

      We are unaware of the circumstances underlying the allegations in the Tom Carey case, but in all the years we have known Tom he has always been held with the highest regards from fellow law enforcement.  He has always been an honest man and Tom's word is his bond.  Tom Carey is a staunch supporter of this nation and its laws.  We are honored to call him our friend.

      Our humble request is that the Court exercises the utmost grace and lenience in this matter.

Sincerely,

Eugene H. Johnston

Kimberly Johnston

55

*May 10 2016*

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

My name is Kristi Stuart and I am writing this letter in support of William Thomas Carey, my brother-in-law and my dear friend. I met Tom almost 30 years ago when he and my sister, Carrie Stuart began dating and my family and I all instantly fell in love with him! How could you not? He is clearly genuine and kind and caring from the moment you meet him. Over the course of the years that I have had the privilege of knowing Tom I have been astonished at the man he is. I can say from the bottom of my heart that I have never in my life met any human being more kind, generous, honest and upstanding than my brother Tom. I have seen this man stand by his wife while they waited and prayed and hoped that God would heal and save their young premature son Nicholas, I have seen this man fiercely love his children and honor their upbringing through the trials of divorce from my sister and every day since, I have seen this man stand by me and my family as we all watched helplessly as my mother lost her battle with breast cancer despite the fact that my sister and he were no longer married, I have seen this man take care of my young children as my mom lay dying so that I could spend the last few days with her, I have seen this man stand by my sister, many years after their divorce, when she almost lost her life and I have seen this man take in a young boy, my nephew Matthew, who is not Tom's biological son and raise him as his own with that same fierce love and devotion that he bestows upon Nic and Amanda.

I want to explain to you a bit more about what Tom has done for my sister Carrie since her tragic accident because it is amazing. In the first several days after Carrie was nearly killed and was fighting for her life, Tom and my brother Michael and I and several others slept in cots in the hospital waiting room so that we could all be together and close to Carrie and the kids. Please sir understand that this was many years after their divorce and several relationships that had come and gone for Tom and Carrie with other people but still...he stayed, unwavering in his support for her. The love he showed to her and to all of us was nothing shy of exceptional and it continued for the year following her accident and her year long hospital stay as Nic and Amanda had to essentially run Carrie's life and raise her two younger children, Rylee and Matthew in her absence and it continues still and I know it always will. You see sir, Tom understands loyalty and family and honor. He lives it. He exemplifies it. He IS it.

My brother Tom has shown me what a true gentleman is and I use his extremely high level of integrity and honor and love for what is right as a barometer for my own sons and any man that I might choose to bring into our life here in Colorado. I can only hope that my children grow up to be like their favorite Uncle Tom.

I thank you for your time and consideration in getting to know a little bit more about one of the greatest guys I have ever known and am lucky enough to call my brother.

Sincerely,
Kristi Stuart

(As I was proofreading my letter just now I realized that without knowing Tom personally or professionally you might think this is biased because we are family but that's just it...anyone could write a character letter for Tom Carey. He truly is all of the things I say above and more. These words are from my heart and they are true.)

56

Kristy Oksas

Santa Clarita, CA 91390

May 9, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 900012-4701

Dear Judge Anderson:

My name is Kristy Oksas and this letter services to confirm my support for Tom Carey. I have personally known Tom since 2010. For the past six years I have had the pleasure of getting to know him very well and feel confident about speaking on behalf of his true character. I have known Tom to be an extremely loving, caring and supporting father. I have not only seen him demonstrate this to his own biological children Nick and Amanda Carey, but as well to Riley and Matthew Marcotte. Other words I can personally describe Tom are dedicated, reliable, humble, and honorable.

I first meet Tom when he brought Matthew Marcotte to football practice in July 2010. I was the football team manger and always had to take attendance when the children arrived to practice. Tom came up and ensured that Matt was checked in on time. Before saying more than ten words to me I remember Tom thanking me for volunteering my time. He said, "I remember what it was like when my older son played". I just assumed he was Matthew's father. It wasn't until later that Carrie Stuart (Matthew's Mother) told me that Tom was her ex –husband, and not Matthews's biological father. Carrie told me that Matthew's biological father was deceased, and that Tom has been Riley and Matthew's father figure since they were very young. Tom would come to football practices and games and always support Matthew in a positive matter. He also attended the football games that Riley was cheerleading for and he would go to her cheerleading competitions as well. For Tom to willingly step up and actively take on the parenting role and responsibly of two younger children of his ex-wife, should speak a tremendous volume of his true character alone.

Tom currently holds an extremely critical role in Riley and Matthew's life, especially after Carrie's horrible and tragic auto accident back in December 2012. Carrie wasn't released to come home from the hospital until August 2014. Since the accident Carrie has not been able to care for herself or her children like she had prior to the accident. Carrie is now permanently disabled and suffers from extreme nerve damage pain on a daily basis. Matthew has ended up moving in with Tom. Prior to Matthew moving in with Tom, he was failing all of his classes in school and depressed with all the tragic events in his life. Since he has been living with Tom, Matthew has completely turned around both socially and academically. Tom works with Matthew on daily basis on homework and even has him in a tutoring program now. All of Matthew's teachers have said he is a complete success story from where he was before moving in with Tom, to where he's at now since he has been living with Tom. Tom provides a stable and safe environment for Matthew to live in and grow up in. Tom and Matthew both don't deserve to have this taken away from them.

Thank you so much Judge Anderson for taking the time to read my letter. Feel free to contact me if any further information is needed to describe what a wonderfully heroic man Tom Carey is. My home telephone number is 661-296-3355, or my cell phone 661-212-6209.

Sincerely,

Kristy Oksas

57

*Laurie Estes, PhD*
*Clinical Psychologist*

*Shell Beach, CA  93449*
*(805)551-2407*

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA  90012-4701

Re:  William T. Carey

Dear Judge Anderson:

I am writing this letter in support of William (Tom) Carey.  I am a Law Enforcement Psychologist, currently located on the Central Coast of California.  I met Tom in 2013 while I was employed with the Los Angeles County Sheriff's Department.  I was working closely with the Special Victims Bureau of LASD when Tom became the Bureau's Captain.

I was immediately impressed with Tom's level of professionalism and integrity.  In particular, the SVB learned quickly that we could without fail, trust Tom's word.  He went to bat for the hard working detectives, and was able to accomplish a great deal during his too brief tenure.  I consider myself to be a very good judge of character, and can honestly say that Tom exemplifies good character and integrity.  He is extremely honest, loyal, personable, and trustworthy.  He is the most revered Captain the Bureau has experienced in many years - he is truly well loved by those of us who have worked closely with him.

I left the Department to be closer to family.  This was about six months

1

prior to Tom's retirement.  We have remained close friends, and I believe will remain life long friends.  I say this because I have total belief in Tom's good character.  He is extremely devoted to his children, family and friends.  Despite the situation that he finds himself in, I never hear him speak negatively of others, and he continues to be of service to others who are in need of support.

It is my hope that the court will exercise the utmost leniency in this matter.  Tom has given 35 years to law enforcement, and has excelled as a professional.  He has already suffered greatly through this situation, and I cannot imagine any possible reason for continued punishment.


Please do not hesitate to contact me should you have any questions.


*Laurie Estes*

Laurie Estes, PhD


2


59

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca 90012-4701

RE:  Tom Carey

To The Honorable Judge Anderson:

I am a retired Custody Assistant for the Los Angeles County Sheriff's Department, who retired after 27 1/2 years of serving the Department.  I would like to give you my opinion of Tom Carey, not just as a boss, but as a friend also.

I met Tom when he arrived at Pitchess Detention Center years ago.  When he transferred to my facility, Tom already had a great reputation.  As you probably know, your reputation pretty much precedes you as you go from position to position.
Tom is a man of moral character.  When he was a Watch Commander on our shift, we subordinates always knew that things would be run right.  And, we appreciated that, as we felt very secure that we were in a safe environment.  Tom always made sure that we would adhere to the Department's core values.  Everyone respected Tom and we would do our best to make him proud of us.  I remember that if we had problems at work, everyone hoped that Tom would be on duty to help us out.  He was also a mentor to a lot of the young Deputies.  They all looked up to him.  A common thing, as you would walk past his office, would be to see them in there asking his advice.  I remember Tom at work as always being available if you needed to talk to him about a problem.

You could not work for Tom too long without becoming his friend.  He was always willing to chip in for our events at work and outside of work, which we all loved.  Tom was able to form that subordinate-friend bond that a lot of the other supervisors couldn't achieve.

I remember a certain instance at work when I received a false allegation from a co-worker.  I was very depressed and Tom kept me grounded.  In the end, I was exonerated.

Everything that is happening to him now is so inconsistent with his professionalism to the Department and to his character, his morals and values.  That is why I am glad to write to you.  While I am not in a position to judge, I will hope that you will be lenient and keep all the good things in mind.

Thank you for your time and consideration.


Linda Danheiser

60

May 12, 2016

Honorable Percy Anderson
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012-4701

Re: Tom Carey

Dear Judge Anderson,

This letter is to share my perspective on Tom Carey as you consider proper resolution of his case.

I've known Tom since 2013. In our first conversation surfaced his humility, sincere diligence in doing the right thing, protecting policy and people without violating one for the other. I listened carefully to Tom and found myself referring to his words often. Mutual friends who've known Tom in ranges of 1-15 years shared similar facts of his character. Based on my experience and patterned history of others, I knew I'd found a great mentor in Tom. He graciously accepted to mentor me and took time to do so without concern for compensation. He has an extraordinary sense of respect (professionally & personally) for people and policy, which is why I knew he would guide me well when needed. As a woman in my mid 40's, in a District Vice President roll with over 100 VP's in my company and less than 5% females in my position, I must choose my mentors carefully with sustainability and longevity in mind. I've been fortunate to see Tom demonstrate and convey profound belief in honesty, doing the right thing in following policy and treating people well, working smart and working hard.

I am unaware of the circumstances of allegations in his case, whatever it may be, does not reflect the true character of Tom Carey.

I humbly request the court to exercise the utmost grace and leniency in this matter. The county has lost a great public servant. Please feel free to contact me with any questions (949) 689-9757.

Sincere Regards,

Lisa M. Arteaga

1

61

May 12, 2016


Honorable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, CA 90012-4701


Dear Judge Anderson,


Please be advised that I have been a close personal friend of Tom Carey for nearly 21 years and remain a close friend today.  We are neighbors and our children grew up together.  Tom would work countless hours and off shifts and still took the time to coach a baseball team for my daughter and his son.

I have always thought and believed that Tom Carey is a man of character and trust.  He is someone you could always count on if you needed anything.  Tom has always displayed professionalism, honesty, good judgement and respect for authority.  I know he instilled this in raising his two children.   On a personal level he is one of the most caring people I know.  He loves his family more than anything and I know he would never do anything that would tarnish his name or jeopardize his reputation that he has worked his whole life for.

My humble request is that the Court exercises the utmost grace and lenience in this matter.  I am hopeful that you let this man retire from Law Enforcement with an honorable reputation that he has worked the past 35+ years for.


Very truly yours,


Lisa Beckwith

5/9/16

Honorable Percy Anderson

United States Court House

312 North Spring Street

Los Angeles, CA 90012-4701

Re: Tom Carey

Dear Judge Anderson:

My name is Margarita Ponce and I am writing this letter to support Tom Carey. I have had the pleasure of knowing Tom for 15 years. We dated for eleven years and have remained good friends. He has always been thoughtful and supportive to me and my two children. Tom is a loyal, honest and considerate individual.

I have watched him raise his children; Nick and Amanda. He has been an amazing father and supported them through all these years. Tom has shown nothing but love and dedication to his family. He has guided them in the right direction and they have developed into incredible young adults. Amanda is working for the NFL and Nick works for the Los Angeles Sheriff Department.

I have been baffled by the recent events because Tom Carey has always shown so much pride and commitment in his career. He was extremely proud to work for the Los Angeles Sheriff Department. He held his position in law enforcement in the highest regard. Tom was always willing to help anyone in need. I can recall a time we were driving on the freeway and he saw a woman stalled and locked out of her car right in the middle of the freeway. Tom did not hesitate to stop and help her because he said it was just part of his job even when he is not on duty. Your honor, Tom Carey will never lose the ability to want to help others. His job may be taken away but it will never affect the integrity and character he will forever keep.

Thank you for taking the time to read this,

Sincerely,

Margarita Ponce

63

May 9, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca 90012-4701

Re: William Thomas (Tom) Carey

To The Honorable Judge Anderson:

I am a retired Los Angeles County Deputy Sheriff, with over 28 years of service. I have known Tom for almost forty years. We met while working for a security company at concert venues. From my very first conversation with Tom, I could tell that he was a caring, personable individual. He was in the process of applying for his longtime goal, to be a member of the Los Angeles County Sheriff's Department. Tom and I quickly became good friends.

After Tom graduated from the Sheriff's Academy, I saw how proud he was to be a Deputy Sheriff. I looked up to Tom, and it was because of him, that I too, became a Deputy Sheriff. During the early part of my career, I didn't get the chance to work along side of him, but we remained close. He was the "best man" at my wedding, and I was in his. When my children were born, Tom was right there with me.

Tom Is a man of tremendous moral character and integrity. I have never heard anyone throughout our Department say anything negative about him. It was just the opposite. Anyone that knew him, gave him high praise. He would do anything to help others. In 2007, one of my co-workers was tragically killed in the line of duty. I put on a fund raising golf tournament to help out his family. When Tom heard about this, he immediately and unselfishly donated a weeks stay at his vacation home in Hawaii, as a raffle prize.

Here is yet another example of Tom's character. Tom and his wife Carrie divorced several years ago. She remarried and had two more children. Unfortunately, her husband suddenly passed away, leaving Carrie to raise those two small kids alone. In late 2012, Carrie was involved in a terrible car accident, and was hospitalized for many, many weeks. Tom was at the hospital virtually every day, making sure her children had everything they needed. Recently, Carrie was having some problems with her 12 years old son. Being the man that Tom is, he stepped up and took the boy into his home to help get him back on track. Because of this, the boy is doing much better, not only with his family, but at school too.

I don't know all of the circumstances of this case, but I do know the criminal conduct Tom was accused of does not reflect the true character of him as a man.

Thank you for your time and consideration.

Mark J. Shaughnessy

64

Honarable Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, CA 90012-4701


Dear Judge Anderson


Tom Carey has been a loving and caring friend of mine for over 25 years. Tom is also a truly dear friend to my whole family. Tom has always been present at our family gatherings, birthdays, super bowls, holidays you name it, Tom has been right there with us. Tom is also a loving and devoted family man who has raised two of the best kids I know. I worked at Village Christian Schools for 54 years and some of my favorite memories are when Tom's kids would come visit me in the kitchen. Every Friday I could always look forward to a great big hug from Tom's son even as his friends would look on wondering why he was hugging some old lady in the cafeteria. That's just how Tom raised him, always having so much to give just like his father.

Two of my sons have been lost to criminals here in L.A. My eldest was taken first, then 15 years later my youngest. During these dark and hopeless times Tom was there for me. He helped me to keep my faith and find the strength to keep going when all I wanted was to be with my boys again in heaven. Tom's friendship and support have been so important to me that it's impossible to imagine my life without it.

I know Tom has always been a good and honest sheriff. He worked his way up the ranks over many years with hard work and diligence and until this incident has had an impeccable record. Any job in the criminal justice system requires strength and dedication, especially those who literally put themselves in danger to protect the wellbeing of the public. Even those who survive long enough to earn a desk job still must carry the weight knowing that their actions and decisions hold the lives of not just the brave men and women on the force, but of the general public as a

65

whole. Over the course of 26 years Tom has put so many criminals away helping to ensure other mothers don't have to suffer what I did. 26 years, just imagine the lives saved and the good our city has benefitted from thanks to a quarter century of service and dedication from Tom Carey. I implore you to do the right thing in regards to Tom Carey. It may help to bear in mind what Pope Francis said in a recent article that a crucial aspect of our criminal justice system must be mercy, forgiveness, and second chances.

Thank You,

Mary Noble

Mary Noble

66

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, Ca. 90012-4701

Dear Judge Anderson,

My name is Mary Pettet and I am writing on behalf of Tom Carey a longtime friend of mine.  Tom has been like a family member to me.

Tom has been there during the good times and the hard times, the happy times and sad times.  He's been with my family for weddings, graduations, Holidays, Birthdays and during sickness and funerals.  When my mom died from cancer Tom was there with his steady manner and kindness which gave me and my siblings very needed support.   When my dad became ill and required a long stay in the hospital Tom would come by and visit – bring dinner, books, magazines and warm hearted conversation.  My dad so looked forward to these visits from Tom.  The smile on his face and lift in his spirit on those days was priceless and I will be forever grateful to Tom for taking the time from his busy schedule.  My dad loved him as though he was one of his own.  And when my dad had his last days Tom was there ever steady and supportive with a smile and a hug and reassurance that all would be OK.

Tom has qualities that are truly special, he is selfless and compassionate and really funny.   I am proud to call him my friend.

Sincerely
Mary Pettet

67

May 12, 2016

Re: Tom Carey

Honorable Percy Anderson
United States Court House
312 North Spring Street
Los Angeles, Ca. 90012

Dear Judge Anderson,

I have personally known Tom Carey since before I was married over 18 years ago. I met Tom through my husband and I remember thinking that he reminded me a lot of my own father. Tom and his children quickly became family friends. Tom had attended our wedding and as we began our family came to all of our children's early birthday parties year after year. Tom became a person that just by knowing and being around him made us better people.

If I could share with you a few words that best describe Tom in my mind they would be supportive, gentle, nurturing, loving, kind, unselfish, and honest. I am sure these seem like just words to say but I have witnessed these words in action. It was just a few years ago when his ex-wife Carrie was involved in a horrible car accident that almost took her life. Carrie had gone on to marry again and have two more children with her new husband. Her new husband had fallen ill and passed away leaving her a widow raising their two young children on her own. The two children she had with Tom were young adults at this time. As soon as Tom was notified that Carrie had been in a car accident he immediately ran to her side at the hospital. It was he that made sure that she received the utmost care and never left her side. It was he that stepped in as father to her two younger children making sure they were taken care of. Carrie spent just under a year in the hospital fighting for her life and nobody knew if she was ever going to come home the same person. During this time it was Tom that took her son to his football practices and games, helped them with school, and supported them emotionally and financially in their Mom's absence. He was there for them and was not even asked to do so. He made sure that he did whatever it took to keep their lives moving as normal as possible. To me this takes a pretty extraordinary person to take on your ex-spouses children. He had no obligation to do this but came from the kindness in his heart. Simply put he chose to do the right thing. It's hard enough to be parents to our own children let alone ones that are not. This above all shows me (not tells me) what type of man truly Tom is.

68

Tom has raised two of the most amazing children Nick and Amanda.   It was Amanda that quit her schooling at the University of Arizona to rush her mom's side after the accident.  She put her own ambitions aside to help her father care for her two younger step siblings.  All I can say is she was brought up that way and would have not changed it for the world.   She stepped in as Mom and did what was needed without question.  As the saying goes the apple does not fall far from the tree.  It is tough to be a child of a parent that is literally going through what seems like hell.  I have been there so I can speak from experience.  You almost start to believe in the saying that nice guys do really finish last.  You begin to question everything and wonder why we are here as a family. His children grew up seeing their father put everything into what he did.  He never looked for the easy way through things but rather the right way even if it meant he had to work harder. Tom had devoted over 30 years of his life to the Sheriff's Dept.  This has been with his blood, sweat and tears not just his time punching a clock and collecting a paycheck.   He has cared for and nurtured many young deputies on this department and 1 can include my husband on that list. He is a strong man with ethics that runs deep to his core. He is a man of his word and someone that you can rely on no matter what.  He will not sit in judgement but rather in raise you up to be the best possible version of yourself. He is truly a shining example of how to live one's life as a father, friend and co-worker/boss no matter where the work place.

If you wish to confirm any of the above, please don't hesitate to contact me at 661-803-7527

Sincerely,

Michelle Smelser

69

May 10, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

RE:  William Thomas Carey

Dear Judge Anderson,


I am a very close friend of Tom Carey and the brother of Dan Dougherty who may be one of Tom's best friends. I met Tom and his family several years ago when my brother moved into a quiet neighborhood in Santa Clarita. He quickly became a very good friend of Tom and his family. We have experienced nothing but great times together, including barbeques, vacations, exercising, mud runs and concerts. He has always been very respectful, fun loving, honest and a wonderful family man. He has had great success in both his personal and work life, measured by his position at the L.A. County Sherriff's office and both children who have graduated from college and moved to promising careers.

With his career in the sheriff's department, of course I have met several of Tom's co-workers and have been at several functions where they have been present. I have always witnessed a fine interaction, and resect within the group. His willingness to help others, family, friends and neighbors, has always been a part of his personality.

With respect, I am shocked after spending almost his entire career in law enforcement and protecting his community, that the allegations against him are factual. It is not in his personal make-up, beliefs or personality to be dishonest.

With all this said, I hope you take into consideration, a decision that would support a man who has made huge sacrifices for the safety and commitment to the city of Los Angeles. It's not often we find such wonderful people in our lives.

Sincerely,

Mike Dougherty
CEO
Pacific Water Solution Services, Inc.
555 N. El Camino Real #B
San Clemente, CA. 92672

NANCY R. OBERLIN

TOLUCA LAKE, CA   91602
818/762–4076

May 9, 2016

The Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA  90012-4701

      Re:   U.S. v. William Thomas Carey

Dear Judge Anderson:

     I write in support of William Thomas "Tom" Carey.  I have known Tom for over 25 years since he was previously married to Carrie Stuart, my cousin's daughter.  In all the years I have known Tom, I have always been impressed by his honesty, openness and loyalty.  He has consistently been a positive presence in our extended family through both good and amazingly difficult times.  He comforted my cousin while she was dying.  He has unhesitatingly taken up the mantle of father figure for Carrie's younger children when their father tragically died.  He was at Carrie's bedside when she was almost fatally injured in a traffic accident.  (As a matter of fact, because of his steadfast loyalty to our family, despite divorce, I absolutely knew that he would be at the hospital when I arrived, and I asked his son, Nick, where I could find him.)

     Tom is a wonderful father, a faithful and loyal friend.  I grieve for his situation, but I firmly believe that it was his loyalty and devotion to duty that ultimately led to his error in judgment.  This certainly is behavior that would not be repeated.

     Your Honor, I would urge and plead for leniency in sentencing.  Tom is a fine man who devoted his life to upholding the law and protecting all of us.  I, for one, would trust and believe in him completely.

                           Very truly yours,

                           Nancy R. Oberlin

71

## Patricia Ann Wenskunas

Irvine, CA 92619-4552

May 4, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson:

I'm writing this as my personal and professional opinion of Tom Carey and it is my hope that you consider this reference and support when making your final decision with his case before you.

In my capacity as Founder CEO of Crime Survivors, Inc., I have known and worked closely with Tom while he was a Captain of the Los Angeles County Sheriff's Department, and he has earned my trust, respect and friendship over these past several years.

As a supporter Tom has provided a great service to our community, to survivors of crime and to myself personally. His professionalism has been above most in this industry. He has proven himself as a leader through his time, dedication, commitment and words of wisdom. His expertise is a great value to our cause, community and to ones traumatized, victimized and healing to survive and thrive!

Tom has a zest for life and has a variety of interests. He can relate to people in many ways and on many levels, and will continue to be a great asset to our community with his experience and expertise. In fact, Tom's faith is a strong part of his core and future and one I hope to be blessed with moving forward. With Faith, there is Hope…

I could continue on with more glowing accounts of Tom, but will instead simply say that I really do think the world of him and respect him greatly. It is my hope to continue a longstanding friendship and that he will always continue as a supporter and volunteer of our organization, Crime Survivor's Inc.

I would without any reservation ask for your leniency when considering your final decision. Tom's character and integrity represent a man that stands for community above self and public safety!

Sincerely,

Patricia Wenskunas

Telephone: (949) 872-7895 • Fax: (775) 245-4798
Email: patriciawenskunas@gmail.com
Website: www.patriciawenskunas.com

Ralph Ruedas

Whittier, CA 90603

May 9, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

**Re: William T. Carey**

Dear Judge Anderson:

I would like to introduce myself to your court.  My name is Ralph Ruedas.  I have been employed by the Los Angeles County Sheriff's Department for 40 years.  My opinions are solely my own and do not represent those of the Los Angeles County Sheriff's Department.

I have known William Carey since approximately 1980.  Throughout the time I have known him, William Carey has demonstrated himself on numerous occasions to be a teacher, trainer, motivator and mentor.  He has done this not only in his professional capacity but in his personal life.

He has raised two children who have become successful adults.  His son Nick has served his country in combat with the United States Marine Corp.  His son's sense of duty, honor and service was learned by examples set by his father.

His daughter Amanda has also demonstrated selflessness, loyalty and duty.  At the age of 19 she became a primary care giver for her mother's 2 young children from another marriage after she was involved in a horrific automobile collision.  She delayed her college education to care for both children.  This selflessness and dedication to family was a trait she learned by example from her father.

William Carey has taken it upon himself to become the mentor to his ex-wife's children even though he was under no obligation to do so.  While his ex-wife was in the hospital William Carey opened his home to both children.  He has been the single male influence in the lives of his ex-wife's son and daughter.

Page 1 of 2

73

Because of the long lasting effects of his ex-wife's injuries, William Carey continues to mentor both children today. He actively tutors them and provides guidance in their lives. With his son Nick and daughter Amanda now busy with their careers, he has become a single parent of sorts to his ex-wife's children.

In his professional life he has provided guidance and mentoring to younger personnel starting their career in the department and has always demonstrated the highest degree of integrity and been unflinchingly honest in his dealings with everyone I know. Being a personal friend of his has never clouded his judgement about the difference between right and wrong.

I pray that the court exercise the utmost grace and lenience in this matter.

Thank You for your time and consideration.

Ralph Ruedas

Richard Odenthal

Lancaster, CA 93536
May 13, 2016


Judge Anderson
United States Court House
312 North Spring Street
Los Angeles, CA 90012-4701


Dear Judge Anderson:

This letter is to share my perspectives on Tom Carey as you consider the proper
resolution of the case before you.

I have known Tom professionally for nearly 40 years. My earliest contact with Tom was
when he was a deputy sheriff working patrol. His conduct and performance was
exemplary. I was pleased when I was a Lieutenant and Tom promoted to Sergeant and
was assigned to work under my supervision. He consistently exhibited the finest qualities
of a Sergeant, his personal work ethic was equal to the highest standard expected by the
Department. He took great pains to instill a strong work ethic in the personnel under his
supervision ensuring their professional growth and providing careful guidance as needed
to ensure their personal performance met the standards of the Los Angeles County
Sheriff's Department.

While I am not fully conversant with the circumstances that led to Tom's guilty plea, it is
my opinion that whatever actions taken that led to any violations are outside the
behaviors that I associate with Tom.

It is my request that the Court considers the totality of Tom's career when passing
sentence in this matter.

Very truly yours,

S/Richard Odenthal, Captain (ret) LASD


75

May 4, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

RE: William Thomas Carey

Dear Judge Anderson,

My name is Rick Larue. I am a retired Los Angeles County Sheriff's Department Sergeant. I have known Tom Carey for approximately twenty-five years. Tom was my Field Training Officer in the late 1980's.

During my training period, Tom always handled himself in a professional manner, was very hard working, intelligent, and extremely ethical. Tom had the respect of his peers and supervision at the station and had the reputation of someone who could be counted on.

Over the years, Tom and I kept in touch. When I transferred to Detective Division, I would run into him at his units of assignment. I personally never heard anything but universal praise for Tom. In all the years I have known Tom, I have never heard a bad word spoken about him.

Tom was always trustworthy, moral, friendly, willing to help his fellow deputies, a superior supervisor, and truly loved being a Deputy Sheriff.

I am not fully aware of the circumstances of Tom's case. The totality of the criminal conduct, whatever it may be, does not reflect the true character of the man.

My humble request is that you be lenient in your sentencing of Tom. Tom has already suffered.

Thank you for your time and consideration,

Rick Larue

76

May 6, 2016

Honorable Percy Anderson
312 North Spring Street
Los Angeles, CA 90012-4701

     Re: Tom Carey

Dear Judge Anderson,

     This is to share our perspectives on Tom Carey as you consider the proper resolution of the case before you.

     We have known Tom going on ten years now. We met Tom through our children, who are Los Angeles County Sheriff Deputies. They would always speak to us of Tom with great respect and admiration. We met Tom at one of our family functions and immediately became very close friends. His family and ours have such a great time together. He has a fine family, and well managed with two extraordinary adult children. Tom is personable, professional, and, above all, unflinchingly honest.

     Tom always appeared to have the highest regard for his occupation and fairness in the judicial system. We have never known a person that was in law enforcement that reflected higher integrity than Tom Carey.

     We are hopeful that your understanding of Mr. Carey's character and services to law enforcement will be considered in your deliberations.

Sincerely,

Robert A. Mattice

Mary Kay Mattice

77

May 12, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: Tom Carey

To The Honorable Judge Anderson:

My name is Robert Harris. I am a retired detective of the Los Angeles County Sheriff's Department. I worked for the agency for 30 years and I retired three years ago from Homicide Bureau.

I have known Tom Carey for many years. He and I worked together as deputies in patrol at Firestone Station, 30 years ago. We became fast friends and have enjoyed a fantastic friendship and working relationship ever since.

I know Tom Carey as well as anyone. I know him to be a remarkably honest and decent person. He was also an exemplary policeman and supervisor. It would not be an exaggeration to say that Tom, throughout the course of his career, has saved dozens of lives and improved the lives of thousands of others. He was a dedicated law enforcement professional who took his job very seriously and always executed his position with the utmost of professionalism. I often used his example and sought his counsel in matters of integrity.

I now know Tom as a fellow retiree. We talk often. We share fond memories. We share time in church. I only hope this letter gives some insight into the man you are tasked to sentence. I would hate to leave you with any unanswered question in the face of such a grave decision. If I can be of any service, or answer any question, please do not hesitate to call me. I will attach my phone number.

Thank you for your consideration,

Robert Harris
(818) 489-0905

78

May 2, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Re: William T. Carey

Dear Judge Anderson,

I am writing this letter on behalf of William T. Carey, Captain Los Angeles County
Sheriff's Department. I will refer to him as "Tom" in this letter. I am writing this
heartfelt letter hoping that you will read it in it's entirety and consider some of the
things that you will learn about this man before your difficult task of sentencing.

I retired from Los Angeles County as a Deputy Sheriff with a Service-Connected
Disability, serving from 1985-1993. I am a successful Real Estate Broker working
for RE/MAX Leaders in the Denver, Colorado area. I am an Air Force Veteran, and
Basic Training Honor Graduate. I am a man of principle, integrity, and others will
say that I will tell you like it is.

I met Tom at 7901 S. Compton Avenue, known at the time as "Firestone Station" L.A.
County's first sheriff's station. He was assigned to me as my Field Training Officer,
for the next several months of intense training as a street patrolman. I have seen
Tom in countless situations where character, restraint, honesty, and judgment, are
tested---on a daily basis.

Most people have an Achilles heel, and Tom's would be his loyalty to his supervisors,
the department, and putting others ahead of himself. Tom was always dedicated to
the department, and was always there to help others when needed.
I've seen Tom exhibit this same caring attitude with not only law enforcement, but
with victims of crimes, and even those charged with a crime. Truthfully, I've seen
him provide support to arrestees that made bad decisions, and counseled them how
to make positive changes in their life. He has always been a people person, a
positive contributor to any task at hand.

I don't know enough about this incident or Tom's involvement if any, to comment,
but he is too good of a man to incarcerate. The majority of his life has been spent
serving members of the community.

Although I am far removed both in time and distance, it is very disturbing to think
that Tom could receive a harsh sentence for his role in this incident. I don't have a
dog in the fight as they say, just a voice to ask, "Please be as lenient as you possibly
can, and know you are doing the right thing."

79

As Life goes on and the things you see and experience, you start to realize what is important, and other stuff not so much.

Tom actually introduced me to my ex-wife, his former sister-in-law, and I don't hold that against him, if I can forgive him for that I ask that you may consider doing so as well.  Yes, I've known Tom not only as my supervisor, co-worker, and also as my brother in law at one time. He was a good husband, father, brother, uncle, "favorite son in law," friend, and more.

I feel strongly enough about Tom to write this letter, when due to divorce, and not being a part of the family, I have not seen nor have I spoken to Tom in probably 20 years.  I did have a phone conversation with him after this incident, that conversation, the news release of the incident, and this letter writing, all weigh heavily on my heart, I've written Obituaries that were easier to write.  Tom has already served a sentence that only someone with his background and character can place against themselves.

Thank you for your consideration.

Ron Payne

80

Ronald D. Spear. LASD Retired

Whittier, CA 90603

Honorable Judge Percy Anderson

United States Courthouse

312 North Spring Street

Los Angeles, California 90012-4701

Dear Judge Anderson,

I am writing to you on behalf of Tom Carey as you consider the resolution of his case.

I am a retired 32 year veteran of the Los Angeles County Sheriff's Department.  During my career I've had assignments in patrol and detective Division, including fifteen years as a detective sergeant assigned to the Narcotics Bureau and a group supervisor for a Drug Enforcement Administration (D.E.A.) taskforce.

Tom and I attended the Sheriff's Academy together and were assigned to our first Patrol Station together. We also served the City of West Hollywood together as supervisors of station personnel.

While I realize my closeness to Tom may seem biased, I am compelled to express my admiration of Tom as a man of character. I have looked up to Tom as a peer and mentor for over three decades.  He has demonstrated unyielding devotion to the Department's ideals and to the communities he has served with countless hours of service and a personal absence of guile in his dealings with others.  On the occasions that I needed direction or advice, it was Tom I turned to, knowing that his answers would be not just honest, but in the best interests of the duties we have as law enforcement officers.  Tom was always the first man in and the last man out, wherever he worked. He challenged anyone who did not give his best to the duties at hand.  As long as you were honestly giving your best, Tom was there to help you make it through.

I respectfully request that you consider that the current issue before you does not reflect the true character and heart of Tom Carey. He has, for many years, been a leader by example of real service to the citizens of Los Angeles.  I can attest that present circumstances aside, Tom is a man of sincere integrity and I offer this testament for your consideration.

Sincerely,

Ronald D. Spear, LASD Retired

81

ROY L. BURNS

Valencia, CA 91355

May 5, 2016

Honorable Andrew J. Guilford
United States District Judge

Re:  William T. Carey

Dear Judge Guilford:

This letter is written in reference to my personal and professional knowledge of William (Tom) Carey for your consideration in resolution of the case pending before you.

My knowledge of Tom dates back to 1982 when we were both young deputies on the Los Angeles County Sheriff's Department.  Upon first meeting him, I was impressed with his professionalism and dedication to duty. While working around Tom, I noticed how diligent his performance was as well as his high level of honesty.

Throughout our careers together I watched Tom become a true leader, a person who cared not only about his fellow deputies but also the people within the community.  He constantly invested his heart into his career while mentoring younger deputies and volunteering to the local communities.  As a result of his hard work and outstanding performance, Tom progressed up the ranks of the department achieving the rank of Captain.

It was truly my honor to have served with Tom. He was a model for younger deputies, an inspiration to fellow deputies, and most importantly, a stellar leader.  I can think of no event in which Tom conducted himself in a manner that would bring disgrace to him.

I am a former United States Marine (Recon) with service in the Republic of Vietnam. In addition, I served with three law enforcement agencies for approximately 35 years.  I have an intimate understanding of Duty, Service and Country. I also know quality people when I meet them.  Tom Carey has always lived up to the standards of the American Law Enforcement Officer. Tom Carey has fulfilled his obligation to honorably serve his community and its people for roughly 34 years. Tom Carey has risked his life many times without request for praise or medals.  I therefore ask you to humbly consider his long and exemplar career and show leniency in considering his punishment.

Respectfully,

S/
Detective Roy L. Burns (Ret.)
Los Angeles County Sheriff's Department

May 4, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

RE: William "Tom" Carey, retired Captain, Los Angeles County Sheriff's Department

Dear Judge Anderson,

I am writing this letter on behalf of William Tom Carey, whom I have known for approximately fifteen years in both a professional and personal capacity.   Currently, I am a Family Nurse Practitioner for Facey Medical Foundation and  Providence Medical Group in the community of Santa Clarita.  When I met Tom, I was a Registered Nurse assigned to Pitchess Detention Center North Facility, where Tom was a Lieutenant. Tom and I have remained good friends since, and over the past decade I have never known Tom to be anything less than a model public servant with an incredible work ethic and genuine integrity in all that he does. As a person, and as a professional, I have met very few people with Toms sterling character.

Professionally, Tom was a very approachable person with all his co-workers and subordinates.  He worked well with both his sworn and civilian staff, making time for everyone's concerns.   He always showed he cared and went out of his way to help anyone in need.  As a nurse in the jails, I treated hundreds of inmates for various injuries.  When Tom was on scene, he was always professional and courteous and extended assistance to the deputies, the inmates, and on many occasions, even to the inmate's families.  He always wanted to make sure everyone was okay and had the resources needed to get their job done.  Tom is also very diligent in making sure the inmates were protected and safe. I can say very few individuals in Toms position showed the compassion and concern towards others that Tom extended to everyone.

Tom was always a valuable resource to those around him.   He worked closely with the medical staff to ensure we were always safe in the jail and that we had a strong working relationship with the deputies which made our emergency responses almost flawless.  Tom was always there for the deputies. I saw him constantly talking and training the deputies on law enforcement related topics. He took his job seriously and enjoyed sharing his knowledge with all the younger deputies who were just starting their careers.  This was a man who was rarely seen in the office behind a desk. He was a consummate professional who lead from the front and by example.

Personally, Tom is one of the kindest and good hearted people I know. I have watched him stand by his family in the hardest of times; being a rock for his kids when their mother almost died in a car accident, taking in his ex-wives children when they had no one else, fixing their broken cars, wiping tears, and picking up the bills so no one else had to worry. He was and still is there for every game, doctor's appointment and mundane event because that is the kind of man he is. There really is no way to describe his compassion for others other than to say it is extraordinary. This is a man, who is currently raising his ex-wife's son as his own. Matt, lost his father at the young age of 5. Sadly, he lost his mother in many ways after her horrible accident that left her unable to care for him. Tom took Matt in and gave him stability, love, and a place he could call home. Matt has gone from a troubled young man with a 0.5 GPA (yes 0.5) in his core classes, over 13 absences, and 34 missing assignments to a happy well adjusted young man who now has a 3.5 GPA, 0 missed assignments, and zero absences. If this doesn't show the type of man Tom is, and his compassion for others I'm not sure what will. He has countlessly helped me, each of his friends, (and even strangers) the same way, giving each time without expecting anything in return. He is the guy who helps his neighbors and stops to give the homeless man a meal. He is always ready to lend a hand, offer a word of advice, send positive thoughts, or just be a pillar of strength to lean on when things aren't going as planned. Tom is not the guy who breaks laws or takes short cuts.

I, and my family, know Tom is a good citizen with outstanding moral character. I have never known Tom to violate anyone's rights or take advantage of his position. He is humble and dedicated to the community which he served and lived in. It truly haunts me that this has happened to him. I believe if he had the money to fight this, he would be vindicated. If Tom is guilty of anything, it is of trusting too much. He trusts everyone will do their job and the right thing. I beg of you, please allow Tom to remain out of jail. I know he will remain a vital part of the community and continue to value the laws he gave years upholding. I humbly beg you not to take the only parent / father Matt has away. This young boy has been through so much and is finally on the right path. Sentencing Tom to any jail time would only take another parent away from this young man and cause this family, that has been through so much, more pain. Tom is a exemplary man, who has always lived by the highest morals and ethics. He is a dedicated brother, father, and friend. I only hope my boys will one day be the kind of person Tom is. The kind of man who is honest, hard working, humble, caring, and honorable. This is the Tom I know. This is the Tom I hope you see...

Thank you for your time and consideration,

*Sharon L. Olsen*

Sharon L. Olsen FNP-BC
Family Nurse Practitioner, Board Certified

May 11, 2016

Honorable Judge Johnson
United States Courthouse


Dear Judge Johnson

This to share my perspectives on Tom Carey, who has been a close personal friend for over 35 years.  We have worked together side by side many times over that time span.  I have found him to honest, caring and extremely loyal.  He is very close  to me and my family, and I consider him almost to be my younger brother.

I don't know all the facts concerning his case but I do know he was a honest hard working Deputy Sheriff and devoted his career protection the citizens of Los Angeles County.

Its is my request that you consider the totality of his working career when determining his punishment.

Very truly your
Stephen V Haas
Sergeant LASD Retired

85

May 4th, 2016

Honorable Percy Anderson
United States Court House
312 North Spring Street
Los Angeles, CA. 90012-4701

Regarding: William Tom Carey

Dear Judge Anderson,

I would like to share my perspectives on William Tom Carey as you consider the proper resolution of the case before you.

I am a retired Deputy Sheriff and was employed by Los Angeles County Sheriff's Department for 35 years. I know him as "Tom" Carey. Tom Carey and I were in the same academy class together where he was a fine recruit and became a very good deputy sheriff upon graduation. After academy training we were assigned to custody duties then patrol stations. Tom and I worked at sister stations where he would help me with related calls and investigations. Tom was a solid peer and assisted me many times.

During our working relationship we became friends. As time went on, Tom studied and climbed the ranks of the department and touched the lives of many men and women on the department. I personally have never heard anyone say that he was dishonest or a poor supervisor. If you told me years ago that I would be writing a letter to a United States District Court Judge regarding the incidents that have affected the sheriff's department in the last few and that Tom Carey was involved and a scandalous perpetrator, I'd never believe you.

Being on the department and retiring in the last 15 months, I am aware of the investigation based on hearsay and news reports in ink, radio and television. The criminal conduct, whatever it may be, in my opinion, does not reflect the true character of Tom Carey. Tom as always supported the department policies, state and federal laws, and has been a very good family man to his family.

It is my humble request, that this Court exercises the utmost grace and lenience in this matter. Just going through this investigation in his life for these past several months has been punishment enough.

Thank you for your time and consideration.

Respectfully Yours,

Retired Deputy Steve Skrnich

# TERENCE P. JUDGE

## CAMARILLO, CALIFORNIA 93010

May 5, 2016

The HonorablePercy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA   90012-4701

Re: William Thomas Carey

Dear Judge Anderson:

I am a retired captain from the Los Angeles County Sheriff's Department, where I worked for thirty-four years.  That said, this letter is to share with you my opinion of William Thomas Carey, whose sentence is being considered by you.

I have known Tom since 1995, where he began to work for me as a sergeant in the Custody Division of the Sheriff's Department.  Custody Division is one of the most challenging assignments for a supervisor, as the young men and women assigned to custody are anxious and excited to get to patrol.  Most of them are young and immature, and require constant supervision.

This is where I first noticed Tom's exceptional approach in mentoring these young deputies and instilling in them the principles, ethics and morals that would one day make them productive and hard-working patrol deputies.  Tom would perhaps notice a deputy not doing his or her job properly, and he would take the time to sit that person down and explain, in depth, the reasons for doing things right.  He often shared proper patrol tactics and procedures for those on the short list going out to a patrol station.

He became a valuable asset to me as a watch commander, and as our careers moved forward, I also had him work for me at a patrol station, where I was the unit commander.  It was there that Tom continued to excel with patrol deputies by teaching them the right way to do things.  If they made a mistake, he was quick to point it out, and explain why it was wrong.  And he did these things with a professionalism and attitude of being amentor, so as  to prevent these patrol deputies from making poor decisions in the field, that could be harmful to the public, and/or their careers.

TELEPHONE (818) 388-7851

-2-

Over the twenty years that I've known Tom, he has also become a good friend.  That said, I was able to also observe him as a single parent, who was committed to teaching his own children the value of sound ethics and morals, and by living a life of doing the right thing.  Granted, mistakes happen, but they were all useful teaching tools for Tom as a father and as a supervisor.

I am not well versed in all the details of this investigation and subsequent case. Nonetheless, whatever Tom's involvement, it has caused him much personal strife and ostracizing by many of his peers and friends.  Because of his own personal struggle with what has occurred, and my personal knowledge of what his true character is all about, I am respectfully requesting your leniency with his sentencing.

Despite all that has occurred with Tom's case, I would still have Tom work alongside me, and will always consider him an honest and reliable friend, one who will do the right thing, even when it's the hardest thing he may have to do.

Thank you for your time and consideration,


Sincerely,


Terence P. Judge

88

May 11, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA., 90012-4701


RE: Tom Carey

Dear Honorable Percy Anderson,

My Name is Timothy Miley; I am a retired member of the Los Angeles County Sheriff's
Department, having served for close to 33 years. For Most of the last 20 years I was a
Homicide Detective and Supervisor.

I have known and worked with Mr. Carey, on and off, for 30 years. Tom Carey, as a
young Deputy, was hard working, dedicated, caring, smart and fair. He had empathy for
citizens who struggled to make a living with marginal resources. He strived to make
neighborhoods safe and communities better. There are about a dozen professional men
and women, in their thirties, who were at risk in the 1980's, that will name Tom as a
factor in avoiding the pitfalls of growing up impoverished.

Mr. Carey continued these traits as a supervisor; he was strict, fair and loyal. He did not
tolerate sloth or malfeasance of any sort. He was also a loyal employee whom the
Department depended upon.

After a particularly difficult divorce, Tom raised his children as the primary caregiver.
Both his son and daughter are smart contributing members of our society. His son served
his country in the United States Marine Corps.

As a lifelong public servant, like Tom Carey, I was heartbroken that the United States
Attorney's Office chose to pursue his prosecution. It is my belief that his guilty plea to
his charges only reflects the draconian consequences of a conviction coupled with the
staggering cost of a trial by jury. These charges are inconsistent with what I have
witnessed of his character and integrity. With that in mind, I'm pleading for you to be
lenient in your sentencing of Tom.


Thank you for your time and consideration.

Timothy Miley

89

Honorable Percy Anderson                                                          May 1, 2016
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

My name is Tom Bryski and I have been employed with the Los Angeles County Sheriff's Department for thirty-two years. I am currently assigned to the Santa Clarita Valley Sheriff Station as a lieutenant and watch commander. I have had the honor to know and work with Tom Carey for the past twenty-five years, both in custody and patrol assignments. I consider him a good friend with a good heart. If there was a single word to describe Tom it would be selfless.

Several years ago, when Tom and I were both lieutenants, I was working as the graveyard shift watch commander at Santa Clarita Valley Sheriff Station. One night on a particularly quiet shift, a vehicle pursuit involving my deputies chasing someone driving a stolen vehicle began. The car was chased into a cul-de-sac, where the drive stopped and fled on foot. Deputies chased him and quickly arrested him. Shortly after that incident, I was placed under Administrative Investigation and given a five-day suspension for an alleged policy violation of the Sheriff Department's vehicle pursuit policy. Not agreeing that I violated Department policy, I decided to challenge the ruling by requesting a "Skelly Hearing" with my involved superiors including my captain, commander, and chief. After Tom learned about the pursuit and the facts of the case, he eagerly volunteered to represent me at the hearing without me even asking him. Tom attended my hearing with nothing to gain while possibly harming his own future career plans because he was going against the decisions of a captain, commander, and chief. With Tom's unselfish help, I won my case and it was determined that the vehicle pursuit was within policy. After the hearing, I asked my union representative, who was also in attendance, how often does someone win a case like this? She said "never."

About three years ago, Tom's ex-wife was involved in a devastating traffic collision that left her severely physically and mentally injured. Once again, without being asked, Tom immediately stepped in to help. His ex-wife has a son who was fifteen years old at the time. The boy's father was deceased, so when it became apparent that Tom's ex-wife could not raise the boy, Tom took him into his own home and has been raising him as his own by himself. Since the boy was taken into Tom's home, he has thrived. His school grades, which were failing before he moved in with Tom, are now A's. Tom is still raising the boy.

90

Tom Bryski
Continued


Those are just two of several examples that I have witnessed where Tom displayed unselfish acts by putting other people in front of himself. I recently had coffee with Tom. I told him that I was going to retire from the Sheriff's Department soon. Tom told me if he could come back on the department, he would do it in a heartbeat. Unfortunately for Tom, that can never happen. I believe it is a loss for the Los Angeles County Sheriff's Department because Tom truly is selfless.

I thank you for your time and consideration.



Sincerely,

Tom Bryski

Veronica Stuart

Albuquerque, New Mexico 87122

May 6, 2016

Honorable Percy Anderson
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

My name is Veronica Stuart and I would like to provide the court with a character reference for Thomas Carey.  I have known Tom for twenty three years. We first met when I started dating his former brother in-law Michael Stuart in 1994. Tom was married to Carrie Stuart when Mike and I first met. I would see Tom at all of the Stuart family events, and functions. Carrie and Tom divorced a few years later but Tom still kept in close contact with the Stuart family.  The first initial years that Carrie and Tom were separated were a bit rough, although, the entire family was always supportive of their two children Nicholas (Nick) and Amanda, regardless of their marital status.

Tom has always been great father to Nick and Amanda. Carrie and Tom have always kept a good relationship with each other so that Nicholas and Amanda felt supported by both parents. In fact, Tom has stayed very close to the entire Stuart family.  He still regularly attends family events to this day to demonstrate how important it is to keep a commitment and stay involved.  I feel Tom has contributed greatly to why Nick and Amanda are responsible and respectful adults. He always made sure the kids were not lazy too.  There are eleven nieces and nephews in the Stuart family.  Nick and Amanda are the oldest.  They have taken care of or helped with the younger cousins since they were babies.  Tom is a great uncle too.  He has supported Carrie's two additional children Rylee and Matthew (Matt) by picking them up from extracurricular sports activities or babysitting when Carrie needed help.  Tom has and will continue to stay very involved in Nick and Amanda's lives.

I really do not like calling Tom my "former" brother in law.  Our family considers him a member of our family. He is my brother.  He has been through good and bad times with us big or small.  I recall many years ago when my father in law Gary needed help with keeping up with his home.

92

Honorable Percy Anderson
May 6, 2016
Page 2


My husband Mike and I had already moved to New Mexico. So we were visiting the family in California. When we arrived to my father in law's house Tom was outside painting the trim of Gary's house. Another more notable example was when Carrie Stuart was in a terrible automobile accident a few years ago. Carrie was in the hospital for a very long time. Tom helped their daughter Amanda with Carrie's two younger children, Rylee and Matt while she in the hospital and with whatever else was needed so that she could heal.


On a professional level, I have always known Tom to be a hard worker and outstanding citizen. Tom is a true representation of the strength of character. He dedicated his life to protect his community from evil and crime. His contribution to the Los Angeles County Sheriff's Department should be honored. I have great respect for him as a person and a Deputy. I am not a qualified individual to weigh in on these charges against him. Yet I am heartbroken that instead of Tom being honored for his many years of service, he is facing a punishment. My husband Mike was a deputy and was disabled retired due to neck and back injuries while protecting a civilian on the job. As a wife of a former Deputy, I understand the daily dedication Tom committed in his profession.

With all due respect, in my opinion, this case seems to be more about a dispute between two government agencies. We need to fight the real threat in our communities. Innocent people are being wronged by criminals. Children cannot play in their own front yards without the threat of being kidnapped. Criminals walk our streets ready to steal or vandalize property. These are just a couple of examples of the real threats to our society and where our tax dollars should be spent.

Thank you for consideration of my thoughts and opinions.

Sincerely,


Veronica Stuart

93

Wesley Jones

Saugus, Ca, 95403

(661) 400-9057

May 13, 2016

Honorable Percy Anderson

United States Court House

312 North Spring Street

Los Angeles, CA 90012-4701

Re: Tom Carey

Dear Judge Anderson,

I'm a family friend of Tom Carey and have I have interacted with him many times over the years while attending his children's sporting events.  His children were related to my family through marriage.  I always thought of Tom very highly as he displayed such strong support for his children.  I remember one game were his son looked up to him in the stands for approval while playing basketball.  It was apparent that his children thrived on his support and loved their father very much.

In seeing that Tom provided so well for his family, and always displayed a clean cut image of professionalism and service, he inspired me to pursue a career in law enforcement after separating from the Air Force.  He never hesitated to answer my questions regarding a career in law enforcement and was very supportive of whatever decision I made.   His encouragement helped me succeed in starting career with the California Highway Patrol, where I've been employed for the past 10 years.

I don't have a full understanding of what charges Tom is being held responsible for, and I'm frankly very perplexed that I was asked to write this letter.  I'm hopeful that sharing my knowledge of Tom's character and service to law enforcement will be considered in your deliberations.

Sincerely,

Wesley Jones

94