# Exhibit B

Book C-61 Page 197

Code 770-1

## APPOINTMENT OF DEPUTY

1-11-80
DATE

State of California ) SS
County of Los Angeles )

I, _____PETER J. PITCHESS_____ _____SHERIFF_____ of said County, do hereby
(APPOINTING OFFICER)     (TITLE)

appoint _____WILLIAM T. CAREY_____ _____Sheriff's Department_____
(APPOINTEE NAME)     (DEPARTMENT NAME)

a _____Deputy Sheriff_____
(DEPUTY TITLE)

APPOINTING OFFICER

## OATH

For the office of _____Deputy Sheriff_____

I, _____William Carey_____ do solemnly swear (or affirm) that I will
support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

_____William Carey_____

Subscribed and sworn to before me this

_11_ day of _January_ 19 _80_

JOHN J. CORCORAN, County Clerk

By _____ Deputy

APPOINTEE NOTE: The way you sign your name on the above line is the ONLY way you may sign as a Deputy.

### DO NOT WRITE BELOW

*FOR COUNTY CLERK USE ONLY*

| (FILE STAMP) | (REVOCATION) |
|---|---|
| ORIGINAL FILED<br><br>JAN 1 1 1980<br><br>JOHN J. CORCORAN,<br>COUNTY CLERK | |

APPOINTEE must have attained the age of 18 and be a citizen of this State.

*APPOINTMENT* must be signed personally by the principal. The OATH may be taken before any officer qualified to administer oaths, or may be brought by the appointee to the office of the County Clerk for taking of the oath. FILE this form when completed with County Clerk, 105K Courthouse, Los Angeles, California. REVOCATION of appointment may be made at office of County Clerk, or by obtaining from and filing with County Clerk, Revocation of Appointment form.

76D320Z (Rev. 9-77) 1-78
A202

**LASD_273717**

CONFIDENTIAL

96