# Exhibit C

SHERIFF'S DEPARTMENT BROADCAST          ANNOUNCEMENT
                                        OFFICE OF THE SHERIFF


TO:        ALL CONCERNED PERSONNEL

SUBJECT:   COMMANDER, CAPTAIN PROMOTIONS AND TRANSFERS

THE FOLLOWING PROMOTIONS AND TRANSFERS WILL BE EFFECTIVE SUNDAY, APRIL 4, 2010:


COMMANDER PROMOTIONS:

GOLDMAN, BUDDY, #213543, WEST HOLLYWOOD STATION, FIELD OPERATIONS REGION II, WILL PROMOTE TO COMMANDER AND TRANSFER TO OFFICE OF THE UNDERSHERIFF, EXECUTIVE DIVISION.

LA BERGE, JACQUES A., #232722, SANTA CLARTA VALLEY STATION, FIELD OPERATIONS REGION I, WILL PROMOTE TO COMMANDER AND TRANSFER TO HEADQUARTERS, FIELD OPERATIONS REGION I.

COMMANDER TRANSFER:

OSBORNE, ROBERT A., #060708, OFFICE OF THE UNDERSHERIFF, EXECUTIVE DIVISION, WILL TRANSFER TO HEADQUARTERS, HOMELAND SECURITY DIVISION.

CAPTAIN PROMOTIONS:

CAREY, WILLIAM T., #173140, MAJOR CRIMES BUREAU, DETECTIVE DIVISION, WILL PROMOTE TO CAPTAIN AND TRANSFER TO INTERNAL CRIMINAL INVESTIGATIONS BUREAU, LEADERSHIP AND TRAINING DIVISION.

HEBERT, KEVIN E., #277067, CENTURY STATION, FIELD OPERATIONS REGION II, WILL PROMOTE TO CAPTAIN AND TRANSFER TO PERSONNEL ADMINISTRATION, ADMINISTRATIVE SERVICES DIVISION.

LEE, STACY L., #121726, MEDICAL SERVICES, CORRECTIONAL SERVICES DIVISION, WILL PROMOTE TO CAPTAIN AND TRANSFER TO CENTURY REGIONAL DETENTION FACILITY, CUSTODY DIVISION.

MCLEAN, STEVEN M., #176795, ALTADENA STATION, FIELD OPERATIONS REGION I, WILL PROMOTE TO CAPTAIN AND REMAIN.


LASD_273466

CONFIDENTIAL

CAPTAIN TRANSFERS:

BECKER, PAUL, #207154, CONTRACT LAW ENFORCEMENT BUREAU, HOMELAND
SECURITY DIVISION, WILL TRANSFER TO SANTA CLARITA VALLEY STATION,
FIELD OPERATIONS REGION I.

DACUS, SAMUEL M., #448620, CENTRAL BUREAU, COURT SERVICES DIVISION,
WILL TRANSFER TO WEST BUREAU, COURT SERVICES DIVISION.

FENNELL JR., JOSEPH F., #213677, PERSONNEL ADMINISTRATION,
ADMINISTRATIVE SERVICES DIVISION, WILL TRANSFER TO TEMPLE STATION,
FIELD OPERATIONS REGION I.

FOGARTY, BRUCE A., #154825, CENTURY REGIONAL DETENTION FACILITY,
CUSTODY DIVISION, WILL TRANSFER TO CONTRACT LAW ENFORCEMENT
BUREAU, HOMELAND SECURITY DIVISION.

ROLLER, STEVEN M., #475281, INTERNAL CRIMINAL INVESTIGATIONS BUREAU,
LEADERSHIP AND TRAINING DIVISION, WILL TRANSFER TO CENTRAL BUREAU,
COURT SERVICES DIVISION.


LEROY D. BACA                                             PS/SNDG


LASD_273467

CONFIDENTIAL

99