# Exhibit D

SH-AD-593 4/75

*William Carey*

*File*



LIFE SAVERS IN THE LINE OF DUTY — Two Sheriff deputies received commendations Monday from the City Council for their quick actions in rescuing a Bellflower baby. Deputy William Carey administered CPR to the infant, who had stopped breathing, while his partner, Deputy Mike Leibrich, transported them to Charter Suburban Hospital in Paramount. Hospital staff credited the pair with saving the young girl's life. Pictured, from left, are: Councilman Ray O'Neal, Leibrich, Mayor James Earle Christo, Carey, Councilman John Ansdell, Captain Stephen Batchelor, Commander of the Lakewood Sheriff Station. Mayor Pro Tem Joseph Cvetko, and Councilman Mike Brassard.

LASD_273440

| STATION: | NEWSPAPER | ARTICLE DATE: |
|---|---|---|
| LAKEWOOD | PARAMOUNT JOURNAL, BELLFLOWER EDITION | Jan. 30, 1986 |

| FRONT PAGE ☒ | NO ARTICLES OF INTEREST ☑ | PAGE 1 OF 1 |

CONFIDENTIAL

DECEMBER 16, 1987

FROM: GERALD MINNIS, CAPTAIN      TO: DEPUTY WILLIAM CAREY  #173140
       FIRESTONE STATION              DEPUTY RICHARD LARUE
                                      FIRESTONE STATION

SUBJECT:  COMMENDABLE ACTIONS

ON DECEMBER 11, 1987, YOU WERE BOTH ASSIGNED TO UNIT
11 PM's.  AT 1551  HOURS, YOU RECEIVED A CALL OF A "BABY NOT
BREATHING," AND WERE DISPATCHED CODE THREE TO 1236 EAST 77TH
PLACE.  WHEN YOU ARRIVED  YOU IMMEDIATELY BEGAN EMERGENCY
LIFE SAVING PROCEDURES, BEING RELIEVED SHORTLY THEREAFTER
BY RESPONDING PARAMEDICS.  YOU NOTICED THAT NO AMBULANCE HAD
ARRIVED.  YOU VOLUNTEERED YOUR SERVICES TO TRANSPORT A
PARAMEDIC AND THE CHILD TO MARTIN LUTHER KING HOSPITAL.
YOU INITIATED A CODE THREE OPERATION AND REQUESTED A
PRIORITY RADIO CLEARANCE.  BY COORDINATING UNITS FROM
BOTH FIRESTONE AND LYNWOOD STATIONS, YOU CLEARED EVERY
MAJOR INTERSECTION IN YOUR ROUTE OF TRAVEL.  YOU ARRIVED
AT THE HOSPITAL IN THE MIMIMUM AMOUNT OF TIME, SAFELY
DELIVERING YOUR PRECIOUS CARGO OF A PARAMEDIC AND A BABY
CLINGING TO LIFE.  ALTHOUGH THE CHILD WAS ADMITTED IN
CRITICAL CONDITION, HE SURVIVED.  YOUR DECISIVE REACTIONS
AND PROFESSIONAL RESPONSE TO A LIFE THREATENING SITUATION,
GREATLY CONTRIBUTED TO THIS HAPPY ENDING.

YOUR PERFORMANCE WAS A CREDIT TO FIRESTONE STATION AND TO
THE SHERIFF'S DEPARTMENT.  I WOULD LIKE TO CONGRATULATE
YOU ON A JOB WELL DONE.

LASD_273436

CONFIDENTIAL

102

761551N25A - SH-AD-32A (6/91)

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE  January 22, 1996

OFFICE CORRESPONDENCE        FILE NO.

FROM:  STEVEN A. DAY, CAPTAIN          TO:  CLAUDE L. FARRIS, CAPTAIN
PITCHESS DETENTION CENTER              PITCHESS DETENTION CENTER
EAST FACILITY                          SOUTH FACILITY

SUBJECT: COMMENDATION - WILLIAM T. CAREY, SERGEANT

On January 17, 1996, the East Facility experienced a major inmate disturbance involving approximately 1500 inmates in several dormitories.

A response team from the South Facility, under the supervision of Sergeant William "Tom" Carey, responded to assist the East Facility personnel who were under extreme duress in their attempts to regain control of the facility.  On arriving, Sergeant Carey was directed by the Incident Commander to secure and hold several areas of the facility.  With only these minimal guidelines, Sergeant Carey effectively deployed his personnel and carried out his mission to completion. Sergeant Carey maintained control of his personnel and ensured they performed professionally and with restraint, amidst the turmoil and confusion.

Sergeant Carey, and his team, are to be commended for rising to the occasion and performing to the high standards expected of our personnel.  Sergeant Carey showed a degree of leadership and professionalism which should be emulated among his peers and for which we give him a resounding THANK YOU AND JOB WELL DONE!.

SAD:RL:rl

**LASD_273416**

**CONFIDENTIAL**

103

# Charter Suburban Hospital
Serving Southern California with Quality Health Care

16453 South Colorado Avenue
Paramount, California 90723
Telephone (213) 531-3110

MEMO TO:    Captain, Lakewood Sheriffs' Department

FROM:    Emergency Dept., Charter Suburban Hospital

DATE:    January 20, 1986

SUBJECT:    Commendation for Deputy Iom Carey

The Emergency Dept. staff would like to commend the prompt and efficient respiratory resuscitation administered to infant girl, Elise Van Dyke, on 1-17-86 by Deputy Carey. The premature infant was in respiratory distress when deputies responded to the Van Dyke home. Deputy Carey's prompt and efficient delivery of mouth-to-mouth resuscitation at the scene, en route to the hospital, was considered by the E.R. physician and nurses to have been very instrumental in facilitating the complete resuscitation of the infant, without complications. Our sincere thanks for a job well done.

Donna McDermott, R.N.
Clinical Coordinator
and the Emergency Staff

Note:    The infant was subsequently transferred by Lifeflight to Long Beach Memorial Neonatal ICU and upon checking today she is doing very well—no longer on the respirator and the prognosis, according to staff at LBMH, is good.

LASD_273442

CONFIDENTIAL

104



William T.                    Jaime  7-5-85
Deputies Carey and Castro;

I am writing this note to thank you for the kindness and the help that you gave me on Tuesday night, June 25th, when I needed your help to pick up my son from his irate father. I was quite hesitant to call the police that night, and I much appreciated your support and understanding.

Sincerely,

Pat Rodgers

LASD_273444

P.
6147 Glenmoor
Lakewood, CA 90713

  

Deputies Carey and Castro
Lakewood Sheriffs
5130 N. Clark Ave.
Lakewood, CA  90712

CONFIDENTIAL

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE   June 28, 1985

OFFICE CORRESPONDENCE          FILE NO.

FROM: STEPHEN O. BATCHELOR, CAPTAIN
COMMANDER, LAKEWOOD STATION

TO:   FIELD COMMAND POST PERSONNEL:
Deputy James Stroud #196113
Deputy Jamie Castro #196049

CONTAINMENT PERSONNEL
Deputy Scott Osborne #207261
Deputy Joe Dyer  #154853
Deputy Dale R. Johnson #150641
Deputy Donovan Vlieger #213439
Deputy Mike Digby  #196215
Deputy Dave Coleman #184879
Deputy Mike Bellino #216952

SUBJECT: TECHNICAL OPERATION
GRAND THEFT AUTO
COMMENDATIONS

SEARCH PERSONNEL
Deputy Tom Carey #173140

K-9 UNIT

Deputy Victor Kretsinger #051052

AIR SUPPORT-SKY KNIGHT
Deputy Frank Plass #072104
Pilot N. Kopanke

You are commended for your actions during a tactical operation
on June 23, 1985.  Lieutenant John Anderson and Sergeant David
Balch, Lakewood Patrol, have reported that on this date Deputy
Stroud attempted to stop a suspicious vehicle at Woodruff
Avenue and Flora Vista Avenue in Bellflower.  The vehicle
attempted to flee, but struck a curb and pole.  The three
suspects ran from the vehicle into the residential area.  A
containment was immediately established and a helicopter and
K-9 unit requested to assist in the search for the suspects
(it had already been established that the vehicle was stolen).

Upon the arrival of the K-9 unit (Deputy Kretsinger and his dog
Knospa) an announcement was made by Sky Knight and one suspect
surrendered.  After a search of the area was conducted a second
suspect was found.

Your quick response and your discipline in the containment
operation were the primary factors in the success of this
exercise.

Congratulations on a job well done!

Stephen O Batchelor

SOB/JEA/hms

**LASD_273445**

**CONFIDENTIAL**

106

781551N25A - SH - AD - 32A (2/72)

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

"A Tradition of Service"

OFFICE CORRESPONDENCE

DATE: January 26, 2005

FILE NO.

FROM:    JOHN M. WITT, CAPTAIN
         PALMDALE STATION

TO:    WILLIAM "TOM" CAREY, LIEUTENANT
       PALMDALE STATION

SUBJECT:    COMMENDATION

I would like to take this opportunity to thank you and commend you for the outstanding job you did as a member of the Station Fund Committee for Palmdale Station during calendar year 2004. I am well aware of the tremendous workload that you carry each and every day and I am so pleased that you unselfishly donated your time to assist with the many events, projects, remembrances, functions and station supplies that the fund assists with daily.

Your participation on this steering committee has clearly benefitted all of us assigned to Palmdale Station and many others with whom we associate. Once again, my sincere thanks and appreciation for your dedication, unselfishness and continued "Tradition of Service"!

Thanks for taking care of us Tom!

LASD_273480

**CONFIDENTIAL**

107

COUNTY OF LOS ANGELES                                    SHERIFF'S DEPARTMENT
                          M E M O R A N D U M

DATE: MAY 29, 1990                                      PAGE 1 OF 1

FROM: DAVID J. GOMEZ, CAPTAIN            TO: WILLIAM T. CAREY, DEPUTY
      COMMANDER, FIRESTONE STATION           FIELD TRAINING OFFICER

SUBJECT: FIELD TRAINING OFFICER INSIGNIA


IT IS MY PLEASURE TO CONGRATULATE YOU ON YOUR SUCCESS AS A FIELD
TRAINING OFFICER AND YOUR COMMITMENT TO THE DEPUTY ORIENTATION
PROGRAM AT FIRESTONE STATION.  YOUR WILLINGNESS TO TEACH OTHERS, YOUR
JOB KNOWLEDGE, AND YOUR DEDICATION TO OUR GOAL OF PRODUCING THE
HIGHEST CALIBER FIELD DEPUTY HAS HELPED MAKE FIRESTONE STATION ONE OF
THE FINEST TRAINING FACILITIES IN THE COUNTY.

BECAUSE OF YOUR RECENT ACCOMPLISHMENTS AS A FIELD TRAINING OFFICER,
IT IS MY PRIVILEGE TO ORDER YOU TO WEAR FIELD TRAINING OFFICER
INSIGNIA CHEVRONS ON YOUR UNIFORMS.

I LOOK FORWARD TO WORKING WITH YOU AND WITH THOSE MEN AND WOMEN WHO
HAVE THE BENEFIT OF BEING TRAINED BY YOU.


DJM/tdm

LASD_273499

CONFIDENTIAL

108

REV. 03/04 SH

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## REPORT OF PERFORMANCE EVALUATION
### MANAGEMENT PERSONNEL
(SWORN - CAPTAIN AND COMMANDER)

| Carey, William T. | 173140 | 2721 | A | 08/12/11 |
|---|---|---|---|---|
| MANAGER'S NAME | EMPLOYEE # | ITEM # | STATUS | DATE |

| Captain | LASD/LTD/ICIB | FROM 4/04/10 TO 04/03/11 |
|---|---|---|
| POSITION | DEPARTMENT, DIVISION, UNIT | PERIOD |

TYPE OF EVALUATION Annual "A"

Using the basic management functions listed below as a guide or outline, prepare a narrative summary of the manager's performance for each basic management function in relation to assigned responsibilities for this position during this rating period.

RATING CATEGORY FOR EACH FUNCTION

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT
UNSATISFACTORY

**BASIC MANAGEMENT FUNCTIONS**
(See reverse side for definitions and explanatory notes.)

| | OUTSTANDING | VERY GOOD | COMPETENT | IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|---|
| MANAGING HUMAN RESOURCES: | ☐ | ☐ | ☐ | ☐ | ☒ |
| MANAGING FINANCIAL AND MATERIAL RESOURCES: | ☐ | ☐ | ☐ | ☐ | ☒ |
| MANAGING WORK (SYSTEMS AND OPERATIONS): | ☐ | ☐ | ☐ | ☐ | ☒ |
| MANAGING INFORMATION: | ☐ | ☐ | ☐ | ☐ | ☒ |
| MANAGING AS A MEMBER OF A TEAM: | ☐ | ☐ | ☐ | ☐ | ☒ |
| MANAGING CHANGE: | ☐ | ☐ | ☐ | ☐ | ☒ |
| SELF-MANAGEMENT PRACTICES: | ☐ | ☐ | ☐ | ☐ | ☒ |
| MANAGING LOSS PREVENTION: | ☐ | ☐ | ☐ | ☐ | ☒ |
| OTHER: | ☐ | ☐ | ☐ | ☐ | ☐ |
| OVERALL EVALUATION: | ☐ | ☐ | ☐ | ☐ | ☒ |

Usually for each basic management function which is met, the specific results should be rated as "Competent".

The appropriate evaluation category for each basic management function shall be based upon the specific results attained in relation to the rating category. In other words the specific results should be consistent with the rating category.

The overall evaluation shall be based upon the total results attained in relation to the rating categories.

**LASD_273535**

| SIGNATURES OF REPORTING OFFICERS | Copy of report given to employee. |
|---|---|
| This report is based on my observation and/or knowledge. It represents my best judgment of my employee's performance. | BY _____ DATE 8-31-11 |
| RATER _Eric B. Smith_ DATE 08/12/11 | Copy of report mailed to employee. |
| Eric B. Smith, Commander PRINT/TYPE NAME/JOB TITLE | ADDRESS _____ DATE _____ |
| Review of appraisal by Superior Manager I concur in and approve this report. REVIEWER _____ DATE 8/15/11 | Report discussed with employee. BY _____ DATE 5-31-11 |
| I concur in and approve this report. DEPT. HEAD _____ DATE 8/19/11 (or Authorized Representative) | This report has been discussed with me. EMPLOYEE SIGNATURE: W.T-C _____ DATE 9-1-11 (Employee's signature does not imply agreement with the report but only that he or she has read it.) |

PERD _1005_ UNIT EPETS COMPLETED _9/16/201_ DEPT EPETS COMPLETED _9/16/19/1_

# CONFIDENTIAL

PERFORMANCE EVALUATION                                              PAGE 2
EMPLOYEE NAME:        CAREY, WILLIAM T.            04/04/10 THROUGH 04/03/11
EMPLOYEE NUMBER:      173140
POSITION:            CAPTAIN

During this rating period Captain Carey performed as the commander of the Internal Criminal Investigations Bureau (ICIB). In that capacity, he performed all of his duties in an outstanding manner.

Captain Carey is responsible for overseeing the day-to-day operations of the ICIB. His duties require him to be familiar with every aspect and function of the Bureau and ensure that each of his investigators complete their investigations in a timely, objective and thorough fashion. He is required to provide Department executives with regular briefings on the status of those investigations. Additionally, Captain Carey attends all Executive Shooting Reviews and Executive Case Review meetings. Captain Carey responds to requests from other Department units for the services of ICIB personnel. He also maintains liaison with numerous local, state and federal agencies that may request or require the assistance of the ICIB.

Captain Carey's performance is reflective of his dedication to the Department's Core Values and he never wavers from the Department's mission. He is conscientious, thorough and dedicated. During the relatively brief period of time that Captain Carey has been assigned to ICIB, he has developed a high level of expertise in the field of internal criminal investigations.

Captain Carey demonstrated excellent administrative and managerial skills. His leadership skills are also outstanding. During this rating period Captain Carey oversaw numerous highly sensitive investigations involving personnel from within the Department, as well as investigations involving personnel from outside agencies. In each case, Captain Carey's oversight was apparent based on the excellent quality of the finished product and the satisfaction expressed by those at whose behest the investigations were conducted.

The ICIB in particular and the Department as a whole have benefitted from Captain Carey's dedication and commitment. It was a pleasure to work with Captain Carey.

Captain Carey has reviewed the contents of his Personnel Performance Index and is aware of its contents. He has attended the Department's Policy of Equality training and is in full compliance with the requirements of the policy. Captain Carey is in possession of a valid California Driver License and has a current personal information/beneficiary form on file with the Department.

*Tom*
*Thank you for your dedication and excellent leadership. I appreciated your hard work. Roberta Abner*

LASD_273536

CONFIDENTIAL

REV. 03/04 SH

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**
**REPORT OF PROBATION EVALUATION**
**MANAGEMENT PERSONNEL**
(SWORN - CAPTAIN AND COMMANDER)

| Carey, William T. | 173140 | 2721 | A | 02/18/11 |
|---|---|---|---|---|
| MANAGER'S NAME | EMPLOYEE # | ITEM # | STATUS | DATE |

| Captain | LASD/LTD/ICIB | FROM 04/04/10 TO 10/03/10 |
|---|---|---|
| POSITION | DEPARTMENT, DIVISION, UNIT | PERIOD |

Using the basic management functions listed below as a guide or outline, prepare a narrative summary of the manager's performance for each basic management function in relation to assigned responsibilities for this position during this rating period.

| RATING CATEGORY FOR EACH FUNCTION | COMPETENT |
|---|---|
| | UNSATISFACTORY |

**BASIC MANAGEMENT FUNCTIONS**
(See reverse side for definitions and explanatory notes.)

| | COMPETENT | UNSATISFACTORY |
|---|---|---|
| MANAGING HUMAN RESOURCES: | ☐ | ☒ |
| MANAGING FINANCIAL AND MATERIAL RESOURCES: | ☐ | ☒ |
| MANAGING WORK (SYSTEMS AND OPERATIONS): | ☐ | ☒ |
| MANAGING INFORMATION: | ☐ | ☒ |
| MANAGING AS A MEMBER OF A TEAM: | ☐ | ☒ |
| MANAGING CHANGE: | ☐ | ☒ |
| SELF-MANAGEMENT PRACTICES: | ☐ | ☒ |
| MANAGING LOSS PREVENTION: | ☐ | ☒ |
| OTHER: | ☐ | ☒ |
| OVERALL EVALUATION: | ☐ | ☒ |

Usually for each basic management function which is met, the specific results should be rated as "Competent".

The appropriate evaluation category for each basic management function shall be based upon the specific results attained in relation to the rating category. In other words the specific results should be consistent with the rating category.

The overall evaluation shall be based upon the total results attained in relation to the rating categories.

| SIGNATURES OF REPORTING OFFICERS | Copy of report given to employee. |
|---|---|
| This report is based on my observation and/or knowledge. It represents my best judgment of my employee's performance. | BY M. Correa    DATE 03.08.11 |
| RATER _Eric B. Smith_    DATE 02/18/11 | Copy of report mailed to employee. |
| Eric B. Smith, Commander    PRINT/TYPE NAME/JOB TITLE | ADDRESS____ DATE____ |
| Review of appraisal by Superior Manager I concur in and approve this report. REVIEWER _____ DATE 02/22/11 | Report discussed with employee. BY _Eric B. Smith_ DATE 3/1/11 |
| I concur in and approve this report. DEPT. HEAD _Larry L. Walsh_ DATE 02/24/11 (or Authorized Representative) | This report has been discussed with me. EMPLOYEE SIGNATURE: _W. T. C___ DATE 3-4-11 (Employee's signature does not imply agreement with the report but only that he or she has read it.) |

LASD_273537

PERD _2101_    UNIT EPETS COMPLETED _3/8/11_    DEPT EPETS COMPLETED _4/14/11_

**CONFIDENTIAL**

111

**PERFORMANCE EVALUATION, PROBATIONARY**                                    PAGE 2
EMPLOYEE NAME:        CAREY, WILLIAM T.              04/04/10 THROUGH 10/03/10
EMPLOYEE NUMBER:     173140
POSITION:            CAPTAIN

During this rating period Captain Carey performed as the commander of the Internal Criminal Investigations Bureau. In that capacity, he performed all of his duties in an exemplary manner.

Captain Carey immersed himself in the work of the Bureau and took it upon himself to become intimately familiar with his staff of investigators as well as the intricacies of his position. His outstanding leadership style afforded him the ability to expertly manage the efforts of his personnel and maximize their effectiveness. He also oversaw numerous complex, high profile investigations involving members of the Department as well as personnel from agencies outside the Department. He did an excellent job to ensure the swift and objective resolution of these cases.

Throughout this rating period Captain Carey demonstrated excellent administrative and managerial skills. Captain Carey did a fine job of setting goals, identifying priorities, and accomplishing his objectives.

The Internal Criminal Investigations Bureau, as well as the Department as a whole, have benefitted from Captain Carey's leadership. It has been a pleasure to meet and work with Captain Carey.

Captain Carey has reviewed the contents of his Personnel Performance Index. He has attended the Department's Policy of Equality training and is in full compliance with the requirements of the policy. Captain Carey is in possession of a valid California Driver License and has a current personal information and beneficiary form on file with the Department.



Tom,
Thank you of for the level of enthusiasm and energy, dedication you brought to the Unit. I look forward to continuing to work and the great building on your leadership.
Roberto—

LASD_273538

CONFIDENTIAL

112

NARRATIVE SUMMARY
- - Definition of position and responsibilities
- - Definition of overall evaluation
- - Narrative summary evaluation for each basc management function In relation to work performed for that function and the rating category assigned.

1. MANAGING HUMAN RESOURCES: How wel does the manager Identify, recruit, and retain good employees? Are effective employer/employee relations maintained Are supervision and discipline handled well? How well does the manager recognize the strengths and weaknesses of his staff? Does the manager effectively use strengths? Does the manager make assignments to assist in eliminating weaknesses? Is turnover recognized and evaluated, are exit interviews utilized? Does the manager positively motivate the employees? Are the managers evaluations true reflections of assigned personnel? Is the manager effective in dealing with all levels of people in both the private and public sectors? Is the manager responsive to community based complaints regarding subordinates demeanor and actions? Does the manager hold subordinates accountable for validated complaints from the community? Does the manager cultivate harmonious working relations with members of the Department, other County departments, municipal, state, federal agencies, and the community? Does the manager hold his/her supervisors accountable for the quality of their and the deputies service product to the community and its clientele?

2. MANAGING FINANCIAL AND MATERIAL RESOURCES: Are material resources planned and utilized well? Are material resources maximized? Does the manager encourage and monitor efficient use of budget supplies and services? Does the manager plan and recognize unique budgetary needs that will affect his/her command in both the short and long term?

3. MANAGING WORK (SYSTEMS AND OPERATIONS): Are effective and realistic, short- and long-term plans developed and implemented? Does the manager control work of his/her command? Are systems and operations developed and implemented? Is productivity emphasized and measured? Are appropriate Unit, Bureau, Divisional, goals developed, implemented, and achieved in the designated time frame?

4. MANAGING INFORMATION: Does the manager report thoroughly and promptly and insure appropriate follow-up? Is communication with superiors, peers, subordinates, and the public effective? Is effective use made of the information source? Is confidentiality maintained?

5. MANAGING AS A MEMBER OF THE TEAM: Does the manager have a positive public relations image? How effective are relationships with other managers in the Department to which the manager is assigned; and with other Departments and other agencies with which work is coordinated? Does the manager create a team effort? Is the manager's leadership style conducive to a favorable and healthy organizational climate.

6. MANAGING CHANGE: How does the manager handle emergencies? how does the manager react to internal and external influences? Is the ability to be innovative and adaptable demonstrated? Does the manager take moderate and well-considered risks to increase the effectiveness of his organization? Does the manager plan ahead, anticipate the future and act accordingly?

7. SELF-MANAGEMENT PRACTICES: Does the manager accept responsibility? Is the manager decisive, independent, consistent, and reliable? Does the manager accept and use criticism to advantage? Is the manager flexible? Is an ethical approach displayed in work activities? Does manager provide ethical guidance for his/her staff? Does the manager display personal and organizational courage and confidence? Have personal development goals been established?

LASD_273539

CONFIDENTIAL

113

8.  MANAGING LOSS PREVENTION: Does the manager promote safety awareness within his/her command? Are employee training needs/requirements determined and acted upon? Are employee accidents investigated and appropriate corrective and or disciplinary action taken? Is absenteeism monitored and held to a minimum? Are injured or ill employees periodically contacted and returned to work as soon as possible? Are there periodic surveys to identify loss producing procedures and physical hazards?

9.  OTHER: Any other areas that the evaluator determines should be addressed in this manager's evaluation, e.g., does the manger display command ability during emergencies; does the manager make accurate timely decisions during emergencies; does the manager display sound reasoning in decision making and actions during emergencies; does the manager take into consideration the ramifications of his/her decisions during emergencies Including the health, safety and security of Departmental resources under his/her command?

BASIC MANAGEMENT FUNCTIONS: AND EXPLANATORY NOTES

The BASIC MANAGEMENT FUNCTIONS are the broad fundamental responsibilities which are characteristic of all managerial positions. These BASIC MANAGEMENT FUNCTIONS provide basic categories for the evaluation of specific results in each managerial performance function.

PROBATIONARY MANAGERS

Probationary managers must be rated either "Competent" or "Unsatisfactory" in accordance with the Rating Categories.

|  | Unsatisfactory | Competent |
|---|---|---|
| OVERALL EVALUATION: |  | X |

☒ I do

☐ I do not

recommend the probationer's final and complete appointment.

RATER'S SIGNATURE _____  Date _____02/18/11_____

REVIEWER'S SIGNATURE _____ Date _02/22/11_

LASD_273540

CONFIDENTIAL

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

REPORT ON PERFORMANCE EVALUATION · SWORN SUPERVISOR

(SERGEANT/LIEUTENANT)

NAME CAREY, William T.                                                                DATE March 12, 2010

TYPE OF EVALUATION: Annual/Change of item "X"                    FROM 07/11/2009    TO 04/03/2010

OTHER_____

EMPLOYEE'S RANK Lieutenant                                          EMPLOYEE NUMBER 173140

ITEM NO. 2719                    DEPT. 770 X DIVISION    Detective    UNIT Major Crimes Bureau

EMPLOYEE'S DRIVER'S LICENSE NO. ▮▮▮▮▮    CLASS C    EXPIRATION DATE 05/29/2012

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD:    Operations/HALT Lieutenant    ( 9 ) MONTHS

_____ ( ) MONTHS    _____ ( ) MONTHS

_____ ( ) MONTHS    _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

James Ritenour, Captain

OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER:    James Ritenour, Captain
PRINT/TYPE NAME/JOB TITLE

SIGNATURE R.J. STOVER    DATE 03/12/10

I HAVE REVIEWED THIS REPORT:

REVIEWER    William J. McSweeney, Chief
PRINT/TYPE NAME/JOB TITLE

DATE 4/11/1_

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD    DATE 4/19/10
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE W.T. C___    DATE 5-4-10

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS_____ DATE_____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE 5/4/10
COMMANDER

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE W.T. C___    DATE 5-4-10

PERD 1305    UNIT EPETS COMPLETED _____    DEPT EPETS COMPLETED ____ 8/24/__

SH-A-631 (REV. 03/04 SH)    (OVER)    LASD_273541

**CONFIDENTIAL**

115

NAME: CAREY, William T.                                          DATE: M.. .h 12, 2010

RATE EACH FACTOR:

| | OUTSTANDING | VERY GOOD | COMPETENT | IMPROVEMENT NEEDED | UNSATISFACTORY |
|---|---|---|---|---|---|

**1. ASSIGNMENT OF WORK**
- Plans and makes assignments
- Assigns work equitably
- Considers ability of subordinates
- *Effectively uses available resources*

| ☐ | ☐ | ☐ | ☐ | + |
|---|---|---|---|---|

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES**
- Ensures accuracy and thoroughness of work product
- Coordinates efforts of subordinates
- Coordinates subordinate's activities with other agencies

| ☐ | ☐ | ☐ | ☐ | + |
|---|---|---|---|---|

**3. WORK HABITS**
- Amount of work performed
- Completion of work schedule
- Observance of working hours
- Meets attendance standards
- Observance of safety rules
- Compliance with instructions
- Adherence to Department policy and procedures
- Orderliness in work
- Organizes work
- Application to duties
- Initiative
- Willingness to accept additional responsibility

| ☐ | ☐ | ☐ | ☐ | + |
|---|---|---|---|---|

**4. QUALITY OF WORK**
- Accuracy
- Neatness
- Thoroughness
- Effective oral communications
- Effective written communications

| ☐ | ☐ | : | ☐ | + |
|---|---|---|---|---|

**5. PERSONAL RELATIONS**
- Demonstrates impartiality and objectivity
- Maintains productive work relationship with subordinates
- Maintains productive work relationship with superiors
- Works cooperatively with all staff, civilian and sworn
- Assists public courteously
- Personal appearance-grooming/ dress

| ☐ | ☐ | ☐ | ☐ | + |
|---|---|---|---|---|

**6. TRAINING, EVALUATING AND DISCIPLINE**
- Identifies and addresses training needs
- Promotes supervisory development
- Cooperates with fellow supervisors in subordinate development
- Implements Department policies in disciplinary matters
- Promptly address citizen complaints
- Continually evaluates and documents performance of subordinates

| ☐ | ☐ | ☐ | ☐ | + |
|---|---|---|---|---|

**7. LEADERSHIP**
- Promotes harmonious staff relationships
- *Encourages open discussion*
- Provides guidance necessary for problem solving
- Understands and utilizes appropriate organizational channels
- Promptly address subordinate complaints/grievances
- Credibility
- Approachability
- Provides example of appropriate performance
- Supports Departmental programs

| ☐ | ☐ | ☐ | ☐ | + |
|---|---|---|---|---|

**8. DECISION MAKING ABILITY**
- Identifies problems rapidly and accurately, emergent/ non-emergent
- Makes logical, appropriate effective decisions without undue delay
- Accepts responsibility for decisions
- Considers safety factors in making decisions
- Demonstrates through knowledge of applicable laws, policies, and procedures

| ☐ | ☐ | ☐ | ☐ | + |
|---|---|---|---|---|

**9. OTHER**

| ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|

LASD_273542

CONFIDENTIAL

**PERFORMANCE EVALUATION**                                              **PAGE 3**

**EMPLOYEE NAME:**      **WILLIAM T. CAREY**
**EMPLOYEE NUMBER:**   **173140**
**POSITION:**          **LIEUTENANT**              **07/11/2009 TO 04/03/2010**

## ASSIGNMENT OF WORK

During this rating period, Lieutenant Carey has worked the Major Crimes Bureau as the operations lieutenant and also supervised the Halt Team. Lieutenant Carey addressed all supervisory and management challenges professionally, which has gained him the respect of both his peers and subordinates. His overall performance has earned him an outstanding rating.

## REVIEWS AND CONTROLS WORK OF SUBORDINATES

Lieutenant Carey accurately assesses the strengths and weaknesses of his sergeants, and he uses that knowledge in assigning tasks based on their varied attributes. He provides counsel and direction that develop weaker areas, while matching the strengths of subordinates, benefitting both personnel and the unit as a whole.

## WORK HABITS

Lieutenant Carey constantly completes both his administrative assignments and collateral duties in a quality-conscious and timely manner. He appropriately delegates tasks to sergeants who have shown the knowledge and ability to complete them. I have witnessed Lieutenant Carey provide general briefings and facilitate debriefings on critical incidents, discussing integrity, officer safety, policy, and many other crucial topics. His experience and motivation are reflected in the respect he has garnered from his subordinates. He is a consummate professional and is extremely tenacious. A captain could not ask for a better person to run the unit in his absence.

## QUALITY OF WORK

Lieutenant Carey consistently ensures all work turned into him is an accurate and thorough work product. He assists personnel by making himself available while continually monitoring each employee's progress. Lieutenant Carey finishes his assignments on or ahead of schedule and always well within Department guidelines.

## PERSONNEL RELATIONS

Lieutenant Carey balances his time, carefully maintaining professional relationships with the sworn and professional staff, and courteously assisting the public. Lieutenant Carey enjoys a solid reputation of being fair and objective. He maintains a businesslike, yet personable, disposition that commands respect. He truly cares about people and it shows in his dealings with subordinates and peers alike.

**LASD_273543**

**CONFIDENTIAL**

PERFORMANCE EVALUATION                                              PAGE  4

EMPLOYEE NAME:      WILLIAM T. CAREY
EMPLOYEE NUMBER:    173140
POSITION:           LIEUTENANT                      07/11/2009 TO 04/03/2010

## TRAINING, EVALUATIONS AND DISCIPLINE

Lieutenant Carey is quick to identify and correct any problems that arise in the scope of his position. He develops supervisory skills among sergeants and continues the progression of experienced investigators, besides just routine training. He can be counted on to come to a reasonable and sound solution through his careful research in analyzing any situation, be it tactical in nature or in interacting with the public.

## LEADERSHIP

Lieutenant Carey sets the example of a solid leader for his sergeants, who like and respect him. He is known for being approachable with any type of problem. Those who go to him know they will receive an honest and reasonable response. Lieutenant Carey does not shy away from addressing concerns relating to behavior and performance and does not hesitate to engage in immediate corrective actions or address concerns through appropriate channels. He maintains open lines of communications, both up and down the chain of command, concerning Departmental issues and policies. This is evident in numerous employee issues in where he met directly with the person involved and resolved the problem.

## DECISION-MAKING ABILITY

Lieutenant Carey shows good judgment in assessing tactical situations and critical incidents. He makes sound, effective, and logical decisions while remaining in firm control of the situation. He has a sound grasp on tactical fundamentals, as well as using resources for a maximum benefit.

## SUMMARY

Lieutenant Carey has shown outstanding leadership during this rating period. He understands the big picture and always ensures that those who work for him do the right thing. This is William's last evaluation as a lieutenant, in that he promotes to captain on April 4, 2010. I wish him all the best in his new assignment. He will be sorely missed at Major Crimes Bureau, but his legacy will last forever.

Lieutenant Carey is aware of and responsible for conducting himself in accordance with the Department's Policy of Equality, sections 3-01/121.00 through 3-01/122.25. He has attended Respect-Based Leadership Training and is well disciplined regarding the Department's Policy of Equality.

LASD_273544

CONFIDENTIAL

**PERFORMANCE EVALUATION**                                          **PAGE 5**

**EMPLOYEE NAME:**          **WILLIAM T. CAREY**
**EMPLOYEE NUMBER:**     **173140**
**POSITION:**                     **LIEUTENANT**                **07/11/2009 TO 04/03/2010**

Lieutenant Carey's Personnel Performance Index (P.P.I.) was reviewed and discussed with him. The report was determined to be accurate. He was provided with a copy of the printout.

The system and its purpose, according to Department policy, were explained.

Lieutenant Carey possesses a valid California driver's license, number ██████ which expires May 29, 2012.

Lieutenant Carey is aware of the Manual of Policy and Procedure, section 3-02/020.05, Employee's Personal Information Form. This section requires that each full time employee submit the "Employee's Personal Information Form" (SH-AD-91) annually on March 1st. This form shall be signed, dated, and submitted with or without changes.

Lieutenant Carey was given the opportunity to review and update his personal contact and beneficiary information as part of the annual employee performance evaluation process.

*Tom,*
*Thanks for your outstanding leadership while assigned to MCB! Good luck with your promotion and assignment to ICIB*
*Tom Marks*

*Thanks for all your help & your friendship. Good luck CAPTAIN.*

LASD_273545

**CONFIDENTIAL**

# COUNT⌐ ⊃F LOS ANGELES SHERIFF'S DE⌐ RTMENT

## REPORT ᴏN PERFORMANCE EVALUATION - SWORN SᴜPERVISOR

### (SERGEANT/LIEUTENANT)

NAME __Carey, William__    DATE __08/25/09__

TYPE OF EVALUATION: __Transfer "T"__    FROM __07/11/09__   TO __08/15/09__

OTHER_____

EMPLOYEE'S RANK __Lieutenant__    EMPLOYEE NUMBER __173140__

ITEM NO. __2719A__   DEPT. 770 _X_ DIVISION __FOR II__   UNIT __Century Sheriff's Station__

EMPLOYEE'S DRIVER'S LICENSE NO. ▮▮▮▮   CLASS __C__   EXPIRATION DATE __05/29/12__

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD: __On Loan - Major Crimes Bureau__   ( 1 ) MONTHS

_____ ( ) MONTHS   _____ ( ) MONTHS

_____ ( ) MONTHS   _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

Captain James Hellmold

## OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | | | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: __James J. Hellmold, Captain__
PRINT/TYPE NAME/JOB TITLE

_____ DATE 08/25/09
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER __CHIEF CECIL W. RHAMBO, JR.__
PRINT/TYPE NAME/JOB TITLE

__Cecil W. Rhambo Jr__ DATE 9/18/09
SIGNATURE

CONCUR IN AND APPROVE THIS REPORT.

DEPT HEAD _____ DATE 9-14-09
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE __W.T.C__ DATE 9-28-09

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE 9/25/09

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE __W.T.C__ DATE 9-28-09

**LASD_273546**

PERD __1305__   UNIT EPETS COMPLETED __10-1-09__   DEPT EPETS COMPLETED _____

W 10/16/09

SH-A-631 (REV. 03/04 SH)    (OVER)

# CONFIDENTIAL

NAME: Carey, William                                                 DATE: 6/25/09

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

1. **ASSIGNMENT OF WORK** ☐ ☐ ☐ ☐ ☐
   * Plans and makes assignments
   * Assigns work equitably
   * Considers ability of subordinates
   * Effectively uses available resources

2. **REVIEWS AND CONTROLS WORK OF SUBORDINATES** ☐ ☐ ☐ ☐ ☐
   * Ensures accuracy and thoroughness of work product
   * Coordinates efforts of subordinates
   * Coordinates subordinate's activities with other agencies

3. **WORK HABITS** ☐ ☐ ☐ ☐ ☐
   * Amount of work performed
   * Completion of work schedule
   * Observance of working hours
   * Meets attendance standards
   * Observance of safety rules
   * Compliance with instructions
   * Adherence to Department policy and procedures
   * Orderliness in work
   * Organizes work
   * Application to duties
   * Initiative
   * Willingness to accept additional responsibility

4. **QUALITY OF WORK** ☐ ☐ ☐ ☐ ☐
   * Accuracy
   * Neatness
   * Thoroughness
   * Effective oral communications
   * Effective written communications

5. **PERSONAL RELATIONS** ☐ ☐ ☐ ☐ ☐
   * Demonstrates impartiality and objectivity
   * Maintains productive work relationship with subordinates
   * Maintains productive work relationship with superiors
   * Works cooperatively with all staff, civilian and sworn
   * Assists public courteously
   * Personal appearance-grooming/dress

6. **TRAINING, EVALUATING AND DISCIPLINE** ☐ ☐ ☐ ☐ ☐
   * Identifies and addresses training needs
   * Promotes supervisory development
   * Cooperates with fellow supervisors in subordinate development
   * Implements Department policies in disciplinary matters
   * Promptly address citizen complaints
   * Continually evaluates and documents performance of subordinates

7. **LEADERSHIP** ☐ ☐ ☐ ☐ ☐
   * Promotes harmonious staff relationships
   * Encourages open discussion
   * Provides guidance necessary for problem solving
   * Understands and utilizes appropriate organizational channels
   * Promptly address subordinate complaints/grievances
   * Credibility
   * Approachability
   * Provides example of appropriate performance
   * Supports Departmental programs

8. **DECISION MAKING ABILITY** ☐ ☐ ☐ ☐ ☐
   * Identifies problems rapidly and accurately, emergent/non-emergent
   * Makes logical, appropriate effective decisions without undue delay
   * Accepts responsibility for decisions
   * Considers safety factors in making decisions
   * Demonstrates through knowledge of applicable laws, policies, and procedures

9. **OTHER** ☐ ☐ ☐ ☐ ☐

LASD_273547

CONFIDENTIAL

121

**PERFORMANCE EVALUATION**

**PAGE 3**
**07/11/09 TO 08/15/09**

EMPLOYEE NAME:        CAREY, WILLIAM
EMPLOYEE NUMBER:      173140
POSITION:            LIEUTENANT

During this rating period, Lieutenant Carey was on loan to Major Crimes Bureau. Lieutenant Carey's performance was deserving of an "Outstanding" rating.

Lieutenant Carey's leadership and investigative skills were so predominant that he was offered a position at Major Crimes Bureau, where he will oversee some of the Department's most critical investigations. I wish him all the best in his new position. He will be missed at Century Station.

Lieutenant Carey was available to his subordinates to assist them with any questions or concerns. He was attentive to details. He consistently used his expertise to train and mentor deputies and sergeants to handle any incident in a safe and professional manner.

Lieutenant Carey treated sworn, professional staff, and the public with respect and courtesy. He created a positive work environment and encouraged open discussion among personnel. He maintained a friendly and reserved demeanor.

Lieutenant Carey maintained a neat personal appearance and took proper care of his uniform and safety equipment.

**SUMMARY**
Lieutenant Carey attended the Respect Based Leadership Training and was well disciplined regarding the Department's Policy of Equality. He was aware of and responsible for conducting himself in accordance with the Department's Policy of Equality, Sections 3-01/121.00 through 3-01/122.25.

Lieutenant Carey's Personnel Performance Index (P.P.I.) was reviewed and discussed with him. The report was determined to be accurate. He was provided with a copy of the printout. The system and its purpose, according to Department Policy, were explained.

Lieutenant Carey reviewed his personnel file and confirmed that his personal and beneficiary information on file is correct.

Lieutenant Carey possessed a valid California driver's license, number ███████ which expires on May 29, 2012.

LASD_273548

**CONFIDENTIAL**

COUNT˜ ˜F LOS ANGELES SHERIFF'S DE˜ RTMENT

**REPORT ON PERFORMANCE EVALUATION - SWORN SuPERVISOR**

(SERGEANT/LIEUTENANT)

NAME Carey, William                                                      DATE   08/25/09

TYPE OF EVALUATION:  Annual "A"                    FROM   07/11/08   TO   07/10/09

                         OTHER

EMPLOYEE'S RANK  Lieutenant                              EMPLOYEE NUMBER   173140

ITEM NO. 2719A          DEPT. 770 X DIVISION      FOR. II      UNIT  Century Sheriff's Station

EMPLOYEE'S DRIVER'S LICENSE NO. N5006554      CLASS   C   EXPIRATION DATE   05/29/12

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD:   Detective Bureau Commander            ( 10 ) MONTHS

_____ (    ) MONTHS  On Loan - Major Crimes Bureau            ( 2 ) MONTHS

_____ (    ) MONTHS  _____ (    ) MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

Captain James Hellmold

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER:      James J. Hellmold, Captain
PRINT/TYPE NAME/JOB TITLE

_____ DATE 08/25/09
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER CHIEF CECIL W. RHAMBO, JR.
PRINT/TYPE NAME/JOB TITLE

Cecil W. Rhambo   DATE 9/10/09
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT.   _____ DATE 9-14-09
HEAD    SIGNATURE

COPY CF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S
SIGNATURE  W.T.C         DATE 9-28-09

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE 9/28/0 ?

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S
SIGNATURE  W.T.C         DATE 9-28-09

PERD   1305      UNIT EPETS COMPLETED  10-1-09;    DEPT EPETS COMPLETED  W  10/16/09

SH-A-631 (REV. 03/04 SH)                     (OVER)                     LASD_273549

**CONFIDENTIAL**

123

NAME: Carey, William _____. DATE: ⌐ 25/09

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

1. **ASSIGNMENT OF WORK** ................. ☐ ☐ ☐ ☐ [+]
   - Plans and makes assignments
   - Assigns work equitably
   - Considers ability of subordinates
   - Effectively uses available resources

2. **REVIEWS AND CONTROLS WORK OF SUBORDINATES** ........................ ☐ ☐ ☐ ☐ [+]
   - Ensures accuracy and thoroughness of work product
   - Coordinates efforts of subordinates
   - Coordinates subordinate's activities with other agencies

3. **WORK HABITS** ........................ ☐ ☐ ☐ ☐ [+]
   - Amount of work performed
   - Completion of work schedule
   - Observance of working hours
   - Meets attendance standards
   - Observance of safety rules
   - Compliance with instructions
   - Adherence to Department policy and procedures
   - Orderliness in work
   - Organizes work
   - Application to duties
   - Initiative
   - Willingness to accept additional responsibility

4. **QUALITY OF WORK** ...................... ☐ ☐ ☐ ☐ [.]
   - Accuracy
   - Neatness
   - Thoroughness
   - Effective oral communications
   - Effective written communications

5. **PERSONAL RELATIONS** ...................... ☐ ☐ ☐ ☐ [.]
   - Demonstrates impartiality and objectivity
   - Maintains productive work relationship with subordinates
   - Maintains productive work relationship with superiors
   - Works cooperatively with all staff, civilian and sworn
   - Assists public courteously
   - Personal appearance-grooming/dress

6. **TRAINING, EVALUATING AND DISCIPLINE** ................. ☐ ☐ ☐ ☐ [+]
   - Identifies and addresses training needs
   - Promotes supervisory development
   - Cooperates with fellow supervisors in subordinate development
   - Implements Department policies in disciplinary matters
   - Promptly address citizen complaints
   - Continually evaluates and documents performance of subordinates

7. **LEADERSHIP** ...................................................... ☐ ☐ ☐ ☐ [+]
   - Promotes harmonious staff relationships
   - Encourages open discussion
   - Provides guidance necessary for problem solving
   - Understands and utilizes appropriate organizational channels
   - Promptly address subordinate complaints/grievances
   - Credibility
   - Approachability
   - Provides example of appropriate performance
   - Supports Departmental programs

8. **DECISION MAKING ABILITY** ..... ............. ☐ ☐ ☐ ☐ [.]
   - Identifies problems rapidly and accurately, emergent/non-emergent
   - Makes logical, appropriate effective decisions without undue delay
   - Accepts responsibility for decisions
   - Considers safety factors in making decisions
   - Demonstrates through knowledge of applicable laws, policies, and procedures

9. **OTHER** .................................................................... ☐ ☐ ☐ ☐

LASD_273550

CONFIDENTIAL

**PERFORMANCE EVALUATION**

**PAGE 3**
**07/11/08 TO 07/10/09**

**EMPLOYEE NAME:** CAREY, WILLIAM
**EMPLOYEE NUMBER:** 173140
**POSITION:** LIEUTENANT

During the first ten months of the rating period, Lieutenant Carey was assigned as the Century Station Detective Commander. His leadership was instrumental to ensure quality in criminal investigations and prosecution of criminals. During the remaining two months of the rating period, Lieutenant Carey was on loan to Major Crimes Bureau. Lieutenant Carey's performance was deserving of an "Outstanding" rating.

Lieutenant Carey made himself available to answer any questions his subordinates had with proper procedures. He coordinated the efforts of deputies in the field where supervision was required. He was attentive to the neatness and accuracy of his subordinates' reports.

Lieutenant Carey demonstrated fairness and impartiality when dealing with his subordinates. He made an effort to treat sworn and professional staff with respect and courtesy. He maintained a neat personal appearance and took proper care of his uniform and safety equipment. Lieutenant Carey possessed the maturity and professionalism to listen to constructive criticism regarding his performance by his supervisors.

Lieutenant Carey was regularly called upon to communicate with members of the public. He was respectful and kind, while remaining focused on protecting and serving the public. This was an important factor in gathering useful information, as well as improving the relationship between law enforcement and the community.

Lieutenant Carey had vast detective experience, which proved valuable in the Department's effort to address crime throughout Century Station's patrol areas. He was at the forefront of commanding search warrant operations, gang sweeps, prostitution stings, and other special operations requiring investigative expertise.

Lieutenant Carey desired a positive work environment and encouraged open discussion among personnel. He maintained a friendly and reserved demeanor which promoted professional conduct by his subordinates. Lieutenant Carey followed the Department's chain of command, and kept his Unit Commander apprised of relevant information regarding personnel and station projects. He understood the Department's Policy of Equality and adhered to the Department's Core Values. He required the same of his subordinate personnel.

LASD_273551

CONFIDENTIAL

**PERFORMANCE EVALUATION**

**PAGE 4**
**07/11/08 TO 07/10/09**

**EMPLOYEE NAME:**      **CAREY, WILLIAM**
**EMPLOYEE NUMBER:**    **173140**
**POSITION:**      **LIEUTENANT**

### COMMENDATIONS

On August 21, 2008, Lieutenant Carey received a commendation from Chief of Police Rick Braziel, of Sacramento Police Department, and a Division Chief's nomination for his leadership in commanding Century Station personnel during the apprehension of three murder suspects from the Sacramento area hiding in South Gate.

### SUMMARY

Lieutenant Carey was honest, responsible, knowledgeable, professional, and respectful to the public. His consistent performance and strong leadership in achieving success in Lynwood made him deserving of an "Outstanding" rating.

Lieutenant Carey has attended the Respect Based Leadership Training and was well disciplined regarding the Department's Policy of Equality. He was aware of and responsible for conducting himself in accordance with the Department's Policy of Equality, Sections 3-01/121.00 through 3-01/122.25.

Lieutenant Carey's Personnel Performance Index (P P.I.) was reviewed and discussed with him. The report was determined to be accurate He was provided with a copy of the printout. The system and its purpose, according to Department Policy, were explained.

Lieutenant Carey has reviewed his personnel file and confirmed his personal and beneficiary information on file is correct.

Lieutenant Carey possessed a valid California driver's license, number  which expires on May 29, 2012.

LASD_273552

**CONFIDENTIAL**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## REPORT ON PERFORMANCE EVALUATION - SWORN SUPERVISOR

### (SERGEANT/LIEUTENANT)

NAME Carey, William _____ DATE 07/22/08

TYPE OF EVALUATION: Annual "A" _____ FROM 07/11/07 TO 07/10/08

OTHER _____

EMPLOYEE'S RANK Lieutenant _____ EMPLOYEE NUMBER 173140

ITEM NO. 2719A _____ DEPT. 770 X DIVISION _____ FOR II _____ UNIT Century Sheriff's Station

EMPLOYEE'S DRIVER'S LICENSE NO. N5006554 _____ CLASS C EXPIRATION DATE 05/29/12

MAJOR ASSIGNMENTS

SPECIFIC JOB(S) DURING EVALUATION PERIOD: Pitchess Detention Center - North ( 9 ) MONTHS

_____ ( ) MONTHS Watch Commander / Detective Bureau Commander ( 3 ) MONTHS

_____ ( ) MONTHS _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

Captain Bondell Golden

Captain James Hellmold

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | | | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: James J. Hellmold, Captain
PRINT/TYPE NAME/JOB TITLE

_____ DATE 07/22/08
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER CHIEF CECIL W. RHAMBO JR
PRINT/TYPE NAME/JOB TITLE

_____ DATE 9-12-g
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT HEAD _____ DATE 10/7/08
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE W.T.C _____ DATE 10-28-08

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE 10/28/08

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE W.T.C _____ DATE 10-28-08

PERD 1502 _____ UNIT EPETS COMPLETED 11-14-08 CL DEPT EPETS COMPLETED SL 11/5/08

SH-A-631 (REV. 03/04 SH)                    (OVER)                    **LASD_273553**

**CONFIDENTIAL**

127

NAME: Carey, William    DATE: ⌐/22/08

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK**
- ± Plans and makes assignments
- ± Assigns work equitably
- ± Considers ability of subordinates
- ± Effectively uses available resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES**
- ± Ensures accuracy and thoroughness of work product
- ± Coordinates efforts of subordinates
- ± Coordinates subordinate's activities with other agencies

**3. WORK HABITS**
- ± Amount of work performed
- ± Completion of work schedule
- ± Observance of working hours
- ± Meets attendance standards
- ± Observance of safety rules
- ± Compliance with instructions
- ± Adherence to Department policy and procedures
- ± Orderliness in work
- ± Organizes work
- ± Application to duties
- ± Initiative
- ± Willingness to accept additional responsibility

**4. QUALITY OF WORK**
- ± Accuracy
- ± Neatness
- ± Thoroughness
- ± Effective oral communications
- ± Effective written communications

**5. PERSONAL RELATIONS**
- ± Demonstrates impartiality and objectivity
- ± Maintains productive work relationship with subordinates
- ± Maintains productive work relationship with superiors
- ± Works cooperatively with all staff, civilian and sworn
- ± Assists public courteously
- ± Personal appearance-grooming/ dress

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**6. TRAINING, EVALUATING AND DISCIPLINE**
- ± Identifies and addresses training needs
- ± Promotes supervisory development
- ± Cooperates with fellow supervisors in subordinate development
- ± Implements Department policies in disciplinary matters
- ± Promptly address citizen complaints
- ± Continually evaluates and documents performance of subordinates

**7. LEADERSHIP**
- ± Promotes harmonious staff relationships
- ± Encourages open discussion
- ± Provides guidance necessary for problem solving
- ± Understands and utilizes appropriate organizational channels
- ± Promptly address subordinate complaints/grievances
- ± Credibility
- ± Approachability
- ± Provides example of appropriate performance
- ± Supports Departmental programs

**8. DECISION MAKING ABILITY**
- ± Identifies problems rapidly and accurately, emergent/ non-emergent
- ± Makes logical, appropriate effective decisions without undue delay
- ± Accepts responsibility for decisions
- ± Considers safety factors in making decisions
- ± Demonstrates through knowledge of applicable laws, policies, and procedures

**9. OTHER**

LASD_273554

CONFIDENTIAL

128

PERFORMANCE EVALUATION

**PAGE 3**
**07/11/07 TO 07/10/08**

EMPLOYEE NAME:        CAREY, WILLIAM
EMPLOYEE NUMBER:      173140
POSITION:            LIEUTENANT

During the first nine months of the rating period, Lieutenant Carey was assigned to Pitchess Detention Center - North Facility as a Watch Commander. A custody Watch Commander is a critical part of the supervisory and management structure of the Department. His leadership impacts the safety and effectiveness of personnel and inmates. This is of particular importance in the county jail system, where new deputies and personnel often receive their first assignment in a custodial environment.

During the remaining three months, Lieutenant Carey was assigned as the Detective Bureau Commander at Century Station. Lieutenant Carey also volunteered to perform several days a week as a Watch Commander to assist with staffing shortages. His performance was excellence in both positions.

Lieutenant Carey's performance is deserving of an "Outstanding" rating.

## ASSIGNMENT OF WORK
Lieutenant Carey makes excellent use of Departmental resources. He plans and assigns duties to ensure quality of life issues are handled and properly reported. Lieutenant Carey considers the ability of his subordinates and assigns work equitably and based on the needs of the Department.

## REVIEWS AND CONTROLS WORK OF SUBORDINATES
Lieutenant Carey makes himself available to answer any questions his subordinates may have to assist with proper reporting procedures. He coordinates the efforts of deputies in the field where supervision is required, and is attentive to neatness and accuracy of his subordinates' reports.

## WORK HABITS
Lieutenant Carey prepares himself well, and is always willing to assist with undesirable tasks. He understands the importance of community policing and imparts his knowledge to his team members. He demands professionalism from his subordinates, and regularly conducts inspections to uphold this standard.

Lieutenant Carey observes enforcement of safety rules, and makes an effort to ensure that everyone involved in training understands and complies.

**LASD_273555**

**CONFIDENTIAL**

PERFORMANCE EVALUATION

**PAGE 4**
**07/11/07 TO 07/10/08**

**EMPLOYEE NAME:**     **CAREY, WILLIAM**
**EMPLOYEE NUMBER:**     **173140**
**POSITION:**     **LIEUTENANT**

### QUALITY OF WORK

Lieutenant Carey's work product is always accurate, neat, and legible. His written reports provide the information intended to be communicated.

Lieutenant Carey applies all of his defensive driving skills while on duty. He had no preventable traffic collisions during this evaluation period.

On October 22, 2007, Lieutenant Carey received a Unit Commander's Commendation from Captain Bondell Golden of Pitchess Detention Center - South Facility for his leadership, professionalism, and commitment during a major fire that threatened Pitchess Detention Center. Lieutenant Carey reacted quickly and efficiently implementing an evacuation plan which resulted in the organized and safe transfer of fifteen hundred inmates to three different jail facilities.

### PERSONAL RELATIONS

Lieutenant Carey demonstrates fairness and impartiality when dealing with his subordinates. He treats sworn and professional staff with respect and courtesy. He is well respected by his subordinates and peers. This enhances his effectiveness and ability to uphold the Department's standards for professionalism. Lieutenant Carey possesses the maturity and professionalism to listen to and consider constructive criticism of his performance by his supervisors.

Lieutenant Carey is regularly called upon to communicate with personnel and members of the public. He is respectful and kind, while also remaining focused on protecting and serving the public. This is an important factor in gathering useful information, as well as improving the relationship between law enforcement and the community.

Lieutenant Carey maintains a neat personal appearance and takes proper care of his uniform and safety equipment.

### TRAINING, EVALUATING AND DISCIPLINE

Lieutenant Carey addresses the training needs of his personnel and gets them involved in training to strengthen their safety and performance.

**LASD_273556**

# CONFIDENTIAL

**PERFORMANCE EVALUATION**

**PAGE 5**
**07/11/07 TO 07/10/08**

| | |
|---|---|
| **EMPLOYEE NAME:** | **CAREY, WILLIAM** |
| **EMPLOYEE NUMBER:** | **173140** |
| **POSITION:** | **LIEUTENANT** |

Lieutenant Carey has worked with specialized units to develop valuable training classes for his personnel, and coordinate in-service training and briefings to promote safety and effectiveness.

**LEADERSHIP**
Lieutenant Carey promotes a positive work environment and encourages open discussion among personnel. He maintains a friendly and reserved demeanor. Lieutenant Carey follows the Department's chain of command and keeps his Unit Commander apprised of relevant information regarding personnel and station projects. He understands the Department's Policy of Equality and adheres to the Department's Core Values, and requires the same of his subordinate personnel.

Lieutenant Carey's leadership skills are particularly evident during critical incidents, which is common place at Century Station. As a Watch Commander, Lieutenant Carey has handled numerous vehicle and foot pursuits, deputy-involved shootings, murders, and various other emergencies. Lieutenant Carey can always be relied upon for calm direction and sound decision making during these incidents, and effectively leads his personnel to perform with the same level of excellence.

**DECISION MAKING ABILITY**
Lieutenant Carey uses his experience to identify and address problems that arise. His knowledge and experience also equip him to make sound tactical and procedural decisions, both in stressful and routine situations. He accepts responsibility for his decisions and is willing to consider input from his supervisors. He considers safety factors in the decisions he makes, while remaining aware of Departmental policies and procedures.

**SUMMARY**
Lieutenant Carey is honest, responsible, knowledgeable, professional, and respectful to the public. His consistent performance and strong leadership qualities make him deserving of an "Outstanding" performance rating.

LASD_273557

**CONFIDENTIAL**

131

PERFORMANCE EVALUATION                    PAGE 6
                                          07/11/07 TO 07/10/08

EMPLOYEE NAME:          CAREY, WILLIAM
EMPLOYEE NUMBER:        173140
POSITION:               LIEUTENANT

Lieutenant Carey has attended the Respect Based Leadership Training and is well
disciplined regarding the Department's Policy of Equality.  He is aware of and
responsible for conducting himself in accordance with the Department's Policy of
Equality, Sections 3-01/121.00 through 3-01/122.25.

Lieutenant Carey's Personnel Performance Index (P.P.I.) was reviewed and discussed
with him.  The report was determined to be accurate.  He was provided with a copy of
the printout.  The system and its purpose, according to Department Policy, were
explained.

Lieutenant Carey is aware of the Manual of Policy and Procedures, Section
3-02/020.05.  This section requires that each full time employee submit the "Employee's
Personal Information Form" (SH-AD-91) annually on March 1.  This form will be signed,
dated, and submitted with or without changes.

Lieutenant Carey has reviewed his personal information and has confirmed the
beneficiary information on file is correct.

Lieutenant Carey possesses a valid California Driver's License, number ███████,
which expires on May 29, 2012.

LASD_273558

**CONFIDENTIAL**

# SHERIFF'S DEPARTMENT-COUNTY OF LOS ANGELES

## REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME __William T. Carey__                                                    DATE __August 3, 2008__

TYPE OF EVALUATION:    ☐ ANNUAL    ☒ TRANSFER    FROM __7-11-2007__    TO __4-12-2008__

OTHER_____

EMPLOYEE'S RANK __Lieutenant__                                    EMPLOYEE NUMBER__173140__

ITEM NO. __2719A__    DEPT. 770 __    DIVISION __Custody Operations Division__    UNIT__PDC-North Facility__

EMPLOYEE'S DRIVER'S LICENSE NO. ▮▮▮▮    CLASS__C__    EXPIRATION DATE__05/29/2012__

MAJOR ASSIGNMENTS

SPECIFIC JOB(S) DURING EVALUATION PERIOD:    Day Shift Watch Commander    [9] MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

Ray Leyva, Captain

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | ✗ |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: ___Raymond Leyva, Captain___
PRINT/TYPE NAME/JOB TITLE

_____ DATE 8-3-08
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER__Donald A. Rodriguez, Commander__
PRINT/TYPE NAME/JOB TITLE

_____ DATE 8/23/08
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD_____ DATE 9/9/08
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE __W.T.C__    DATE __9-18-08__

COPY OF REPORT MAILED TO EMPLOYEE: ✓

ADDRESS_____ DATE_____

REPORT DISCUSSED WITH EMPLOYEE:

BY:_____ DATE __9/18/08__

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE __W.T.C__    DATE __9-18-08__

SH-A-631 (REV. 6/88)

SC 10/20/08

(OVER)

LASD_273559

1503

10-10-08 CL

CONFIDENTIAL

133

NAME: William T. Carey _____ . DATE: August 3, 2008 _____

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

1. **ASSIGNMENT OF WORK** ............ ☐ ☐ ☐ ☐ ☐
   ± Plans and makes assignments
   ± Assigns work equitably
   ✓ Considers ability of
     subordinates
   ± Effectively uses available
     resources

2. **REVIEWS AND CONTROLS WORK
   OF SUBORDINATES** ............ ☐ ☐ ☐ ☐ ☐
   ± Ensures accuracy and
     thoroughness of work product
   ± Coordinates efforts of
     subordinates
   ± Coordinates subordinate's
     activities with other agencies

3. **WORK HABITS** ............ ☐ ☐ ☐ ☐ ☐
   ± Amount of work performed
   ✓ Completion of work schedule
   ± Observance of working hours
   ± Meets attendance standards
   ± Observance of safety rules
   ± Compliance with instructions
   ± Adherence to Department
     policy and procedures
   ✓ Orderliness in work
   ✓ Organizes work
   ± Application to duties
   ± Initiative
   ± Willingness to accept
     additional responsibility

4. **QUALITY OF WORK** ............ ☐ ☐ ☐ ☐ ☐
   ± Accuracy
   ± Neatness
   ± Thoroughness
   ✓ Effective oral communications
   ± Effective written
     communications

5. **PERSONAL RELATIONS** ............ ☐ ☐ ☐ ☐ ☐
   ± Demonstrates impartiality and
     objectivity
   ± Maintains productive work
     relationship with subordinates
   ± Maintains productive work
     relationship with superiors
   ± Works cooperatively with all
     staff, civilian and sworn
   ± Assists public courteously
   ± Personal appearance-grooming/
     dress

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

6. **TRAINING, EVALUATING AND
   DISCIPLINE** ............ ☐ ☐ ☐ ☐ ☐
   ± Identifies and addresses
     training needs
   ± Promotes supervisory
     development
   ✓ Cooperates with fellow
     supervisors in subordinate
     development
   ± Implements Department
     policies in disciplinary
     matters
   ± Promptly address citizen
     complaints
   ± Continually evaluates and
     documents performance of
     subordinates

7. **LEADERSHIP** ............ ☐ ☐ ☐ ☐ ☐
   ± Promotes harmonious staff
     relationships
   ± Encourages open discussion
   ± Provides guidance necessary
     for problem solving
   ± Understands and utilizes
     appropriate organizational
     channels
   ± Promptly address subordinate
     complaints/grievances
   ± Credibility
   ± Approachability
   ± Provides example of appropriate
     performance
   ± Supports Departmental programs

8. **DECISION MAKING ABILITY** ............ ☐ ☐ ☐ ☐ ☐
   ± Identifies problems rapidly
     and accurately, emergent/
     non-emergent
   ± Makes logical, appropriate
     effective decisions without
     undue delay
   ± Accepts responsibility for
     decisions
   ± Considers safety factors in making
     decisions
   ± Demonstrates through knowledge
     of applicable laws, policies,
     and procedures

9. **OTHER** ............ ☐ ☐ ☐ ☐ ☐

**LASD_273560**

**CONFIDENTIAL**

134

**PERFORMANCE EVALUATION**

EMPLOYEE NAME:    William T. Carey
EMPLOYEE NUMBER: 173140
POSITION:            Lieutenant

**PAGE 3**
7-11-2007  TO  4-12-2008

This evaluation covers a period during which Lieutenant Carey was assigned as the Day Shift Watch Commander and Training/Scheduling Lieutenant at the Pitchess Detention Center, North Facility.  He performed in an outstanding manner.

As the Day Shift Watch Commander, he proved himself to be one of the most efficient, well organized, and structured lieutenants I have had the opportunity to work with.  As the Training and Scheduling Lieutenant, he had a unit dealing with a shortage of personnel, which required a tremendous amount of hands-on management from Lieutenant Carey.  In addition to staffing level issues, he dealt with the myriad of issues affecting training and overtime levels which impacted our personnel.  He handled these ongoing issues with a no-nonsense approach, which worked to the betterment of all.  As Watch Commander he handled the daily facility concerns effectively and efficiently, keeping me apprised of events as necessary, and handling most incidents with great skill and finesse.

Lieutenant Carey also possessed an uncanny ability to select the right individual for the right job.  This ability to evaluate past performance and predict future performance came through time and time again.  He put together a scheduling/ training staff that coordinated the workings of the many units in North Facility and North Annex and was truly outstanding.  His unit was frequently commended for the completed staff work they provide to our Headquarters operation.  In addition, his training group was able to meet the Chief's mandate for STC training compliance well ahead of schedule and within budget.

Lieutenant Carey's writing skills came through time and time again.  He helped to compose the responses to many requests for information and/or response letters that this unit was responsible for.  His written and verbal skills were excellent, with the correspondence that he authored being complete, yet concise.  His ability to proofread and his understanding of the written word were excellent.  I know that when a document reached my desk, it is well written and contained all the necessary information for a complete response.

Part of his duties required interaction with the many visitors and attorneys that arrived at North Facility.  He dealt with these visitors on a professional level, handling problems and concerns to their satisfaction, while also protecting the unit with thorough inquiries and investigations.

**LASD_273561**

**CONFIDENTIAL**

135

**PERFORMANCE EVALUATION**

EMPLOYEE NAME:    William T. Carey
EMPLOYEE NUMBER: 173140
POSITION:         Lieutenant

**PAGE 4**
7-11-2007  TO  4-12-2008

Lieutenant Carey's oral communication skills were also very good.  He was able to logically present information in a comprehensive anc orderly manner.  Far more important was his ability to be brutally honest in his responses.  He made recommendations and also provided other options when he felt that it was the right thing to do.  This was one of the most essential traits of an excellent lieutenant as it allowed him and me to look at issues from a variety of perspectives, yet settle on a course of action which was in the best interest of the Department, even if we didn't initially agree on the course embarked on.  He was rot a "yes" person as is so often the case in many units.

Lieutenant Carey possessed a friendly, outgoing personality that allowed him to interact well with our personnel.  He was truly a dedicated, hard-working, and responsible Lieutenant.  He set the highest expectat ons for those around him, including himself.  By doing so, he distinguished himself with a pattern of excellence.

Lieutenant Carey embraces the Department's Core Values.  He has attended the Respect-Based Leadership training and is fully compliant in all areas of the policy.

As part of the evaluation process, Lieutenant Carey was afforded the opportunity to review the entries on his Personnel Performance Incex (PPI) printout and the contents have been discussed with him.

A review of Lieutenant Carey's personal information and confirmation of current beneficiary information were also addressed.

Lieutenant Carey possesses a valid Class "C" Califcrnia driver's license, ███████ which expires on May 29, 2012.

**LASD_273562**

**CONFIDENTIAL**

## SHER___'S DEPARTMENT-COUNTY OF L___ ANGELES

### REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME William T. Carey                                                                      DATE August 15, 2007

TYPE OF EVALUATION:  ☒ ANNUAL  ☐ TRANSFER    FROM 7-11-2006    TO 7-10-2007

OTHER_____

EMPLOYEE'S RANK Lieutenant                                         EMPLOYEE NUMBER 173140

ITEM NO. 2719 _____ DEPT. 770 ____ DIVISION Custody Operations Division   UNIT PDC-North Facility

EMPLOYEE'S DRIVER'S LICENSE NO. ▮▮▮▮▮▮    CLASS C    EXPIRATION DATE 05/29/2012

MAJOR ASSIGNMENTS

SPECIFIC JOB(S) DURING EVALUATION PERIOD:  Day Shift Watch Commander    [12] MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

Ray Leyva, Captain

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: Raymond Leyva, Captain
PRINT/TYPE NAME/JOB TITLE

DATE 8-15-07
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER Donald A. Rodriguez, Commander
PRINT/TYPE NAME/JOB TITLE

DATE 8/30/07
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD_____ DATE 7-17-07
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE W.T.C    DATE 9-19-07

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS_____ DATE_____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE 9/19/07

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE W.T.C    DATE 9-19-07

SH-A-631 (REV. 6/88)

**LASD_273563**

10/18/07 S.H.

(OVER)

_____ 8/24/07 DEPT-EPTS_____

# CONFIDENTIAL

137

NAME: William T. Carey                                    DATE: just 15, 2007

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK** ☐ ☐ ☐ ☐ [+]
- + Plans and makes assignments
- + Assigns work equitably
- ✓ Considers ability of subordinates
- + Effectively uses available resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES** ☐ ☐ ☐ ☐ [+]
- + Ensures accuracy and thoroughness of work product
- + Coordinates efforts of subordinates
- + Coordinates subordinate's activities with other agencies

**3. WORK HABITS** ☐ ☐ ☐ [+] ☐
- + Amount of work performed
- ✓ Completion of work schedule
- + Observance of working hours
- + Meets attendance standards
- + Observance of safety rules
- + Compliance with instructions
- + Adherence to Department policy and procedures
- ✓ Orderliness in work
- ✓ Organizes work
- + Application to duties
- + Initiative
- + Willingness to accept additional responsibility

**4. QUALITY OF WORK** ☐ ☐ ☐ ☐ [+]
- + Accuracy
- + Neatness
- + Thoroughness
- ✓ Effective oral communications
- + Effective written communications

**5. PERSONAL RELATIONS** ☐ ☐ ☐ ☐ [+]
- + Demonstrates impartiality and objectivity
- + Maintains productive work relationship with subordinates
- + Maintains productive work relationship with superiors
- + Works cooperatively with all staff, civilian and sworn
- + Assists public courteously
- + Personal appearance-grooming/ dress

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**6. TRAINING, EVALUATING AND DISCIPLINE** ☐ ☐ ☐ [+] ☐
- + Identifies and addresses training needs
- + Promotes supervisory development
- ✓ Cooperates with fellow supervisors in subordinate development
- + Implements Department policies in disciplinary matters
- + Promptly address citizen complaints
- + Continually evaluates and documents performance of subordinates

**7. LEADERSHIP** ☐ ☐ ☐ ☐ [+]
- + Promotes harmonious staff relationships
- + Encourages open discussion
- + Provides guidance necessary for problem solving
- + Understands and utilizes appropriate organizational channels
- + Promptly address subordinate complaints/grievances
- + Credibility
- + Approachability
- + Provides example of appropriate performance
- + Supports Departmental programs

**8. DECISION MAKING ABILITY** ☐ ☐ ☐ ☐ [+]
- + Identifies problems rapidly and accurately, emergent/ non-emergent
- + Makes logical, appropriate effective decisions without undue delay
- + Accepts responsibility for decisions
- + Considers safety factors in making decisions
- + Demonstrates through knowledge of applicable laws, policies, and procedures

**9. OTHER** ☐ ☐ ☐ ☐ ☐

LASD_273564

CONFIDENTIAL

**PERFORMANCE EVALUATION**

EMPLOYEE NAME:   William T. Carey
EMPLOYEE NUMBER: 173140
POSITION:           Lieutenant

**PAGE 3**
7-11-2006  TO  7-10-2007

This evaluation covers a period during which Lieutenant Carey was assigned as the Day Shift Watch Commander and Training/Scheduling Lieutenant at the Pitchess Detention Center, North Facility.  He performed in an outstanding manner.

As the Day Shift Watch Commander, he has proven himself to be one of the most efficient, well organized, and structured Lieutenants I have had the opportunity to work with.  As the Training and Scheduling Lieutenant, he had a unit dealing with a shortage of personnel, which required a tremendous amount of hands-on management from Lieutenant Carey.  In addition to staffing level issues, he has had to deal with the myriad of issues affecting training and overtime levels which impacted our personnel.  He handled these ongoing issues with a no-nonsense approach, which worked to the betterment of all and continues to do so to this day.

Lieutenant Carey also possesses an uncanny ability to select the right individual for the right job.  This ability to evaluate past performance and predict future performance comes through time and time again.  He has put together a Scheduling/Training staff that coordinates the workings of the many units in North Facility and North Annex and is truly outstanding.  His unit is frequently commended for the completed staff work they provide to our Headquarters operation.

Lieutenant Carey's writing skills came through time and time again, as he helped to compose the responses to many requests for information and/or response letters that this unit was responsible for.  His written and verbal skills are excellent, with the correspondence that he authors being complete, yet concise.   His ability to proofread and his understanding of the written word are excellent.  I know that when a document reaches my desk, it is well written and contains all the necessary information for a complete response.

Lieutenant Carey's oral communication skills are also very good.  He is able to logically present information in a comprehensive and orderly manner.  Far more important is his ability to be brutally honest in his responses.  He will make recommendations and also provide other options when he feels that it is the right thing to do.  This is one of the most essential traits of an excellent Lieutenant, as it allows him and me to look at issues from a variety of perspectives, yet settle on a course of action which is in the best interest of the Department, even if we don't initially agree on the course embarked on.  He is not a "yes" person as is so often the case in many units.

**LASD_273565**

**CONFIDENTIAL**

139

**PERFORMANCE EVALUATION**

EMPLOYEE NAME:    William T. Carey
EMPLOYEE NUMBER:  173140
POSITION:               Lieutenant

**PAGE 4**
7-11-2006  TO  7-10-2007

Lieutenant Carey possesses a friendly, outgoing personality that allows him to interact well with our personnel.  He is truly a dedicated, hard-working, and responsible Lieutenant.  He sets the highest expectations for those around him, including himself. By doing so, he has distinguished himself with a pattern of excellence.

Lieutenant Carey embraces the Department's Core Values.  He has attended the Respect-Based Leadership training and is fully compliant in all areas of the policy.

As part of the evaluation process, Lieutenant Carey was afforded the opportunity to review the entries on his Personnel Performance Index (PPI) printout and the contents have been discussed with him.

A review of Lieutenant Carey's personal information and confirmation of current beneficiary information were also addressed.

Lieutenant Carey possesses a valid Class "C" California driver's license, ███████ which expires on May 29, 2012.

Bill (Tom) your hard work and dedicated service to this division is genuinely appreciated. Your leadership & guidance to the men and women assigned to North facility are equally appreciated. Congrat's are extended to you on this outstanding rating and for a job well done.

Chief

LASD_273566

**CONFIDENTIAL**

140

## SHERIFF DEPARTMENT-COUNTY OF LOS ANGELES

### REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME William T. Carey                                                      DATE January 15, 2007

TYPE OF EVALUATION:  ☒ ANNUAL  ☐ TRANSFER    FROM 7-11-2005  TO 7-10-2006
OTHER_____

EMPLOYEE'S RANK Lieutenant                                   EMPLOYEE NUMBER 173140

ITEM NO. 2719 _____ DEPT. 770 ___ DIVISION Custody Operations Division UNIT PDC-North Facility

EMPLOYEE'S DRIVER'S LICENSE NO. ████    CLASS C  EXPIRATION DATE 05/29/07

**MAJOR ASSIGNMENTS**

SPECIFIC JOB(S) DURING EVALUATION PERIOD:  Day Shift Watch Commander    ☐12 MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

Ray Leyva, Captain

---

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | ✗ |

---

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: Raymond Leyva, Captain
PRINT/TYPE NAME/JOB TITLE

_____ DATE 1-15-07
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER Donald A. Rodriguez, Commander
PRINT/TYPE NAME/JOB TITLE

_____ DATE 1/28/07
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _____ DATE 2-8-07
SIGNATURE

SH-A-631 (REV. 6/88)

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE W.T.C.    DATE 2-16-07

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS_____ DATE_____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE 2/16/07

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE W.T.C.    DATE 2-16-07

(OVER)

**LASD_273567**

CONFIDENTIAL

141

NAME: William T. Carey                                    . DATE: Jan    15, 2007

RATE EACH FACTOR:

OUTSTANDING  
VERY GOOD  
COMPETENT  
IMPROVEMENT NEEDED  
UNSATISFACTORY

OUTSTANDING  
VERY GOOD  
COMPETENT  
IMPROVEMENT NEEDED  
UNSATISFACTORY

**1. ASSIGNMENT OF WORK**
- ± Plans and makes assignments
- ± Assigns work equitably
- ✓ Considers ability of subordinates
- ± Effectively uses available resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES**
- ± Ensures accuracy and thoroughness of work product
- ± Coordinates efforts of subordinates
- ± Coordinates subordinate's activities with other agencies

**3. WORK HABITS**
- ± Amount of work performed
- ✓ Completion of work schedule
- ± Observance of working hours
- ± Meets attendance standards
- ± Observance of safety rules
- ± Compliance with instructions
- ± Adherence to Department policy and procedures
- ✓ Orderliness in work
- ✓ Organizes work
- ± Application to duties
- ± Initiative
- ± Willingness to accept additional responsibility

**4. QUALITY OF WORK**
- ± Accuracy
- ± Neatness
- ± Thoroughness
- ✓ Effective oral communications
- ± Effective written communications

**5. PERSONAL RELATIONS**
- ± Demonstrates impartiality and objectivity
- ± Maintains productive work relationship with subordinates
- ± Maintains productive work relationship with superiors
- ± Works cooperatively with all staff, civilian and sworn
- ± Assists public courteously
- ± Personal appearance-grooming/ dress

**6. TRAINING, EVALUATING AND DISCIPLINE**
- ± Identifies and addresses training needs
- ± Promotes supervisory development
- ✓ Cooperates with fellow supervisors in subordinate development
- ± Implements Department policies in disciplinary matters
- ± Promptly address citizen complaints
- ± Continually evaluates and documents performance of subordinates

**7. LEADERSHIP**
- ± Promotes harmonious staff relationships
- ± Encourages open discussion
- ± Provides guidance necessary for problem solving
- ± Understands and utilizes appropriate organizational channels
- ± Promptly address subordinate complaints/grievances
- ± Credibility
- ± Approachability
- ± Provides example of appropriate performance
- ± Supports Departmental programs

**8. DECISION MAKING ABILITY**
- ± Identifies problems rapidly and accurately, emergent/ non-emergent
- ± Makes logical, appropriate effective decisions without undue delay
- ± Accepts responsibility for decisions
- ± Considers safety factors in making decisions
- ± Demonstrates through knowledge of applicable laws, policies, and procedures

**9. OTHER**

LASD_273568

**CONFIDENTIAL**

142

**PERFORMANCE EVALUATION**

EMPLOYEE NAME:    William T. Carey
EMPLOYEE NUMBER: 173140
POSITION:              Lieutenant

**PAGE 3**
7-11-2005  TO  7-10-2006

This evaluation covers a period during which Lieutenant Carey was assigned as the Day Shift Watch Commander and Training/Scheduling Lieutenant at the Pitchess Detention Center, North Facility.  He performed in an outstanding manner.

As the Day Shift Watch Commander, he has proven himself to be one of the most efficient, well organized, and structured lieutenants I have had the opportunity to work with.  During his tenure, he has reorganized the clerical and training units and created several systems that have resulted in a more efficient and less time consuming operation.  As the Training and Scheduling Lieutenant, he had a unit dealing with a shortage of personnel, which required a tremendous amount of hands-on management from Lieutenant Carey as he dealt with the myriad of issues affecting staffing and overtime levels which impacted our personnel.  He handled this ongoing issue with a no-nonsense approach, which worked to the betterment of all and continues to do so to this day.

Lieutenant Carey also possesses an uncanny ability to select the right individual for the right job.  This ability to evaluate past performance and predict future performance comes through time and time again.  He has put together a scheduling/ training staff that coordinates the workings of the many units in North Facility and North Annex and is truly outstanding.  His unit is frequently commended for the completed staff work they provide to our Headquarters operation.

Lieutenant Carey's writing skills came through time and time again as he helped to compose the responses to many requests for information and/or response letters that this unit was responsible for.  His written and verbal skills are excellent, with the correspondence that he authors being complete, yet concise.   His ability to proofread and his understanding of the written word are excellent.  I know that when a document reaches my desk, it is well written and contains all the necessary information for a complete response.

Lieutenant Carey's oral communication skills are also very good.  He is able to logically present information in a comprehensive and orderly manner.  Far more important is his ability to be brutally honest in his responses.  He will make recommendations and also provide other options when he feels that it is the right thing to do.  This is one of the most essential traits of an excellent lieutenant as it allows him and me to look at issues from a variety of perspectives, yet settle on a course of action which is in the best interest of the Department, even if we don't initially agree on the course embarked on.  He is not a "yes" person as is so often the case in many units.

**LASD_273569**

**CONFIDENTIAL**

143

**PERFORMANCE EVALUATION**

EMPLOYEE NAME:   William T. Carey
EMPLOYEE NUMBER: 173140
POSITION:        Lieutenant

**PAGE 4**
7-11-2005  TO  7-10-2006

Lieutenant Carey possesses a friendly, outgoing personality that allows him to interact well with our personnel. He is truly a dedicated, hard-working, and responsible Lieutenant. He sets the highest expectations for those around him, including himself. By doing so, he has distinguished himself with a pattern of excellence.

Lieutenant Carey embraces the Department's Core Values. He has attended the Respect-Based Leadership training and is fully compliant in all areas of the policy.

As part of the evaluation process, Lieutenant Carey was afforded the opportunity to review the entries on his Personnel Performance Index (PPI) printout and the contents have been discussed with him.

A review of Lieutenant Carey's personal information and confirmation of current beneficiary information were also addressed.

Lieutenant Carey possesses a valid Class "C" California driver's license, ████████ which expires on May 29, 2007.

"TOM", YOUR HARD WORK AND DEDICATED SERVICE TO THIS DIVISION IS GENUINELY APPRECIATED. YOUR LEADERSHIP & GUIDANCE TO THOSE ASSIGNED TO PDC NORTH FACILITY ARE EQUALLY APPRECIATED. CONGRAT'S ARE EXTENDED TO YOU ON THIS OUTSTANDING RATING AND FOR A JOB WELL DONE.

CHIEF

LASD_273570

**CONFIDENTIAL**

144

## SHERIFF' PARTMENT-COUNTY OF LOS ELES
### REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME William T. Carey                                      DATE December 5, 2005

TYPE OF EVALUATION: ☒ ANNUAL ☐ TRANSFER      FROM  07-11-2004   TO  07-10-2005

OTHER_____

EMPLOYEE'S RANK Lieutenant                               EMPLOYEE NUMBER 173140

ITEM NO. 2719 _____ DEPT. 770 ____ DIVISION Custody Operations Division  UNIT PDC- NORTH FACILITY

EMPLOYEE'S DRIVER'S LICENSE NO. N█████      CLASS  C   EXPIRATION DATE 05-29-2007

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD:     WATCH COMMANDER.              ☐12 MONTHS
_____ ☐ MONTHS _____ ☐ MONTHS
_____ ☐ MONTHS _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

Captain Ray Leyva

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  | X |  |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: _____ Raymond Leyva, Captain _____
PRINT/TYPE NAME/JOB TITLE

_____ DATE 12/08/05
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER_____ Donald A. Rodriguez, Commander
PRINT/TYPE NAME/JOB TITLE

_____ DATE 12/12/05
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD_____ DATE 12-29-05
SIGNATURE

SH-A-631 (REV. 6/88)

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S
x SIGNATURE W.T.C____  DATE 2-15-06

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS_____ DATE____

REPORT DISCUSSED WITH EMPLOYEE:

x BY: _____ DATE 2/15/06

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S W.T. C____  2-15-06
x SIGNATURE _____ DATE____

(OVER)

LASD_273571   4/14/06

**CONFIDENTIAL**

145

NAME: William T. Carey                                      DATE: Dec     5, 2005

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK**
  + Plans and makes assignments
  ✓ Assigns work equitably
  ✓ Considers ability of
     subordinates
  + Effectively uses available
     resources

**2. REVIEWS AND CONTROLS WORK
OF SUBORDINATES**
  + Ensures accuracy and
     thoroughness of work product
  + Coordinates efforts of
     subordinates
  + Coordinates subordinate's
     activities with other agencies

**3. WORK HABITS**
  ✓ Amount of work performed
  ✓ Completion of work schedule
  ✓ Observance of working hours
  + Meets attendance standards
  + Observance of safety rules
  ✓ Compliance with instructions
  + Adherence to Department
     policy and procedures
  ✓ Orderliness in work
  ✓ Organizes work
  + Application to duties
  + Initiative
  + Willingness to accept
     additional responsibility

**4. QUALITY OF WORK**
  + Accuracy
  + Neatness
  + Thoroughness
  ✓ Effective oral communications
  + Effective written
     communications

**5. PERSONAL RELATIONS**
  + Demonstrates impartiality and
     objectivity
  + Maintains productive work
     relationship with subordinates
  + Maintains productive work
     relationship with superiors
  + Works cooperatively with all
     staff, civilian and sworn
  + Assists public courteously
  + Personal appearance-grooming/
     dress

**6. TRAINING, EVALUATING AND
DISCIPLINE**
  + Identifies and addresses
     training needs
  + Promotes supervisory
     development
  ✓ Cooperates with fellow
     supervisors in subordinate
     development
  + Implements Department
     policies in disciplinary
     matters
  ✓ Promptly address citizen
     complaints
  ✓ Continually evaluates and
     documents performance of
     subordinates

**7. LEADERSHIP**
  + Promotes harmonious staff
     relationships
  + Encourages open discussion
  + Provides guidance necessary
     for problem solving
  + Understands and utilizes
     appropriate organizational
     channels
  + Promptly address subordinate
     complaints/grievances
  + Credibility
  + Approachability
  + Provides example of appropriate
     performance
  + Supports Departmental programs

**8. DECISION MAKING ABILITY**
  + Identifies problems rapidly
     and accurately, emergent/
     non-emergent
  + Makes logical, appropriate
     effective decisions without
     undue delay
  + Accepts responsibility for
     decisions
  + Considers safety factors in making
     decisions
  + Demonstrates through knowledge
     of applicable laws, policies,
     and procedures

**9. OTHER**

LASD_273572

**CONFIDENTIAL**

146

**PERFORMANCE EVALUATION**                                               **PAGE 3**

EMPLOYEE NAME:    William T. Carey                   07-11-2004  TO  07-10-2005
EMPLOYEE NUMBER:  173140
POSITION:          Lieutenant

This evaluation covers a period during which Lieutenant Carey was newly assigned as the Day Shift Watch Commander at PDC-North Facility. He performed in a Very Good manner.

As the Day Shift Watch Commander, he has proven himself to be one of the most efficient, well organized, and structured lieutenants this rater has had the opportunity to work with. During his short tenure, he has reorganized the clerical and operations units and created several systems that have resulted in a more efficient and less time consuming operation

Lieutenant Carey also possesses an uncanny ability to select the right individual for the right job. This ability to evaluate past performance and predict future performance comes through time and time again. He has also put together a scheduling/ operations staff that coordinates the workings of the many units in North Facility and North Annex and is truly outstanding.

Lieutenant Carey's writing skills came through time and time again as he helped to compose the responses to many requests for information and/or response letters that this unit was responsible for. His written and verbal skills are excellent, with the correspondence that he authors being complete, yet concise. His ability to proofread and his understanding of the written word are excellent. I know that when a document reaches my desk, it is well written and contains all the necessary information for a complete response.

Lieutenant Carey's oral communication skills are also very good. He is able to logically present information in a comprehensive and orderly manner. Far more important is his ability to be brutally honest in his responses. He will make recommendations and also provide other options when he feels that it is the right thing to do. This is one of the most essential traits of an excellent lieutenant as it allows him and me to look at issues from a variety of perspectives, yet settle on a course of action which is in the best interest of the Department, even if we don't initially agree on the course embarked on. He is not a "yes" person as is so often the case in many units.

Lieutenant Carey possesses a friendly, outgoing personality that allows him to interact well with our personnel. He is truly a dedicated, hard-working, and responsible Lieutenant. He sets the highest expectations for those around him, including himself. By doing so, he has distinguished himself with a pattern of excellence.

Lieutenant Carey embraces the Department's Core Values. He has attended the Respect-Based Leadership training and is fully compliant in all areas of the policy.

As part of the evaluation process, Lieutenant Carey was afforded the opportunity to review the entries on his Personnel Performance Index (PPI) printout and its contents have been discussed with him.

A review of Lieutenant Carey's personal information and confirmation of current beneficiary information were also addressed.

**LASD_273573**

**CONFIDENTIAL**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## REPORT ON PERFORMANCE EVALUATION - SWORN SUPERVISOR

### (SERGEANT/LIEUTENANT)

NAME __CAREY, WILLIAM T.__     DATE __02-13-05__

TYPE OF EVALUATION: __Transfer "T"__     FROM __07-11-04__ TO __02-12-05__

OTHER _____

EMPLOYEE'S RANK __LIEUTENANT__     EMPLOYEE NUMBER __173140__

ITEM NO. __2719A__ DEPT. 770 __X__ DIVISION __FIELD OPERATIONS REGION 1__ UNIT __PALMDALE STATION__

EMPLOYEE'S DRIVER'S LICENSE NO. ██████ CLASS __C__ EXPIRATION DATE __05-29-07__

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD: __WATCH COMMANDER / SCHED. AND TRNG.__ ( 7 ) MONTHS

_____ ( ) MONTHS     _____ ( ) MONTHS

_____ ( ) MONTHS     _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

JOHN M. WITT, CAPTAIN

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

**NAME AND SIGNATURES OF REPORTING OFFICERS:**

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: __JOHN M. WITT, CAPTAIN__
PRINT/TYPE NAME/JOB TITLE

_____ DATE __02-13-05__
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER __Sammy Jones, Commander__
PRINT/TYPE NAME/JOB TITLE

_____ DATE __3-17-05__
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _____ DATE __7/4/05__
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE __W.T.C.__ DATE __3-30-05__

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE __3/30/05__

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE __W.T.C.__ DATE __3-30-05__

PERD __1803__ UNIT EPETS COMPLETED __4/8/05__ DEPT EPETS COMPLETED _____

EPETS CHECK-IN RL 5-9-2005

LASD_273574

CONFIDENTIAL

148

NAME: CAREY, WILLIAM T.                                                    DATE:    -13-05

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK**
  + Plans and makes assignments
  + Assigns work equitably
  + Considers ability of
    subordinates
  + Effectively uses available
    resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES**
  ✓ Ensures accuracy and
    thoroughness of work product
  + Coordinates efforts of
    subordinates
  + Coordinates subordinate's
    activities with other agencies

**3. WORK HABITS**
  + Amount of work performed
  + Completion of work schedule
  + Observance of working hours
  + Meets attendance standards
  + Observance of safety rules
  + Compliance with instructions
  + Adherence to Department
    policy and procedures
  + Orderliness in work
  + Organizes work
  + Application to duties
  + Initiative
  + Willingness to accept
    additional responsibility

**4. QUALITY OF WORK**
  + Accuracy
  + Neatness
  + Thoroughness
  + Effective oral communications
  ✓ Effective written
    communications

**5. PERSONAL RELATIONS**
  + Demonstrates impartiality and
    objectivity
  + Maintains productive work
    relationship with subordinates
  + Maintains productive work
    relationship with superiors
  + Works cooperatively with all
    staff, civilian and sworn
  + Assists public courteously
  ✓ Personal appearance-grooming/
    dress

**6. TRAINING, EVALUATING AND DISCIPLINE**
  + Identifies and addresses
    training needs
  + Promotes supervisory
    development
  + Cooperates with fellow
    supervisors in subordinate
    development
  + Implements Department
    policies in disciplinary
    matters
  + Promptly address citizen
    complaints
  + Continually evaluates and
    documents performance of
    subordinates

**7. LEADERSHIP**
  + Promotes harmonious staff
    relationships
  + Encourages open discussion
  + Provides guidance necessary
    for problem solving
  + Understands and utilizes
    appropriate organizational
    channels
  + Promptly address subordinate
    complaints/grievances
  + Credibility
  + Approachability
  + Provides example of appropriate
    performance
  + Supports Departmental programs

**8. DECISION MAKING ABILITY**
  + Identifies problems rapidly
    and accurately, emergent/
    non-emergent
  + Makes logical, appropriate
    effective decisions without
    undue delay
  + Accepts responsibility for
    decisions
  + Considers safety factors in making
    decisions
  + Demonstrates through knowledge
    of applicable laws, policies,
    and procedures

**9. OTHER:**

LASD_273575

CONFIDENTIAL

149

**REPORT ON PERFORMANCE**　　　　-3-　　　　　　　**07-11-04 TO 02-12-05**
**LIEUTENANT**
**CAREY, WILLIAM T., #173140**

This Report on Performance covers the time period from the end of Lieutenant Carey's last performance evaluation to his recent transfer date of February 13, 2005. During this seven month period, Lieutenant Carey has continued to perform in nothing less than an outstanding manner.

As indicated in his previous performance evaluation, and as he continued to do during this rating period, Lieutenant Carey excelled in all of the rating categories; Assignment of Work, Reviews and Controls Work of Subordinates, Work Habits, Quality of Work, Personal Relations, Training, Evaluating and Discipline, Leadership and Decision Making Ability. His leadership skills and ability to make sound, rational decisions were exceptionally strong.

As before, Lieutenant Carey functioned with minimal supervision and willingly accepted any and all tasks that came his way. He was very adept at assessing situations both tactically, and administratively, and determining his courses of action, always keeping in mind the best interests of all parties involved. This was most apparent when he functioned as an Incident Commander during high risk and/or emergency situations. Lieutenant Carey's priority was the safety and well-being of his subordinates but he nevertheless always remained cognizant of risk management issues, proper notifications and all of the necessary administrative responsibilities.

Lieutenant Carey was a strong supporter of our Department's Core Values and Policy of Equality and exemplified them through his conduct. He was never hesitant to confront those who were in potential violation and always too appropriate action.

Lieutenant Carey was well-respected by his co-workers and subordinates. He earned that respect by conveying a "take charge" attitude and, as mentioned, excelling in his decision making ability and concern for his co-workers. It should also be noted also that Lieutenant Carey did possess a wonderful sense of humor that provided welcome relief on many occasions. More importantly however, he never failed to show respect for others. Even under the most stressful conditions, or when confronted by an irrational, angry complainant, or when dealing with difficult personnel issues, he maintained his composure and rarely exhibited anger or condescension. Nevertheless, when appropriate, Lieutenant Carey would not tolerate instances of unwarranted or false accusations made toward his subordinates. His thorough investigations of citizen complaints resulted in two cases filed by the District Attorney for filing false police reports.

Lieutenant Carey possessed the ability to greatly and positively impact the performance, attitudes and behavior of his subordinates and peers alike. Although he was one of the busiest Watch Commanders at our station, and carried the responsibility of some of the most difficult and time consuming collateral duties, Lieutenant Carey constantly contributed to the smooth operation of the unit and took a genuine interest in the well-being and development of his subordinates. He routinely provided praise and commendation when warranted but, in instances of questionable

**LASD_273576**

**CONFIDENTIAL**

150

**REPORT ON PERFORMANCE**       -4-     07-11-04 TO 02-12-05
**LIEUTENANT**
**CAREY, WILLIAM T., #173140**

and/or negative behavior, he was not hesitant to recommend an investigation and/or disciplinary action. During this rating period, he continued to do so in an exemplary manner and is to be commended for it.

The Policy of Equality was reviewed and discussed with Lieutenant Carey who is fully compliant in all areas. He has also attended the Respect Based Leadership Training.

Lieutenant Carey's Employee Profile Report from the Personnel Performance Index was reviewed and discussed with him. He was also provided with a copy of the report. The system and its purpose, according to Department policy, was explained.

Tom,

Thank you for all the great work and for taking care of the deputies so conscientiously. I have enjoyed working with you and appreciated our visits! Thank you again.

Bill, your hard work & dedicated service to Palmdale Station was genuinely appreciated. Your leadership & guidance to those assigned there were equally appreciated. You will certainly be missed. Congratulations are extended to you on this outstanding rating and for a job well done. Good luck!

Cmdr.

LASD_273577

**CONFIDENTIAL**

151

CONFIDENTIAL



# Certificate
# of
# Appreciation

This award is presented to

**Tom Carey**

In appreciation of your service as a Station Fund Committee member and your dedication to Palmdale Sheriff Station during the year 2004.

Presented January 2005

_____
Captain

_____
Administrator

LASD_273578

152

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
### REPORT / PERFORMANCE EVALUATION - SWORN - ERVISOR
#### (SERGEANT/LIEUTENANT)

NAME **WILLIAM T. CAREY**                                      DATE **09/29/2004**

TYPE OF EVALUATION: **Annual "A"**          FROM **07/11/2003** TO **07/10/2004**

OTHER _____

EMPLOYEE'S RANK **LIEUTENANT**                 EMPLOYEE NUMBER **004201 / 73140**

ITEM NO. **2719**     DEPT. 770 **X** DIVISION **F.O.R. I**     UNIT **PALMDALE STATION**

EMPLOYEE'S DRIVER'S LICENSE NO. **N5006554**     CLASS **C**    EXPIRATION DATE **05/29/2007**

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD:     **WATCH COMMANDER**     ( 12 ) MONTHS

_____ ( ) MONTHS     _____ ( ) MONTHS

_____ ( ) MONTHS     _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

**JOHN M. WITT, CAPTAIN**

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

**NAME AND SIGNATURES OF REPORTING OFFICERS:**

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: **JOHN M. WITT, CAPTAIN**
PRINT/TYPE NAME/JOB TITLE

_____ DATE **09-29-04**
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER **SAMMY L. JONES, COMMANDER**
PRINT/TYPE NAME/JOB TITLE

_____ DATE **10/13/04**
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _____ DATE **10/14/04**
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S
SIGNATURE **W.T.C** DATE **10-21-04**

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE **10-21-04**

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S
SIGNATURE **W.T.C** DATE **10-21-04**

PERD _____ UNIT EPETS COMPLETED _____ DEPT EPETS COMPLETED **11-17-04 pdT**

LASD_273579

**CONFIDENTIAL**

153

NAME: WILLIAM T. CAREY                                                      DATE: 'TEMBER 29, 2004

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

OUTSTANDING
VERY GOO )
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK**
- + Plans and makes assignments
- + Assigns work equitably
- + Considers ability of subordinates
- + Effectively uses available resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES**
- ✓ Ensures accuracy and thoroughness of work product
- + Coordinates efforts of subordinates
- + Coordinates subordinate's activities with other agencies

**3. WORK HABITS**
- + Amount of work performed
- ✓ Completion of work schedule
- + Observance of working hours
- + Meets attendance standards
- + Observance of safety rules
- + Compliance with instructions
- + Adherence to Department policy and procedures
- + Orderliness in work
- + Organizes work
- + Application to duties
- + Initiative
- + Willingness to accept additional responsibility

**4. QUALITY OF WORK**
- + Accuracy
- + Neatness
- + Thoroughness
- + Effective oral communications
- + Effective written communications

**5. PERSONAL RELATIONS**
- + Demonstrates impartiality and objectivity
- + Maintains productive work relationship with subordinates
- + Maintains productive work relationship with superiors
- + Works cooperatively with all staff, civilian and sworn
- + Assists public courteously
- + Personal appearance-grooming/ dress

**6. TRAINING, EVALUATING AND DISCIPLINE**
- + Identifies and addresses training needs
- + Promotes supervisory development
- + Cooperates with fellow supervisors in subordinate development
- + Implements Department policies in disciplinary matters
- + Promptly address citizen complaints
- + Continually evaluates and documents performance of subordinates

**7. LEADERSHIP**
- + Promotes harmonious staff relationships
- + Encourages open discussion
- + Provides guidance necessary for problem solving
- + Understands and utilizes appropriate organizational channels
- + Promptly address subordinate complaints/grievances
- + Credibility
- + Approachability
- + Provides example of appropriate performance
- + Supports Departmental programs

**8. DECISION MAKING ABILITY**
- + Identifies problems rapidly and accurately, emergent/ non-emergent
- + Makes logical, appropriate effective decisions without undue delay
- + Accepts responsibility for decisions
- + Considers safety factors in making decisions
- + Demonstrates through knowledge of applicable laws, policies, and procedures

**9. OTHER**

LASD_273580

CONFIDENTIAL

154

**REPORT ON PERFORMANCE**  -3-  **07/11/03 TO 07/10/04**
**LIEUTENANT**
**CAREY, WILLIAM T., #173140**

During this rating period, Lieutenant William "Tom" Carey continued his assignment as one of Palmdale Station's watch commanders. In that capacity, he worked mainly on the Day and PM shifts. His overall collateral responsibilities included training, scheduling, traffic enforcement, the Resident Deputy program, the Suspected Child Abuse Report (SCAR) project and the County service area liaison. As previously rated, Lieutenant Carey's overall performance continued to be "Outstanding".

## ASSIGNMENT OF WORK

At any given time, Lieutenant Carey was directly responsible for the direct supervision of four or more sergeants. He was cognizant of the strengths and abilities of each of them and ensured that they were assigned sub-collateral duties that were appropriate for their tenure and experience.

Due in part to his own tenure and experience, Lieutenant Carey was well aware of the resources available to him through Departmental channels, County sources and contract city sources. As such, when a situation arose requiring unique equipment or specialized personnel, he was routinely able to determine the most cost-effective, readily available source of assistance. In some cases that would mean the decision to utilize the city of Palmdale's Mobile Command Post as opposed to our Department's Emergency Operations Bureau trailers, or the option to utilize city Code Enforcement Officers instead of higher paid deputy sheriffs, etc.

## REVIEWS AND CONTROLS WORK OF SUBORDINATES

Lieutenant Carey expected his subordinates to perform to the best of their abilities and never hesitated to provide clear direction, assistance and oversight when necessary. In his position as the County Area Service Lieutenant, he would often take a personal interest in the productivity, quality of service and daily work habits of our station's resident deputies. He would meet with them personally, when able, to express his impressions and expectations of their performance, and relay the expectations of station management as well. As the Traffic Lieutenant, Lieutenant Carey directed the activities of the station's traffic complement during such operations as drivers' license checkpoints, school traffic safety operations, radar enforcement, radar trailer deployment and DUI checkpoints.

## WORK HABITS

With such demanding collateral duties, Lieutenant Carey carried a tremendous workload. At any given time, he would be tasked with completing several unit-level investigations, Watch Commander Service Comment Report investigations, use of force investigations and other administrative projects simultaneously. For the most part, all were completed without undue delay and with minimal direction or need for revision. To his credit, he did so without the necessity of overtime.

**LASD_273581**

**CONFIDENTIAL**

155

**REPORT ON PERFORMANCE**         **-4-**                    **07/11/03 TO 07/10/04**
**LIEUTENANT**
**CAREY, WILLIAM T., #173140**

## WORK HABITS (CONT.)

Lieutenant Carey's punctuality and attendance were outstanding. He did not have any unscheduled days off and never hesitated to adjust his working hours or scheduled days off to complete a task or accomplish a mission.

Because he is a manager, Lieutenant Carey not only observed the rules, regulations and policies that apply to members of our Department, he ensured that his subordinates and peers did so as well. His many, many years of field operations experience guaranteed his familiarity with the hazards that patrol personnel may face. As such, he made every effort to enhance the safety of station personnel, keeping abreast of new directives, trends and/or procedures, obtaining necessary resources and holding his subordinates accountable.

## QUALITY OF WORK

Lieutenant Carey's written work product exhibited accuracy, thoroughness and orderliness and reflected his commitment to effective risk management. His completed investigations, projects and documents were routinely well-written and concise.

As with his written product, Lieutenant Carey's oral communication skills were superior. He was a persuasive communicator, exhibiting confidence, courtesy and conviction when addressing others. In recognition of his oral communication skills, on March 18, 2004, Lieutenant Carey was the subject of a telephone demeanor audit designed to identify the strengths and weaknesses of Department members who answer telephone requests from the public. Upon conclusion of the audit, Lieutenant Carey was identified as "an exemplary performer" and praised for his "courtesy and thoroughness". For his efforts, he received a Unit Commander's Commendation.

## PERSONAL RELATIONS

Lieutenant Carey maintained very productive working relationships with those around him as well as those from other units, departments, contract cities, agencies or civic groups. He easily obtained the willing cooperation of others and often did so by becoming actively involved in various events, projects, etc. Lieutenant Carey was very active and effective in the function of the Employee Fund Committee; a role which required a superior "team player" approach. He did so extremely well.

While not often witnessed by all, Lieutenant Carey had a wonderful sense of humor that, more often than not, brought to light various issues that needed attention. His approach would place people at ease but nevertheless indicate to others that he was aware of an issue and that action was needed. This was frequently the case when meeting privately with the station Operations staff to discuss personnel performance deficiencies, training difficulties or administrative investigations.

LASD_273582

CONFIDENTIAL

**REPORT ON PERFORMANCE**          -5-                    07/11/03 TO 07/10/04
**LIEUTENANT**
**CAREY, WILLIAM T., #173140**

## TRAINING, EVALUATING AND DISCIPLINE

Arguably, the most complicated, time-consuming and difficult collateral duty that Lieutenant Carey had to contend with was that of Training and Scheduling. Many, many times Scheduling and Training staff would present him with issues and problems and seek direction and/or advice, which he provided. He remained available at all times and was cognizant of the fact that the positive development of station personnel was a primary goal. With that in mind, he ensured that required training was provided to the greatest extent possible, to all ranks and positions, and that optional training was made available and utilized whenever possible. In addition, he also personally mentored a number of station sergeant personnel in preparation for the lieutenants' promotional process.

Lieutenant Carey was tenacious in identifying less than standard performance and/or questionable behavior. When he did, he took appropriate corrective action with the individual(s) involved; whether it be training, counseling or the initiation of an administrative investigation. On the other hand, Lieutenant Carey was also quick to recognize above average performance and positive behavior. In those cases, he would provide the proper praise and documentation and, if warranted, he would recommend commendations of a higher level. As an example of his willingness to recognize both commendable and less than satisfactory performance, a check of the Sergeants' Performance Log revealed that a total of nine entries were made during this rating period; more than half made by Lieutenant Carey.

## LEADERSHIP

Lieutenant Carey provided solid, professional leadership and established high standards for those who worked for him and with him. His credibility was certainly enhanced by his vast patrol experience, his strong interpersonal skills and his decisiveness. Lieutenant Carey's actions and behavior embraced our Department's Core Values and he continually exhibited a "can-do", "let's get the job done" attitude.

Lieutenant Carey was cognizant of the proper chains of command and utilized them well. He regularly made timely notifications to station management and Department executives of noteworthy incidents, providing complete, concise information when doing so.

## DECISION MAKING ABILITY

Lieutenant Carey routinely made sound, rational decisions in the absence of detailed instructions, weighing his alternatives before taking action. His patience, training, experience and common sense all contributed to his effectiveness and instilled confidence in those he directed and supervised.

LASD_273583

**CONFIDENTIAL**

157

**REPORT ON PERFORMANCE**         -6-         **07/11/03 TO 07/10/04**
**LIEUTENANT**
**CAREY, WILLIAM T., #173140**

## DECISION MAKING ABILITY (CONT.)

Lieutenant Carey accepted responsibility for all of his decisions and expected those around him to do the same. He kept the safety of his subordinates and co-workers in mind and the best interests of our Department at heart.

## SUMMARY

As this Report on Performance has sought to indicate, Lieutenant Carey performed in nothing less than an "Outstanding" manner. He positively affected those around him and greatly contributed to the efficient and cooperative operation of Palmdale Station.

The Policy of Equality was reviewed and discussed with Lieutenant Carey who is fully compliant in all areas. He has also attended the Respect Based Leadership Training.

Lieutenant Carey's Employee Profile Report from the Personnel Performance Index was reviewed and discussed with him. He was also provided with a copy of the report. The system and its purpose, according to Department policy, was explained.

Lieutenant Carey possesses a valid California Class "C" driver's license, # ████████ which expires on May 29, 2007.

Tom,
As I mentioned when I visited recently, I truly appreciate your watchful eye at Palmdale and the concern for your personnel that is evident from the way you lead. Thank you.

Neal

Tom, your hard work and dedicated service to Palmdale Station is genuinely appreciated. Your leadership and direction to those assigned there are equally appreciated. Congrat's are extended to you on this outstanding rating and a 503 well done.

CMDR. Adam Jones

LASD_273584

CONFIDENTIAL

4BJUZPLK0M.ID

DATE:06-15-04*TIME:10:54*

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

███████████████████████████  ███████  ███████

IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BROWN*EYES:BRN*HT:6-00*WT:212*

LI█████████████EXPIRES:05-29-07*RBM1*CLASS:C NON-COMMERCIAL*
ENDORSEMENTS:NONE*

LATEST APP:

DL TYPE:MAG STRIPE RBM*ISS/DATE: 05-15-02*OFFICE: RBM*BATES:MAG*

LICENSE STATUS:
  VALID*

DEPARTMENTAL ACTIONS:
NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:
NONE

ACCIDENTS:
NONE

END

LASD_273585

CONFIDENTIAL

## SHERIFF'S DEPARTMENT-COUNTY OF LOS ANGELES

### REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME __CAREY, WILLIAM T.__                                                           DATE __07/15/03__

TYPE OF EVALUATION:  ☒ ANNUAL  ☐ TRANSFER      FROM __07/11/2002__  TO __07/10/2003__

OTHER _____

EMPLOYEE'S RANK __LIEUTENANT__                          EMPLOYEE NUMBER __173140__

ITEM NO. __2719__          DEPT. 770 _X_ DIVISION __Field Operations Region I__  UNIT __PALMDALE STATION__

EMPLOYEE'S DRIVER'S LICENSE NO. ██████      CLASS __3__   EXPIRATION DATE __05/29/2007__

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD:                              _____ ☐ MONTHS

Watch Commander          __12__ MONTHS  _____ ☐ MONTHS

_____ ☐ MONTHS  _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

TERENCE P. JUDGE, CAPTAIN

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: __TERENCE P. JUDGE, CAPTAIN__
PRINT/TYPE NAME/JOB TITLE

_____ DATE __8/1/03__
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER __SAMMY JONES, COMMANDER__
PRINT/TYPE NAME/JOB TITLE

_____ DATE __8/13/03__
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _____ DATE __8/20/03__
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE __W.T.C__ DATE __8-27-03__

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE __8-27-03__

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE __W.T.C__ DATE __8-27-03__

SH-A-631 (REV. 6/86)

(OVER)

LASD_273586

CONFIDENTIAL

160

NAME: CAREY, WILLIAM T.    DATE: 07/15

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK** ☐ ☐ ☐ ☐ ⊡
+ Plans and makes assignments
+ Assigns work equitably
+ Considers ability of subordinates
+ Effectively uses available resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES** ☐ ☐ ☐ ☐ ⊡
+ Ensures accuracy and thoroughness of work product
+ Coordinates efforts of subordinates
+ Coordinates subordinate's activities with other agencies

**3. WORK HABITS** ☐ ☐ ☐ ☐ ⊡
+ Amount of work performed
+ Completion of work schedule
+ Observance of working hours
+ Meets attendance standards
+ Observance of safety rules
+ Compliance with instructions
+ Adherence to Department policy and procedures
+ Orderliness in work
+ Organizes work
+ Application to duties
+ Initiative
+ Willingness to accept additional responsibility

**4. QUALITY OF WORK** ☐ ☐ ☐ ☐ ⊡
+ Accuracy
+ Neatness
+ Thoroughness
+ Effective oral communications
+ Effective written communications

**5. PERSONAL RELATIONS** ☐ ☐ ☐ ☐ ⊡
+ Demonstrates impartiality and objectivity
+ Maintains productive work relationship with subordinates
+ Maintains productive work relationship with superiors
+ Works cooperatively with all staff, civilian and sworn
+ Assists public courteously
+ Personal appearance-grooming/ dress

**6. TRAINING, EVALUATING AND DISCIPLINE** ☐ ☐ ☐ ☐ ⊡
+ Identifies and addresses training needs
+ Promotes supervisory development
+ Cooperates with fellow supervisors in subordinate development
+ Implements Department policies in disciplinary matters
+ Promptly address citizen complaints
+ Continually evaluates and documents performance of subordinates

**7. LEADERSHIP** ☐ ☐ ☐ ☐ ⊡
+ Promotes harmonious staff relationships
+ Encourages open discussion
+ Provides guidance necessary for problem solving
+ Understands and utilizes appropriate organizational channels
+ Promptly address subordinate complaints/grievances
+ Credibility
+ Approachability
+ Provides example of appropriate performance
+ Supports Departmental programs

**8. DECISION MAKING ABILITY** ☐ ☐ ☐ ☐ ⊡
+ Identifies problems rapidly and accurately, emergent/ non-emergent
+ Makes logical, appropriate effective decisions without undue delay
+ Accepts responsibility for decisions
+ Considers safety factors in making decisions
+ Demonstrates through knowledge of applicable laws, policies, and procedures

**9. OTHER** ☐ ☐ ☐ ☐ ☐

LASD_273587

CONFIDENTIAL

161

REPORT ON PERFORMANCE       -3-       07/11/02TO 07/10/03
LIEUTENANT
CAREY, WILLIAM T. #173140

During this rating period, Lieutenant William T. Carey Carey was assigned as the Day Shift
Watch Commander. His primary responsibility is managing patrol operations on the Day Shift.
During this rating period, Lieutenant Carey's performance has been outstanding. Lieutenant
Carey's performance has remained consistent, consequently this evaluation will have little
variation from the last one.

## ASSIGNMENT OF WORK

Lieutenant Carey is very good at assessing his subordinates' abilities, to which he equitably
assigns the appropriate tasks. He generally ensures their work is accurate and thorough. He
makes it a point to coordinate the assigned work for completeness and timely submission. He
efficiently utilizes the scarce resources which are all too often the only resources available.

## WORK HABITS

The amount of work Lieutenant Carey performs exceeds that of his peers. This is largely due to
the fact that besides being the Day Shift Watch Commander, he is also responsible for training
and scheduling. Nonetheless, he remains diligent, conscentious, and committed to his many
responsibilities and heavy workload.

Lieutenant Carey has an excellent attendance record and seldom takes time off unless it is pre-
approved. He observes all safety rules and adheres to all Departmental rules, policies, and
procedures.

Lieutenant Carey is very good at organizing his schedule and assigned work. His
professionalism and pride have resulted in a timely and efficient work product. Lieutenant Carey
does not shy away from responsibility, but accepts it willingly.

## QUALITY OF WORK

Lieutenant Carey's work product is consistently very good, if not outstanding. He is an effective
communicator, both orally and in his written communication. His projects are well-thought-out,
comprehensive and generally free from error. Consequently, I have come to expect an accurate
and reliable work product from Lieutenant Carey.

## PERSONAL RELATIONS

Lieutenant Carey's tenure and experience make him a dependable resource for his
subordinates. His impartiality and objectivity make him easily approachable by his subordinates,
which allow for productive working relationships. Lieutenant Carey works well with all
personnel, both civilian and sworn. His personal grooming is excellent and he always presents
himself in a professional manner. When dealing with the public, Lieutenant Carey is courteous,
attentive, and responsive to their needs. These qualities allow him to easily and efficiently deal
with the general public on all issues. Last, but not least, he maintains a good sense of humor,

LASD_273588

**CONFIDENTIAL**

162

REPORT ON PERFORMANCE                -4-                07/11/02 TO 07/10/03
LIEUTENANT
CAREY, WILLIAM T. #173140

PERSONAL RELATIONS (CONTINUED)

which continues to have a very positive effect on those who come in contact with him, and those who work with him.

TRAINING, EVALUATING, AND DISCIPLINE

Lieutenant Carey readily identifies training needs and addresses them accordingly. As the training and scheduling lieutenant, coupled with his years of experience, he is very adept at developing solidly reliable deputies, as well as the new supervisors, while consistently and objectively evaluating their performance. He is a true team player and assists his peers with the development of all personnel, regardless of their assigned shift. If counseling is needed, he does not hesitate to do so and effectively uses constructive criticism just as easily.

Lieutenant Carey is well-versed in Department policy regarding discipline and supervision, and he applies them appropriately and constructively, to ensure positive behavior that is consistent with Departmental and station goals.

LEADERSHIP

Lieutenant Carey is an outstanding leader. His personality and experience easily nurture harmonious relationships. He seeks open discussion of difficult issues and knows when to intervene and assist, to achieve an equitable solution. He does not expect more from his subordinates than he is willing to give of himself.

Lieutenant Carey's strong communication skills make him very personable, which in turn makes him very approachable by all personnel. Since actions speak louder than words, Lieutenant Carey consistently provides examples of appropriate performance and conduct for all to follow. He underscores his actions by supporting Departmental programs. His approachable style of leadership makes him an effective leader and results in a smooth running facility. Lieutenant Carey is not afraid to take problems head on, nor is he afraid to do the right thing.

DECISION MAKING ABILITY

Lieutenant Carey has the experience to identify problems as they develop and rapidly assess the situation. He will just as quickly select and implement an effective course of action.

Whether the situation is emergent or not, he will make a logical and appropriate decision without delay. Whatever the decision, he will also accept full responsibility for his decision. His decisions are based on his knowledge of policy, basic tactical principles and common sense, while considering safety factors and all applicable laws as well.

LASD_273589

CONFIDENTIAL

REPORT ON PERFORMANCE                -5-              07/11/02 TO 07/10/30
LIEUTENANT
CAREY, WILLIAM T. #173140

## SUMMARY

In summary, Lieutenant Carey continues to be a reliable and valuable member of the Palmdale Station management team, and I look forward to his continued leadership.

This rater has reviewed Lieutenant Carey's Personnel Performance Index (PPI) with him. The information was found to be accurate and complete. He was provided with a copy of his PPI printout. The system and its purpose, according to Department policy, were explained.

Lieutenant Carey possesses a valid California Class "C" driver's license, ████████, which expires May 29, 2007.

LASD_273590

CONFIDENTIAL

```
PAGE 01  06/10/03  16:22:00 :  :P PRINT REQUESTED BY TERM  'AL PLK0
TO: PLK0  FROM: CLETS              06/10/03  16:21:51
4BJUZPLK0B.ID
DATE:06-10-03*TIME:16:21*

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

DL/NO              *NAME: CAREY WILLIAM M THOMAS*
RES/ADDR::LOS ANGELES CO SHERIFF

IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BROWN*EYES:BRN*HT:6-00*WT:212*

LIC/ISS:04-07-98*EXPIRES:05-29-07*RBM1*CLASS:C NON-COMMERCIAL*
ENDORSEMENTS:NONE*

LATEST APP:


DL TYPE:MAG STRIPE RBM*ISS/DATE: 05-15-02*OFFICE: RBM*BATES:MAG*



LICENSE STATUS:
  VALID*

DEPARTMENTAL ACTIONS:
NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:
NONE

ACCIDENTS:
NONE

END
```

LASD_273591

CONFIDENTIAL

165

**SHERIFF'S DEPARTMENT-COUNTY OF LOS ANGELES**

REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME  CAREY, WILLIAM T.                                                      DATE  APRIL 9, 2002

TYPE OF EVALUATION:   ☒ ANNUAL   ☐ TRANSFER      FROM  10/15/00   TO  04/09/02
                      OTHER _____

EMPLOYEE'S RANK  LIEUTENANT                          EMPLOYEE NUMBER  173140

ITEM NO. 2719A          DEPT. 770 ___ DIVISION  FORI          UNIT  PALMDALE STATION

EMPLOYEE'S DRIVER'S LICENSE NO. N5006554      CLASS  C   EXPIRATION DATE  05/29/02

MAJOR ASSIGNMENTS

SPECIFIC JOB(S) DURING EVALUATION PERIOD: _____  ☐ MONTHS

WATCH COMMANDER        18 MONTHS  _____  ☐ MONTHS

_____  ☐ MONTHS  _____  ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

TERENCE P. JUDGE, CAPTAIN

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | ☒ |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: _____ TERENCE P. JUDGE, CAPTAIN _____
        PRINT/TYPE NAME/JOB TITLE

_____  DATE 4/9/02
   SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER  JON ENGEBRETSEN, COMMANDER
          PRINT/TYPE NAME/JOB TITLE

_____  DATE 4/__/__
   SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _____  DATE 5/1/02
        SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S
SIGNATURE  W.T. C____    DATE 5/2/02

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS _____    DATE _____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____  DATE 5/2/02

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S
SIGNATURE  W.T. C____    DATE 5/2/02

SH-A-631 (REV. 6/88)

(OVER)

LASD_273592

CONFIDENTIAL

166

NAME: CAREY, WILLIAM T.          DATE: APRIL 9, 2002

**RATE EACH FACTOR:**

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK**
+ Plans and makes assignments
+ Assigns work equitably
+ Considers ability of subordinates
+ Effectively uses available resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES**
+ Ensures accuracy and thoroughness of work product
✓ Coordinates efforts of subordinates
✓ Coordinates subordinate's activities with other agencies

**3. WORK HABITS**
+ Amount of work performed
+ Completion of work schedule
+ Observance of working hours
✓ Meets attendance standards
+ Observance of safety rules
+ Compliance with instructions
+ Adherence to Department policy and procedures
+ Orderliness in work
+ Organizes work
+ Application to duties
+ Initiative
+ Willingness to accept additional responsibility

**4. QUALITY OF WORK**
+ Accuracy
+ Neatness
+ Thoroughness
+ Effective oral communications
⊥ Effective written communications

**5. PERSONAL RELATIONS**
+ Demonstrates impartiality and objectivity
+ Maintains productive work relationship with subordinates
+ Maintains productive work relationship with superiors
+ Works cooperatively with all staff, civilian and sworn
+ Assists public courteously
+ Personal appearance-grooming/ dress

**6. TRAINING, EVALUATING AND DISCIPLINE**
+ Identifies and addresses training needs
✓ Promotes supervisory development
+ Cooperates with fellow supervisors in subordinate development
+ Implements Department policies in disciplinary matters
+ Promptly address citizen complaints
✓ Continually evaluates and documents performance of subordinates

**7. LEADERSHIP**
+ Promotes harmonious staff relationships
+ Encourages open discussion
+ Provides guidance necessary for problem solving
✓ Understands and utilizes appropriate organizational channels
✓ Promptly address subordinate complaints/grievances
+ Credibility
+ Approachability
+ Provides example of appropriate performance
+ Supports Departmental programs

**8. DECISION MAKING ABILITY**
+ Identifies problems rapidly and accurately, emergent/ non-emergent
+ Makes logical, appropriate effective decisions without undue delay
+ Accepts responsibility for decisions
+ Considers safety factors in making decisions
+ Demonstrates through knowledge of applicable laws, policies, and procedures

**9. OTHER**

LASD_273593

CONFIDENTIAL

167

**REPORT ON PERFORMANCE**        **-3-**        **10/15/00 TO 04/09/02**
**LIEUTENANT**
**CAREY, WILLIAM T. #173140**

During this rating period, Lieutenant William Carey was assigned as the PM Watch Commander. His primary responsibility is managing the patrol operations on the PM Shift. During this rating period, Lieutenant Carey's performance has been outstanding.

## ASSIGNMENT OF WORK

Lieutenant Carey is very good at assessing his subordinates' abilities, to which he equitably assigns the appropriate tasks. He generally ensures their work is accurate and thorough. He makes it a point to coordinate the assigned work for completeness and timely submission. He efficiently utilizes the scarce resources which are all too often the only resources available.

## WORK HABITS

The amount of work Lieutenant Carey performs exceeds that of his peers. This is largely due to the fact that PM Shift continues to be the busiest shift at the station. Nonetheless, he remains diligent, conscientious and committed to his many responsibilities and heavy workload.

Lieutenant Carey has an excellent attendance record and seldom takes time off unless it is pre-approved. He observes all safety rules and adheres to all Departmental rules, policies and procedures.

Lieutenant Carey is very good at organizing his schedule and assigned work. His professionalism and pride have resulted in a timely and efficient work product. Lieutenant Carey does not shy away from responsibility, but accepts it willingly.

## QUALITY OF WORK

Lieutenant Carey's work product is consistently very good, if not outstanding. He is an effective communicator, both orally and in his written communication. His projects are well thought-out, comprehensive and generally free from error. Consequently, I have come to expect an accurate and reliable work product from Lieutenant Carey.

## PERSONAL RELATIONS

Lieutenant Carey's tenure and experience make him a dependable resource for his subordinates. His impartiality and objectivity make him easily approachable by his subordinates, which allow for productive working relationships. Lieutenant Carey works well with all personnel, both civilian and sworn. His personal grooming is excellent and

LASD_273594

**CONFIDENTIAL**

168

**REPORT ON PERFORMANCE**　　　　**-4-**　　　　**10/15/00 TO 04/09/02**
**LIEUTENANT**
**CAREY, WILLIAM T. #173140**

## PERSONAL RELATIONS (CONTINUED)

he always presents himself in a professional manner. When dealing with the public, Lieutenant Carey is courteous, attentive and responsive to their needs. These qualities allow him to easily and efficiently deal with the general public on all issues.

## TRAINING, EVALUATING, AND DISCIPLINE

Lieutenant Carey readily identifies training needs and addresses them accordingly. As cited earlier, his years of experience assist him in developing new supervisors, while at the same time evaluating their performance. He is a true team player and assists his peers with the development of all personnel, regardless of their assigned shift. If counseling is needed, he does not hesitate to do so and effectively uses constructive criticism just as easily.

Lieutenant Carey is well-versed in Department policy regarding discipline and supervision, and he applies them appropriately and constructively to ensure positive behavior that is consistent with Departmental and station goals.

## LEADERSHIP

Lieutenant Carey is an outstanding leader. His personality and experience easily nurture harmonious relationships. He seeks open discussion of difficult issues and knows when to intervene and assist, to achieve an equitable solution. He does not expect more from his subordinates than he is willing to give of himself.

Lieutenant Carey's strong communication skills make him very personable, which in turn makes him very approachable by all personnel. Since actions speak louder than words, Lieutenant Carey consistently provides examples of appropriate performance and conduct for all to follow. He underscores his actions by supporting Departmental programs. His approachable style of leadership makes him an effective leader and results in a smooth running facility.

## DECISION MAKING ABILITY

Lieutenant Carey has the experience to identify problems as they develop and rapidly assess the situation. He will just as quickly select and implement an effective course of action.

LASD_273595

**CONFIDENTIAL**

**REPORT ON PERFORMANCE**          **-5-**          **10/15/00 TO 04/09/02**
**LIEUTENANT**
**CAREY, WILLIAM T. #173140**

## DECISION MAKING ABILITY (CONTINUED)

Whether the situation is emergent, or not, he will make a logical and appropriate decision without delay. Whatever the decision, he will also accept full responsibility for his decision. His decisions are based on his knowledge of policy, basic tactical principles and common sense, while considering safety factors and all applicable laws as well.

In summary, Lieutenant Carey has proven to be a key member of the Palmdale Station management team, and I look forward to his continued leadership.

## SUMMARY

This rater has reviewed Lieutenant Carey's Personnel Performance Index (PPI) with him. The information was found to be accurate and complete. He was provided with a copy of his PPI printout. The system and its purpose, according to Department policy, were explained.

Lieutenant Carey possesses a valid California Class "C" driver's license, ▮▮▮▮▮▮▮ which expires May 29, 2002.

LASD_273596

**CONFIDENTIAL**
                                        170

PAGE.01  03/15/02  14:2 11 PLKP PRINT REQUESTED B ERMINAL PLK0
TO: PLK0  FROM: CLETS                 03/15/02  14:29:10
4BJUZPLK0M.ID
DATE:03-15-02*TIME:14:29*

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

███████████████████████████████████

IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BROWN*EYES:HZL*HT:5-11*WT:170*

LIC/ISS:02-21-95*EXPIRES:03-04-04*RBM2*CLASS:C NON-COMMERCIAL
 & M1 MOTORCYCLE*
ENDORSEMENTS:NONE*

LATEST APP:


DL TYPE:MAG STRIPE RBM*ISS/DATE: 01-30-99*OFFICE: RBM*BATES:MAG*



LICENSE STATUS:
  VALID*

DEPARTMENTAL ACTIONS:
NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:
NONE

ACCIDENTS:
NONE

END

LASD_273597

CONFIDENTIAL
                            171

# SHERIFF DEPARTMENT-COUNTY OF LOS ANGELES

## REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME  CAREY, WILLIAM T.                                                     DATE  October 12, 2000

TYPE OF EVALUATION:   ☐ ANNUAL   ☒ TRANSFER      FROM  04-10-2000   TO  10-14-2000

OTHER_____

EMPLOYEE'S RANK  LIEUTENANT                                      EMPLOYEE NUMBER  173140

ITEM NO. 2719A          DEPT. 770 ___ DIVISION _____  CUSTODY _____ UNIT  PDC-NORTH FACILITY

EMPLOYEE'S DRIVER'S LICENSE NO. N5006554            CLASS  C  EXPIRATION DATE  05-29-2002

MAJOR ASSIGNMENTS

SPECIFIC JOB(S) DURING EVALUATION PERIOD:    WATCH COMMANDER                     6 MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

CAPTAIN JOE L. GUTIERREZ

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  | X |  |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: _____ Joe L. Gutierrez, Captain _____
PRINT/TYPE NAME/JOB TITLE

_Joe L. Gutierrez_  DATE 10.13.00
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER _____ Steven A. Day, Commander
PRINT/TYPE NAME/JOB TITLE

_Steven A. Day_  DATE 10/26/00
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _____ DATE 10/31/00
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE  J. T. C.  DATE 12-7-00

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE 12/7/00

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE  W. T. C.  DATE 12-7-00

SH-A-631 (REV. 6/88)

(OVER)

LASD_273598

CONFIDENTIAL

172

NAME: CAREY, WILLIAM T.   (   )   DATE: October 12, 2000

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK** ...................... ☐ ☐ ☐ ☑ ☐
  ✓ Plans and makes assignments
  ✓ Assigns work equitably
  + Considers ability of subordinates
  + Effectively uses available resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES** ................ ☐ ☐ ☐ ☑ ☐
  + Ensures accuracy and thoroughness of work product
  ✓ Coordinates efforts of subordinates
  ✓ Coordinates subordinate's activities with other agencies

**3. WORK HABITS** ...................... ☐ ☐ ☐ ☐ ☑
  + Amount of work performed
  + Completion of work schedule
  + Observance of working hours
  + Meets attendance standards
  + Observance of safety rules
  + Compliance with instructions
  + Adherence to Department policy and procedures
  + Orderliness in work
  + Organizes work
  + Application to duties
  + Initiative
  + Willingness to accept additional responsibility

**4. QUALITY OF WORK** ...................... ☐ ☐ ☐ ☐ ☑
  + Accuracy
  + Neatness
  + Thoroughness
  ✓ Effective oral communications
  ✓ Effective written communications

**5. PERSONAL RELATIONS** ...................... ☐ ☐ ☐ ☐ ☑
  + Demonstrates impartiality and objectivity
  + Maintains productive work relationship with subordinates
  + Maintains productive work relationship with superiors
  + Works cooperatively with all staff, civilian and sworn
  + Assists public courteously
  + Personal appearance-grooming/ dress

**6. TRAINING, EVALUATING AND DISCIPLINE** ...................... ☐ ☐ ☐ ☑ ☐
  + Identifies and addresses training needs
  ✓ Promotes supervisory development
  ✓ Cooperates with fellow supervisors in subordinate development
  + Implements Department policies in disciplinary matters
  ✓ Promptly address citizen complaints
  ✓ Continually evaluates and documents performance of subordinates

**7. LEADERSHIP** ...................... ☐ ☐ ☐ ☐ ☑
  + Promotes harmonious staff relationships
  + Encourages open discussion
  + Provides guidance necessary for problem solving
  + Understands and utilizes appropriate organizational channels
  + Promptly address subordinate complaints/grievances
  + Credibility
  + Approachability
  + Provides example of appropriate performance
  + Supports Departmental programs

**8. DECISION MAKING ABILITY** ...................... ☐ ☐ ☐ ☑ ☐
  + Identifies problems rapidly and accurately, emergent/ non-emergent
  + Makes logical, appropriate effective decisions without undue delay
  ✓ Accepts responsibility for decisions
  ✓ Considers safety factors in making decisions
  ✓ Demonstrates through knowledge of applicable laws, policies, and procedures

**9. OTHER** ...................... ☐ ☐ ☐ ☐ ☐

LASD_273599

CONFIDENTIAL

Report on Performance                    -3-                    04-10-2000 to 10-14-2000
Manager/Supervisor
Carey, William T., Lieutenant #173140

During this rating period, Lieutenant Carey worked as a Shift Commander at the Pitchess Detention
Center, North Facility. His collateral duties included Jail Team Policing, Key Control, Fleet, Unit
Orders, Evidence, and Inmate Complaints. Lieutenant Carey continued to perform his duties
consistent with a "Very Good" rating. This rating period will only document a six month time
frame, as he had recently received his yearly evaluation from the previous Unit Commander.

ASSIGNMENT OF WORK

Lieutenant Carey became very familiar with the abilities and personalities of a majority of the
personnel assigned to the unit. With this knowledge, he very effectively delegated tasks to the
appropriate personnel, resulting in preferred outcomes. His personal projects and assignments
included a good mix of unit and Departmental resources. His knowledge of available resources was
often shared with his subordinates so that they could more easily complete their own assignments.

REVIEWS AND CONTROLS WORK OF SUBORDINATES

Lieutenant Carey personally oversaw significant projects assigned to his subordinate supervisors and
ensured well planned and productive results. He not only delegated tasks, but provided his
subordinates the authority and support to complete the assigned tasks.

Activities that required the cooperation of multiple units were well coordinated by both Lieutenant
Carey and his subordinate supervisors. It is very common for units of the Pitchess Detention Center
to share Emergency Response Teams during volatile conditions, such as major inmate disturbances.
All of the Unit Commanders on the Pitchess Detention Center property equally shared their
confidence in Lieutenant Carey whenever he was the Incident Commander of these types of
responses.

WORK HABITS

Lieutenant Carey is well respected for his proactive style of management. He does not accept the
theory that if everything appears normal, then no further action is required. He would not hesitate
to make unpopular decisions for the good of both the unit and its employees. He often took the
initiative to make corrections whenever he perceived potential problems.

His use of leave time was appropriate and only occurred with ample notification whenever possible.
He was always safety conscious in everything he did and ensured that everyone under his command
followed the same practice.

**LASD_273600**

**CONFIDENTIAL**

174

Report on Performance                    -4-                    04-10-2000 to 10-14-2000
Manager/Supervisor
Carey, William T., Lieutenant #173140

## QUALITY OF WORK

In addition to the large volume of work that could be generated by Lieutenant Carey, the final product was informative, easy to comprehend, and usually error free. He communicated effectively, both orally and in writing. When speaking to groups, it was very clear that he had the undivided attention of those in the audience. His message was clear and to the point.

## PERSONAL RELATIONS

Lieutenant Carey excels in this area. He was well respected by his peers, supervisors, and subordinates alike. This was a mutual respect that was most likely a result of the respect he displayed to everyone he was in contact with. Subordinates were not intimidated by his rank and felt comfortable coming to him for assistance, whether it was job related or personal. In either case, he never hesitated to come to their aid.

Lieutenant Carey projected a positive image by setting the standard with his own superior personal appearance and grooming habits. He interacted professionally with the public and always took appropriate steps to address their needs.

## TRAINING, EVALUATING, AND DISCIPLINE

With a very strong background in the area of training, Lieutenant Carey frequently shared his experience and knowledge with his subordinates. Because of this vast knowledge, and because of his reputation as a strong leader, Lieutenant Carey was chosen by this rater and supported by the other PDC Unit Commanders to be the Platoon Commander of a PDC Mobile Field Force during the period of the Democratic National Convention in Los Angeles. He was given a limited time period to assemble and train a 72 person platoon which was tasked with protecting the PDC property, the inmates, and employees. Although it never became necessary to deploy the platoon, the planning and training that was completed under his oversight produced one of the best prepared Custody Division response forces in recent history.

Although Lieutenant Carey enjoyed a good relationship with his subordinates, he never compromised his responsibility as a manager. He readily initiated supervisory inquiries and administrative investigations when necessary. Nevertheless, he was fair and open-minded when gathering facts and recommending discipline.

**LASD_273601**

**CONFIDENTIAL**
175

Report on Performance                    -5-                    04-10-2000 to 10-14-2000
Manager/Supervisor
Carey, William T., Lieutenant #173140

## LEADERSHIP

Lieutenant Carey enjoyed a great deal of credibility with everyone, primarily due to his experience, training, and continuous professional demeanor. He was open with his subordinates and encouraged them to come forward with concerns. He set the tone on his shift by leading by example and supported the philosophy and programs of the unit and the Department.

## DECISION MAKING ABILITY

Lieutenant Carey could easily make sound and logical decisions in both routine and emergent conditions. As implied previously, Unit Commanders were quite confident that matters would be handled appropriately whenever Lieutenant Carey was in command. During this rating period, he was called upon frequently to make command level decisions due to an unusually high number of inmate disturbances. In each case, he very efficiently gave clear direction to those under his command, ensured appropriate follow-up actions, and made timely notifications to Department executives.

## SUMMARY

Lieutenant Carey is a valuable asset to the Department who is limited only by his somewhat short tenure in rank. His strong leadership skills and interpersonal skills will only be strengthened by additional and challenging job assignments. He has set both short-term and long-term goals, which will be easily met due to his high motivation and dedication to duty. It was a pleasure having him as part of the North Facility Management Team.

Lieutenant Carey was provided with a current copy of his PPI report.

**LASD_273602**

**CONFIDENTIAL**

176

```
PAGE 001   10/03/00   08:54:06 NORP PRINT REQUESTED BY TERMINAL NOR2
TO: NOR2   FROM: CLETS                    10/03/00   08:52:38
ID
DATE:10-03-00*TIME:08:52*

DMV RECORD FOR LAW ENFORCEMENT USE ONLY
```



```
IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BROWN*EYES:BRN*HT:6-00*WT:212*

LIC/ISS:04-07-98*EXPIRES:05-29-02*CLASS:C NON-COMMERCIAL*
ENDORSEMENTS:NONE*

LATEST APP:


DL TYPE:RENEWAL*ISS/DATE: 04-07-98*OFFICE: NHL*RATES:MAG*



LICENSE STATUS:







PAGE 002
   VALID*

DEPARTMENTAL ACTIONS:
NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:
NONE

ACCIDENTS:
NONE

END
```

**LASD_273603**

**CONFIDENTIAL**

177

# SHERIFF'S DEPARTMENT-COUNTY OF LOS ANGELES

## REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME __CAREY, WILLIAM T.__                                      DATE __March 22, 2000__

TYPE OF EVALUATION:   ☒ ANNUAL   ☐ TRANSFER      FROM __04-11-1999__  TO __04-10-2000__

OTHER_____

EMPLOYEE'S RANK __LIEUTENANT__                        EMPLOYEE NUMBER __173140__

ITEM NO. __2719A__        DEPT. 770 ___ DIVISION __CUSTODY__    UNIT __PDC-NORTH__

EMPLOYEE'S DRIVER'S LICENSE NO. __N5006554__    CLASS __C__ EXPIRATION DATE __05-29-2002__

MAJOR ASSIGNMENTS

SPECIFIC JOB(S) DURING EVALUATION PERIOD:    __WATCH COMMANDER__    ☐ __12__ MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

_____ ☐ MONTHS _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | | ✕ | |

MAY 2 5 2000

__NAME AND SIGNATURES OF REPORTING OFFICERS:__

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: ____Richard L. Castro, Captain____
PRINT/TYPE NAME/JOB TITLE

_____ DATE 3/27/00
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER____Steven A. Day, Commander____
PRINT/TYPE NAME/JOB TITLE

_____ DATE 4/28/00
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _____ DATE 5/1/00
SIGNATURE

__COPY OF REPORT GIVEN TO EMPLOYEE:__

EMPLOYEE'S SIGNATURE __W. T. C___ DATE 5-4-00

COPY OF REPORT MAILED TO EMPLOYEE:

ADDRESS_____ DATE_____

REPORT DISCUSSED WITH EMPLOYEE:

BY: _____ DATE 5/4/00

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE __W.T. C___ DATE 5-4-00

SH-A-631 (REV. 6/88)

(OVER)

LASD_273604

CONFIDENTIAL

178

NAME: CAREY, WILLIAM T.                                    DATE: ch 22, 2000

**RATE EACH FACTOR:**

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

**1. ASSIGNMENT OF WORK** ☐ ☐ ☐ ☑ ☐
  ✓ Plans and makes assignments
  + Assigns work equitably
  + Considers ability of
    subordinates
  + Effectively uses available
    resources

**2. REVIEWS AND CONTROLS WORK**
**OF SUBORDINATES** ☐ ☐ ☐ ☑ ☐
  + Ensures accuracy and
    thoroughness of work product
  ✓ Coordinates efforts of
    subordinates
  ✓ Coordinates subordinate's
    activities with other agencies

**3. WORK HABITS** ☐ ☐ ☐ ☐ ☑
  + Amount of work performed
  + Completion of work schedule
  + Observance of working hours
  + Meets attendance standards
  + Observance of safety rules
  + Compliance with instructions
  + Adherence to Department
    policy and procedures
  + Orderliness in work
  + Organizes work
  + Application to duties
  + Initiative
  + Willingness to accept
    additional responsibility

**4. QUALITY OF WORK** ☐ ☐ ☐ ☐ ☑
  + Accuracy
  + Neatness
  + Thoroughness
  + Effective oral communications
  ✓ Effective written
    communications

**5. PERSONAL RELATIONS** ☐ ☐ ☐ ☐ ☑
  + Demonstrates impartiality and
    objectivity
  + Maintains productive work
    relationship with subordinates
  + Maintains productive work
    relationship with superiors
  + Works cooperatively with all
    staff, civilian and sworn
  + Assists public courteously
  + Personal appearance-grooming/
    dress

**6. TRAINING, EVALUATING AND** ☐ ☐ ☐ ☑ ☐
**DISCIPLINE**
  + Identifies and addresses
    training needs
  ✓ Promotes supervisory
    development
  + Cooperates with fellow
    supervisors in subordinate
    development
  ✓ Implements Department
    policies in disciplinary
    matters
  ✓ Promptly address citizen
    complaints
  + Continually evaluates and
    documents performance of
    subordinates

**7. LEADERSHIP** ☐ ☐ ☐ ☐ ☑
  + Promotes harmonious staff
    relationships
  ✓ Encourages open discussion
  ✓ Provides guidance necessary
    for problem solving
  + Understands and utilizes
    appropriate organizational
    channels
  + Promptly address subordinate
    complaints/grievances
  + Credibility
  + Approachability
  + Provides example of appropriate
    performance
  + Supports Departmental programs

**8. DECISION MAKING ABILITY** ☐ ☐ ☐ ☑ ☐
  ✓ Identifies problems rapidly
    and accurately, emergent/
    non-emergent
  + Makes logical, appropriate
    effective decisions without
    undue delay
  + Accepts responsibility for
    decisions
  ✓ Considers safety factors in making
    decisions
  ✓ Demonstrates through knowledge
    of applicable laws, policies,
    and procedures

**9. OTHER** ☐ ☐ ☐ ☐ ☐

LASD_273605

CONFIDENTIAL

179

Report on Performance                    -3-                    04-11-1999 to 04-10-2000
Manager/Supervisor
Carey, William T., Lieutenant #173140


Lieutenant Carey continued through this rating period in his capacity as Watch Commander at the North Facility.  An assessment of his performance supports the overall rating of "Very Good".

ASSIGNMENT OF WORK

Lieutenant Carey effectively utilized staff assigned to his shift.  He focused on the abilities of employees before making assignments.  Lieutenant Carey assembled a team of personnel to address the lack of a partition inside the entrance to the Men's Locker Room.  The lack of such a partition exposes persons inside the locker room when the door is opened.  The team was comprised of unit personnel and staff from the Sheriff's Facilities Management section.  He directed them to design, fabricate, and install an appropriate partition.  His utilization and direction of these employees has been effective as they work toward completion of the project.

REVIEWS AND CONTROLS WORK OF SUBORDINATES

Lieutenant Carey has been attentive to the work performed by his staff.  He stayed abreast of shift operations and has been quick to address problems as they arose.  Consistent with this effort has been his oversight of his subordinates' efforts.  Lieutenant Carey has been effective in coordinating the efforts of his employees with those of other Department units, as well as employees from outside the Department.

WORK HABITS

In addition to the myriad of tasks that a Watch Commander performs, Lieutenant Carey is also responsible for several collateral duties, including Jail Team Policing, Key Control/Lockers, Vehicles, Duty Statements/Unit Orders, Manuals and Orders, Evidence and Safe, Desk Operations, Inmate Injury Statistics/Facility Statistics, and Inmate Law Library/Court Orders.  Despite his extensive workload, Lieutenant Carey is able to complete his work projects within established time limits.

Lieutenant Carey has been consistent in reporting to work on time, as well as maintaining an excellent attendance record.  He has been observant of all work related rules and regulations.  Lieutenant Carey has been compliant with work instructions.  His application to his duties and his initiative have been outstanding.  He effectively organizes his work so that its completion is timely and accurate.  With the many responsibilities that Lieutenant Carey has, his willingness to accept additional responsibilities has remained a constant.

**LASD_273606**

**CONFIDENTIAL**

Report on Performance                    -4-                    04-11-1999 to 04-10-2000
Manager/Supervisor
Carey, William T., Lieutenant #173140

QUALITY OF WORK

The quality of Lieutenant Carey's work product has been the result of careful organization of his work, coupled with a desire to learn any given task in the most effective manner possible. He volunteered to perform a unit level administrative investigation so that he could learn how. His attitude toward learning all facets of his current job has been no less than outstanding. The result has been work productivity that is accurate, neat, and thorough. Lieutenant Carey has been an excellent communicator, both orally and in writing.

PERSONAL RELATIONS

Lieutenant Carey has established himself as an impartial and objective supervisor. His people skills has resulted in friendly, yet productive working relationships, not only with subordinates, but with peers and superiors as well. He has proven to be open to constructive discussion and does not receive a different opinion as personally offensive. Lieutenant Carey is a mature employee who has worked cooperatively with all staff.

His personal and uniform appearance have been impeccable.

TRAINING, EVALUATING, AND DISCIPLINE

Lieutenant Carey has been pro-active with in-service training sessions. He has taken a "hands on" approach, being actively involved in administering this training. He's ensured that adequate training drills and systems checks are administered so that appropriate performance levels by his staff are maintained and deficiencies are corrected. His efforts at both training and evaluating have been a constant since his assignment at the North Facility.

Lieutenant Carey has been adept at initiating inquiries and recommending investigations on potential disciplinary issues. He has remained objective and impartial during these times.

LEADERSHIP

Characteristic of Lieutenant Carey's performance has been his strong inter-personal skills. He has been adept at initiating, maintaining, and encouraging friendly and effective working relationships. Lieutenant Carey has established a comfort level with regards to his role as Watch Commander, and that has allowed him to be effective when interacting with subordinates, peers, and superiors. He's established himself as a credible and approachable supervisor and has earned the respect of his staff.

LASD_273607

CONFIDENTIAL

Report on Performance                    -5-                    04-11-1999 to 04-10-2000
Manager/Supervisor
Carey, William T., Lieutenant #173140

LEADERSHIP - CONTINUED

Lieutenant Carey supports Departmental programs. On February 20, 2000, the West Angeles Church of Christ sponsored a Law Enforcement Appreciation Day. The church's congregation invited Sheriff Baca and Department members to attend services that day and be honored by those church goers in attendance. Lieutenant Carey attended services that day with his two children. His attendance at that event, in the company of his two children, served as an excellent example of leadership for others to follow.

DECISION MAKING ABILITY

Lieutenant Carey has made logical and effective decisions. He has proven his capabilities at identifying problems and making effective and timely recommendations or decisions. His decisions have been attentive to employee safety issues. A constant in this rating category has been his acceptance of responsibility for the decisions that he has made.

Lieutenant Carey is a tenured Department member whose knowledge of applicable laws, policies, and procedures has been well established, and which have been a consideration in his decisions.

Lieutenant Carey has reviewed a copy of his Personnel Performance Index report.

LASD_273608

CONFIDENTIAL

COUNTY OF LOS ANGELES
## REPORT ON PROBATIONER

76A338 J-4/87

**1**
PERSONNEL FOLDER

CAREY, WILLIAM T.
EMPLOYEE NAME

LIEUTENANT
POSITION

173140
EMPLOYEE NUMBER

2719A
ITEM NUMBER

DATE TO BE FILED

770 CU/NO
DEPT. · DIV · SUB.

FROM 4-11-99
TO 10-10-99
PERIOD

| RATE EACH FACTOR | COMPETENT——— IMPROVEMENT NEEDED— UNSATISFACTORY——— |
|---|---|

Checking items **OPTIONAL** with department
+ Strong ✓ Standard — Weak

Use COMMENTS space to describe employee's strengths and weaknesses. Giv examples of work well done and plans for improving performance. (Facto ratings of Unsatisfactory or Improvement Needed must be substantiated b comments.)

1. **QUANTITY** ☐ ☐ ☑
   - Amount of work performed
   - Completion of work on schedule

2. **QUALITY** ☐ ☐ ☑
   - Accuracy
   - Neatness of work product
   - Thoroughness
   - Oral expression
   - Written expression

3. **WORK HABITS** ☐ ☐ ☑
   - Observance of working hours
   - Attendance
   - Observance of rules and regulations
   - Observance of Safety Rules
   - Compliance with work instructions
   - Orderliness in work
   - Application to duties

4. **PERSONAL RELATIONS** ☐ ☐ ☑
   - Getting along with fellow employees
   - Meeting and handling the public
   - Personal appearance

5. **ADAPTABILITY** ☐ ☐ ☑
   - Performance in new situations
   - Performance in emergencies
   - Performance with minimum instructions

6. **OTHER** ☐ ☐ ☐

**LASD_273609**

(Continue COMMENTS on attached sheet)

7. **SUPERVISORY ABILITY** (only for supervisors) ☐ ☐ ☑
   - Planning and assigning
   - Training and instructing
   - Disciplinary control
   - Evaluating performance
   - Leadership
   - Making decisions
   - Fairness and impartiality
   - Approachability
   - Maintaining an effective safety program

### ACTION OF DEPARTMENT HEAD
I concur in and approve this report of performance evaluation.
On the basis of this report:
☑ I approve final appointment.
☐ I do not approve final appointment.
　☐ Reduce the probationer to the position of _____
　☐ Discharge the probationer from the service.
　(Effective date of action _____ )
DEPT. HEAD _____ DATE 10·20·99
(or authorized representative)
Report discussed with employee
BY _Richard Costa_ DATE 1-19-00

This report and the action indicated above have been discussed with me.
EMPLOYEE'S SIGNATURE W.T.C. DATE 01-19-00
Copy of report given to employee
BY _D. Ward_ DATE 1-19-99

| OVER-ALL EVALUATION: | UNSATISFACTORY | COMPETENT |
|---|---|---|
| | | X |

RECOMMENDATIONS TO DEPARTMENT HEAD
☑ I do
☐ I do not    recommend the probationer's final and complete appointment.
RATER'S SIGNATURE _Richard Costa_ DATE 9/30/99

☑ I do
☐ I do not    recommend the probationer's final and complete appointment.
REVIEWER'S SIGNATURE _____ DATE 10/12/99

### USE WHEN PROBATIONARY PERIOD NOT COMPLETE
☐ Failed medical examination    DATE _____
☐ Resigned from County Service    DATE _____
☐ Left position to accept another County position    DATE _____
☐ _____    DATE _____
Copy of report mailed to employee
Address _____    AT ASSIGNMENT    FEB 18 200□    DATE _____

**CONFIDENTIAL**

183

## PURPOSE OF EVALUATION

The probationary period is the last step in the selection process. It is a period during which (1) the Supervisor can explain to the employee the expectations for performance established for the position and can help him or her meet or exceed these expectations and (2) the probationer can demonstrate his or her ability to meet performance expectations. This process permits the department to decide whether or not the probationer should receive permanent appointment to the position.

## WHEN TO COMPLETE THIS FORM

COMPETENT: This report must be completed prior to the end of the probationary period. It should be discussed with the employee and he/she must be given a copy. If the performance of a probationer who has been competent becomes unsatisfactory before the end of the probationary period, a new report should be prepared.

UNSATISFACTORY: This report can be completed at any time during the probationary period. The employee must be either reduced or discharged.

PROBATIONARY PERIOD FOLLOWING FIRST APPOINTMENT: An employee who has not yet completed a first probationary period may be discharged or reduced in accordance with Civil Service Rule 18.07 by the appointing power by written notice, served on the employee. This notice must specify the grounds and the particular facts on which the action is based.

## RATING STANDARDS

Individual factors on the Report may be marked Improvement Needed in addition to Competent and Unsatisfactory. The final, overall rating of any probationary employee, however, must be either Competent or Unsatisfactory. He/she must be approved for final appointment or be discharged or reduced in accordance with Rule 18.07.

## FACTOR RATINGS

COMPETENT: The employee performs at a level which is equal to or above performance expectations for the position.

UNSATISFACTORY: The employee's performance is below performance expectations for the position. This rating must be documented by factual detailed comments. If permanent employment is recommended, no factor should be assigned this rating.

IMPROVEMENT NEEDED: Performance is below performance expectations for the position. This rating must be documented with factual, detailed comments.

USE OF ITEMS: Marking the items under each factor is optional with the department. The symbols ( + , - , √ ) are used to show the employee his/her strengths, weaknesses, and areas of standard performance.

## OVERALL EVALUATION

Individual factors on the report may be marked Improvement Needed in addition to Competent and Unsatisfactory. The final, overall rating of any probationary employee, however, must be either Competent or Unsatisfactory. He/she must be approved for final appointment or be discharged or reduced in accordance with Rule 18.07.

COMPETENT: Work performance is equal to or above performance expectations for the position. This rating carries with it the appointing authority's approval to make the appointment final and complete.

UNSATISFACTORY: Work performance is below performance expectations for the position. Factual evidence must be presented in writing to substantiate this rating, which carries with it the appointing authority's decision not to approve final and complete appointment.

## REVIEW AND APPEALS

PROBATIONARY PERIOD FOLLOWING FIRST APPOINTMENT
A first-time probationer who is reduced or discharged in accordance with Rule 18.07 may file a written appeal with the Department of Human Resources, Appeals Unit. The appeal must be filed within 10 business days after the date of postmark on the written notice when mailed or within 10 business days of hand delivery of the notice. It must present specific, detailed facts to support the reasons for appeal.

PROBATIONARY PERIOD FOLLOWING SECOND OR SUBSEQUENT APPOINTMENT
A permanent employee who has successfully completed one probationary period and is serving another ( as in the case of a promotion), and who is reduced may file a written appeal to the Department of Human Resources, Appeals Unit. This appeal must be filed within 10 business days after the date of postmark on the written notice when mailed or within 10 business days of hand delivery of the notice. It must present specific detailed facts to support the reasons for appeal.

In the case of discharge, the employee may request a hearing with the Civil Service Commission, as provided in Rule 4.

LASD_273610

**CONFIDENTIAL**

184

Report on Performance                    -2-                    04-11-99 to 10-10-99
Manager/Supervisor
Carey, William T., Lieutenant #173140

Lieutenant Carey was assigned to the North Facility after promotion as a Watch Commander. An assessment of his performance supports his final and complete appointment to the rank of Lieutenant.

QUANTITY

In addition to his duties as a Watch Commander, Lieutenant Carey is also responsible for the following collateral duties: Jail Team Policing; Key Control/Lockers; Vehicles; Duty Statements/Unit Orders; Manuals and Orders; Evidence and Safe; Desk Operations; Inmate Injury Statistics/Facility Statistics; and Inmate Law Library/Court Orders. Despite his extensive workload, Lieutenant Carey was consistent in submitting his work on schedule.

QUALITY

The quality of Lieutenant Carey's work product has been above average during this probationary period. His work has been neat and accurate. He has proven himself to be an effective communicator, both orally and in writing. On July 9, 1999, he conducted an inquiry into a lawsuit by a former inmate who claimed he was gay and who had been declassified as a homosexual. Lieutenant Carey's finished product was well written, thorough, and addressed all allegations of the lawsuit.

WORK HABITS

Lieutenant Carey's attendance record was excellent during this rating period. His observance of rules and regulations was constant and provided an excellent example for subordinates to follow. Lieutenant Carey's application to his duties has been energetic, and his work orderliness is evident in the quality of his work product.

PERSONA RELATIONS

Lieutenant Carey's interaction with his subordinates has been outstanding during this rating period. He was a constant presence within the security section of the jail and maintained constant accessibility to staff. Lieutenant Carey was adept at establishing and maintaining positive working relationships. His personal and uniform appearances were impeccable.

ADAPTABILITY

Lieutenant Carey has proven that he can be relied upon to perform the duties of a Lieutenant assigned as a Watch Commander in custody.

**LASD_273611**

**CONFIDENTIAL**

185

Report on Performance                    -3-                    04-11-99 to 10-10-99
Manager/Supervisor
Carey, William T., Lieutenant #173140


ADAPTABILITY - CONTINUED

Lieutenant Carey has been attentive to issues on his shift, especially those pertaining to his subordinates. An example of this was when an inmate complained that he had been struck by a specific deputy while the inmate was housed at this facility. Despite discrepancies in the inmate's allegations, Lieutenant Carey conducted a thorough inquiry, including the review of video tapes of footage taken within the dorm the inmate had been housed in and discovered a possible unreported use of force by an employee. He made the appropriate notifications and recommendations for an administrative investigation. Lieutenant Carey has shown that he is capable of performing the duties of a Watch Commander/Lieutenant in new situations, with minimal instructions.

SUPERVISORY ABILITY

Lieutenant Carey has proven that he is an accomplished supervisor. His interactions with his subordinates have earned him their respect and recognition as a supervisor of integrity. He has been quick to hold subordinates accountable for their actions and to investigate all allegations of misconduct on the part of subordinates. His decision making capabilities have been excellent, making quick and logical decisions and accepting responsibility for them. Lieutenant Carey has displayed excellent leadership traits, and has earned final and complete appointment to the rank of Lieutenant.

Lieutenant Carey possesses a valid Class "C" California Driver's License, # ▇▇▇▇▇▇ which expires May 29, 2002.

Lieutenant Carey was provided with a copy of his Personnel Performance Index Profile Report.


**LASD_273612**

**CONFIDENTIAL**

186

# SHERIFF DEPARTMENT-COUNTY OF LO ANGELES

## REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME __CAREY, WILLIAM T.__                                              DATE __12/26/98__

TYPE OF EVALUATION:  ☒ ANNUAL  ☐ TRANSFER       FROM __11/26/97__ TO __11/26/98__
                               OTHER_____

EMPLOYEE'S RANK __SERGEANT__                                   EMPLOYEE NUMBER __173140__

ITEM NO. __2717A__         DEPT. 770 __X__ DIVISION __F.O.R. II__   UNIT __WHD__

EMPLOYEE'S DRIVER'S LICENSE NO. __N5008850__      CLASS __3__ EXPIRATION DATE __05/29/00__

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD:   __FIELD/WATCH SERGEANT__      [12] MONTHS
_____ ☐ MONTHS _____ ☐ MONTHS
_____ ☐ MONTHS _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

LIEUTENANT ERIC K. HAMILTON

LIEUTENANT DAVID LONG

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: ___Eric K. Hamilton, Lieutenant___
       PRINT/TYPE NAME/JOB TITLE

_____ DATE 12/26/98
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER ___Richard E. Odenthal, Captain___
         PRINT/TYPE NAME/JOB TITLE

_____ DATE 4/13/89
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT

DEPT. HEAD___Curtis Spears___ DATE 01/25/99
SIGNATURE

SH-A-631 (REV. 6/88)

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S
SIGNATURE __W.T. C.___ DATE 2-3-99

COPY OF REPORT MAILED TO EMPLOYEE:   MAR 15 1999

ADDRESS___AT ASSIGNMENT___ DATE_____

REPORT DISCUSSED WITH EMPLOYEE:

BY: __LT. E. Hamilton__ DATE 02-03-99

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S
SIGNATURE __W.T. C.___ DATE 2-3-99

(OVER)

LASD_273613

**CONFIDENTIAL**

187

NAME: CAREY, William T. _____    DATE: 12/__8 _____

RATE EACH FACTOR:

OUTSTANDING ——————————————————————
VERY GOOD ———————————————————————
COMPETENT ————————————————————————
IMPROVEMENT NEEDED ——————————————
UNSATISFACTORY ————————————————————

OUTSTANDING ——————————————————————
VERY GOOD ———————————————————————
COMPETENT ————————————————————————
IMPROVEMENT NEEDED ——————————————
UNSATISFACTORY ————————————————————

**1. ASSIGNMENT OF WORK** ............ ☐ ☐ ☐ ☐ ☒
  ± Plans and makes assignments
  ± Assigns work equitably
  ± Considers ability of
    subordinates
  ± Effectively uses available
    resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES** .......... ☐ ☐ ☐ ☐ ☒
  ± Ensures accuracy and
    thoroughness of work product
  ± Coordinates efforts of
    subordinates
  / Coordinates subordinate's
    activities with other agencies

**3. WORK HABITS** ............ ☐ ☐ ☐ ☐ ☒
  ± Amount of work performed
  ± Completion of work schedule
  ± Observance of working hours
  ± Meets attendance standards
  ± Observance of safety rules
  ± Compliance with instructions
  ± Adherence to Department
    policy and procedures
  / Orderliness in work
  ± Organizes work
  ± Application to duties
  ± Initiative
  ± Willingness to accept
    additional responsibility

**4. QUALITY OF WORK** ............ ☐ ☐ ☐ ☐ ☒
  / Accuracy
  ± Neatness
  ± Thoroughness
  ± Effective oral communications
  / Effective written
    communications

**5. PERSONAL RELATIONS** .......... ☐ ☐ ☐ ☐ ☒
  ± Demonstrates impartiality and
    objectivity
  ± Maintains productive work
    relationship with subordinates
  ± Maintains productive work
    relationship with superiors
  ± Works cooperatively with all
    staff, civilian and sworn
  ± Assists public courteously
  ± Personal appearance-grooming/
    dress

**6. TRAINING, EVALUATING AND DISCIPLINE** ............ ☐ ☐ ☐ ☐ ☒
  ± Identifies and addresses
    training needs
  ± Promotes supervisory
    development
  ± Cooperates with fellow
    supervisors in subordinate
    development
  / Implements Department
    policies in disciplinary
    matters
  ± Promptly address citizen
    complaints
  / Continually evaluates and
    documents performance of
    subordinates

**7. LEADERSHIP** ............ ☐ ☐ ☐ ☐ ☒
  ± Promotes harmonious staff
    relationships
  ± Encourages open discussion
  ± Provides guidance necessary
    for problem solving
  ± Understands and utilizes
    appropriate organizational
    channels
  ± Promptly address subordinate
    complaints/grievances
  ± Credibility
  ± Approachability
  ± Provides example of appropriate
    performance
  ± Supports Departmental programs

**8. DECISION MAKING ABILITY** ............ ☐ ☐ ☐ ☐ ☒
  ± Identifies problems rapidly
    and accurately, emergent/
    non-emergent
  ± Makes logical, appropriate
    effective decisions without
    undue delay
  ± Accepts responsibility for
    decisions
  ± Considers safety factors in making
    decisions
  ± Demonstrates through knowledge
    of applicable laws, policies,
    and procedures

**9. OTHER** ............ ☐ ☐ ☐ ☐ ☐

LASD_273614

CONFIDENTIAL

188

**CAREY, William T., Sergeant, #173140**                    **11-26-97 TO 11-26-98**
**Performance Evaluation**
**Page Three**

During this rating period, Sergeant William "Tom" Carey has been assigned to West Hollywood Sheriff's Station as a field and watch sergeant. He also has the responsibility of the station armory, bicycle teams, field sergeant's cellular telephone, and Service Area 2 (Beat Patrol). Tom has consistently performed the majority of his assigned duties in an exemplary manner, which has earned him an "outstanding" rating.

ASSIGNMENT OF WORK

Sergeant Carey demonstrates the ability to effectively plan and assign work projects. He takes personal pride in being intimately familiar with the weaknesses and strengths of his subordinates so that he can assign them tasks in a fair and equitable manner. Sergeant Carey also demonstrates the ability to confidently utilize Department and other external resources (personnel and materials) to successfully complete the task at hand.

REVIEWS AND CONTROLS WORK OF SUBORDINATES

As a result of his supervisory experience (8 years), job knowledge and high level of common sense, Sergeant Carey is able to ensure that the work performed by his subordinates is done to the best of their abilities. He is thorough in his review of written product submitted to him, thereby ensuring the content is accurate, complete, and assigned to the proper investigative unit. Sergeant Carey has displayed an outstanding ability to coordinate the efforts of his subordinates; in doing so, he promotes a team spirit that encourages personnel to work well together.

WORK HABITS

Sergeant Carey has outstanding work habits. He consistently completes all of his assigned tasks in a timely and efficient manner. He enthusiastically accepts additional responsibilities and, because of his tenure and vast work experience, he is often called upon to help his peers in completing their assignments.

Sergeant Carey regularly reports to work well before the start of his scheduled shift, and he rarely takes unscheduled absences. There have been several occasions when Tom has voluntarily altered his work and vacation schedule to accommodate the station's needs. He has always availed himself, without complaint, to assist our station whenever the need for a supervisor arose. The following commendation is just a small example of Sergeant Carey's commitment to West Hollywood Station.

-    On November 29, 1998, Lieutenant Mike Stine commended Sergeant Carey for volunteering to alter his work schedule to allow another supervisor time off to spend with his family on Thanksgiving.

**LASD_273615**

**CONFIDENTIAL**

189

CAREY, William T., Sergeant, #173140                      11-26-97 TO 11-26-98
Performance Evaluation
Page Four

Sergeant Carey conducts himself in a professional manner when dealing with the public and, on several occasions, has defused angry citizens by taking the time to listen to their concerns and giving appropriate advice.

QUALITY OF WORK

Sergeant Carey has outstanding verbal communication skills which enables him to deal effectively with all department personnel and the general public. He presents his thoughts in a calm and purposeful, which makes for a very open exchange. When submitting his written work, Sergeant Carey's product is generally neat and accurate. However, there has been a few occasions when his reports lacked the required information or clarity. After reviewing this matter, Sergeant Carey has eagerly taken the necessary steps to improve his writing skills.

PERSONAL RELATIONS

Sergeant Carey diligently works at maintaining harmonious and productive working relationships with his peers, subordinates, and supervisors. He makes himself readily available to assist others whenever asked or the need arise. Sergeant Carey promotes an attitude of cooperation between sworn and civilian personnel and assists members of the public (including inmates) in a manner that is consistent with the Department's philosophy of Service Oriented Policing. Subordinates have commented that he is extremely fair, approachable, and commands respect from those who work with him.

Sergeant Carey maintains a regular physical fitness program consisting of weightlifting and cardiovascular exercise. He is a permanent fixture in the station gym and a regular participant on the station's Baker to Vegas relay team. His exemplary physical fitness and uniform appearance has set the standard for the supervisory staff at West Hollywood Station.

–    Throughout this rating period, Sergeant Carey has gathered used clothing and toys from his own children and provided them to a local homeless woman for her children.

–    On June 15, 1998, Mr. Jeff Wisdom commended Sergeant Carey for his kindness and courtesy in assisting him in recovering a towed vehicle (WCSCR #74231).

–    On August 16, 1998, Mrs. Helga Carstens commended Sergeant Carey for his kindness. He stopped and changed her flat car tire when she was stranded on the side of the road (WCSCR #77873).

LASD_273616

CONFIDENTIAL

CAREY, William T., Sergeant, #173140                          11-26-97 TO 11-26-98
Performance Evaluation
Page Five

TRAINING, EVALUATING AND DISCIPLINE

Sergeant Carey is a devout believer in training. He has facilitated numerous training sessions for the deputies which are highly worthwhile and helpful. As a former member of the Advanced Training Bureau and a station Training Sergeant, he has been able to provide well organized training scenarios to his subordinates. He routinely conducts informal training sessions and debriefings which constructively critique tactics used by deputies. The information that he provides is always well received and informative.

Sergeant Carey maintains a keen awareness of the daily performance of his subordinates. He is quick to commend them for their outstanding efforts and not hesitant to take the appropriate measure to correct noted deficiencies. When he observes his subordinates performing their duties below established standard, he promptly addresses his concerns. He does so in a caring and professional manner, which results in an increase effort on the part of the concerned employee. Several deputies have mentioned that they are appreciative of the fact that Sergeant Carey took the time to bring his concerns to their attention.

–       On November 27, 1997, Lieutenant Michael Stine commended Sergeant Carey for conducting an outstanding, well researched briefing regarding an officer involved shooting at Century Station. Sergeant Carey interviewed the involved deputies, ascertained a recording of the incident, and visited the shooting scene.

–       On February 5, 1998, Lieutenant Hamilton commended Sergeant Carey for providing "Felony Pull-over" training for four (4) assigned training units. The training consisted of both classroom presentation and a role playing scenario.

LEADERSHIP

Sergeant Carey is an excellent leader who provides proper guidance to his subordinates. Because of his approachability, he is frequently sought out by deputies for direction on their daily efforts and careers. He encourages open discussions and always addresses the concerns of deputies in a timely and appropriate manner. Sergeant Carey's work ethic epitomizes the term "lead by example." As a supervisor, he demands that his subordinates perform their duties in a conscientious and professional manner. As an employee of the Department, he requires the same of himself. He is highly cognizant and respectful of the Department's chain of command and is an advocate of its Community Base Policing programs, particularly West Hollywood Station's BEAT program.

–       On November 21, 1998, Lieutenant Hamilton commended Sergeant Carey for his outstanding supervision of a team of deputies who successfully managed a hostage situation.

LASD_273617

**CONFIDENTIAL**

191

**CAREY, William T., Sergeant, #173140**                    **11-26-97 TO 11-26-98**
**Performance Evaluation**
**Page Six**

—    On July 27, 1998, Captain Odenthal commended Sergeant Carey for his supervision and
leadership of a team of deputies who responded to the Universal Amphitheater to quash a
riotous situation.

DECISION MAKING ABILITY

Sergeant Carey consistently employs his job knowledge when making decisions. His decision
making ability promotes a feeling of confidence on the part of his supervisors. He makes timely
decisions on matters which he is familiar with and accepts full responsibility for those decisions.
When situations arise that are unfamiliar to him, he does not hesitate to notifies his supervisor after
first gathering all of the necessary facts. As a supervisor interested in the well-being and
development of his subordinate, Sergeant Carey encourages them to be confident and responsible
decision makers.

OTHER

Overall, Sergeant Carey has far exceeded the required standards in all categories of this evaluation.
It is my personal and professional pleasure to work with Tom. During the next rating period, it's
my goal to have Sergeant Carey continue to perform at a high level and manage more administrative
duties. He is currently on the Lieutenant's promotional list and this experience will greatly assist
him with the transition, should he be given the opportunity to promote.

I have reviewed and discussed Sergeant Carey's PPI with him. The information is accurate.

Sergeant Carey possesses a valid class "3" California Driver's License, ███████ which expires
on May 29, 2000.

**LASD_273618**

**CONFIDENTIAL**

192

# SHERIFF'S DEPARTMENT-COUNTY OF LOS ANGELES

## REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME CAREY, WILLIAM                                                          DATE MAY 27, 1998

TYPE OF EVALUATION:  ☒ ANNUAL  ☐ TRANSFER    FROM 12/25/96  TO 11/25/97

OTHER _____

EMPLOYEE'S RANK SERGEANT                                        EMPLOYEE NUMBER 173140

ITEM NO. 2717A _____ DEPT. 770 ___ DIVISION ___ FORII ___ UNIT WEST HOLLYWOOD

EMPLOYEE'S DRIVER'S LICENSE NO. N5006554 ____ CLASS C ____ EXPIRATION DATE 05/29/02

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD:                          ☐ MONTHS

PATROL                              [12] MONTHS _____    ☐ MONTHS

_____                 ☐ MONTHS _____     ☐ MONTHS


SERGEANT MARCUS HERSHEY

LIEUTENANT ERIC HAMILTON

LIEUTENANT MICHAEL STINE


### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  | X |  |


NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: Stephen B. Johnson, Lieutenant
PRINT/TYPE NAME/JOB TITLE
DATE 5/27/98
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER Richard E. Odenthal, Captain
PRINT/TYPE NAME/JOB TITLE
DATE 6-4-98
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.
DEPT. HEAD    DATE
SIGNATURE


COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE W.T.C    DATE 6-18-98

COPY OF REPORT MAILED TO EMPLOYEE:    JUL 1 1998

ADDRESS AT ASSIGNMENT    DATE

REPORT DISCUSSED WITH EMPLOYEE:
BY:    DATE 6/18/98

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE W.T.CC    DATE 6-18-98


SH-A-631 (REV. 6/88)

(OVER)

LASD_273619

CONFIDENTIAL

193

NAME  CAREY, WILLIAM                                    DATE  0    /98

RATE EACH FACTOR:

OUTSTANDING ——————————————————                    OUTSTANDING ——————————————————
VERY GOOD ————————————————                          VERY GOOD ———————————————————
COMPETENT ——————————————                              COMPETENT ———————————————
IMPROVEMENT NEEDED ————————                          IMPROVEMENT NEEDED —————————
UNSATISFACTORY———————————                            UNSATISFACTORY————————————

**1. ASSIGNMENT OF WORK**          □ □ □ □ [x]       **6. TRAINING, EVALUATING AND**     □ □ □ [+] □
  x Plans and makes assignments                       **DISCIPLINE**
  x Assigns work equitably                              + Identifies and addresses
  x Considers ability of                                   training needs
     subordinate                                         x Promotes supervisory
     Effectively uses available                             development
     resource                                            x Cooperates with fellow
                                                            supervisors in subordinate
**2. REVIEWS AND CONTROLS WORK**   □ □ □ [x] □             development
   **OF SUBORDINATES**                                   x Implements Department
  x Ensures accuracy and                                    policies in disciplinary
     thoroughness of work product                           matters
  + Coordinates efforts of                               + Promptly address citizen
     subordinate                                            complaints
  x Coordinates subordinate's                            x Continually evaluates and
     activities with other agencies                         documents performance of
                                                            subordinates
**3. WORK HABITS**                 □ □ □ [x] □
  x Amount of work performed                          **7. LEADERSHIP**                  □ □ □ □ [x]
  x Completion of work schedule                         x Promotes harmonious staff
  + Observance of working hours                            relationships
  + Meets attendance standards                          + Encourages open discussion
  + Observance of safety rules                          + Provides guidance necessary
  + Compliance with instructions                           for problem solving
  + Adherence to Department                             + Understands and utilizes
     policy and procedures                                 appropriate organizational
  + Orderliness in work                                    channels
  + Organizes work                                      + Promptly address subordinate
  + Application to duties                                  complaints/grievances
  + Initiative                                          + Credibility
  + Willingness to accept                               + Approachability
     additional responsibility                          + Provides example of appropriate
                                                           performance
**4. QUALITY OF WORK**             □ □ □ [x] □          + Supports Departmental programs
  + Accuracy
  + Neatness                                          **8. DECISION MAKING ABILITY**    □ □ □ □ [x]
  x Thoroughness                                        + Identifies problems rapidly
  + Effective oral communications                          and accurately, emergent/
  x Effective written                                      non-emergent
     communications                                     + Makes logical, appropriate
                                                           effective decisions without
**5. PERSONAL RELATIONS**          □ □ □ □ [x]             undue delay
  + Demonstrates impartiality and                       + Accepts responsibility for
     objectivity                                           decisions
  + Maintains productive work                           + Considers safety factors in making
     relationship with subordinates                        decisions
  + Maintains productive work                           + Demonstrates through knowledge
     relationship with superiors                           of applicable laws, policies,
  + Works cooperatively with all                           and procedures
     staff, civilian and sworn
  + Assists public courteously                        **9. OTHER**                       □ □ □ □ □
  + Personal appearance-grooming/
     dress

LASD_273620

**CONFIDENTIAL**

194

REPORT ON PERFORMANCE
CAREY, WILLIAM, SERGEANT #173140
PAGE THREE

During this rating period, Sergeant Carey has been assigned to West Hollywood Station and the Universal Sub-Station, as the Watch Sergeant and Field Sergeant. He has also worked as the Acting Watch Commander.

ASSIGNMENT OF WORK/CONTROLS, REVIEWS WORK OF SUBORDINATES

Sergeant Carey has taken the time to get to know the strengths and weaknesses of his subordinates and what motivates them. He matches their capabilities with the job at hand and appropriately picks the correct personnel to handle the delicate tasks. He has been effective in implementing the components of the West Hollywood Station "Beat Program." He assigns personnel specific tasks in their beats in a proactive fashion, and follows up on their progress. Sergeant Carey was instrumental in solving a juvenile problem at the "Greenwich Village Pizza." He spent countless hours with business owners, residents, and juvenile offenders working on solving the problem. On July 18, 1997, he was commended by a citizen, David Watson, for his ability to coordinate the efforts of his subordinates in the handling of a "shots fired" incident. Mr. Watson commended Sergeant Carey for his quick and professional coordinated response to an emergent situation.

WORK HABITS/QUALITY AND QUANTITY OF WORK

Sergeant Carey has set high standards for himself and his subordinates. He is dependable and trustworthy. Sergeant Carey has frequently assumed the role of Watch Sergeant and Field Sergeant simultaneously. He has handled both tasks well attending to all the necessary details and displaying good judgment. He has also served as Watch Commander doing a superb job. Sergeant Carey assumed responsibility for the Station Armory which was in a state of neglect. He organized and revamped the Armory and corrected all the deficiencies. On October 1, 1997, he was commended by Lieutenant Stephen Johnson, for the quality of his work in designing a format for the West Hollywood Station Foot Beat Report. On August 21, 1997, he was commended by Sergeant Marcus Hershey for his courtroom demeanor and his testimony. His conduct was polite and respectful. He was successful in coordinating his activities with the other officers of the court.

PERSONAL RELATIONS

Sergeant Carey has outstanding personal relationships with the public, his subordinates, and his supervisors. He treats his subordinates in a way that motivates them to perform to the best of their ability. He is well liked by his peers, subordinates, and supervisors. Sergeant Carey maintains a positive uniform appearance and stays in top physical condition. His appearance projects a positive role model to his subordinates. Sergeant Carey was commended by

LASD_273621

**CONFIDENTIAL**

195

REPORT ON PERFORMANCE
CAREY, WILLIAM, SERGEANT #173140
PAGE FOUR

Lieutenant Michael Stine for altering his shift and work hours to accommodate his peers who needed to be off for a holiday. Sergeant Carey has been instrumental in revitalizing the Station Gym. He established a gym fund, secured donations, refurbished the gym, and purchased new equipment. Sergeant Carey has received no personnel complaints during this rating period.

## TRAINING, EVALUATING AND DISCIPLINE/LEADERSHIP

Sergeant Carey does a fabulous job of training and evaluating his subordinates. He has a keen eye for recognizing training needs and developing briefings aimed at improving job safety and deputy performance. He was commended by Lieutenant Michael Stine for a critical incident debriefing he conducted of an officer involved shooting. He was also commended by Lieutenant Eric Hamilton for the in-service training he conducted regarding vehicle stops. Sergeant Carey always incorporates Department policy into his tactical presentations, and also in the written evaluations of his subordinates.

## DECISION-MAKING ABILITY

One of Sergeant Carey's strongest points is his decision-making ability. He is a "quick study" and can identify problems rapidly and make appropriate decisions without undue delay. Sergeant Carey was commended by Lieutenant Johnson for his quick action in taking control of a pursuit and considering the safety factors involved. Sergeant Carey quickly stopped an unmarked unit from attempting to "box in" a fleeting vehicle.

During this rating period, Sergeant Carey conducted numerous investigations where he had to analyze force related incidents and citizen complaints. He also followed up with in-service briefings in which he provided clear concise guidelines and operating instructions for his subordinates. In all his actions, he displayed a "reverence for life" and he conveyed this philosophy to his subordinates.

Sergeant Carey has been provided a copy of his Personnel Performance Index and it has been discussed with him.

LASD_273622

CONFIDENTIAL

Message print requested by terminal: WHDWC        05/25/98 02:31:55


05/25/98  02:31  From DMV:
4RTH0IHID00.ID
DATE:05-25-98*TIME:02:31*

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

███████████████████████████████████████████

IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BROWN*EYES:BRN*HT:6-00*WT:212*

LIC/ISS:04-07-98*EXPIRES:05-29-02*CLASS:C NON-COMMERCIAL*
ENDORSEMENTS:NONE*

LATEST APP:


DL TYPE:RENEWAL*ISS/DATE: 04-07-98*OFFICE: NHL*BATES:MAG*



LICENSE STATUS:
  VALID*

DEPARTMENTAL ACTIONS:
NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:
NONE

ACCIDENTS:
NONE

END


LASD_273623

CONFIDENTIAL

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## WATCH COMMANDER'S SERVICE COMMENT REPORT

**50149**

| Received By: | | |
|---|---|---|
| | Mail | |
| | In Person | |
| X | Telephone | |
| | 800 Line | |

**Bureau/Station/Facility Receiving Comment:** F.O.R. II - WEST HOLLYWOOD
**Date:** 07-18-97
**URN:**

| X Commendation | Personnel Complaint | Service Complaint |
|---|---|---|

| ✓ Application to Duties | Criminal Conduct * | Improper Detention, Search or Arrest | Policy/Procedures |
|---|---|---|---|
| Commendable Restraint | Discourtesy | Improper Tactics | Response Time |
| ✓ Exemplary Conduct | Dishonesty | Neglect of Duty | Traffic Citation |
| ✓ Tactical Excellence | Unreasonable Force | Other | Other |

## Reporting Party Information

**Last Name:** WATSON **First Name:** DAVID **M.I.** — **Home Phone:** 310-271-9581 **Work Phone:** —

**Residence:** 9005 CYNTHIA ST **City:** WEST HOLLYWOOD **Zip:** 90069 **Sex:** M

Has any member of this Department attempted to discourage you in any way from bringing this matter to the attention of the Department? ☐ Yes ☒ No  If Yes, Who?

## Contact/Event Information

**Date:** 07-11-97 **Time:** 0001 HRS **City/Station Area:** WEST HOLLYWOOD **RD:** 0977

**Location/Address:** 9005 CYNTHIA ST, WEST HOLLYWOOD

**Synopsis of Contact/Event:** REPORTING PARTY STATED THAT ALL OF THE DEPUTY PERSONNEL THAT RESPONDED TO THE "SHOTS FIRED" CALL HANDLED THEMSELVES IN A "QUICK & PROFESSIONAL" MANNER

☒ See Attached

**Was a Supervisor Present?** ☒ Yes ☐ No  **Last Name:** CAREY **First Name:** WILLIAM **M.I.** T **Rank:** SGT. **Employee No:** 173140

## Witness Information

**Last Name:** **First Name:** **M.I.** **Home Phone:** **Work Phone:**

**Residence:** LASD_273624 **City:** **Zip:** **Sex:**

## Involved Employee Information

**Last Name:** CAREY **First Name:** WILLIAM **Middle Name:** T. **Work Phone:** 310-855-8850 **Sex:** M **Race:** W **Age:**

**Unit of Assignment:** WEST HOLLYWOOD STATION **Height:** **Weight:**

**Employee No.** 173140 **Work Assignment (Unit #, Module, etc.):** 90S  ☒ EM Shift ☐ Day Shift ☒ PM Shift ☒ Regular Shift ☐ O.T. Shift ☐ Off Duty  *B SHIFT*

**Last Name:** LYNCH **First Name:** WILLIAM **Middle Name:** H **Work Phone:** 310-855-8850 **Sex:** M **Race:** W **Age:**

**Unit of Assignment:** WEST HOLLYWOOD STATION **Height:** **Weight:**

**Employee No.** 274541 **Work Assignment (Unit #, Module, etc.):** 92  ☐ EM Shift ☐ Day Shift ☐ PM Shift ☒ Regular Shift ☐ O.T. Shift ☐ Off Duty  *B SHIFT*

## Employee Witness Information

**Last Name:** **F.I.** **M.I.** **Employee No.** **Last Name:** **F.I.** **M.I.** **Employee No.**

## Watch Commander (Person Completing Report)

**Print Full Name:** MARTIN M. CHULACK **Employee No:** 154887 **Signature:** M Chulack, SGT

| Distribution | | Result of Service Review: (Check one box only) |
|---|---|---|
| White - PSTD Hdqtrs | | ☒ Commendation ☐ Unit Level Admin. Investigation ☐ PSTD Investigation ☐ Review Completed No Further Action Required |
| Canary - Unit Commander | | Unit Commander's Signature |
| Pink - Division Hdqtrs | | **Date:** 7-21-97 |
| Green - Reporting Party | | Copy of form provided to employee upon completion of review by: C Murphy **Date:** 7-22-97 |
| * All copies immediately to Unit Commander | | Date Acknowledgment Letter and Receipt sent to Rptg. Prty. (also SH-CR-596/596A to Complainant): 7-22-97  Date Outcome Letter sent to Complainant: |

**CONFIDENTIAL**

198

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## WATCH COMMANDER'S SERVICE COMMENT REPORT
### ADDITIONAL INVOLVED EMPLOYEES CONTINUATION SHEET

Bureau/Station/Facility: F.O.R. II   WEST HOLLYWOOD

SCR#: 50149

**Additional Involved Employee Information**

| Last Name: VAUGHN | First Name: FREDERICK | Middle Name: — | Work Phone: 310-855-8850 | Sex: M | Race: W | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: WEST HOLLYWOOD STATION | | | | Height: | Weight: | |
| Employee No. 220231 | Work Assignment (Unit #, Module, etc.): 92B | B SHIFT | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☒ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

| Last Name: CONNORS | First Name: KEVIN | Middle Name: — | Work Phone: 310-855-8850 | Sex: M | Race: W | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: | | | | Height: | Weight: | |
| Employee No. 248118 | Work Assignment (Unit #, Module, etc.): 92B | B SHIFT | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☒ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

| Last Name: PELTZ | First Name: HOWARD | Middle Name: — | Work Phone: 310-855-8850 | Sex: M | Race: W | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: WEST HOLLYWOOD STATION | | | | Height: | Weight: | |
| Employee No. 120782 | Work Assignment (Unit #, Module, etc.): 93A | B SHIFT | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☒ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

| Last Name: HOSLET | First Name: JEFFREY | Middle Name: — | Work Phone: 310·855-8850 | Sex: M | Race: W | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: WEST HOLLYWOOD STATION | | | | Height: | Weight: | |
| Employee No. 263510 | Work Assignment (Unit #, Module, etc.): 94B | B SHIFT | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☒ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

| Last Name: THOMPSON | First Name: THOMAS | Middle Name: — | Work Phone: 310-855-8850 | Sex: M | Race: W | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: WEST HOLLYWOOD STATION | | | | Height: | Weight: | |
| Employee No. 272547 | Work Assignment (Unit #, Module, etc.): 94B | B SHIFT | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☒ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

| Last Name: | First Name: | Middle Name: | Work Phone: | Sex: | Race: | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: | | | | Height: | Weight: | |
| Employee No. | Work Assignment (Unit #, Module, etc.): | | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☐ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

| Last Name: | First Name: | Middle Name: | Work Phone: | Sex: | Race: | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: | | | | Height: | Weight: | |
| Employee No. | Work Assignment (Unit #, Module, etc.): | | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☐ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

| Last Name: | First Name: | Middle Name: | Work Phone: | Sex: | Race: | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: | | | | Height: | Weight: | |
| Employee No. | Work Assignment (Unit #, Module, etc.): | | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☐ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

| Last Name: | First Name: | Middle Name: | Work Phone: | Sex: | Race: | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: | | | | Height: | Weight: | |
| Employee No. | Work Assignment (Unit #, Module, etc.): | | ☐ EM Shift ☐ Day Shift ☐ PM Shift ☐ Regular Shift ☐ O.T. Shift ☐ Off Duty | | | |

SH-R-437B-Rev 2/95

LASD_273625

CONFIDENTIAL

199

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## WATCH COMMANDER'S SERVICE COMMENT REPORT

193.

**Received By**
- [X] Mail
- [ ] In Person
- [ ] Telephone
- [ ] 800 Line

Bureau/Station/Facility Receiving Comment: PDC - South Facility
Date: 11/06/95
URN: N/A

[X] Commendation    [ ] Personnel Complaint    [ ] Service Complaint

| | | |
|---|---|---|
| [X] Application to Duties | [ ] Criminal Conduct * | [ ] False Imprisonment |
| [ ] Commendable Restraint | [ ] Discourtesy | [ ] Improper Tactics |
| [ ] Exemplary Conduct | [ ] Dishonesty | [ ] Neglect of Duty |
| [ ] Tactical Excellence | [ ] Excessive Force | [ ] Other |

Policy/Procedures
Response Time
Traffic Citation
Other

### Reporting Party Information
Last Name: WILLIAMS    First Name: FIORELLA    M.I.    Phone No. 213-623-1880    Age: unk    Sex: F

Residence: 2307 E. BALL Road, #416    City: ANAHEIM    Ca. 92806    Race: unk

Has any member of this Department attempted to discourage you, in any way, from bringing this matter to the attention of the Department? [ ] Yes [X] No   If Yes, Who?

### Contact/Event Information
Date: 10/21/95    Time: Day Shift    City/Station Area: PDC - South Facility

Location/Address: PDC - South Facility

Nature of Contact/Event:

[X] See Attached

Was a Supervisor Present? [ ] Yes [X] No    Last Name:    F.I.    M.I.    Rank:    Employee No.

### Witness Information
Last Name:    First Name:    M.I.    Phone No.
Residence:    City:

Last Name:    First Name:    M.I.    Phone No.
Residence:    City:

### Employee Information
Last Name: CAREY    First Name: TOM    Middle Name:    Age: 37    Sex: M    Race: W

Unit of Assignment: SOUTH FACILITY    **LASD_273626**    Height: 6-0    Weight: 270

Employee No.: 173140    Work Assignment (Unit #, Module, etc.): COMPOUND SERGEANT    [ ] EM Shift [X] Day Shift [ ] PM Shift [X] Regular Shift [ ] O.T. Shift [ ] Off Duty

### Associated Employees
Last Name:    F.I.    M.I.    Employee No.    Last Name:    F.I.    M.I.    Employee No.
Last Name:    F.I.    M.I.    Employee No.    Last Name:    F.I.    M.I.    Employee No.

### Watch Commander (Person Completing Report)
Print Full Name: MARTIN, THOMAS G.    Employee No. 050094    Signature: Thomas Martin

**Distribution**
White - O.P.E.S. Headquarters
Canary - Unit Commander
Pink - Division Headquarters
Green - Reporting Party
* All copies immediately to Unit Commander

Disposition of Department Service Review:
[X] Commendation    [ ] Unit Level Investigation    [ ] O.P.E.S. Investigation
[ ] Matter Resolved No Further Action Required
Unit Commander's Signature:
Administrative File No.
Date: 11/7/95

Copy Provided to Employee by: Lona Merrifield    Date: 11-21-95

**CONFIDENTIAL**

200

10/29/19

Dear Capt Farris

I just thought I also write a separate letter regarding St. Carrey.
He came up to me last Sat well 10/31/05., and introduced hisself to me.,
He explained to me he also helped me with my husbands Situation., Williams #4537958
I have only had unpleasant interaction with most officers when coming to visit my husband not so as in South but in general. Mr Carrey was very pleasant and I really appreicate him taking his time out to locate me and speak to me for a few minutes.
He is a very good example, I guess it stands from the top and I hope you could instill in all your men, the professional & caring manner St Carrey showed me as well !!.
sincerely Mrs. Fiorella William

LASD_273627

CONFIDENTIAL

761551N25A - SH-AD-32A (2/72) - PS9-85

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE:  10-18-95

OFFICE CORRESPONDENCE

FILE NO. 095-03378-5610-471

FROM:  CLAUDE L. FARRIS, CAPTAIN
SOUTH FACILITY

TO:  ALL PERSONNEL
SOUTH FACILITY

SUBJECT: COMMENDATION

On September 15, 1995, Inmate Jerry Hagler was involved in a forklift accident in the lower parking lot of the Weapons Training Center. The forklift tipped over, pinning Inmate Hagler's right leg underneath. Deputy Dan Naglemann was driving by the location at the time of the accident and quickly utilized his radio to call for assistance. In less than two minutes, twelve deputies from South Facility and the Weapons Training Staff arrived at the location to assist.

These deputies lifted the 4 ton vehicle off the injured inmate and then pulled him clear. The inmate was treated for shock and tended to until the arrival of paramedics.

I want to commend the following deputies for their exceptional response and handling of this incident:

### SOUTH FACILITY

Dan Nagelmann #411353
Salvador Becerra #292968
Tom Mayberry #406775
John Ray #213522
Sergeant Dom Carey #173140
William T.

Brad Johnson #406642
David O'Sullivan #293952
Daniel Finn #236783
Richard Bojorquez #290597

### WEAPONS TRAINING STAFF

Dave Sauer #177541
Rodney Mulvay #221987

Jack Keith #220802
Ray Reyes #075573

I would also like to recognize the excellent job of conducting interviews and documenting this incident by Deputies Naglemann, Bojorquez, Finn and Fred Keelin #048463 (Weapons Training Staff).

LASD_273628

**CONFIDENTIAL**

202

## SHERIFF'S DEPARTMENT-COUNTY OF LOS ANGELES
### REPORT ON PERFORMANCE EVALUATION - MANAGER/SUPERVISOR

NAME __CAREY, WILLIAM T.__      DATE __08-10-95__

TYPE OF EVALUATION: [X] ANNUAL   [X] TRANSFER    FROM 11-26-93    TO 08-06-95

OTHER _____

EMPLOYEE'S RANK __SERGEANT__      EMPLOYEE NUMBER __#173140__

ITEM NO. __2717__   DEPT. __770__ DIVISION __FOR 1__    UNIT __CVS/ALD__

EMPLOYEE'S DRIVER'S LICENSE NO. __N5006554__   CLASS __C__   EXPIRATION DATE __05-29-97__

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD: __TRAINING/SCHEDULING SERGEANT__ [20] MONTHS

_____ ☐ MONTHS   _____ ☐ MONTHS

_____ ☐ MONTHS   _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

LT. MIKE WENRICH

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | | | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: __Ralph W. Martin; Lieutenant__
PRINT/TYPE NAME/JOB TITLE

_(signature)_ DATE 8/10/95
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER __Lee A. Davenport, Captain__
PRINT/TYPE NAME/JOB TITLE

_(signature)_ DATE 11-6-95
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _(signature)_ DATE 11/14/95
SIGNATURE

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE _(signature)_ DATE 11-21-95

COPY OF REPORT MAILED TO EMPLOYEE:   NOV 22 1995
AT ASSIGNMENT
ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:
BY: _(signature)_ DATE 11-21-95

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE _(signature)_ DATE 11-21-95

SH-AD-531 - (REV. 6/88)

(OVER)

LASD_273629

CONFIDENTIAL

203

NAME: CAREY, WILLIAM T.                                    DATE: 1-20-95

RATE EACH FACTOR:

|  | OUTSTANDING |
| --- | --- |
|  | VERY GOOD |
|  | COMPETENT |
|  | IMPROVEMENT NEEDED |
|  | UNSATISFACTORY |

**1. ASSIGNMENT OF WORK** . . . . . . . . . ☐ ☐ ☐ ☐ ☒
+ Plans and makes assignments
+ Assigns work equitably
+ Considers ability of
  subordinates
+ Effectively uses available
  resources

**2. REVIEWS AND CONTROLS WORK OF SUBORDINATES** . . . . . . . . . . . . ☐ ☐ ☐ ☐ ☒
+ Ensures accuracy and
  thoroughness of work product
+ Coordinates efforts of
  subordinates
+ Coordinates subordinate's
  activities with other agencies

**3. WORK HABITS** . . . . . . . . . . . . . . . ☐ ☐ ☐ ☐ ☒
+ Amount of work performed
+ Completion of work schedule
+ Observance of working hours
+ Meets attendance standards
+ Observance of safety rules
+ Compliance with instructions
+ Adherence to Department
  policy and procedures
+ Orderliness in work
+ Organizes work
+ Application to duties
+ Initiative
+ Willingness to accept
  additional responsibility

**4. QUALITY OF WORK** . . . . . . . . . . . . ☐ ☐ ☐ ☐ ☒
+ Accuracy
+ Neatness
+ Thoroughness
+ Effective oral communications
+ Effective written
  communications

**5. PERSONAL RELATIONS** . . . . . . . . . . ☐ ☐ ☐ ☐ ☒
+ Demonstrates impartiality and
  objectivity
+ Maintains productive work
  relationship with subordinates
+ Maintains productive work
  relationship with superiors
+ Works cooperatively with all
  staff, civilian and sworn
+ Assists public courteously
+ Personal appearance-grooming/
  dress

**6. TRAINING, EVALUATING AND DISCIPLINE** . . . . . . . . ☐ ☐ ☐ ☐ ☒
+ Identifies and addresses
  training needs
+ Promotes supervisory
  development
+ Cooperates with fellow
  supervisors in subordinate
  development
+ Implements Department
  policies in disciplinary
  matters
+ Promptly address citizen
  complaints
+ Continually evaluates and
  documents performance of
  subordinates

**7. LEADERSHIP** . . . . . . . . . . . . . . . . . . ☐ ☐ ☐ ☐ ☒
+ Promotes harmonious staff
  relationships
+ Encourages open discussion
+ Provides guidance necessary
  for problem solving
+ Understands and utilizes
  appropriate organizational
  channels
+ Promptly address subordinate
  complaints/grievances
+ Credibility
+ Approachability
+ Provides example of appropriate
  performance
+ Supports Departmental programs

**8. DECISION MAKING ABILITY** . . . . . . . . . ☐ ☐ ☐ ☐ ☒
+ Identifies problems rapidly
  and accurately, emergent/
  non-emergent
+ Makes logical, appropriate
  effective decisions without
  undue delay
+ Accepts responsibility for
  decisions
+ Considers safety factors in making
  decisions
+ Demonstrates through knowledge
  of applicable laws, policies,
  and procedures

**9. OTHER** . . . . . . . . . . . . . . . . . . . . . . . ☐ ☐ ☐ ☐ ☐

LASD_273630

**CONFIDENTIAL**

PERFORMANCE EVALUATION
WILLIAM T. CAREY #173140
SERGEANT

Sergeant "Tom" Carey has been assigned to Crescenta Valley Regional Station during this entire rating period. His duty is to oversee the training and scheduling of over 135 sworn and civilian employees. Given the current state of deputy vacancies and budget constraints, coupled with the increasing demands on training issues, he has performed his duties in an outstanding manner.

ASSIGNMENT OF WORK

Sergeant Carey plans his duties and prepares himself well in advance of anticipated events. He is responsible for the preparation of the schedule for all shifts. He ensures that all employees' vacations and time-off requests are properly balanced throughout the year. He makes allowances and adjustments to cover for unanticipated areas such as I.O.D.s both long and short term. He has prepared rosters for the entire station in anticipation of major responses to disasters. He has the ability to balance a multitude of tasks and stay several steps ahead of potential problems.

An example of Sergeant Carey's abilities was never more apparent than during the '94 Earthquake Response. He not only managed to get to the station from the Santa Clarita Valley, but put together a 12/12 schedule by noon and was coordinating our response and resources for other stations. Additionally, he supervised a response squad on several shifts when there was a supervisor vacancy.

A review of the Training records during our recent command inspection revealed that the station achieved nearly 90% completion of mandatory training in all areas. With the exception of recent transfers into the station, several areas were found to be 100% complete. The review brought the station an outstanding rating by the inspection crew. They commented that due to the abilities and working relationship that Sgt. Carey had established with the personnel at the station, he was able to adjust schedules and work them into the available training opportunities.

REVIEWS AND CONTROLS WORK OF SUBORDINATE

Although Sgt. Carey has only one deputy assisting him in the training/scheduling office, he meticulously reviews reports and other documents of the F.T.O.s and their trainees to ensure the accuracy, content and probable cause when arrests are made. He will not hesitate to counsel them and is a strong believer that if corrected early, the better the trainee will be when he/she is working on their own.

Part of Sgt. Carey's responsibilities include the tough job of evaluating the work of new patrol deputies. He has on several occasions been required to place trainees on extended training to ensure that they would be able to perform in a one-person unit. Conversely, he has also failed some after several months of training. He will not duck the tough issues and addresses them as a professional. Several of his written reports on trainees are used as examples at F.T.O. school for training officers and sergeants to review.

While reviewing the upcoming months schedule, Sgt. Carey reviews the assignments and ensures that the proper pairing of partners is made. That is, he analyzes the assignments as a risk management issue and makes the adjustments as needed. That is the type of work that sets him apart from other supervisors .

WORK HABITS

Sergeant Carey is a self-starter and a tireless worker.  Tom could be described as a proverbial workaholic. He sets such a high standard for himself in terms of workload and ethical behavior, that it would seem impossible for the average person to maintain such a pace. But, he seems his best when he is inundated with work. He thrives on pressure and challenges himself to meet his own goals.

Sergeant Carey enthusiastically applies himself and is ready to assume additional duties as the need arises. His attitude toward additional assignments is "not a problem." He never complains about last minute tasks and he takes pride in his ability to perform with little or no supervision. His ability to interpret policy and execute specific tasks successfully within the boundaries of good judgement is a distinct asset.

QUALITY OF WORK

The quality of Sergeant Carey's work product is sound and professional. He has thorough knowledge of the law enforcement field in general and training and scheduling in particular. His written reports which evaluate the progress of trainee's at a patrol station is held as the standard which others should emulate. He is able to apply his knowledge and experience to daily situations in a common sense and practical manner.

**LASD_273631**

**CONFIDENTIAL**

205

PERFORMANCE EVALUATION
WILLIAM T. CAREY #173140
SERGEANT

Sergeant Carey's written product is thorough, accurate, neat and almost always submitted in a timely manner. He has proven to be an effective communicator and is always trying to improve in this area. He is becoming more comfortable in front of groups and is able to hold the attention of his audience by using good lecture techniques. He assists the academy staff by teaching a legal update class at the Field Training Officer's school and has been asked to make other presentations.

PERSONAL RELATIONS

Sergeant Carey gets along very well with his subordinates, peers and supervisors. He has a reputation of being as good a policeman as those he supervises, but never gets in the way unless supervision is required. He has earned his subordinates respect. He is tactful and courteous when dealing with the public and attends to their needs without losing sight of Departmental interests. He maintains an outstanding uniform appearance and is engaged in a physical fitness program.

Sergeant Carey has a great sense of humor and will use it to make others feel comfortable or to break up a tense situation. When confronted with a problem, Tom has the ability to "size it up" quickly and usually find some humor in it. His sarcastic wit is oftentimes missed by others, but it is usually because he is several steps ahead of those he is dealing with. He is not demeaning to others when he does this, it is simply his accelerated pace of quickly assessing a situation and his way of expressing it.

TRAINING, EVALUATING & DISCIPLINE

This is an area that Sergeant Carey excels in. As the training sergeant, he has done an outstanding job of being able to balance the Department and mandated training requirements with the station needs and goals. It seems that no matter what the situation, Tom finds a way to evaluate the training issue and appropriately point it out to his subordinates. His evaluations of trainees and of their FTO's are outstanding. He is always prepared to stand behind what he writes and has the proper documentation to support it. He is not timid about handling problematic employees and will insist that he attempt to resolve the issue before it be pushed up to a higher rank.

DECISION MAKING ABILITY

Sergeant Carey makes very sound and logical decisions based on his experience and common sense. He has the reputation among his supervisors of being able to quickly identify problems, develop solutions and implement them with high results. Tom has functioned very well as a watch commander on numerous occasions. In his current role, Tom has been making major scheduling decisions that directly impact the station overtime. To his credit, Crescenta Valley station leads the Region in savings.

Due to personal reasons, Sgt Carey elected to return to Custody Division and transferred to Pitchess Honor Rancho, South Facility on August 6, 1995.

LASD_273632

CONFIDENTIAL

206

SHERIFF'S DEPARTMENT - COUNTY OF LOS ANGELES

REPORT ON PERFORMANCE - MANAGER/SUPERVISOR

NAME     CAREY, WILLIAM T.                                    DATE  06/28/95

TYPE OF EVALUATION:   ☒ ANNUAL   ☐ TRANSFER        FROM  11/27/92   TO  11/25/93

OTHER _____

EMPLOYEE'S RANK  Sergeant                               EMPLOYEE NUMBER   173140

ITEM NO. 2717            DEPT. 770   DIVISION  FO/RI           UNIT  CVS/ALD

EMPLOYEE'S DRIVER'S LICENSE NO. ████████      CLASS   C    EXPIRATION DATE   05/29/97

MAJOR ASSIGNMENTS

SPECIFIC JOB(S) DURING EVALUATION PERIOD:

Training _____ ☐ MONTHS      _____ ☐ MONTHS
Sergeant _____ 12  ☐ MONTHS           _____ ☐ MONTHS
                                        _____ ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION
AND OR KNOWLEDGE. IT REPRESENTS MY
BEST JUDGEMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER:  Michael J. Wenrich, Lieutenant
PRINT/NAME AND JOB TITLE.

_Michael J. Wenrich_ DATE 07-10-95
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER  Lee A. Davenport, Captain
PRINT/TYPE NAME AND JOB TITLE

_____ DATE 8/3/95
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT

DEPT. HEAD _P. Myron_ DATE 11/16/95
SIGNATURE

SH-AD-631- (REV. 6-88)

COPY OF THIS REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S
SIGNATURE  W. C____  DATE 11-21-95

COPY OF REPORT MAILED TO EMPLOYEE:
ADDRESS _____ AT ASSIGNMENT _____  DATE  NOV 22 95

REPORT DISCUSSED WITH EMPLOYEE:
BY: LT. Tom Brock  DATE 11-21-95

THIS REPORT, MY GOALS, AND MY PROFESSIONAL
DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:
EMPLOYEE'S
SIGNATURE  W. C____  DATE 11-21-95

(OVER)

LASD_273633

CONFIDENTIAL

207

PERFORMANCE EVALUATION
WILLIAM T. CAREY, #173140
SERGEANT                              -3-

Sergeant Carey has been assigned to Crescenta Valley Regional Station during this
rating period.  His assignment has been the station training and scheduling sergeant
during this entire twelve month period.  As such, he has been tasked with
implementing the station training plan, the Deputy Orientation Program, shift in-service
training, and the scheduling of all field personnel at both facilities.

1. ASSIGNMENT OF WORK

Sergeant Carey has the responsibility to coordinate all training for the facility and for
the day to day scheduling of the patrol personnel.  These tasks became more difficult
during this rating period due to decreased numbers of personnel with which to
manage the same assignments.  Tom (as he prefers to be known) was able to
manage due to just plain hard work and excellent problem solving skills.  Often, Tom
would work well beyond his shift to arrange for the best personnel to be at the
appropriate posts the next day.  At other times, Tom would adjust his schedule to
cover for sergeant vacancies.

Sergeant Carey normally has one subordinate directly assigned to him, a
scheduling/training deputy, who works closely with him.  Work has been assigned
equitably and accomplishments were many with these two men working together in
harmony.

2. REVIEWS AND CONTROLS WORK OF SUBORDINATES

There is little room for error in the scheduling and training office.  Mistakes effect shifts
and personnel drastically and under Sergeant Carey's direction, they were rare.
Training classes were coordinated with other units and agencies with similar results.

3. WORK HABITS

Sergeant Carey has continued to perform in an exemplary manner with regard to
every facet of his duties.  The training program at this facility has remained proficient
and exemplary despite reduced resources that the Department and this facility have
endured.  The assignment of personnel to training requires long range planning with
short range adaptability to adjust the schedule to ever changing needs.  Although
Crescenta Valley Station saw a large reduction in personnel this past year, Tom has
been able to juggle the schedule to fulfill training commitments and thus, keep
Department mandated training percentage at a high level.

LASD_273634

CONFIDENTIAL

PERFORMANCE EVALUATION
WILLIAM T. CAREY, #173140
SERGEANT                              -4-


The twenty-four hour Continuing Professional Training block was a requirement for
most station personnel this year.  A delayed decision regarding curriculum confronted
Tom along with the additional demands of scheduling the same personnel, as a group,
to all three sessions.  Despite fewer personnel to work with, a vacation schedule to
consider, day to day mandates of court time and vacancy variances, coupled with
constrictive training mandates, he was able to keep the groups congruent.

Sergeant Carey also served as an instructor for the station civil disorder training and
ethics training for the Department.  He received outstanding critiques from his
students.

Tom is rarely ill and has not missed a day of work since being assigned to the station.
He reports to work early and remains enthusiastic until the job is done.  His work and
personal ethics are above reproach.

## 4. QUALITY OF WORK

Sergeant Carey possesses effective, persuasive communication skills.  His written
product is neat, concise and well researched.  Problems are presented with proposed
solutions that contain sound ideas and meet management standards for application.

Oral skills are comparable with written product.  Tom has the ability to sell Department
goals to his subordinates by explaining how others will benefit from change.  He is in
demand to instruct at other units, which attests to his ability to speak with authority
and knowledge.

## 5. PERSONAL RELATIONS

Sergeant Carey has continued to maintain an excellent relationship with his
subordinates, peers and superiors.  Tom has maintained himself in excellent physical
condition by lifting weights and running.  He encourages others to increase their
physical skills for health and safety reasons as well.  Tom also coordinated and ran on
the station Baker to Vegas team this past year.  His work away from the job was
largely responsible for the team's ability to be there.

Sergeant Carey displays a self assurance that instills confidence in him from his
superiors and peers.  He is approachable and sought out for problem solving advice,
running the gamut from employee relations to tactical issues.

LASD_273635

CONFIDENTIAL
                                    209

PERFORMANCE EVALUATION
WILLIAM T. CAREY, #173140
SERGEANT                                    -5-


## 6. TRAINING, EVALUATING AND DISCIPLINE

Sergeant Carey has continued to administer the training program and helped raise the quality of training in the process. He understands the Department's goals toward training, and his dedication and commitment exceeds expectations.

Tom continues to spend a great deal of his free time to ensure that newly assigned deputies and long term employees receive the best program possible.

## 7. LEADERSHIP

Sergeant Carey's extensive patrol experience and aggressive leadership instill confidence in him from his peers and subordinates. He makes his goals clear and offers assistance when required and accepts responsibility for his actions and those of his subordinates.

Tom's maturity allows him to recognize the most effective leadership style under differing conditions, apply it efficiently and gain the cooperation of everyone in meeting the demands at hand.

## 8. DECISION MAKING ABILITY

Sergeant Carey makes sound, effective and knowledgeable decisions. He uses appropriate moral, legal and procedural guidelines as the basis for decision making. Add to this his experience and work ethic and one can easily see how Tom can cut to the heart of a problem and quickly conceive a workable plan for its resolution.

Overall, Tom has again performed at the outstanding level that is often taken for granted. This unit continues to benefit from this performance.


LASD_273636

CONFIDENTIAL

PAGE 001  06/29/95  12:23:13 CVP4 PRINT REQUESTED BY TERMINAL CVS4
TO: CVS4   FROM: CLETS                    06/29/95  12:23:08
1D
DATE:06-29-95*TIME:12:22*


DMV RECORD FOR LAW ENFORCEMENT USE ONLY

██████████████████████████████████████████
████████████████████   ██  ██   ███████████

IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BROWN*EYES:BRN*HT:6-01*WT:200*

LIC/ISS:12-13-89*EXPIRES:05/29/97*RBM2*CLASS:C NON-COMMERCIAL*

LATEST APP:


DL TYPE:RENEWAL*ISS/DATE: 12-13-89*OFFICE: BEL*BATES:113*



LICENSE STATUS:




PAGE 002
   VALID*

DEPARTMENTAL ACTIONS:
NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:
NONE

ACCIDENTS:

DATE        LOCATION                VEH LIC   REPORT NO     FR CASE NO

01-17-94   LOS ANGELES   060694 4H13920   9540301182Z   94 00 70526
                    FAULT NOT DETERMINED

END

**LASD_273637**

**CONFIDENTIAL**
211

NAME:  CAREY, WILLIAM T.                          DATE:      06/28/95

RATE EACH FACTOR:

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

1. ASSIGNMENT OF WORK . . . . . . ☐ ☐ ☐ ☐ ☑
   +Plans and makes assignments
   +Assigns work equitably
   +Considers ability of
    subordinates
   +Effectively uses available
    resources

2. REVIEWS AND CONTROLS WORK
   OF SUBORDINATES . . . . . . . . ☐ ☐ ☐ ☐ ☑
   +Ensures accuracy and
    thoroughness of work product
   +Coordinates efforts of
    subordinates
   +Coordinates subordinate's
    activities with other agencies

3. WORK HABITS . . . . . . . . . . ☐ ☐ ☐ ☐ ☑
   +Amount of work performed
   +Completion of work on schedule
   +Observance of working hours
   +Meets attendance standards
   +Observance of safety rules
   +Compliance with instructions
   +Adherence to Department
    policy and procedures
   +Orderliness in work
   +Organizes work
   +Application to duties
   +Initiative
   +Willingness to accept
    additional resposibility

4. QUALITY OF WORK . . . . . . . . ☐ ☐ ☐ ☐ ☑
   ✓Accuracy
   +Neatness
   +Thoroughness
   +Effective oral communications
   +Effective written
    communications

5. PERSONAL RELATIONS . . . . . . ☐ ☐ ☐ ☐ ☑
   +Demonstrates impartiality and
    objectivity
   +Maintains productive work
    relationship with subordinates
   +Maintains productive work
    relationship with superiors
   +Works cooperatively with all
    staff, civilian and sworn
   ✓Assists public courteously
   +Personal appearance-grooming/
    dress

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

6. TRAINING, EVALUATING AND . . . . ☐ ☐ ☐ ☐ ☑
   DISCIPLINE
   +Identifies and addresses
    training needs
   ✓Promotes supervisory
    development
   +Cooperates with fellow
    supervisors in subordinate
    development
   +Implements Department
    policies in disciplinary
    matters
   +Promptly address citizen
    complaints
   +Continually evaluates and
    documents performance of
    subordinates

7. LEADERSHIP . . . . . . . . . . . ☐ ☐ ☐ ☐ ☑
   +Promotes harmonious staff
    relationships
   +Encourages open discussion
   +Provides guidance necessary
    for problem solving
   +Understands and utilizes
    appropriate organizational
    channels
   +Promptly address subordinate
    complaints/grievances
   +Credibility
   +Approachability
   +Provides example of appropriate
    performance
   +Supports Departmental programs

8. DECISION MAKING ABILITY . . . . . ☐ ☐ ☐ ☐ ☑
   +Identifies problems rapidly
    and accurately, emergent/
    non-emergent
   +Makes logical, appropriate
    effective decisions without
    undue delay
   +Accepts responsibility for
    decisions
   +Considers safety factors in
    making decisions
   +Demonstrates thorough knowledge
    of applicable laws, policies,
    and procedures

9. OTHER . . . . . . . . . . . . . . ☐ ☐ ☐ ☐ ☐

LASD_273638

CONFIDENTIAL

212

COUNTY  OF  LOS  ANGELES    L 173140

# SHERIFF'S  DEPARTMENT

DATE  January 31, 1995

OFFICE CORRESPONDENCE        FILE NO.

FROM:  LEE A. DAVENPORT, CAPTAIN          TO: GREGORY D. MCHENRY, SERGEANT
CRESCENTA VALLEY REGIONAL              WILLIAM T. CAREY, SERGEANT
STATION                                LAWRENCE R. GREGG, DEPUTY
                                       DANIEL D. CONNOLLY, DEPUTY
                                       ESPERANZA DE LA ROSA, SSCII

SUBJECT:  COMPLETED STAFF WORK
CRESCENTA VALLEY'S RISK MANAGEMENT PLAN
SUBMITTED TO REGION I HEADQUARTERS

On September 29, 1994, Commander Mark Squiers, The Region
Executive Risk Management Representative, chaired a
strategy meeting to discuss the development of unit level
risk management plans.  Our mission and goal was to enable
our employees to perform their duties in a risk-reduced
work environment.  This was not an easy task, considering
all of the complexities surrounding each unit and facility
within the Department.  The stated objective was to develop
a workable plan to address the following issues:

1.  Continually identifying and evaluating activities
that have high risk and liability potential.
2.  Aggressively managing personnel health and safety
issues.
3.  Inspecting and auditing targeted station
operations.
4.  Being proactive with our employees in the work
environment.

Each employee aspired at their given assignment and I
commend each of you for your diligence and commitment to
the Department:

Sergeant McHenry was responsible for developing the, "Risk
Mitigation Plan Matrix", which described the specific
actions which were to be taken to mitigate a particular
risk issue and then record the end results by fiscal
quarters.  His computer skills were most valuable in this
endeavor.

Sergeant Carey and Deputy Gregg were responsible for the
training and scheduling aspect of the plan.  Their joint
cooperation attributed to the positive end results.

CRESCENTA VALLEY SHERIFF'S STATION

**LASD_273639**

**CONFIDENTIAL**

213

Risk Management Plan                -2-              January 27, 1995

Deputy Connolly designed the cover and binding of each pamphlet. He was also available for computer generated graph suggestions and proper format displays.  Dan's artistic ability is second to none.

And finally, Station Clerk II, Espie De La Rosa, who had the dubious task of typing the entire document and making it look professional.  Your effort and patience did not go unnoticed!

Crescenta Valley Station is fully committed to achieving our stated risk management goals and has the full support of it's supervisory staff.  Your collective efforts were noted by the Risk Management Bureau, who advised me that our station's plan was superior to others and will be used as the blueprint for the Department.  I am proud of your work ethic which reflects favorably upon this command. Keep up the good work!!

*Outstanding Team Effort*

CRESCENTA VALLEY SHERIFF'S STATION

LASD_273640

CONFIDENTIAL

214

## SHERIFF'S DEPARTMENT - COUNTY OF LOS ANGELES
### REPORT ON PERFORMANCE - MANAGER/SUPERVISOR

NAME  CAREY, WILLIAM T.                                                        DATE 06/07/93

TYPE OF EVALUATION:  ☒ ANNUAL   ☐ TRANSFER        FROM 1126/91      TO 11/26/92

OTHER _____

EMPLOYEE'S RANK  SERGEANT                          EMPLOYEE NUMBER  173140

ITEM NO. 2717          DEPT. 770                   CLASS  C    EXPIRATION DATE 05/29/97

MAJOR ASSIGNMENTS
SPECIFIC JOB(S) DURING EVALUATION PERIOD:                                       ☐ MONTHS
Training Sergeant   12 ☐ MONTHS      _____                       ☐ MONTHS
_____ ☐ MONTHS        _____                       ☐ MONTHS

SUPERVISED BY, AND/OR PROVIDED INPUT TO EVALUATION:

Lieutenant Gerald Carrigan

Lieutenant Santo Marino

Lieutenant Ralph Martin

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION AND OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGEMENT OF THE EMPLOYEE'S PERFORMANCE

*I concur in W. Concept.*

RATER: Michael J. Wenrich, Lieutenant
PRINT/NAME AND JOB TITLE.

_Michael J. Wenrich_ DATE 06-09-93
SIGNATURE

I HAVE REVIEWED THIS REPORT:

REVIEWER James M. Callas, Chief
PRINT/TYPE NAME AND JOB TITLE

_James M. Callas_ DATE 6-17-93
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT

DEPT. HEAD _____ DATE 6/23/93
SIGNATURE

SH-AD-631- (REV. 6-88)

COPY OF THIS REPORT GIVEN TO EMPLOYEE:
EMPLOYEE'S SIGNATURE _William T. Carey_ DATE 6/28/93

COPY OF REPORT MAILED TO EMPLOYEE:
ADDRESS AT ASSIGNMENT          DATE _____

REPORT DISCUSSED WITH EMPLOYEE:
BY: _L. Michael J. Wenrich_ DATE 06-28-93

THIS REPORT, MY GOALS, AND MY PROFESSIONAL DEVELOPMENT HAVE BEEN DISCUSSED WITH ME:
EMPLOYEE'S SIGNATURE _William T. Carey_ DATE 6/28/93

(OVER)

LASD_273641

CONFIDENTIAL

215

PERFORMANCE EVALUATION
WILLIAM T. CAREY, #173140
SERGEANT                         -3-


Sergeant Carey has been assigned to Crescenta Valley Regional
Station patrol during this rating period.  He has performed the
duties of station training sergeant for the majority of this
twelve month period.  At the time he assumed that position, a
major change was made in the alignment of duties related to the
training office.  Tom had already been tasked with the
responsibility for training officers, trainees and shift
training.  It was a natural progression that he take on the
position of a full time training sergeant, responsible for all
facility training and scheduling needs.

1.  ASSIGNMENT OF WORK

Sergeant Carey has been responsible for the execution of the
facility training plan by scheduling instructors and participants
to attend training.  At first blush, that may not appear to be an
overwhelming task.  However, fixed training days and the need to
send as many personnel to continuing professional training as is
possible, along with the need to comply with Departmental
mandated training, becomes a juggling act with the schedule.

Planning is essential to the training mission and Sergeant Carey
has demonstrated that he has the ability to make long range plans
for the facility.  Tom supervises the training officer/trainee
program which saw a higher than normal number of trainees
transfer to the station this past year.

All facets of the Deputy Orientation Program were addressed in an
exemplary manner by Tom (as he prefers to be known).  He
personally handled the orientation day for newly assigned
personnel and discussed performance expectations with each
person.  Tom placed each new deputy with a training officer that
complimented their needs and ensured that the program
requirements were met in a timely manner.

Tom uses Department resources quite effectively to promote
training officer development, to bring projected training to the
attention of others, or to bring in instructors that have
expertise in specialized areas.

2.  REVIEWS AND CONTROLS WORK OF SUBORDINATES

Sergeant Carey only has one employee, a training/scheduling
deputy, who works directly for him.  However, the training
officers, the deputies on the orientation program and any
personnel requiring a variance to their schedule, also interact
almost daily with Tom.

LASD_273642

**CONFIDENTIAL**

216

PERFORMANCE EVALUATION
WILLIAM T. CAREY, #173140
SERGEANT                          -4-

There is always a need to balance the schedule and manage the
vacation and deferred time of personnel.  Tom is adept at
juggling the daily assignments to ensure that personnel requiring
time off are able to obtain those days without scheduling too few
deputies.

The training unit, under Sergeant Carey's supervision, is heavily
involved with other law enforcement agencies.  Department and
outside agency training or information sharing is accomplished in
many of the station training programs.

3.  WORK HABITS

Sergeant Carey has continued to demonstrate the ability to
produce a great amount of work without losing enthusiasm.  Tom is
capable of accomplishing tasks through other people as well as on
his own.  He gives of himself freely and he is highly motivated
and career oriented.  His attendance record and observance of
working hours are exemplary.

Despite his work load, Tom displays a willingness to accept added
responsibilities.  He is ever energetic and perceptive to the
needs of the training and scheduling office.  When providing unit
participative training, he ensures that the training is done with
regard to safety of the individuals involved.  Tom is an
excellent lecturer who provides interesting scenarios that
students can relate with.  He is well prepared prior to going
before groups and he does not allow a group to become rowdy or
disrupt the learning of others.

At times, Tom is required to work the field to fill in behind a
sergeant that may be on leave.  Tom never complains about the
task or the shift.  Rather, he makes good use of the time to
evaluate training needs and employee performance that he might
not otherwise observe.

Sergeant Carey is supportive of Department and station programs.
His approach to any venture he undertakes is done with personal
pride and integrity.  His reputation for being candid, caring,
ethical and honest have served to increase his effectiveness when
dealing with others.

4.  QUALITY OF WORK

Sergeant Carey is an effective communicator who expresses his
thoughts in a clear, well organized and concise manner.  He is
either diplomatic or assertive, depending upon the merits of the

LASD_273643

**CONFIDENTIAL**

217

PERFORMANCE EVALUATION
WILLIAM T. CAREY, #173140
SERGEANT                        -5-


situation.  His written product was commended by Department
executives after he was required to document a second time
training failure.  The resulting documentation was an accurate,
detailed, impartial performance report that resulted in the
demotion of the employee from deputy sheriff.  Although an
unpleasant experience and the second time in two years that he
was required to carry out this task, Tom handled the situation in
an exemplary manner.  The deputy involved was understanding of
the problems with his retention and appreciative of the way Tom
handled the situation.

Tom was commended by a stranded motorist after he stopped to
render assistance on a local freeway.  He went out of his way and
beyond what would normally be expected to ensure that the
motorist would be safe until road service arrived.

Sergeant Carey was also commended by Captain Michael Quinn for
assuming the station team captain role and promoting the annual
Baker To Vegas run.

Tom was commended by Chief Roy Brown for the excellent
improvement needed evaluation he prepared regarding the
previously mentioned training failure.

5.  PERSONAL RELATIONS

Tom is an effective supervisor when dealing with subordinates.
He attempts to nurture employees toward self-improvement rather
than always provide direction.  He obviously enjoys the work of
training others which indicates his pride for the organization
and himself.  Tom keeps himself in excellent physical condition
and promotes others to increase their proficiency, whatever the
activity may be.

Sergeant Carey has amassed a large group of supporters throughout
the Department and most certainly the station.  His approach to
problem solving is direct and problems identified are accompanied
by a proposed solution.  When asked to accomplish a task he is
cooperative and responses are balanced with the proper amount of
staff work having been completed.

6.  TRAINING, EVALUATING AND DISCIPLINE

Tom uses written performance evaluations to constructively
communicate a subordinate's weaknesses and establish goals for
improvement.  He strives to evaluate individuals and situations
on their merit, and cooperates with his peers to promote a

LASD_273644

CONFIDENTIAL
                            218

PERFORMANCE EVALUATION
WILLIAM T. CAREY, #173140
SERGEANT                        -6-

balanced and systemized approach to reward or correct behavior.
Deficient areas are rapidly identified and corrective action
implemented.

As the station training sergeant, Tom has been very proactive in
assessing the training needs for all the various areas that
require specialized training.  Additionally, he has been
cognizant of the need to train peers and superiors when their
collateral duties required a review or update.

Sergeant Carey has worked very hard to increase the proficiency
of the deputies at this unit.  He uses Department resources,
especially the Legal Resource Book, to provide examples of the
proper method to effect arrests.  He also has been instrumental
in contacting the Municipal and Superior Court Judges to provide
feedback on deputy performance when testifying.  The results have
been passed along to employees via watch briefings and courtroom
testimony and demeanor training classes.

7.  LEADERSHIP

Sergeant Carey understands the importance of effective
leadership.  This has been demonstrated through field performance
and through his management of the training unit, and the
development of classes that enhance the ability of the deputies
and supervisors to handle any situation that may arise.

During this past year there were many occasions to evaluate the
field performance of Sergeant Carey, largely due to the April
riots.  Tom continually demonstrated sound judgement and that he
could lead personnel into stressful situations.  In addition to
his field assignment, he continued to manage the scheduling of
field  personnel.

Throughout the year he has maintained a reputation for being
approachable, open and receptive.  Tom fosters and encourages
open discussion to promote the flow of information up or down the
chain of command.  Tom also follows the proper organizational
channels to address an issue.  His knowledge of the formal and
informal methods to accomplish goals has been apparent and was
used many times to problem solve.

To say that Sergeant Carey is a role model for subordinates and
peers is truly an understatement.  Many employees with much less
tenure do not possess the work ethic that Tom exemplifies.  He is

**LASD_273645**

**CONFIDENTIAL**

219

PERFORMANCE EVALUATION
WILLIAM T. CAREY, #173140
SERGEANT                        -7-

a natural leader who receives results from almost any endeavor he
embarks upon.  On the rare occasions that he has been criticized
for his actions or employee dissatisfaction, he has handled the
criticism with integrity and grace.

8.  DECISION MAKING ABILITY

Sergeant Carey has capably demonstrated the ability to analyze
situations and render a sound decision whatever the problem.  He
is ready and willing to take charge and appears to relish a
challenge.  Tom readily identifies safety issues and selects the
appropriate methods to address those concerns.

Due to Tom's position, he is constantly in an arena to convey his
extensive knowledge and experience to others.  He does so
willingly.  Overall, Tom has enjoyed another outstanding year of
performance and is highly deserving of recognition for his many
accomplishments.

_Tom: Congratulations on a well deserved Outstanding evaluation. You are a dedicated, hard working employee who is loyal to the Department and me. I appreciate your efforts. Thank you. Mike Quinn_

LASD_273646

CONFIDENTIAL

apple

oR338 J-4/87

**LOS ANGELES COUNTY CHIEF ADMINISTRATIVE OFFICE**
**REPORT ON PROBATIONER**

1
PERSONNEL FOLDER

CAREY, WILLIAM T.

EMPLOYEE NAME

SERGEANT

POSITION

173140
EMPLOYEE NUMBER

770/R1/CRV
DEPT. · DIV. · SUB.

2717A
ITEM NUMBER

11-25-90
FROM _____ TO _____
PERIOD

DATE TO BE FILED
05-24-91

---

| RATE EACH FACTOR | COMPETENT ——— IMPROVEMENT NEEDED —— UNSATISFACTORY ——— |
|---|---|

Checking items OPTIONAL with department
+ Strong  ✓ Standard  — Weak

| | COMPETENT | IMPROVEMENT NEEDED | UNSATISFACTORY |
|---|---|---|---|
| 1. QUANTITY | | | ⊞ |
| ⊞ Amount of work performed | | | |
| ⊞ Completion of work on schedule | | | |
| 2. QUALITY | | | ✓ |
| ✓ Accuracy | | | |
| ⊞ Neatness of work product | | | |
| ⊞ Thoroughness | | | |
| ⊞ Oral expression | | | |
| ✓ Written expression | | | |
| 3. WORK HABITS | | | ⊞ |
| ✓ Observance of working hours | | | |
| ✓ Attendance | | | |
| ⊞ Observance of rules and regulations | | | |
| ⊞ Observance of Safety Rules | | | |
| ⊞ Compliance with work instructions | | | |
| ✓ Orderliness in work | | | |
| ⊞ Application to duties | | | |
| 4. PERSONAL RELATIONS | | | ⊞ |
| ⊞ Getting along with fellow employees | | | |
| ✓ Meeting and handling the public | | | |
| ⊞ Personal appearance | | | |
| 5. ADAPTABILITY | | | ⊞ |
| ✓ Performance in new situations | | | |
| ⊞ Performance in emergencies | | | |
| ⊞ Performance with minimum instructions | | | |
| 6. OTHER | | | |
| 7. SUPERVISORY ABILITY (only for supervisors) | | | ✓ |
| ✓ Planning and assigning | | | |
| ⊞ Training and instructing | | | |
| ✓ Disciplinary control | | | |
| ✓ Evaluating performance | | | |
| ⊞ Leadership | | | |
| ⊞ Making decisions | | | |
| ⊞ Fairness and impartiality | | | |
| ⊞ Approachability | | | |
| ⊞ Maintaining an effective safety program | | | |

| OVER-ALL EVALUATION: | UNSATISFACTORY | COMPETENT |
|---|---|---|
| | | + |

**RECOMMENDATIONS TO DEPARTMENT HEAD**

☒ I do
☐ I do not   recommend the probationer's final and complete appointment.

RATER'S SIGNATURE _H J Hays_   DATE 8/22/91

☐ I do
☐ I do not   recommend the probationer's final and complete appointment.

REVIEWER'S SIGNATURE _Michael F. Gruun_  DATE 8/23/91

---

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance. (Factor ratings of Unsatisfactory or Improvements Needed must be substantiated by comments.)

SEE ATTACHED NARRATIVE.

(Continue COMMENTS on attached sheet)

**ACTION OF DEPARTMENT HEAD**

concur in and approve this report of performance evaluation. On the basis of this report:

☒ approve final appointment.
☐ I do not approve final appointment.
  ☐ Reduce the probationer to the position of ___
  ☐ Discharge the probationer from the service.

LASD_273647

(Effective date of action _____)
DEPT. HEAD _____  DATE 8/29/91
(or authorized representative)

Report discussed with employee
BY _H J G Hays_   DATE 8/30/91

This report and the action indicated above have been discussed with me.

EMPLOYEE'S SIGNATURE _William T. Carey_  DATE 8/30/91

Copy of report given to employee
BY _____  DATE _____

**USE WHEN PROBATIONARY PERIOD NOT COMPLETE**

☐ Failed medical examination   DATE _____
☐ Resigned from County Service   DATE _____
☐ Left position to accept another County position   DATE _____
☐ _____   DATE _____

Copy of report mailed to employee
AT ASSIGNMENT   SEP 1 9 1991
Address _____   DATE _____

**CONFIDENTIAL**

CAREY, WILLIAM T., EMPLOYEE #173140                          -2-
Performance Evaluation


During the period of his probation, Sergeant Carey has
unequivocally demonstrated that his promotion was appropriate and
in the best interest of the Department. Those who supervise and
work with Sergeant Carey agree that his transfer to Crescenta
Valley Regional Station has substantially benefitted the unit.

Sergeant Carey came to Crescenta Valley Regional Station with
exceptional enthusiasm and a sincere desire to demonstrate his
worth. He immediately requested involvement in the station's Field
Training Program and was so assigned. In that capacity he has
performed exceptionally well, displaying exemplary training
abilities and knowledge of Department procedures and requirements
on the subject.

He has, as his primary duty, been assigned as the field and desk
sergeant. His duties in training have been collateral in nature.
In all capacities here addressed, Sergeant Carey has performed well
above that which is expected of newly promoted sergeants.

In summary, Sergeant Carey has proven himself more than competent
to hold the permanent position of sergeant.

Sergeant Carey possesses a Class "C" California Driver's License
████████████ which expires on May 29, 1993.

*Tom: My sincere appreciation for the excellent job you are doing and for your loyalty to the Department, the station and me. Mike Crum*

LASD_273648

CONFIDENTIAL

```
PAGE 001   08/19/91   15:48:56 CVSP PRINT/REQUESTED BY TERMINAL CVS2
TO:CVS2   FROM:CLETS              06/19/91   15:48:56
ID

DATE:08-19-91*TIME:15:48*


DMV RECORD FOR LAW ENFORCEMENT USE ONLY


IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BROWN*EYES:BRN*HT:6-01*WT:200*CTH/ADDR AS OF
12-10-85:5800 SOUTH ST 146 LAKEWOOD *

LIC/ISS:12-13-89*EXP/BD:93*RBM1*CLASS:C NON-COMMERCIAL*

LATEST APP:


DL TYPE:RENEWAL*ISS/DATE: 12-13-89*OFFICE: BEL*BATES:113*




PAGE 002

LICENSE STATUS:
  VALID*

DEPARTMENTAL ACTIONS:
NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:
NONE

ACCIDENTS:
NONE

END
```

LASD_273649

CONFIDENTIAL

223

SHERIFF'S DEPARTMENT—COUNTY OF LOS ANGELES

REPORT ON PERFORMANCE EVALUATION

NAME  Carey, William T.                                    DATE    11-13-90

TYPE OF EVALUATION:  ANNUAL [XX]    TRANSFER [XX]    FROM 12-01-89    TO 10-27-90

OTHER _____

EMPLOYEE'S RANK / TITLE  Deputy Sheriff                    EMPLOYEE NO.    173140

ITEM NO. 2708    DEPT. 770    DIVISION F.O.R. II    UNIT Firestone Station

EMPLOYEE'S DRIVER'S LICENSE NO ▮▮▮▮▮▮ CLASS  3    EXPIRATION DATE 05-29-93

MAJOR ASSIGNMENTS

(SPECIFIC JOB(S) DURING EVALUATION PERIOD:    _____  ( ) MONTHS

Station Training & Scheduling Deputy ( 11) MONTHS    _____  ( ) MONTHS

_____  ( ) MONTHS    _____  ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED DOCUMENTED INPUT TO EVALUATION:

Lieutenant J. Martin                    Sergeant C. Voyer  - Sergeant T.D. Martinez

Lieutenant M. Stine                    Sergeant W. Mullen

Lieutenant J. Jordan                    Sergeant D. Alcaraz

| OVERALL EVALUATION | | | | |
|---|---|---|---|---|
| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|  |  |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:

THIS REPORT IS BASED ON OBSERVATION AND/OR

KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT

OF THE EMPLOYEE'S PERFORMANCE.

CONTENTS

DAVID J. GOMEZ

NOTED

RATER:  T.D. MARTINEZ, SERGEANT

PRINT / TYPE NAME / JOB TITLE

_____ DATE 12-6-90

SIGNATURE

I HAVE REVIEWED THIS REPORT

REVIEWER Duane T. Preimsberger, Chief

PRINT / TYPE NAME / JOB TITLE

_____ DATE 12/14/90

SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.

DEPT. HEAD _____ DATE 12-14-90

SUCCESSFUL COMPLETION OF CUSTODY DEPUTY

TRAINING PROGRAM:    DATE 01-10-80

SUCCESSFUL COMPLETION OF PATROL DEPUTY

TRAINING PROGRAM:    DATE 09-01-82

COPY OF REPORT GIVEN TO EMPLOYEE:

EMPLOYEE'S SIGNATURE William T. Carey DATE 12/28/90

COPY OF REPORT MAILED TO EMPLOYEE JAN 1 0 1991

ADDRESS.    AT ASSIGNMENT    DATE _____

—— LASD_273650 ——

REPORT DISCUSSED WITH EMPLOYEE:

BY: Lt J. A. Hays    DATE 12/28/90

THIS REPORT HAS BEEN DISCUSSED WITH ME:

EMPLOYEE'S SIGNATURE William T. Carey DATE 12/28/90

**CONFIDENTIAL**

224

REPORT ON PERFORMANCE EVALUATION
DEPUTY WILLIAM T. CAREY, #173140
PAGE THREE

During this rating period, Deputy Carey has been assigned to the position of
Firestone Station's Training and Scheduling Deputy. This is one of the most
critical and demanding positions at a patrol station. It requires dedication,
dependability, patience, attention to detail and diplomacy. Since being
selected for the position in December, 1989, Tom has performed his duties in
an outstanding manner, and without exception, he has surpassed all
expectations.

Tom is a highly motivated individual who takes pride in his work and
consistently does a superb job. He is a self starter who requires minimal
supervision. Tom has utilized his outstanding police skills to assist in
identifying training deficiencies in deputies' field performances. He has
followed up on those needs by coordinating and presenting unit level
training on such areas as hazardous entries, K-9 deployment, and use of force.

Tom's dependability was displayed on two specific occasions when this writer
was away from the office for two weeks. Tom assumed all of the duties and
responsibilities of the office. Both Lieutenants Jack Jordan and David L.
Martinez commented that Tom handled the complex challenges of the office
in an outstanding manner. Both Lieutenants added that Tom required very
little supervision during these periods.

Another illustration of Tom's dedication and dependability has been Tom's
commitment to handling the constant surprises that are inherent to training
and scheduling. Tom is not only punctual but he rarely leaves at the end of
his normal shift. Tom is very conscientious about his duties and does not
hesitate to remain at work until all tasks are completed to his satisfaction.
This was never more apparent than during the scheduling of all station
personnel to attend Mobile Digital Training. The scheduling for this training
required several adjustments to the normal schedule. The success of this
scheduling was a direct result of Tom's excellent people skills when dealing
with his peers and supervisors.

On March 3, 1990, this writer commended Tom for successfully coordinating
the numerous time off requests for the Baker to Vegas Relay Race while still
providing minimum staffing station coverage at no added expense. His
success on this project speaks highly of his ability to plan and coordinate by
gaining the cooperation of others.

**LASD_273651**

**CONFIDENTIAL**

REPORT ON PERFORMANCE EVALUATION
DEPUTY WILLIAM T. CAREY, #173140
PAGE FOUR

Some of Tom's strongest assets are his positive attitude and his ability to get along with others.  Due to the very nature of his job, Tom is often placed in the unenviable position of having to resolve conflicts between Department and station goals and the goals of station supervisors and/or deputy personnel.  Tom has been able to avoid the pitfalls of these conflicts and still maintain his credibility and effectiveness by getting opposing parties to view a particular matter from the others point of view.

In his position, Tom is often exposed to confidential, sensitive and/or personal information concerning station members.  Any leak of this information could prove embarrassing or compromise the effectiveness of this office.  Tom has, without exception, proven to be extremely trustworthy.

Tom is the type of employee who is never too busy to stop and help others.  Whether it is the citizen at the station counter or a deputy in the field, Tom willing provides whatever assistance he can.

Tom's role as a positive peer group leader was quite evident when he took the initiative and organized the station's flag football team.  These games have assisted in maintaining the station's high morale.

Tom maintains an outstanding physical fitness program, which includes weightlifting and long distance running.  Tom was one of two Firestone deputies that participated in and completed this year's Los Angeles Marathon.

Tom has established a solid ethical foundation which he has used to help other deputies through his involvement as a Career Intergrity Workshop Facilitator.

On March 26, 1990, Captain Stuart Hansell, Advanced Training Bureau, commended Tom for his contribution as a lecturer at the Desk Operations Assistant Class.

Due to Tom's excellent performance and his abilities, he was selected and transferred to Advanced Training Bureau Staff on October 27, 1990.

Prior to the submission of this evaluation, it was learned that Tom will realize one of his major goals.  He will be promoted to Sergeant on November 25, 1990.

LASD_273652

CONFIDENTIAL

REPORT ON PERFORMANCE EVALUATION
DEPUTY WILLIAM T. CAREY, #173140
PAGE FIVE

In summary, Tom has been a pleasure to supervise and work with. Whether in a patrol car or behind a desk, Tom is an exceptional individual. This can be attributed, in part, to the discipline that he has developed.

Tom has earned another outstanding rating and will undoubtedly make an outstanding Sergeant.



LASD_273653

CONFIDENTIAL

*ATPS*                                                                    /

# SHERIFF'S DEPARTMENT - COUNTY OF LOS ANGELES
## REPORT ON PERFORMANCE EVALUATION

NAME __CAREY, WILLIAM T.__    DATE __December 14, 1989__

TYPE OF EVALUATION:    ANNUAL [X]    TRANSFER [ ]    FROM __12-01-88__    TO __12-01-89__

OTHER _____

EMPLOYEE'S RANK / TITLE __Deputy Sheriff - Bonus I__    EMPLOYEE NO. __#173140__

ITEM NO. __2708__    DEPT. __770__    DIVISION __F.O.R. II__    UNIT __Firestone__

EMPLOYEE'S DRIVER'S LICENSE No █████████    CLASS __3__    EXPIRATION DATE __02-11-90__

MAJOR ASSIGNMENTS

(SPECIFIC JOB(S) DURING EVALUATION PERIOD:    _____ ( ) MONTHS

Detective Investigator    (12) MONTHS    _____ ( ) MONTHS

_____ ( ) MONTHS    _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED DOCUMENTED INPUT TO EVALUATION:

Captain Gerald Minnis, Lt. Russell Owens, Sgt. James Lally, Sgt. George Carroll

Captain Raymond Gott, Lt. Ed Hitchcock, Sgt. Juan Fabrega, Sgt. Art Valenzuela

*A/CAPT. CONTENTS M. L. STINE #87582 NOTED*

### OVERALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  | *CONTENTS J. L. MALONE NOTED* |  |  | X |

NAME AND SIGNATURES OF REPORTING OFFICERS:
THIS REPORT IS BASED ON OBSERVATION AND/OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: __James Lally, Sergeant__
PRINT / TYPE NAME / JOB TITLE

_James J. Lally, Sergeant_ DATE __12-18-89__
SIGNATURE

**LASD_273654**

I HAVE REVIEWED THIS REPORT

REVIEWER __Duane T. Preimsberger, Chief__
PRINT / TYPE NAME / JOB TITLE

_____ DATE __12/21/89__
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.
DEPT. HEAD _____ DATE __12/24/89__

SUCCESSFUL COMPLETION OF CUSTODY DEPUTY TRAINING PROGRAM: DATE __01-10-80__
SUCCESSFUL COMPLETION OF PATROL DEPUTY TRAINING PROGRAM: DATE __09-01-82__

COPY OF REPORT GIVEN TO EMPLOYEE:
EMPLOYEE'S SIGNATURE _William T. Carey_ DATE __12-28-89__

COPY OF REPORT MAILED TO EMPLOYEE:
ADDRESS __AT ASSIGNMENT__ DATE __JAN 12 1990__

REPORT DISCUSSED WITH EMPLOYEE:
BY _William T. Carey_ DATE __12-28-89__
_James J. Lally, Sgt._

THIS REPORT HAS BEEN DISCUSSED WITH ME:
EMPLOYEE'S SIGNATURE _William T. Carey_ DATE __12-28-89__

**CONFIDENTIAL**

228

# SHERIFF DEPARTMENT – COUNTY OF LOS ANGELES

## REPORT ON PERFORMANCE EVALUATION
### INVESTIGATOR SUPPLEMENTAL

NAME __CAREY, WILLIAM A.__    DATE __December 14, 1989__

Rating columns:
1. OUTSTANDING
2. VERY GOOD
3. COMPETENT
4. IMPROVEMENT NEEDED
5. UNSATISFACTORY
6. NOT OBSERVED / NOT APPLICABLE

| Item | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| DEMONSTRATES INVESTIGATIVE SKILLS: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| DEVELOPS AND MANAGES INFORMANTS | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| CONDUCTS SURVEILLANCES AND STAKEOUTS | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| DIRECTS EFFORTS TOWARDS CLEARANCE OF CASES | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| HAS A WORKING KNOWLEDGE OF AND UTILIZES DATA SYSTEMS TO COMPILE CASE INFORMATION AND SUSPECT BACKGROUND | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| MAINTAINS LIAISON AND COORDINATES CASES WITH OTHER DEPARTMENT UNITS AND AGENCIES | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| UTILIZES THE EXPERTISE OF PROFESSIONALS OUTSIDE THE FIELD OF LAW ENFORCEMENT WHEN APPLICABLE | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| FAMILIAR WITH AND UTILIZES CRIME LAB CAPABILITIES | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| REPORTS ALL FACTS OF INVESTIGATION FOR SUBSEQUENT CASE FILING AND COURT PRESENTATION | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| MAINTAINS THOROUGH CASE FILES INCLUDING SUPPLEMENTARY REPORTS, RECORDS, ETC. | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| PREPARES FOR CASE PRESENTATION BY ANALYZING INVESTIGATORY REPORTS, EVIDENCE AND OTHER INFORMATION | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| PARTICIPATES IN CASE PRESENTATION | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| DELEGATES AND DIRECTS ACTIVITIES OF DEPUTIES ASSISTING IN SECURING A CRIME SCENE, OBTAINING STATEMENTS, IDENTIFYING AND ISOLATING WITNESSES AND SUSPECTS | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| USES PROPER INTERROGATION TECHNIQUES AND MAINTAINS CONTROL OF THE INTERROGATION | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| CONDUCTS THOROUGH INTERVIEWS OF ALL POSSIBLE WITNESSES, VICTIMS AND SUSPECTS/SUBJECTS | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| PREPARES ARREST / SEARCH WARRANTS | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

LASD_273655

CONFIDENTIAL

REPORT ON PERFORMANCE EVALUATION
DEPUTY WILLIAM T. CAREY, #173140
PAGE TWO


During this rating period, Deputy Carey was assigned to Firestone Station's
Detective Unit, as an investigator. His performance was outstanding.

Deputy Carey's primary duties were to work the night detective unit. Additionally,
he was assigned to work as the Relief Court Deputy and, occasionally, as a day shift
investigator.

As an investigator, he handled a large and varied caseload. Among his assignments
were crimes against persons, crimes against property, and certain sex crimes. He
exhibited an extraordinary ability to handle an average of thirty cases a month
efficiently and still help others.

This rater recalls that on one particular Monday, in September, the Day shift was
short staffed. On the weekend prior to that Monday, Deputy Carey, who had
knowledge of the situation handled the majority of the cases that normally would
have been assigned to the day shift detectives. This unsolicited effort was
appreciated by his supervisors and peers.

During a recent staff meeting, where upcoming evaluations were discussed, Deputy
Carey was characterized as dependable, willing to help patrol crews or take on
mundane assignments. Specific comments of patrol supervisors will be
documented later in this evaluation.

While working the Court Deputy's position, Deputy Carey filed the majority of the
cases generated by Firestone Station. He performed so efficiently that filing District
Attorney Malcolm Jordan, Division 62, commented that Deputy Carey handled
filing cases as well as the regular court deputy, a veteran of 20 years of service.

Deputy Carey possesses excellent communication skills. His written and verbal
reports are outstanding. His written reports, search warrants and filing packages, are
consistently neat, accurate and extremely thorough. Supervising Deputy District
Attorney Jim Grodin commented that his filing packages are so complete that they
should serve as a model for other detectives. Deputy Carey is noted for conducting
tenacious and thorough investigations.

On August 8, 1989, he was commended by Captain Minnis for the arrest of three
robbery suspects. Deputy Carey was cited for an outstanding investigation which
resulted in the recovery of stolen property and the conviction of the suspects.
Deputy Carey's oral reports are complete, concise and logical.


LASD_273656


CONFIDENTIAL

REPORT ON PERFORMANCE EVALUATION
DEPUTY WILLIAM T. CAREY, #173140
PAGE THREE


Deputy Carey's work habits are excellent. He applies himself to his duties with great zeal and observes all rules and regulations governing his profession. Deputy Carey is very safety conscious, and will not hesitate to correct others if they become lax about officer safety. He properly maintains both the personal and county equipment he uses. Deputy Carey is organized and orderly. It is very easy to check on the progress of his cases. He manages his time effectively, allowing him to channel his efforts productively.

Four patrol supervisors, Lieutenant Ed Hitchcock, Sergeants George Carroll, Juan Fabrega, and Art Valenzuela, all stated that Deputy Carey is dependable, hard working, and always willing to help others. In addition, on September 12, 1989, Captain Raymond Gott, Juvenile Operations Bureau, commended Deputy Carey for the assistance he gave the Operation Safe Streets Unit during the service of several search warrants. He was cited for his ability to fit in as a team player and his willingness to assist others.

Deputy Carey is a peer group leader. He utilizes this informal position in a positive manner. His fellow deputies look to him for advice, and his opinions are respected. When a controversial policy or order is discussed by deputies, Deputy Carey is often the one who calms their misgivings and gains their voluntary compliance.

Deputy Carey handles the public honestly, ethically and effectively. He is patient, polite, and even-tempered. He handles his public contacts professionally whether he is dealing with a suspect, victim or concerned citizen.

Deputy Carey presents a positive image of law enforcement. He keeps himself in excellent shape by participating in rigorous running and weight lifting program. His mode of dress always befits his assignment.

Deputy Carey is a tenured deputy and can handle any situation well. His supervisors are very comfortable when Deputy Carey is handling an emergency or a new assignment. They know it will be handled to the best of his ability and done right. He is dependable and seldom needs more than minimal supervision.

All the detective supervisors agreed that during this rating period, Deputy Carey's performance was outstanding. During the aforementioned evaluation meeting that opinion was supported by the patrol supervisors who felt he was deserving of an outstanding rating.

LASD_273657

CONFIDENTIAL

231

# SHERIFF'S DEPARTMENT – COUNTY OF LOS ANGELES
## REPORT ON PERFORMANCE EVALUATION

NAME ___CAREY, WILLIAM___    DATE ___December 2, 1988___

TYPE OF EVALUATION:    ANNUAL [X]    TRANSFER [ ]    FROM ___12-01-87___ To ___12-01-88___

OTHER _____

EMPLOYEE'S RANK / TITLE ___Deputy Sheriff – Bonus I___    EMPLOYEE No. ___#173140___

ITEM No. ___2708___ DEPT. ___770___    DIVISION ___F.O.R.II___ UNIT ___Firestone___

EMPLOYEE'S DRIVER'S LICENSE No. ___██████___    CLASS ___3___ EXPIRATION DATE ___05-29-89___

## MAJOR ASSIGNMENTS

(SPECIFIC JOB(S)) DURING EVALUATION PERIOD:    _____ ( ) MONTHS

___Patrol Deputy___ ( 7 ) MONTHS    _____ ( ) MONTHS

___Detective___ ( 5 ) MONTHS    _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED DOCUMENTED INPUT TO EVALUATION:

Sergeant M. Jones    Lieutenant R. Owens

Sergeant W. Dunn    Sergeant R. Petitt

| OVERALL EVALUATION | | | | |
|---|---|---|---|---|
| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|  |  |  | X |  |

NAME AND SIGNATURES OF REPORTING OFFICERS:
THIS REPORT IS BASED ON OBSERVATION AND/OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: ___Wilfred M. Jones, Sergeant___
PRINT / TYPE / NAME / JOB TITLE

___[signature]___ DATE _12-7-88_
SIGNATURE

I HAVE REVIEWED THIS REPORT    **LASD_273660**

REVIEWER ___Russell D. Owens, Lieutenant___
PRINT / TYPE / NAME / JOB TITLE

___[signature]___ DATE _12-7-88_
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.
DEPT. HEAD ___[signature]___ DATE _12-7-88_
(OR AUTHORIZED REPRESENTATIVE)

SUCCESSFUL COMPLETION OF CUSTODY DEPUTY TRAINING PROGRAM:   DATE ___01-10-80___
SUCCESSFUL COMPLETION OF PATROL DEPUTY TRAINING PROGRAM:   DATE ___09-01-82___

COPY OF REPORT GIVEN TO EMPLOYEE:
EMPLOYEE'S SIGNATURE ___William T. Carey___ DATE _12-7-88_

COPY OF REPORT MAILED TO EMPLOYEE:
ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:
BY: ___[signature]___ DATE _12/8/88_

THIS REPORT HAS BEEN DISCUSSED WITH ME:
EMPLOYEE'S SIGNATURE ___William Thomas Carey___ DATE _12/8/88_

**CONFIDENTIAL**

232

# SHERIFF'S DEPARTMENT - COUNTY OF LOS ANGELES

## REPORT ON PERFORMANCE EVALUATION
## INVESTIGATOR SUPPLEMENTAL

NAME ___CAREY, WILLIAM___    DATE ___December 2, 1988___

Rating columns: OUTSTANDING, VERY GOOD, COMPETENT, IMPROVEMENT NEEDED, UNSATISFACTORY, NOT OBSERVED/NOT APPLICABLE

| Item | Outstanding | Very Good | Competent | Improvement Needed | Unsatisfactory | Not Observed/NA |
|---|---|---|---|---|---|---|
| DEMONSTRATES INVESTIGATIVE SKILLS: | | | | ☑ | | |
| DEVELOPS AND MANAGES INFORMANTS | | | | ☑ | | |
| CONDUCTS SURVEILLANCES AND STAKEOUTS | | | | | ☑ | |
| DIRECTS EFFORTS TOWARDS CLEARANCE OF CASES | | | | | ☑ | |
| HAS A WORKING KNOWLEDGE OF AND UTILIZES DATA SYSTEMS TO COMPILE CASE INFORMATION AND SUSPECT BACKGROUND | | | | ☑ | | |
| MAINTAINS LIAISON AND COORDINATES CASES WITH OTHER DEPARTMENT UNITS AND AGENCIES | | | | ☑ | | |
| UTILIZES THE EXPERTISE OF PROFESSIONALS OUTSIDE THE FIELD OF LAW ENFORCEMENT WHEN APPLICABLE | | | | ☑ | | |
| FAMILIAR WITH AND UTILIZES CRIME LAB CAPABILITIES | | | | ☑ | | |
| REPORTS ALL FACTS OF INVESTIGATION FOR SUBSEQUENT CASE FILING AND COURT PRESENTATION | | | | | ☑ | |
| MAINTAINS THOROUGH CASE FILES INCLUDING SUPPLEMENTARY REPORTS, RECORDS, ETC. | | | | | ☑ | |
| PREPARES FOR CASE PRESENTATION BY ANALYZING INVESTIGATORY REPORTS, EVIDENCE AND OTHER INFORMATION | | | | | ☑ | |
| PARTICIPATES IN CASE PRESENTATION | | | | | ☑ | |
| DELEGATES AND DIRECTS ACTIVITIES OF DEPUTIES ASSISTING IN SECURING A CRIME SCENE, OBTAINING STATEMENTS, IDENTIFYING AND ISOLATING WITNESSES AND SUSPECTS | | | | | ☑ | |
| USES PROPER INTERROGATION TECHNIQUES AND MAINTAINS CONTROL OF THE INTERROGATION | | | | ☑ | | |
| CONDUCTS THOROUGH INTERVIEWS OF ALL POSSIBLE WITNESSES, VICTIMS AND SUSPECTS/SUBJECTS | | | | | ☑ | |
| PREPARES ARREST/SEARCH WARRANTS | | | | ☑ | | |

LASD_273661

CONFIDENTIAL

233

REPORT ON PERFORMANCE EVALUATION
DEPUTY WILLIAM CAREY, #173140
PAGE TWO

Carey has continued his energetic approach to police work and is gaining the necessary experience to excel. He currently works a night car with a partner and is, for the most part, unsupervised. This assignment requires an employee that is not just competent, but one that is self-motivated and trusted. To date, he has proven himself to be well suited to this assignment.

During the past year, Deputy Carey has continued to maintain his high standards, and I feel he has set an example that others would do well to follow. He is punctual, dependable, organized and very conscientious. Little supervison is provided by his superiors, as he can be expected to complete assignments and meet or exceed the responsibilities of his job. Deputy Carey can be counted on to do whatever is required to get the job done without compromise.

This rater finds Deputy Carey to be an easy going well liked employee. His recent transfer to the Detective Bureau was well received by all. He is at ease with the public, his peers and supervisors. It appears he has those traits necessary to make him an excellent Detective.

In the nine years that he has been employed by this organization, Deputy Carey has been assigned a wide variety of tasks. In each case, he has adapted to the circumstances and provided the Department with an above average work product. He obviously enjoys what he does and is well suited to what I expect will continue to be a rewarding career.

LASD_273662

CONFIDENTIAL

234

## SHERIFF'S DEPARTMENT — COUNTY OF LOS ANGELES
### REPORT ON PERFORMANCE EVALUATION

NAME __CAREY, WILLIAM T.__    DATE __December 22, 1987__

TYPE OF EVALUATION:    ANNUAL [X]    TRANSFER [ ]    FROM __12-01-86__    To __12-01-87__

OTHER _____

EMPLOYEE'S RANK / TITLE __Deputy Sheriff__    EMPLOYEE NO. __#173140__

ITEM NO. __2708__    DEPT. __770__    DIVISION __F.O.R. II__    UNIT __Firestone__

EMPLOYEE'S DRIVER'S LICENSE No. __█████__    CLASS __3__    EXPIRATION DATE __05-29-89__

MAJOR ASSIGNMENTS

(SPECIFIC JOB(S)) DURING EVALUATION PERIOD:    _____ ( ) MONTHS

__Patrol__ (12) MONTHS    _____ ( ) MONTHS

_____ ( ) MONTHS    _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED DOCUMENTED INPUT TO EVALUATION:

Sergeant Scauzillo          Sergeant Lindsey

Sergeant Duchene          Sergeant Gutierrez

| OVERALL EVALUATION | | | | |
|---|---|---|---|---|
| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
| | | | X | |

NAME AND SIGNATURES OF REPORTING OFFICERS: THIS REPORT IS BASED ON OBSERVATION AND/OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: __Rick Jennings, Sergeant__
PRINT / TYPE NAME / JOB TITLE

__Rick Jennings__    DATE __12-25-87__
SIGNATURE

I HAVE REVIEWED THIS REPORT    **LASD_273663**

REVIEWER __Gerald W. Minnis, Captain__
PRINT / TYPE NAME / JOB TITLE

_____ DATE __12/29/87__
SIGNATURE

I CONCUR IN AND APPROVE THIS REPORT.
DEPT. HEAD _____ DATE __12/28/87__
(OR AUTHORIZED REPRESENTATIVE )

SUCCESSFUL COMPLETION OF CUSTODY DEPUTY TRAINING PROGRAM:    DATE __01-10-80__
SUCCESSFUL COMPLETION OF PATROL DEPUTY TRAINING PROGRAM:    DATE __09-01-82__

COPY OF REPORT GIVEN TO EMPLOYEE:
EMPLOYEE'S SIGNATURE __W.T. Carey__    DATE __1-3-88__

COPY OF REPORT MAILED TO EMPLOYEE:
ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:
BY: _____ DATE __01-03-88__

THIS REPORT HAS BEEN DISCUSSED WITH ME:
EMPLOYEE'S SIGNATURE __W.T. Carey__    DATE __1-3-88__

**CONFIDENTIAL**

235

REPORT ON PERFORMANCE EVALUATION
DEPUTY WILLIAM T. CAREY, #173140
PAGE TWO

QUALITY (continued)

On October 27, 1987, Deputy Carey was commended by Sergeants Lindsey and Dunn for
his vast improvement in the area of his car logs. They were neat, exceptionally accurate,
with superb attention given to detail.

On September 23, 1987, Deputy Carey was praised by Sergeant Scauzillo for excellent coor-
dination during a vehicle stop of a stolen automobile.

Deputy Carey's knowledge of the law and current court decisions is very comprehensive.
This is evident by the type and quality of arrests made, and subsequent reports written.
Deputy Carey expresses himself well orally.

WORK HABITS

Deputy Carey is a very conscientious and enthusiastic employee. He is often times at the
station in uniform early and prepared to begin work. He is very dedicated to his profession
and on infrequent occasions when he may need to stay over to finish minor paperwork, he
will do so without requesting overtime.

He is well organized and utilizes his time in an exceedingly productive manner. He takes
substantial pride in himself and his Department. This shows in his work product and
personal bearing.

On August 25, 1987, Deputy Carey received a written reprimand involving an incident which
occurred on December 6, 1985. The reprimand was for Violation of Sub-Section 3-01/030.05,
of the Mannual of Policy and Procedures, General Behavior. It involved conduct unbecoming
at an off-duty party. No further incidents of this type have been reported.

During this rating period, Deputy Carey has been fastidious about abiding by Departmental
Rules and Regulations, and is extremely cognizant of officer safety techniques.

On September 23, 1987, Deputy Carey was commended by Sergeant Gutierrez for doing an
excellent job as Complaint Deputy on PM shift when the CRT's were down. Without the
use of the CRT's, desk personnel jobs become significantly more strenuous. However, with
Deputy Carey as Complaint Deputy, there was no loss in service experienced.

PERSONAL RELATIONS

Deputy Carey is well liked by his peers, and has been recognized by many of his supervisors
as a peer group leader. On the few occasions I have found it necessary to discuss an issue
with Deputy Carey, I have found him to be very approachable and personable. He accepts
constructive criticism and often times seeks out the advice of others.

Deputy Carey's field performance audits show a favorable and enthusiastic response. The
citizen's comments are extremely optimistic and it has been noted by the Sergeants that his

**LASD_273664**

**CONFIDENTIAL**

REPORT ON PERFORMANCE EVALUATION
DEPUTY WILLIAM T. CAREY, #173140
PAGE THREE

**PERSONAL RELATIONS (continued)**

calls were usually handled in a professional and appropriate manner.

His uniform appearance is very good, and he keeps himself in excellent physical condition.
He is very eager to participate in Firestone Station athletic events and encourages other
Deputies to get involved.

**ADAPTABILITY**

Deputy Carey has consistently displayed his ability to accomplish the desired outcome
during emergent and/or new situations. He accomplishes these results by taking command
of the situations and using proven techniques to control the incident, always keeping in
mind officer safety.

Deputy Carey requires minimal supervision and is a dependable employee. He will do as he
is instructed, will ask applicable questions if in doubt, and offer appropriate suggestions
as needed.

**SUMMARY**

Deputy Carey is a very motivated and devoted employee on the Sheriff's Department. He
takes his profession very seriously and has a great deal of job knowledge. He is very
friendly, helpful, humorous, and intelligent. He is a pleasure to supervise and exceedingly
deserving of the rating of "very good".

LASD_273665

CONFIDENTIAL

237

SHERIFF'S DEPARTMENT—COUNTY OF LOS ANGELES

REPORT ON PERFORMANCE EVALUATION

NAME ___CAREY, William T.___    DATE ___October 17, 1986___

TYPE OF EVALUATION:  ANNUAL [X]    TRANSFER [X]    FROM ___12-1-85___ TO ___11-2-86___
Trans. to Firestone Sta., 11-2-86

OTHER _____

EMPLOYEE'S RANK / TITLE ___Deputy Sheriff___    EMPLOYEE No. ___173140___

ITEM No. ___2708 A56___ DEPT. ___770___    DIVISION ___FOR3___    UNIT ___Lakewood Station___

EMPLOYEE'S DRIVER'S LICENSE No. ___N5006554___  CLASS ___3___    EXPIRATION DATE ___05-29-89___

MAJOR ASSIGNMENTS

(SPECIFIC JOB(S)) DURING EVALUATION PERIOD:    ___Dispatcher___ ( 7 ) MONTHS

___Field Train.Officer___ ( 1 ) MONTHS    _____ ( ) MONTHS

___Gen.Law Car/Dispatche___ ( 3 ) MONTHS    _____ ( ) MONTHS

SUPERVISED BY, AND/OR PROVIDED DOCUMENTED INPUT TO EVALUATION:

Sgt. T. McCarty   #058989        Sgt. Geo. Boswell    008799

Sgt. K. Mays      #058800

| OVERALL EVALUATION | | | | |
|---|---|---|---|---|
| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
| | | | X | |

NAME AND SIGNATURES OF REPORTING OFFICERS: THIS REPORT IS BASED ON OBSERVATION AND/OR KNOWLEDGE. IT REPRESENTS MY BEST JUDGMENT OF THE EMPLOYEE'S PERFORMANCE.

RATER: ___Terence McCarty, Sergeant___
PRINT / TYPE NAME / JOB TITLE
SIGNATURE _____ DATE 10-18-86

I HAVE REVIEWED THIS REPORT    **LASD_273666**

REVIEWER ___Stephen O. Batchelor, Captain___
PRINT / TYPE NAME / JOB TITLE
SIGNATURE _____ DATE 11-86

I CONCUR IN AND APPROVE THIS REPORT    JAN 16 1987
DEPT HEAD _____ DATE
(OR AUTHORIZED REPRESENTATIVE)

SUCCESSFUL COMPLETION OF CUSTODY DEPUTY TRAINING PROGRAM:  DATE ___1980___

SUCCESSFUL COMPLETION OF PATROL DEPUTY TRAINING PROGRAM:  DATE ___09-01-82___

COPY OF REPORT GIVEN TO EMPLOYEE:
EMPLOYEE'S SIGNATURE _____ DATE 11-20-86

COPY OF REPORT MAILED TO EMPLOYEE:
ADDRESS _____ DATE _____

REPORT DISCUSSED WITH EMPLOYEE:
BY: _____ DATE 11-20-86

THIS REPORT HAS BEEN DISCUSSED WITH ME:
EMPLOYEE'S SIGNATURE ___William Carey___ DATE 11-20-86

**CONFIDENTIAL**

CAREY, William T.        #173140      2708 A5         Page two

Deputy Sheriff           770/FOR3/LKD    12-01-85 to 11-02-86

_____

NARRATIVE (continued)

Deputy Carey continues to respond well to work instruction.
In his last evaluation I commented on his self-confidence
that some of his supervisors mistook for arrogance.  He has
adapted well in that specific area and is more aware of its
inherent potential supervisorial problems.  Deputy Carey
continues to be a highly motivated individual and his
dedication to duty promotes motivation in his peers.

In March, Deputy Carey successfully testified as an expert
witness in a 11378 H&S case in Municipal Court.

PERSONAL RELATIONS:

Deputy Carey continues to be a peer group leader.  He is
personable and approachable and has matured in this role.
He takes more time to explain his procedures, techniques
and activities to less experienced Deputies, and this has
had a positive effect on their attitudes and perceptions.

Deputy Carey has been instrumental in increasing this
Station's morale.  He recently began authoring Star News
articles, which have been well composed, humorous and witty.
He also initiated and implemented several off-duty sporting
events which .fostered competition between this Station's
and other Station's personnel.  These events have encouraged
many Deputies to become involved with this Station's
activities.

Deputy Carey's field performance audits show a very favorable
and positive response.  In January, 1986, he was commended
by the City of Bellflower's City Council and the emergency
room staff at Charter Suburban Hospital.  Deputy Carey performed
Cardiopulmonary Resuscitation on an infant while his trainee
drove them to the hospital, and is credited with saving the
child's life.

Also in January Lieutenant John Vogel received a telephone
call from a woman who commended Deputy Carey for his
professional manner when he arrested her son.

In February he was commended by Detective William Richardson
and the local filing Deputy District Attorney for an outstanding
245 P.C. investigation which resulted in the identification
and apprehension of the suspect.  Deputy Carey took the
initiative to conduct his own investigation after reviewing
the first report which had very little information.

**LASD_273667**

**CONFIDENTIAL**

CAREY, William T.          #173140      2708 A5        Page three

Deputy Sheriff            770/FOR3/LKD   12-01-85 to 11-02-86

_____

NARRATIVE (continued)


ADAPTABILITY:

Deputy Carey is very good with tactical situations.  His
experience is evident when he is responsible for coordinating
a call or containing an area.  He is able to assess problems
quickly and can be relied upon to take quick and proper action.

On December 23, 1985, he was commended by Sergeant M. Reyes
for his outstanding arrest and follow-up procedures which
resulted in the recovery of stolen firearms, narcotics and
assorted stolen items.

On September 3, 1986 he was commended by Sergeant Chris Beattie
for his arrest of three narcotic suspects on a traffic stop.
His subsequent investigation resulted in locating and the
dismantling of a methamphetamine laboratory.

SUMMARY:

Deputy Carey continues to be a productive Deputy and is
maturing in dealing with supervisors and as a peer group
leader.  He is highly deserving of a "very good" rating
for this evaluation period.


LASD_273668

**CONFIDENTIAL**

240

76E520 (REV. 3/81)

# COUNTY OF LOS ANGELES DEPARTMENT OF PERSONNEL
## REPORT OF PERFORMANCE EVALUATION

| | | | | | |
|---|---|---|---|---|---|
| CAREY, WILLIAM T. | | 173140 | 2708 | A5 | 05-23-86 |
| EMPLOYEE NAME | | EMPLOYEE NUMBER | ITEM NUMBER | STATUS | DATE |
| DEPUTY SHERIFF | | 770/FOR3/LKD FROM 12-01-84 TO 12-01-85 | | | |
| POSITION | | DEPT. DIV. SUB. | PERIOD | | |

**RATE EACH FACTOR**

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

Checking items OPTIONAL with department
+ Strong   ✓ Standard   — Weak

**1. QUANTITY** ☐☐☐☒☐
- ⊞ Amount of work performed
- ⊞ Completion of work on schedule

**2. QUALITY** ☐☐☐☒☐
- ⊞ Accuracy
- ☑ Neatness of work product
- ⊞ Thoroughness
- ⊞ Oral expression
- ☑ Written expression

**3. WORK HABITS** ☐☐☐☒☐
- ⊞ Observance of working hours
- ⊞ Attendance
- ☑ Observance of rules and regulations
- ⊞ Observance of Safety Rules
- ☑ Compliance with work instructions
- ☑ Orderliness in work
- ⊞ Application to duties

**4. PERSONAL RELATIONS** ☐☐☐☒☐
- ⊞ Getting along with fellow employees
- ⊞ Meeting and handling the public
- ☑ Personal appearance

**5. ADAPTABILITY** ☐☐☐☒☐
- ⊞ Performance in new situations
- ⊞ Performance in emergencies
- ☑ Performance with minimum instructions

**6. OTHER** ☐☐☐☐☐

**7. SUPERVISORY ABILITY** (ONLY FOR SUPERVISORS) ☐☐☐☐
- ☐ Planning and assigning
- ☐ Training and instructing
- ☐ Disciplinary control
- ☐ Evaluating performance
- ☐ Leadership
- ☐ Making decisions
- ☐ Fairness and impartiality
- ☐ Approachability
- ☐ Maintaining an effective safety program
- ☐ Affirmative Action

**LASD_273669**

---

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance.

(Factor ratings of Unsatisfactory, Improvement Needed, Very Good, or Outstanding must be substantiated by comments.)

During this rating period, Deputy Carey has worked as a Patrol Deputy and as a Field Training Officer. He has also worked other station assignments, i.e., Dispatcher and Assistant Jailer.

This evaluation reflects the observations and comments made by the rater and by other supervisors in field performance audits, commendations and in solicited remarks provided to the rater.

QUANTITY/QUALITY:

During this rating period, Deputy Carey was assigned to the early morning shift. Generally, this shift provides the least amount of activity when compared to the other shifts. However, available RAPS

(Continue COMMENTS on attached sheet)

## OVER-ALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | | ✗ | |

---

### SIGNATURES OF REPORTING OFFICERS

This report is based on my observation and/or knowledge. It represents my best judgment of the employee's performance.

RATER _Sgt. T. McCarty_ DATE 5/23/86

(The use of Reviewer OPTIONAL with department)

I have reviewed this report
REVIEWER _____ DATE 5-23-86

I concur in and approve this report:
DEPT. HEAD _____ SEP 05 1986 DATE 5-27-86
(or authorized representative)

### AT ASSIGNMENT

Copy of report given to employee  DATE 7/7/86

Copy of report mailed to employee

Address _____ DATE

Report discussed with employee
BY _Sgt. T. McCarty_ DATE 07/07/86

This report has been discussed with me.

EMPLOYEE'S SIGNATURE _William T. Carey_ DATE 7/7/86

**CONFIDENTIAL**

241

Carey, William T.    #173140    2708   A5        Page two

Deputy Sheriff       770/FOR3/LKD          12-01-84 to 12-01-85

-----------------------------------------------------------------------

COMMENTS (continued)

statistics reveal that Deputy Carey has been one of the station's
top producers in arrests and observations.

|                          | CITES | ARRESTS MISD/FEL/DUI |   |   |
|--------------------------|-------|------|------|------|
| DEC. 1984 - NOV. 1985:   | 179   | 61   | 128  | 14   |

These numbers alone do not portray Deputy Carey's intense commit-
ment to identify and apprehend criminals.  This commitment became
frustrating for him in the first part of this rating period when
some of his supervisors felt that too much emphasis was being
placed on narcotic related arrests.  As a Training Officer, it
was important to expose his trainee to other crime and activities.

Even though the preponderance of activity on the early morning
shift is narcotic related in this Station's area, Deputy Carey
diligently and successfully sought out criminals in other crime
catagories when this was brought to his attention by supervisors.

What he lacks in penmanship, Deputy Carey more than makes up in
the content of his reports.  They are complete and generally show
an above average level of follow-up.  The Station's training staff
has commented that his trainee reports are punctual and comprehen-
sive.  Reports submitted by his trainees are complete and seldom
need corrections.

WORK HABITS:

Deputy Carey reports for duty on time, ready to perform, and
seldom is absent.  He is always willing to put forth any extra
effort needed and is not a complainer.  He is very safety
conscious and complies with Departmental rules and regulations.

Deputy Carey responds well to work instructions when it is needed
and frequently seeks out information he feels he needs from his
peers and supervisors who have developed different areas of
expertise.

LASD_273670

CONFIDENTIAL

Carey, William T.       #173140    2708   A5              Page Three

Deputy Sheriff          770/FOR3/LKD            12-01-84 to 12-01-85

_____

COMMENTS  (Continued)

Deputy Carey is extremely self-confident in performing his duties
and this has been perceived by some of his supervisors as arro-
gance.  However, if he is directed to complete a task, he will
complete it well.  He has shown this rater that if he disagrees
with any instruction, he will comply.  He will then select an
appropriate time to discuss any problems or inconsistancies he
perceived.

In applying himself to his duties, Deputy Carey has shown that he
is a hard worker and has developed a keen "street sense."  He is
a self starter and is highly motivated to perform his duties.

He successfully completed Field Training Officer School in August
with a letter grade of B.


PERSONAL RELATIONS:

Deputy Carey has developed into a peer group leader.  He instills
an infectious enthusiasm in his peers and generally is the one
that causes a shift's occasional competitive spirit for producti-
vity.  He is a very straight forward, yet personable individual.

Deputy Carey is excellent in his contacts with the public.  There
are no documented citizen complaints against Deputy Carey and this
is highly significant because of the high number of contacts and
arrests he generates.  His personnel file has many written commen-
dations from citizens who have appreciated his commitment, caring,
and attitude.


ADAPTABILITY:

Deputy Carey is tactically very good in emergent situations.  He
does not hesitate to take charge when necessary and is quick to
offer suggestions if asked.  He has learned to properly handle
most high risk calls and generally can be relied upon to perform
promptly and correctly.

His personnel file reflects two commendations during this rating
period from Captain Stephen Batchelor for his involvement in
Command Post Operations.


**LASD_273671**

**CONFIDENTIAL**

243

COUNTY OF LOS ANGELES DEPARTMENT OF PERSONNEL
**REPORT OF PERFORMANCE EVALUATION**

76E520 (REV. 5/81)

| EMPLOYEE NAME | EMPLOYEE NUMBER | ITEM NUMBER | STATUS | DATE |
|---|---|---|---|---|
| CAREY, WILLIAM T. | 173140 | 2708 | A5 | 06-09-86 |

| POSITION | DEPT. DIV. SUB. | PERIOD |
|---|---|---|
| DEPUTY SHERIFF | 770/FOR3/LKD | FROM 12-01-83  TO 12-01-84 |

RATE EACH FACTOR

- OUTSTANDING
- VERY GOOD
- COMPETENT
- IMPROVEMENT NEEDED
- UNSATISFACTORY

Checking items OPTIONAL with department
+ Strong    ✓ Standard    — Weak

**1. QUANTITY** ☐☐☐☐☑
- Amount of work performed
- Completion of work on schedule

**2. QUALITY** ☐☐☐☑☐
- Accuracy
- Neatness of work product
- Thoroughness
- Oral expression
- Written expression

**3. WORK HABITS** ☐☐☐☑☐
- Observance of working hours
- Attendance
- Observance of rules and regulations
- Observance of Safety Rules
- Compliance with work instructions
- Orderliness in work
- Application to duties

**4. PERSONAL RELATIONS** ☐☐☐☑☐
- Getting along with fellow employees
- Meeting and handling the public
- Personal appearance

**5. ADAPTABILITY** ☐☐☐☑☐
- Performance in new situations
- Performance in emergencies
- Performance with minimum instructions

**6. OTHER** ☐☐☐☐☐

**7. SUPERVISORY ABILITY** (ONLY FOR SUPERVISORS) ☐☐☐☐☐
- Planning and assigning
- Training and instructing
- Disciplinary control
- Evaluating performance
- Leadership
- Making decisions
- Fairness and impartiality
- Approachability
- Maintaining an effective safety program
- Affirmative Action

LASD_273672

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance.
(Factor ratings of Unsatisfactory, Improvement Needed, Very Good, or Outstanding must be substantiated by comments.)

During this rating period, Deputy Carey was assigned to Lakewood Station Patrol. His primary assignment was in a criminal car in the City of Paramount. He worked for one month in a traffic car.

QUANTITY:

Deputy Carey is a highly motivated employee, who seems to truly enjoy his work. He is a self starter and initiates an above average amount of investigations, which lead to arrests. He is continually one of the top producers at Lakewood Station. He recognized the special needs of the community he served and concentrated on several specific areas, including narcotics, gang activity and burglary suppression. This rater supervised Deputy Carey throughout this entire period and based this evaluation on my observations.

(Continue COMMENTS on attached sheet)

**OVER-ALL EVALUATION**

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  |  | X |  |

**SIGNATURES OF REPORTING OFFICERS**

This report is based on my observation and/or knowledge. It represents my best judgment of the employee's performance.

RATER _____ DATE 06-14-86

(The use of Reviewer OPTIONAL with department)

I have reviewed this report.
REVIEWER _____ DATE 7-8-86

I concur in and approve this report.
DEPT. HEAD _____ DATE AUG 2 ? 1986
(or authorized representative)

AT ASSIGNMENT DATE 07-23-86

Copy of report given to employee
Copy of report mailed to employee
Address _____ DATE _____

Report discussed with employee
BY _____ DATE _____

This report has been discussed with me.
EMPLOYEE'S SIGNATURE William T. Carey  DATE _____

**CONFIDENTIAL**

244

## PURPOSE OF THE EVALUATION

Performance evaluation is of prime importance to both the supervisor and the employee, and should serve the following purposes:

_____ Find out if employee's work is up to standard

_____ Help employee improve work performance

_____ Let employee know how he is getting along

_____ Give recognition for good work

_____ Determine training needs

_____ To Assist in:

_____ making appraisals for promotional examinations

_____ transferring and reassigning employee for better use of his skills and abilities

_____ discharging or reducing incompetent employees

## THE USE OF ITEMS

The use of the items listed under factors is optional with each Department. The items may be checked ($+$, $-$, $\nu$) to indicate strengths or weaknesses or standard performance.

## OVER-ALL EVALUATION

OUTSTANDING - All work performance is consistently above the standards of the position. A substantial part of the work performance exceeds supervisory and management expectations most of the time. Factual evidence must be presented in writing to substantiate this rating.

VERY GOOD - A substantial part of the work performance is well above the standards of performance required for the position and all other parts of the performance are at least Competent. Factual evidence must be presented in writing to substantiate this rating.

COMPETENT - The work performance is consistently up to or somewhat above the requirements of the position. This is the performance which is expected of a trained and qualified employee.

NOTE: When an employee's performance tends to be borderline within this category, a notation to this effect should be made in the Comments section.

IMPROVEMENT NEEDED - This rating indicates that (1) a significant part of the work performance is below the standards of performance required for the position and (2) it is reasonable to expect that the employee will bring performance up to acceptable standards. A Plan for Improvement must be included specifying steps to be taken by both the supervisor and the employee to improve performance during a specified period of time. Factual evidence must be presented in writing to substantiate this rating. Whenever this rating is given a new evaluation must be made within a period not to exceed six months.

UNSATISFACTORY - A substantial part of the work performance is inadequate and definitely inferior to the standards of performance required for the position. Factual evidence must be presented in writing to substantiate this rating. When this rating is given it must be accompanied by a discharge or reduction in those cases in which the employee is still in service.

## APPEAL PROCEDURE

If the employee disagrees with the ratings given, and is still in County service, within ten business days of receipt of the evaluation he may initiate a grievance in accordance with his department's grievance procedure. He may grieve any specified item or items of the report, including the overall rating, except for an over-all rating of "Unsatisfactory".

Upon completion of the grievance process, the department head or his representative must either approve the report and rating as originally prepared or direct that a new report be prepared, and notify the employee of his decision.

### Out-of-Service Employees

If subsequent to his resignation from County service an employee receives an evaluation with an over-all rating of "Improvement Needed" or "Unsatisfactory," he may request reconsideration of this rating by the Director of Personnel. The request for reconsideration must be received in the Office of the Director of Personnel within ten business days after delivery of his evaluation. The request must be in writing and must set forth all the facts and details upon which the employee's case is based.

**LASD_273673**

CONFIDENTIAL

245

CAREY, WILLIAM T.     #173140   2708   A5                    Page Two

DEPUTY SHERIFF        770/FOR3/LKD                   12-01-83 to 12-01-84

---

COMMENTS (Continued)


QUALITY:

Deputy Carey's reports are well written and always contain detailed easy
to read facts.  His ability to communicate complex events, both in writing
and orally, is consistant with that of a seasoned patrol deputy.  He is
able to present facts in such a manner that it gives the reader/listener
a clear picture of the situation.


WORK HABITS:

Deputy Carey regularly reports to work early and is prepared to begin
work.  He had no unauthorized absences during this period and received
compensation for not using any sick time.  Deputy Carey is quite know-
ledgable of Departmental rules and regulations and he is able to perform
within their guidelines.  He is also quite familiar with the numerous
laws and legal codes and keeps himself abreast of recent case decisions.

Deputy Carey is dependable and can be counted on to complete any task
given him in a timely manner.  He is well organized and utilizes his time
in a productive fashion.  He is a dedicated individual and he always
gives an honest eight hours of work.  He takes considerable pride in his
work and it shows.


PERSONAL RELATIONS:

Deputy Carey is well liked by his peers, supervisors and the public.  He
has quickly become an informal leader at Lakewood Station.  His positive
attitude and application to duty is exemplary and he is looked up to by
his fellow deputies.  He is often called upon to lend his expertise to
other deputies and supervisors as well.

Deputy Carey keeps himself in excellent condition and he encourages others
to do the same.  Although Deputy Carey presents a tough street cop image
when necessary, he also is compasionate and is able to relate well to the
public.

On September 11, 1983, Captain Stephen O. Batchelor received a letter of
thanks from a citizen regarding Deputy Carey's "kindness and understanding."
Deputy Carey was able to show enough concern and professionalism that this
citizen took the time to show his appreciation during the crisis of a death
in his family.


**LASD_273674**

**CONFIDENTIAL**

CAREY, WILLIAM T.     #173140   2708   A5                    <u>Page Three</u>

DEPUTY SHERIFF        770/FOR3/LKD                    12-01-83 to 12-01-84

---

COMMENTS  (Continued)

ADAPTABILITY:

Deputy Carey has demonstrated on numerous occasions his ability to perform
well during emergent and new situations.  He is often looked upon to pro-
vide leadership in stressful situations.  He has shown that he can think
on his feet and get the job done in a safe manner.  Deputy Carey requires
a minimum amount of supervision.  He will do as he is told and ask appro-
priate questions and give appropriate suggestions as needed.

Deputy Carey is a highly valued employee and an asset to Lakewood Station.

On December 28, 1983, Deputy Carey successfully completed a 16 hour Driver's
Training Class, Advance Officer Training, at Los Angeles County Fairgrounds.

Deputy Carey possess a valid California Driver's License, #N5006554,
expiring May 29, 1989.

**LASD_273675**

**CONFIDENTIAL**

COUNTY OF LOS ANGELES DEPARTMENT OF PERSONNEL
**REPORT OF PERFORMANCE EVALUATION**

E520 (REV. 3/81)

1

CAREY, William T.
EMPLOYEE NAME

173140
EMPLOYEE NUMBER

2708
ITEM NUMBER

A5
STATUS

01/24/86
DATE

Deputy Sheriff
POSITION

770/FOR3/LKD
DEPT. DIV. SUB.

FROM 12-01-83 TO 10-1-85
PERIOD

| RATE EACH FACTOR | OUTSTANDING VERY GOOD COMPETENT IMPROVEMENT NEEDED UNSATISFACTORY |
|---|---|

Checking items OPTIONAL with department
+ Strong  ✓ Standard  — Weak

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance.

(Factor ratings of Unsatisfactory, Improvement Needed, Very Good, or Outstanding must be substantiated by comments.)

1. QUANTITY — ☐ ☐ ☐ ☒ ☐
► ⊞ Amount of work performed
⊞ Completion of work on schedule

2. QUALITY — ☐ ☐ ☒ ☐ ☐
⊞ Accuracy
✓ Neatness of work product
✓ Thoroughness
⊞ Oral expression
✓ Written expression

3. WORK HABITS — ☐ ☐ ☒ ☐ ☐
⊞ Observance of working hours
⊞ Attendance
✓ Observance of rules and regulations
✓ Observance of Safety Rules
✓ Compliance with work instructions
✓ Orderliness in work
⊞ Application to duties

4. PERSONAL RELATIONS — ☐ ☐ ☐ ☒ ☐
⊞ Getting along with fellow employees
⊞ Meeting and handling the public
✓ Personal appearance

5. ADAPTABILITY — ☐ ☐ ☒ ☐ ☐
✓ Performance in new situations
⊞ Performance in emergencies
✓ Performance with minimum instructions

6. OTHER — ☐ ☐ ☐ ☐ ☐

7. SUPERVISORY ABILITY (ONLY FOR SUPERVISORS) — ☐ ☐ ☐ ☐ ☐
☐ Planning and assigning
☐ Training and instructing
☐ Disciplinary control
☐ Evaluating performance
☐ Leadership
☐ Making decisions
☐ Fairness and impartiality
☐ Approachability
☐ Maintaining an effective safety program
☐ Affirmative Action

This evaluation will span a two year period, which started in December 1983 and ended in October 1985. It saw Deputy Carey progress through various station assignments, complete the requirements for field training officer, and culminated with his appointment to that position. During the last two years Deputy Carey has demonstrated his skills for many supervisors, both past and present. In an effort to gain an overall perspective of Deputy Carey for the last two years, his present supervisors were polled for input which was combined with available documentation and resulted in the following estimation of his duty performance.

(continued)

(Continue COMMENTS on attached sheet)

LASD_273676

**OVER-ALL EVALUATION**

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | X | | |

| SIGNATURES OF REPORTING OFFICERS | |
|---|---|

This report is based on my observation and/or knowledge. It represents my best judgment of the employee's performance.

RATER _Sgt. M. A. Aguirre_ DATE 02-04-86

(The use of Reviewer OPTIONAL with department)

I have reviewed this report.

REVIEWER _____ Lt. DATE 2-4-86

I concur in and approve this report.

DEPT. HEAD _Capt. Stephen O. Batchel_ 2-21-86
(or authorized representative)

Copy of report given to employee   DATE 3-7-86

Copy of report mailed to employee

Address _____   DATE _____

Report discussed with employee?

BY _M. A. Aguirre_   DATE 3-6-86

This report has been discussed with me.

EMPLOYEE'S SIGNATURE _REFUSED TO SIGN_ Rosabeja   DATE 3-7-86

**CONFIDENTIAL**

248

CAREY, William T.          #173140      2708   A5      <u>Page two</u>

Deputy Sheriff            770/FOR3/LKD    12-01-83 to 10-1-85

---

COMMENTS (continued)

<u>QUANTITY</u>:

In order to judge the amount of work that Deputy Carey performed
during this two year period, the rater depended heavily on
the statistics available in the regional allocation of patrol
services report.  The following are the statistics for the
specified time periods:

|  |  | ARRESTS |  |  |
| --- | --- | --- | --- | --- |
|  | <u>CITATIONS</u> | <u>MISDEMEANOR</u> | <u>FELONY</u> | <u>DUI</u> |
| May - December, 1984 | 203 | 13 | 70 | 4 |

Statistics information, as with all numbers, do not truly
reflect the worth of any individual to his unit.  But when
statistics are combined with a favorable comment, it can only be
interpreted as an indication that the individual is performing
at a level above the norm.  One supervisor specifically directed
her comments to the year 1984, "Carey is a very eager young
deputy, seems to actively work to search out good arrests.  He
does good follow-up investigations."

On October 4, 1984 Deputy Carey was commended for his participation
in an outstanding observation arrest for sales of cocaine and
marijuana, file #484-26779.

|  |  | ARRESTS |  |  |
| --- | --- | --- | --- | --- |
|  | <u>CITATIONS</u> | <u>MISDEMEANOR</u> | <u>FELONY</u> | <u>DUI</u> |
| January - September 1985 | 114 | 57 | 79 | 12 |

Once again for the above time periods, statistics bear out the
fact that Deputy Carey can be considered to be one of the top
producers on the early morning shift and a definite asset to
Lakewood Station.

<u>QUALITY</u>:

For the 1984 period of evaluation, the rater has taken all
available input and has gauged his work quality to be "good"
to "very good".

There is no doubt that the majority of his supervisors consider
Deputy Carey to be a hard worker and a good street cop.

LASD_273677

**CONFIDENTIAL**

CAREY, William T.          #173140      2708  A5          <u>Page three</u>

Deputy Sheriff            770/FOR3/LKD        12-01-83 to 10-1-85

---

COMMENTS (continued)

Interestingly the opinions of Deputy Carey's work quality
subtlely changed with the natural attrition of his corps of
supervision.  The types of arrests which had previously been
emphasized, appreciated and accepted, were being questioned
due to their repetitiousness.  The general feeling is that
Deputy Carey had allowed himself to settle into a complacency
that "limited" his vision in the area of observation arrests.
However, one early morning supervisor reported that "he
seems to be trying to improve his image."  Still another early
morning Sergeant stated, "We need more workers like Tom.  I
hope we can keep him headed in the right direction."

The rater also feels that at one time Deputy Carey allowed
himself to be swept up into the "spirit" of observation
arrests, believing that statistical quantity would enhance
his position.  The rater also believes that Deputy Carey has
realized that "diversity" is currently looked upon more
favorably, and he is striving to broaden himself.

Being a field training officer, Deputy Carey has not had the
opportunity to submit a large number of reports.  His trainee's
reports appear to be accurate and consistent with his level
of training.

WORK HABITS:

Having had the opportunity to supervise Deputy Carey for various
lengths of time during 1985, I have not observed any problems
with his punctuality or daily attendance.  From all indications
it is apparent that Deputy Carey observes all of the rules
and regulations that govern his position as a Deputy Sheriff.
The observance of these rules are reflected in the absence
of preventable traffic accidents attributable to him.

The rater, who has been both a supervisor and Watch Commander
for 1985, has never found Deputy Carey anything but enthusiastic
in complying with work instructions.  The rater found him to
be a dogmatic straight-forward individual who responds directly
to face to face interaction.  There are a few supervisors who
find this type of demeanor as "arrogant" and "argumentative".
However, documentation reveals these supervisors to be in the
minority.  Again, the rater feels that if you tell Deputy Carey
to accomplish a Departmental goal, it will be accomplished
and as a supervisor it should be the only concern.

LASD_273678

CONFIDENTIAL

CAREY, William T.          #173140      2708   A5        Page four

Deputy Sheriff            770/FOR3/LKD   12-01-83 to 10-1-85

─────────────────────────────────────────────────────────────

COMMENTS (continued)

In applying himself to his duties Deputy Carey has spawned
the consensus that he is a "hard-working deputy" and a "good
street cop". Supervisors appear to agree that he has an
obvious strong motivation and if properly directed could
easily be an outstanding performer. However, the rater feels
that the direction in which Deputy Carey is headed is the
primary responsibility of his supervisors.

On September 9, 1985, Deputy Carey completed Field Operations
School - Field Training Officer with a letter grade of "B".

PERSONAL RELATIONS:

His  shift supervisors believe that Deputy Carey is the peer
group leader on his shift.  The rater believes that Deputy
Carey is one of the peer group leaders on his shift.  On a
shift whose activity level is seasonal and diminishes as it
progresses, Deputy Carey and his fellow deputies project a
team-like atmosphere which feeds on the competitive spirit.
Not unexpectedly Deputy Carey is at the center, but he is not
the focal point of that team.  He is liked and respected by
his peer group because he is a personable, forthright individual
who likes his job as a field deputy and gives that position
his full attention.

The rater believes that Deputy Carey does an excellent job in
his contacts with the general public.  There have been no
documented instances of citizens complaining regarding Deputy
Carey's conduct.  He did receive a letter of appreciation from
a citizen for his assistance in a custody case.  In checking
his personnel jacket, the rater found numerous instances
wherein citizens complimented Deputy Carey for his thoughtfulness
in their contacts.

ADAPTABILITY:

May 14, 1985 he was commended by the Station Commander Batchelor
for his participation in the field command post during the
search for an armed 211 suspect.

On June 28, 1985 he was commended by Captain Batchelor of the
Lakewood Station for participation in the search for Grand
Theft Auto suspects.

LASD_273679

**CONFIDENTIAL**

CAREY, William T.          #173140          2708  A5          Page five

Deputy Sheriff          770/FOR3/LKD          12-01-83 to 10-1-85

_____

COMMENTS (continued)

Lakewood Station Commander Stephen Batchelor commended Deputy
Carey on September 4, 1985 for participating in the "Intruder
Task Force".

Deputy Carey is tactically very good in new/emergent situations.
He has the confidence of the majority of Sergeants and his
peers to function in a capable manner when confronted by an
extraordinary field situation which requires immediate action
with a minimum of instruction.

SUMMARY:

In the estimation of the rater, Deputy Carey is a good field
Deputy and training officer.  His performance during the
transitional period ending October, 1985, on an overall basis,
can best be evaluated as "competent" bordering on "very good".
The rater also feels that based on the supervisorial input
received during the composition of this evaluation, the
narrow margin between the two overall ratings will be easily
gapped by the end of the next rating period.  Deputy Carey
needs only to continue on his path of flexibility and continue
to understand the totality of his field/training officer
duties.

Deputy Carey possesses a valid California Driver's LIcense
███████████ expiring May 29, 1989.

**LASD_273680**

**CONFIDENTIAL**

252

COUNTY OF LOS ANGELES DEPARTMENT OF PERSONNEL
REPORT OF PERFORMANCE EVALUATION

4

6E520 (REV. 3/81)

| CAREY, William T. | 173140 | 2708 | A5 | 04/24/84 |
|---|---|---|---|---|
| EMPLOYEE NAME | EMPLOYEE NUMBER | ITEM NUMBER | STATUS | DATE |

| Deputy Sheriff | 770/PODE/LKD | FROM 12/01/82 | TO 12/01/83 |
|---|---|---|---|
| POSITION | DEPT. DIV. SUB. | | PERIOD |

**RATE EACH FACTOR**

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

Checking items OPTIONAL with department
+ Strong    ✓ Standard    — Weak

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance.
(Factor ratings of Unsatisfactory, Improvement Needed, Very Good, or Outstanding must be substantiated by comments.)

During this rating period Deputy Carey has worked traffic and criminal units in all the areas of Lakewood Station. He additionally has worked as assistant jailer and as a complaint deputy on the desk. In all those assignments he has performed extremely well. He shows a high level interest in his duties and seeks to educate himself on job requirements as well as improve his daily performance. He frequently asks questions regarding procedures and laws in order to ensure that he has a good knowledge base for future performance, but he rarely needs advice or supervision when actually involved in job functions. His work quantity is above average and he has made many

**(continued)**

(Continue COMMENTS on attached sheet)

1. QUANTITY  ☐ ☐ ☐ ☒ ☐
   - Amount of work performed
   - Completion of work on schedule

2. QUALITY  ☐ ☐ ☒ ☐ ☐
   - Accuracy
   - Neatness of work product
   - Thoroughness
   - Oral expression
   - Written expression

3. WORK HABITS  ☐ ☐ ☐ ☒ ☐
   - Observance of working hours
   - Attendance
   - Observance of rules and regulations
   - Observance of Safety Rules
   - Compliance with work instructions
   - Orderliness in work
   - Application to duties

4. PERSONAL RELATIONS  ☐ ☐ ☐ ☒ ☐
   - Getting along with fellow employees
   - Meeting and handling the public
   - Personal appearance

5. ADAPTABILITY  ☐ ☐ ☐ ☒ ☐
   - Performance in new situations
   - Performance in emergencies
   - Performance with minimum instructions

6. OTHER  ☐ ☐ ☐ ☐ ☐

7. SUPERVISORY ABILITY (ONLY FOR SUPERVISORS)  ☐ ☐ ☐ ☐ ☐
   - Planning and assigning
   - Training and instructing
   - Disciplinary control
   - Evaluating performance
   - Leadership
   - Making decisions
   - Fairness and impartiality
   - Approachability
   - Maintaining an effective safety program
   - Affirmative Action

**OVER-ALL EVALUATION**

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | | X | |

**SIGNATURES OF REPORTING OFFICERS**

This report is based on my observation and/or knowledge. It represents my best judgment of the employee's performance.

RATER _____ DATE 4-23-84

(The use of Reviewer OPTIONAL with department)

I have reviewed this report.

REVIEWER _____ DATE _____

I concur in and approve this report.

DEPT. HEAD Capt. Stephen Beall DATE 4-27-84
(or authorized representative)

Copy of report given to employee    DATE 6-19-84
Copy of report mailed to employee
Address _____ DATE _____
Report discussed with employee
BY _____ DATE 6-19-84
This report has been discussed with me.
EMPLOYEE'S SIGNATURE _____ DATE _____

LASD_273681

CONFIDENTIAL

253

CAREY, William T.    #173140    2708 A5        Page two

Deputy Sheriff            770/FODE/LKD        12/01/82 to 12/01/83

_____

COMMENTS (continued)

arrests on his own observations, which are always based on
sound probable cause.  In the month of December, 1983, he made
ten (10) felony arrests on observations, and two (2) weapons
laws arrests on observations.  This level of felony observations
is significantly higher than other Deputies working one man
cars on any shift.  He is slightly above average with his peers
on calls handled, reports written, and citations issued per
day.  A further examination of his logs for the month of
December, 1983, shows an average of less than sixty minutes
patrol time per shift on early morning shift (much better than
average), which is an excellent indicator of how hard he is
working.

His work habits are excellent.  His attendance is very good
and he is always early to work, reviewing items to be followed
up from previous shifts, checking the report and briefing
boards.  Due to his high arrest rate he has court frequently
and indications are that he is punctual there as well.  He
pays close attention to rules and regulations.  He is open to
suggestions and takes constructive criticism very well.

Deputy Carey gets along exceptionally well with his peers
and supervisors.  He has been successful when dealing with
the public and has received one letter from a citizen commend-
ing him for his professional conduct and courtesy when handling
a call.  His uniform appearance is always neat and clean and
he presents a very good police image.  His physical condition-
ing is exceptional.  He works out on a daily basis, and he is
easily one of the strongest Deputies at this Station.

During this rating period Deputy Carey has had five of his
calls audited by a field supervisor.  Each of the audits
indicate that Deputy Carey did a good job.

Deputy Carey's varied experience and excellent performance
during this past year have shown that he is a versatile and
capable Deputy.  He is currently being considered for the
training officer position.

Overall, Deputy Carey is rated very good.


Deputy Carey possesses a valid California Driver's License
██████████ expiring May 29, 1985.

LASD_273682

CONFIDENTIAL

COUNTY OF LOS ANGELES DEPARTMENT OF PERSONNEL
**REPORT OF PERFORMANCE EVALUATION**

(3/81)

| CAREY, William T. | 173140 | 2708 | A5 | 04/24/84 |
|---|---|---|---|---|
| EMPLOYEE NAME | EMPLOYEE NUMBER | ITEM NUMBER | STATUS | DATE |

| Deputy Sheriff | 770/FODE/LKD | FROM 12/01/82 | TO 12/01/83 |
|---|---|---|---|
| POSITION | DEPT. DIV. SUB. | | PERIOD |

RATE
EACH
FACTOR

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

Checking items OPTIONAL
department
Strong ✓ Standard — Weak

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance.

(Factor ratings of Unsatisfactory, Improvement Needed, Very Good, or Outstanding must be substantiated by comments.)

**QUANTITY** ☐☐☐☒☐
Amount of work performed
Completion of work on schedule

**QUALITY** ☐☐☒☐☐
Accuracy
Neatness of work product
Thoroughness
Oral expression
Written expression

**WORK HABITS** ☐☐☐☒☐
Observance of working hours
Attendance
Observance of rules and regulations
Observance of Safety Rules
Compliance with work instructions
Orderliness in work
Application to duties

**PERSONAL RELATIONS** ☐☐☐☒☐
Getting along with fellow employees
Meeting and handling the public
Personal appearance

**5. ADAPTABILITY** ☐☐☐☒☐
Performance in new situations
Performance in emergencies
Performance with minimum Instructions

**6. OTHER** ☐☐☐☐☐

**7. SUPERVISORY ABILITY** (ONLY FOR SUPERVISORS) ☐☐☐☐☐
Planning and assigning
Training and instructing
Disciplinary control
Evaluating performance
Leadership
Making decisions
Fairness and impartiality
Approachability
Maintaining an effective safety program
Affirmative Action

LASD_273683

During this rating period Deputy Carey has worked traffic and criminal units in all the areas of Lakewood Station. He additionally has worked as assistant jailer and as a complaint deputy on the desk. In all these assignments he has performed extremely well. He shows a high level interest in his duties and seeks to educate himself on job requirements as well as improve his daily performance. He frequently asks questions regarding procedures and laws in order to ensure that he has a good knowledge base for future performance, but he rarely needs advice or supervision when actually involved in job functions. His work quantity is above average and he has made many

(continued)

(Continue COMMENTS on attached sheet)

**OVER-ALL EVALUATION**

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | | X | |

**SIGNATURES OF REPORTING OFFICERS**

This report is based on my observation and/or knowledge. It represents my best judgment of the employee's performance.

RATER _S. K. Johnson_ DATE _4-23-84_

(The use of Reviewer OPTIONAL with department)

I have reviewed this report.

REVIEWER _Alunor_ DATE _4-23-84_

I concur in and approve this report.

_Stephen O Botcha_ 4-27-84

Copy of report given to employee _AT ASSIGNMENT_ DATE _6-19-84_
Copy of report mailed to employee
Address _____ DATE _____
Report discussed with employee
BY _S. Valencia_ DATE _6-19-84_
This report has been discussed with me.
EMPLOYEE'S SIGNATURE _William Thomas Carey_ DATE _6-18-84_

**CONFIDENTIAL**

255

CAREY, William T.    #173140    2708 A5    <u>Page two</u>

Deputy Sheriff    770/FODE/LKD    12/01/82 to 12/01/83

COMMENTS (continued)

arrests on his own observations, which are always based on
sound probable cause.  In the month of December, 1983, he made
ten (10) felony arrests on observations, and two (2) weapons
laws arrests on observations.  This level of felony observations
is significantly higher than other Deputies working one man
cars on any shift.  He is slightly above average with his peers
on calls handled, reports written, and citations issued per
day.  A further examination of his logs for the month of
December, 1983, shows an average of less than sixty minutes
patrol time per shift on early morning shift (much better than
average), which is an excellent indicator of how hard he is
working.

His work habits are excellent.  His attendance is very good
and he is always early to work, reviewing items to be followed
up from previous shifts, checking the report and briefing
boards.  Due to his high arrest rate he has court frequently
and indications are that he is punctual there as well.  He
pays close attention to rules and regulations.  He is open to
suggestions and takes constructive criticism very well.

Deputy Carey gets along exceptionally well with his peers
and supervisors.  He has been successful when dealing with
the public and has received one letter from a citizen commend-
ing him for his professional conduct and courtesy when handling
a call.  His uniform appearance is always neat and clean and
he presents a very good police image.  His physical condition-
ing is exceptional.  He works out on a daily basis, and he is
easily one of the strongest Deputies at this Station.

During this rating period Deputy Carey has had five of his
calls audited by a field supervisor.  Each of the audits
indicate that Deputy Carey did a good job.

Deputy Carey's varied experience and excellent performance
during this past year have shown that he is a versatile and
capable Deputy.  He is currently being considered for the
training officer position.

Overall, Deputy Carey is rated very good.


Deputy Carey possesses a valid California Driver's License
███████████ expiring May 29, 1985.

LASD_273684

CONFIDENTIAL

LAKEWOOD STATION **COUNTY OF OS ANGELES DEPARTMENT OF PERSONNEL**
ES20A2 (REV. 10/81)          **REPORT OF PERFORMANCE EVALUATION**

CAREY, William T.
**EMPLOYEE NAME**

Deputy Sheriff
POSITION

770/FODE/LKD
DEPT. DIV. SUB.

| 173140 | 2708 | A5 | 04-05-83 |
|---|---|---|---|
| EMPLOYEE NUMBER | ITEM NUMBER | STATUS | DATE |
| FROM 02/13/82 | TO 12/01/82 | | |
| | PERIOD | | |

---

RATE EACH FACTOR

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

Checking items OPTIONAL with department
+ Strong   ✓ Standard   — Weak

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance.

(Factor ratings of Unsatisfactory, Improvement Needed, Very Good, or Outstanding must be substantiated by comments.)

1. QUANTITY — [COMPETENT ☒]
  ► ✓ Amount of work performed
  ✓ Completion of work on schedule

2. QUALITY — [COMPETENT ☒]
  ✓ Accuracy
  ✓ Neatness of work product
  ✓ Thoroughness
  ✓ Oral expression
  ✓ Written expression

3. WORK HABITS — [COMPETENT ☒]
  ✓ Observance of working hours
  ✓ Attendance
  ✓ Observance of rules and regulations
  ✓ Observance of Safety Rules
  ✓ Compliance with work instructions
  ✓ Orderliness in work
  ⊞ Application to duties

4. PERSONAL RELATIONS — [COMPETENT ☒]
  ✓ Getting along with fellow employees
  ⊞ Meeting and handling the public
  ✓ Personal appearance

5. ADAPTABILITY — [COMPETENT ☒]
  ✓ Performance in new situations
  ✓ Performance in emergencies
  ✓ Performance with minimum instructions

6. OTHER     Ethics — [COMPETENT ☒]

7. SUPERVISORY ABILITY (ONLY FOR SUPERVISORS)
  ☐ Planning and assigning
  ☐ Training and instructing
  ☐ Disciplinary control
  ☐ Evaluating performance
  ☐ Leadership
  ☐ Making decisions
  ☐ Fairness and impartiality
  ☐ Approachability
  ☐ Maintaining an effective safety program
  ☐ Affirmative Action

**LASD_273685**

This is Deputy William Carey's first year at Lakewood Station, and his first patrol assignment. He successfully passed his patrol training at this Station. He attempt to carry his share of duties in the field and seldom needs help from other field deputies. He asks pertinent questions of his peers and supervisors and knows where to find the information he seeks. The quality of his work is good and he accepts criticism good-naturedly. His arrest rate is average and consistent with that of a traffic officer. He has expressed an interest in increasing his knowledge of probable cause. As time and opportunity allow him to expand his base of knowledge and maturity, it is felt that he will be a fine patrol Deputy. His traffic supervisors are very pleased with Deputy Carey's progress in traffic enforcement. He spends a great deal of his own time in the traffic office researching traffic law and procedures in preparation for his tours of duty. He is being considered for advanced traffic classes as they arise. He has received two letters from local citizens commending him for his professional actions and his courtesy in the field. He relates well with his peers and enjoys a good reputation among them. He maintains very good physical fitness and presents a good uniform appearance. During this rating period he has been involved in two on-duty traffic accidents. One was "preventable" and he

(CONTINUED)

(Continue COMMENTS on attached sheet)

**OVER-ALL EVALUATION**

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | X | | |

---

**SIGNATURES OF REPORTING OFFICERS**

This report is based on my observation and/or knowledge. It represents my best judgment of the employee's performance.

RATER _____ DATE 4-8-83

(The use of Reviewer OPTIONAL with department)

I have reviewed this report.
REVIEWER Capt. Stephen O Batchell DATE 4-11-83

I concur in and approve this report.
_____ DATE 4-21-83
DEPT. HEAD
(or authorized representative)

Copy of report given to employee    DATE 4-13-83
Copy of report mailed to employee
Address _____ DATE
Report discussed with employee
BY _____ SGT. DATE 4-13-83
This report has been discussed with me.
EMPLOYEE'S SIGNATURE William T. Carey   DATE 4-13-83

**CONFIDENTIAL**

257

REPORT OF PERFORMANCE EVALUATION

CAREY, William T.   #173140 2708 A5
Deputy Sheriff   770/FODE/LKD
2-13-82 to 12-01-82

COMMENTS (continued)

received a written reprimand.   The second one was non-

preventable, and he was not at fault.

Deputy Carey appears to have high standards which are in

keeping with the Department's ethical standards.

Overall, Deputy William Carey is rated Competent.

Driver's License ███████ expires 5-29-85

LASD_273686

CONFIDENTIAL

258

TRANSFER: LAKEWOOD STATION

**COUNTY OF LOS ANGELES DEPARTMENT OF PERSONNEL**
**REPORT OF PERFORMANCE EVALUATION**

520 (REV. 3/81)

| CAREY, WILLIAM T. | | 173140 | 2708 | A3 | 2-9-82 |
|---|---|---|---|---|---|
| EMPLOYEE NAME | | EMPLOYEE NUMBER | ITEM NUMBER | STATUS | DATE |

| DEPUTY SHERIFF - IRC | 770 | FROM 1-10-80 | TO 2-13-82 |
|---|---|---|---|
| POSITION | DEPT. DIV. SUB. | | PERIOD TRANSFER |

**RATE EACH FACTOR**

OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

Checking items OPTIONAL with department
+ Strong   ✓ Standard   — Weak

1. QUANTITY
- Amount of work performed
- Completion of work on schedule

2. QUALITY
- Accuracy
- Neatness of work product
- Thoroughness
- Oral expression
- Written expression

3. WORK HABITS
- Observance of working hours
- Attendance
- Observance of rules and regulations
- Observance of Safety Rules
- Compliance with work instructions
- Orderliness in work
- Application to duties

4. PERSONAL RELATIONS
- Getting along with fellow employees
- Meeting and handling the public
- Personal appearance

5. ADAPTABILITY
- Performance in new situations
- Performance in emergencies
- Performance with minimum instructions

6. OTHER

7. SUPERVISORY ABILITY (ONLY FOR SUPERVISORS)
- Planning and assigning
- Training and instructing
- Disciplinary control
- Evaluating performance
- Leadership
- Making decisions
- Fairness and impartiality
- Approachability
- Maintaining an effective safety program
- Affirmative Action

LASD_273687

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance.

(Factor ratings of Unsatisfactory, Improvement Needed, Very Good, or Outstanding must be substantiated by comments.)

Dep. Carey's performance during this rating period has been excellent. He has mastered each of the processing assignments and his work has been recognized as superior. He is energetic and approaches each assignment with a positive attitude. He has been recognized for his commendable performance while assigned as the Watch Deputy, Prowler and as a Training Officer. Dep. Carey constantly strives to improve himself and cheerfully accepts constructive criticism.

Dep. Carey has been a valuable member of the Inmate Reception Center and possesses the intelligence and ability to do well in his future patrol assignments.

Calif. Driver's License: ███████

Expires: 5-29-84

(Continue COMMENTS on attached sheet)

**OVER-ALL EVALUATION**

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
| | | + | | |

**SIGNATURES OF REPORTING OFFICERS**

This report is based on my observation and/or knowledge. It represents my best judgment of the employee's performance.

RATER _____ DATE 2-9-82

(The use of Reviewer OPTIONAL, with department)

REVIEWER _____ DATE 2-10-82

I concur in and approve this report.

DEPT. HEAD _____ DATE MAR 26 1982
(or authorized representative)

Copy of report given to employee _____ DATE _____

Copy of report mailed to employee    AT ASSIGNMENT
Address _____ DATE MAR 26 1982

Report discussed with employee
BY _____ DATE _____

This report has been discussed with me.
EMPLOYEE'S SIGNATURE  Unavailable  DATE 2-10-82

**CONFIDENTIAL**

259

E520 (REV. 3/81)

# COUNTY OF LOS ANGELES DEPARTMENT OF PERSONNEL
## REPORT OF PERFORMANCE EVALUATION

✓ 1

CAREY, WILLIAM T.
EMPLOYEE NAME

| 173140 | 2708 | A3 | 11-24-81 |
|---|---|---|---|
| EMPLOYEE NUMBER | ITEM NUMBER | STATUS | DATE |

DEPUTY SHERIFF
POSITION

770 CU/IRC
DEPT. DIV. SUB.    FROM 01-01-80  TO 12-01-81
PERIOD

RATE EACH FACTOR
OUTSTANDING
VERY GOOD
COMPETENT
IMPROVEMENT NEEDED
UNSATISFACTORY

Checking Items OPTIONAL with department
+ Strong   ✓ Standard   — Weak

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance.

(Factor ratings of Unsatisfactory, Improvement Needed, Very Good, or Outstanding must be substantiated by comments.)

Deputy Carey has performed his duties in a commendable manner. He is conscientious and diligent in each assignment. His work product is neat, accurate and timely. He is eager to learn and has displayed his initiative by volunteering for difficult assignments. He resolves problems by utilizing his mature and sensible judgement and is well liked by his peers and supervisors. He is to be commended for his excellent uniform appearance. He has demonstrated his ability to satisfactorily meet and deal with the public. He requires on minimal supervision and he constantly strives to improve his performance. Deputy Carey is a valuable asset to this unit and the Custody Division. With further experience and a variety of assignments, he can be expected to become a valuable asset to this Department. CDL# ████ Expires: May 29, 1984

## 1. QUANTITY
- ✓ Amount of work performed
- Completion of work on schedule

## 2. QUALITY
- Accuracy
- Neatness of work product
- Thoroughness
- Oral expression
- Written expression

## 3. WORK HABITS
- Observance of working hours
- Attendance
- Observance of rules and regulations
- Observance of Safety Rules
- Compliance with work instructions
- Orderliness in work
- Application to duties

LASD_273688

## 4. PERSONAL RELATIONS
- Getting along with fellow employees
- Meeting and handling the public
- Personal appearance

## 5. ADAPTABILITY
- Performance in new situations
- Performance in emergencies
- Performance with minimum instructions

## 6. OTHER

## 7. SUPERVISORY ABILITY (ONLY FOR SUPERVISORS)
- Planning and assigning
- Training and instructing
- Disciplinary control
- Evaluating performance
- Leadership
- Making decisions
- Fairness and impartiality
- Approachability
- Maintaining an effective safety program
- Affirmative Action

CONTENTS
W.H. ALLEY
NOTED

(Continue COMMENTS on attached sheet)

### OVER-ALL EVALUATION

| UNSATISFACTORY | IMPROVEMENT NEEDED | COMPETENT | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|
|  |  | + |  |  |

### SIGNATURES OF REPORTING OFFICERS

This report is based on my observation and/or knowledge. It represents my best judgment of the employee's performance.
RATER ____ 014373 ____ DATE 11-30-81

(The use of Reviewer OPTIONAL with department)

I have reviewed this report.
REVIEWER ____ CAPT ____ DATE 11/30/81

I concur in and approve this report.
DEPT. HEAD ____ DATE DEC 18 1981
(or authorized representative)

AT ASSIGNMENT   DEC 18 1981

Copy of report given to employee   DATE ____
Copy of report mailed to employee
Address ____   DATE ____
Report discussed with employee
BY ____ 014373 ____ DATE 12-1-81
This report has been discussed with me.
EMPLOYEE'S SIGNATURE  William Thomas Carey  DATE 12-1-81

## CONFIDENTIAL

260

LOS ANGELES COUNTY CIVIL SERVICE COMMISSION

## REPORT ON PROBATIONER

38 J-7/75

**1**

| CAREY, WILLIAM T. | 173140 | 2709 A | 12-12-80 |
|---|---|---|---|
| EMPLOYEE NAME | EMPLOYEE NUMBER | ITEM NUMBER | DATE TO BE FILED |

DEPUTY SHERIFF I - IRC/CU       770 TRA/CLS   FROM 1-11-80   TO 1-10-80
POSITION                         DEPT. - DIV. - SUB.        PERIOD

RATE EACH FACTOR — COMPETENT / IMPROVEMENT NEEDED / UNSATISFACTORY

Checking items **OPTIONAL** with department
+ Strong ✓ Standard — Weak

**QUANTITY** ☐ ☐ ☑
- → ⊞ Amount of work performed
- ✓ Completion of work on schedule

**QUALITY** ☐ ☐ ☑
- ✓ Accuracy
- ✓ Neatness of work product
- ⊞ Thoroughness
- ✓ Oral expression
- ✓ Written expression

**WORK HABITS** ☐ ☐ ☑
- ✓ Observance of working hours
- ✓ Attendance
- ✓ Observance of rules and regulations
- ✓ Observance of Safety Rules
- ⊞ Compliance with work instructions
- ✓ Orderliness in work
- ⊞ Application to duties

4. **PERSONAL RELATIONS** ☐ ☐ ⊞
- ⊞ Getting along with fellow employees
- ✓ Meeting and handling the public
- ⊞ Personal appearance

5. **ADAPTABILITY** ☐ ☐ ⊞
- ⊞ Performance in new situations
- ⊞ Performance in emergencies
- ✓ Performance with minimum instructions

6. **OTHER** ☐ ☐ ☐

7. **SUPERVISORY ABILITY** (only for supervisors) ☐ ☐ ☐
- ☐ Planning and assigning
- ☐ Training and instructing
- ☐ Disciplinary control
- ☐ Evaluating performance
- ☐ Leadership
- ☐ Making decisions
- ☐ Fairness and impartiality
- ☐ Approachability
- ☐ Maintaining an effective safety program

**LASD_273689**

| OVER-ALL EVALUATION: | UNSATISFACTORY | COMPETENT ✓ |
|---|---|---|

RECOMMENDATIONS TO DEPARTMENT HEAD

☒ I do / ☐ I do not recommend the probationer's final and complete appointment.
RATER'S SIGNATURE _Robert M A Wilson_ DATE 12/13/80

☒ I do / ☐ I do not recommend the probationer's final and complete appointment.
REVIEWER'S SIGNATURE _____ DATE 12-15-80

Use COMMENTS space to describe employee's strengths and weaknesses. Give examples of work well done and plans for improving performance. (Factor ratings of Unsatisfactory or Improvement Needed must be substantiated by comments.)

During this rating period, Deputy Carey has completed the inmate processing training program and is now performing at a competent Deputy I level. He is liked and respected by his peers, and handles the public in an effective manner. He is meticulous about his physical appearance and maintains his physical condition through application to a regular exercise regime.

Deputy Carey adapts easily to new situations and reacts correctly to emergent situations. He has proven himself an asset to this unit, deserving of final appointment to Deputy Sheriff I.

Calif. Driver's License: ███
Expires:   5-29-81

(Continue COMMENTS on attached sheet)

### ACTION OF DEPARTMENT HEAD

☐ concur in and approve this report of performance evaluation.
On the basis of this report:
☐ I approve final appointment.
☐ I do not approve final appointment and request the Commission's consent to:
  ☐ Reduce the probationer to the position of _____
  ☐ Discharge the probationer from the service.
  Effective date of action _____

DEPT. HEAD _____ DATE 12-30-80
(or authorized representative)

Report discussed with employee
BY _Robert M A Wilson_ DATE 12-16-80

This report and the action indicated above have been discussed with me.
EMPLOYEE'S SIGNATURE X _William Thomas Carey_ DATE 12-16-80

Copy of report given to employee
BY _____ DATE _____

### USE WHEN PROBATIONARY PERIOD NOT COMPLETE

☐ Failed medical examination DATE _____
☐ Resigned from County Service DATE _____
☐ Left position to accept another County position DATE _____
☐ _____ DATE _____

Copy of report mailed to employee
Address    AT ASSIGNMENT    DATE DEC 31 1980

**CONFIDENTIAL**

261



DEPARTMENT OF
POLICE

CHIEF OF POLICE
RICK BRAZIEL

DEPUTY CHIEFS
SAM SOMERS, JR.
BRIAN LOUIE

CITY OF SACRAMENTO
CALIFORNIA

5770 FREEPORT BLVD., SUITE 100
SACRAMENTO, CA
95822-3516

PH 916-808-0800
FAX 916-808-0818
www.sacpd.org

September 3, 2008
Ref: COP 9-3

Los Angeles County Sheriff's Department
4700 Ramona Boulevard
Monterey Park, CA 91754
Attn: Leroy D. Baca, Sheriff

Dear Sheriff Baca:

On 8-21-08, 17 year-old Kevin Marshall was shot and killed in the City of Sacramento. Three suspects were identified and tracked to the South Gate area of Los Angeles County. The South Gate Police Department was contacted for assistance, but they stated that they did not have the resources to assist us and for us to contact the Los Angeles County Sheriff's Department. The LASD Century Station was contacted, and they immediately agreed to help. With descriptions of the suspects and the possible vehicles they might be in, detectives responded to the area and quickly located one of the vehicles. A short while later, suspect Cuauthemos Rodriguez was located as he got into the vehicle and drove off; he was then stopped and detained, and they determined he had just come from a relative's house. Detectives obtained a statement under Miranda from Rodriguez in which he admitted to being the shooter, and told them where a handgun was located. Rodriguez also told them the location of another relative's house that was nearby. Deputies responded to the location and arrested suspect Octavio Rodriguez. The third suspect, Augustine Rodriguez, was located at a nearby hospital, being treated for injuries, presumably sustained in the fight with the victim.

The LASD personnel froze two locations using multiple deputies; placed one of the suspects under hospital watch around-the-clock for 2 days while he was being treated; devoted a team of detectives to the apprehension of the suspects; and two detectives assisted SPD Detectives until 0330 hours Saturday morning as SPD Detectives served search warrants and interviewed the three suspects. The LASD also initiated a Crime Lab call-out and had two Crime Lab Technicians respond and photograph all three suspects, as well as take DNA samples and fingernail scrapings. The LASD Crime Lab also agreed to perform GSR testing on the vehicle in which one of the suspects had been located.

*The mission of the Sacramento Police Department is to work in partnership with the Community to protect life and property, solve neighborhood problems, and enhance the quality of life in our City.*

LASD_273691

CONFIDENTIAL

We couldn't have asked for anything more from the LASD personnel. Due to their generous assistance, all three suspects were quickly located; two locations identified led to the recovery of a handgun, which is presumed to be the murder weapon; a confession was obtained from one of the suspects and some great statements were obtained from the other two suspects. I would personally like to thank the following LASD personnel:

Captain James Hellmold, Commander of the Century Station
Lt. Kevin Hebert, Watch Commander Century Station
Lt. Vance Duffy, Watch Commander Century Station
Lt. Tom Carey, Detective Division
Lt. Ruth Nelson, Major Crimes
Det. Sgt. Troy Ewing
Det. Rick Walters
Det. Rodney Moore
Det. Noe Garcia
Det. Jesse Rojas
Det. Sam Valente
Steve Renteria, Senior Criminalist
David Ozeta, Forensic Identification Specialist

Inter-agency cooperation is a much-discussed concept, especially when it comes to obtaining grants. For the personnel of the Century Station of the LASD it is obviously much more than a concept, it is their practice.

Sincerely,

Rick Braziel, Chief of Police

RB:cp

LASD_273692

CONFIDENTIAL

263



Leroy D. Baca, Sheriff

*County of Los Angeles*
# Sheriff's Department Headquarters
*4700 Ramona Boulevard*
*Monterey Park, California 91754-2169*



October 30, 2008

Rick Braziel, Chief of Police
City of Sacramento
Department of Police
5770 Freeport Boulevard, Suite 100
Sacramento, California  95822-3516

Dear Chief Braziel:

Your letter commending several members of our Department has been received. I wish to personally thank you for taking the time to express your thoughts regarding the exceptional efforts, professional assistance and tenacity they demonstrated while assisting your agency with the apprehension and arrest of the three suspects involved in the murder of a juvenile.

The personnel commended are fine examples of the dedicated men and women who comprise our Los Angeles County Sheriff's Department. It is always heartwarming when they are recognized for their efforts.

A copy of your letter will also be forwarded to the Unit Commanders of their respective units so a formal Watch Commander's Service Comment Report can be completed and placed in their performance files. I am certain that they will be very grateful for your kind and generous comments, and I appreciate the opportunity it affords me to evaluate the conduct of my personnel.

My kindest regards.

Sincerely,

**ORIGINAL SIGNED**

LEROY D. BACA
SHERIFF

*A Tradition of Service Since 1850*

LASD_273693

CONFIDENTIAL

264

LDB:EKH:CC:dc:C
SHB

cc:    Commander Kevin A. Goran - Field Operations Region II
       Captain James J. Hellmold #223709 - Century Station
       Lieutenant William T. Carey #173140 - Century Station
       Lieutenant Vance E. Duffy #266639 - Century Station
       Lieutenant Kevin E. Hebert #277067 - Century Station
       Sergeant Troy W. Ewing #241325 - Century Station
       Deputy Noe Garcia #300274 - Century Station
       Deputy Rodney K. Moore #443091 - Century Station
       Deputy Jose J. Rojas #437727 - Century Station
       Deputy Samuel Valente #408958 - Century Station
       Deputy Richard G. Walters #299360 - Century Station
       Captain Jack S. Jordan Jr. - Major Crimes Bureau
       Lieutenant Ruth A. Nelson #253688 - Major Crimes Bureau
       Captain David A. Walters - Scientific Services Bureau
       Senior Criminalist Steve R. Renteria #218140 - Scientific Services Bureau
       Forensic Identification Specialist I David A. Ozeta #432811 - Scientific Services Bureau
       Personnel Administration

**LASD_273694**

**CONFIDENTIAL**

265

LOS A﹍ ﹍ELES COUNTY SHERIFF'S ﹍ PARTMENT | EC #

# EMPLOYEE COMMENDATION / AWARD PPI DATA ENTRY FORM

| Bureau/Station/Facility Providing Commendation: Custody Operations / North Facility | Date: 09/09/05 | URN #: | SCR #: | Existing incident #: IC |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| ☐ Board of Supervisor's Recognition<br>☐ Medal of Valor<br>☐ Meritorious Conduct Medal, Gold<br>☐ Meritorious Conduct Medal, Silver | ☐ Distinguished Service Award<br>☐ Exemplary Service Award<br>☐ The Sheriff's Award<br>☐ Employee Unit Recognition | ☐ Sheriff's Commendation<br>☐ Division Chief Commendation<br>☒ Unit Commander Commendation<br>☐ Commendable Restraint | ☐ Career Achiever's Award<br>☐ Line of Duty<br>☐ External  Award<br>☐ External Commendation | ☐ Undersheriff/Assistan Sheriff Commendatioⁿ<br>☐ Other Commendatioⁿ<br>☐ Other Award |

## Reporting Party Information

| Last Name: Lindsey | First Name: Robert | Middle Name: C. | Work Phone: 323-526-5131 |
|---|---|---|---|
| Unit of Assignment: Bureau of Compliance | | | Employee #: 150612 |

| Date: 08/19/05 | Time: 0255 | City/Station Area: Castaic | | R.D.: 5630 |
|---|---|---|---|---|

Location/Address: 20300 The Old Road

Synopsis of Attached Commendation Memo: Employee overheard an inappropriate comment over the radio which was a potential violation of the Policy of Equality. Employee took positive and corrective action. Employee was commended for his thorough and prompt attention to this matter.

## Non-Employee Witness Information

| Last Name: | First Name: | Middle Name: | Home Phone: | Work Phone: |
|---|---|---|---|---|

## Involved Employee Information

| Last Name: Carey | First Name: William | Middle Name: T. | Work Phone: 661-295-8059 | Sex: M | Race: | Age: |
|---|---|---|---|---|---|---|
| Unit of Assignment: North Facility | | | | Height: | Weight: | |
| Employee #: 173140 | Work Assignment (Unit #, Module, etc.): Watch Commander | ☐ EM Shift: ☒<br>☐ Day Shift: ☐<br>☐ PM Shift: ☐ | ☒ Regular Shift: ☐ OT Shift: ☐ Off-Duty | | | |
| Last Name: | First Name: | Middle Name: | Work Phone: | Sex: | Race: | Age: |
| Unit of Assignment: | | | | Height: | Weight: | |
| Employee #: | Work Assignment (Unit #, Module, etc.): | ☐ EM Shift: ☐<br>☐ Day Shift: ☐<br>☐ PM Shift: ☐ | ☐ Regular Shift: ☐ OT Shift: ☐ Off-Duty | | | |

## Employee Witness Information

| Last Name: | First Name: | Middle Name: | Employee #: | Last Name: | First Name: | Middle Name: | Employee #: |
|---|---|---|---|---|---|---|---|

## AUTHORIZATION

| Unit Commander (Please Print): Ray Leyva | Employee #: 196150 | Date: 09/09/05 | Contents Noted (Area Commander): D. RODRIGUEZ | Employee #: 07830-Y |
|---|---|---|---|---|
| Signature: | | | CONTENTS NOTED | Date: 9/12/05 |

SH-R-437C-Rev.5/98

LASD_273695

CONFIDENTIAL

266

76155 IN25A-SH-AD32A (11/00)

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE: August 22, 2005

_C FFICE CORRESPONDENCE_

FROM:    ROBERT C. LINDSEY, CAPTAIN        TO:    RAY LEYVA, CAPTAIN
         BUREAU OF COMPLIANCE:                    NORTH FACILITY

SUBJECT: COMMENDATION

Attached, please find a commendation for Lieutenant William Carey of your command. He recognized a potential violation of the Policy of Equality and took immediate corrective action to address the problem. Please thank him on our behalf.

RCL;JAG:jag

RECEIVED

SEP 0 3 2005

NORTH FACILITY

**LASD_273696**

**CONFIDENTIAL**                267

SH-AD-32A (6/94)

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE:    July 14, 2004

OFFICE CORRESPONDENCE    FILE NO.:

**FROM:**    JOHN M. WITT, CAPTAIN          **TO:**    WILLIAM T. CAREY, LIEUTENANT
PALMDALE STATION                    PALMDALE STATION

**SUBJECT:**    COMMENDATION

On June 26, 2004, I had the distinct pleasure of attending this year's
Station Picnic.  The event was absolutely wonderful; great location, great
food, great activities and, best of all, great people!

The preparation and execution of the event involved long hours of hard
work, innovation and creativity.  It all paid off, with the end result being a
fun-filled day for all!

I wish to commend you for your efforts as part of the planning committee
and for all of the time spent ensuring the success of this year's event.  This
year's picnic will certainly set a benchmark for future station picnics!

Thanks, Tom!  Great job!

LASD_273698

CONFIDENTIAL

268

761551N25A-SH-AD32A (2/72)-PS9-85

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE: February 5, 1998

<u>OFFICE CORRESPONDENCE</u>    FILE NO:

FROM:   ERIC K. HAMILTON LIEUTENANT          TO:   WILLIAM T. CAREY, SERGEANT
        WEST HOLLYWOOD STATION                     WEST HOLLYWOOD STATION

SUBJECT    COMMENDATION

On Saturday, January 31, 1998, Sergeant Carey assembled the four (4) assigned training units and provided them with an in depth "Felony Pull-over" presentation. His discussion covered the various aspects of a felony traffic stop from vehicle positioning to coordinating multi-unit responses to tactically extricating a suspect(s) from a vehicle. Afterwards, he arranged and coordinated a role playing scenario where the deputies actually had an opportunity to conduct a felony stop. Needless to say, the deputies were overwhelmingly pleased with the training and requested more.

Sergeant Carey is to be commended for his outstanding efforts, leadership, and commitment to providing our fine deputies with information and training that will enable them to better perform their duties during a crisis situation.

EMPLOYEE:   W.T. C_____          DATE: 2-5-98

SUPERVISOR:   _____          DATE: 02-05-98



CONTENTS
R. E. ODENTHAL
NOT

**CONFIDENTIAL**

269

LASD_273409

Ms. Jane Marynowski
1800 W. Hillcrest Drive Apt. #308
Newbury Park, CA 91320
(805) 376-8228

October 23, 1995

Dear Sheriff Block:

Excuse my writing, I have been spoiled using my Computer which is packed for my move, and I have become lazy.

Anyway my purpose for writing is good not negative. Please read on.

Someone I care about very much is at the Honor Ranch in Castaic waiting for whatever is to be, or the outcome.

During my visits most of your staff are accommodating. However there are two Sergents by the Names of Carey and Ortega that stand out. They are helpful and understand that just because you know or visit someone that you may not understand why or how the system works.

This past Sunday I was asked by the person I was visiting to pick up his personal things

**LASD_273419**

**CONFIDENTIAL**

270

I asked to please speak to the Sergent in charge.

This is where Sergent Ortega, saved "any" day from being bad, I explained my position to him, he Sergent Ortega, said I regret that this happened, I will have another Blue slip filled out by the inmate, signed by a Deputy this time, He also said please bare with us, and that if I went back to County after our call he would fax it over there. Sir, you cant begin to understand how I felt when Sergent Ortega, responded in the positive way that he did I was so impressed how he took control of the situation and followed through. I thanked him, Sir to me that meant more than I can express.

I am relocating to Nevada on the 30th of October, and my time is short, I did not need to drive back to County again, it just was not in my hectic schedule. I know that there are cut backs in your Department and are short staffed at locations, but someone (Sergent Ortega), cared enough.

LASD_273420

**CONFIDENTIAL**

271

your staffs morale when you get
sincere, positive feedback.

Sir, in my tired, bad writing and
spelling, not to mention my gramar oops
(My brain is not spell checking) I truly
hope that you take this as positive,
as it "is" meant to be. I trust that
you will inform your Sergents.

Sir, I wish you continued sucess and
thank you for your time.

Sincerely,

Jane Marynowski

RECEIVED

LASD_273421

CONFIDENTIAL

COUNTY OF LOS ANGELES

## SHERIFF'S DEPARTMENT

DATE:    August 8, 1989
FILE NO:

OFFICE CORRESPONDENCE

FROM:   GERALD W. MINNIS, CAPTAIN
COMMANDER, FIRESTONE STATION

TO:  DEP. MARK L. LILLIENFELD, #195921
DEP. WILLIAM T. CAREY, #173140
FIRESTONE STATION

SUBJ:   COMMENDATION

Sergeant Jones has informed me that on July 30, 1989, you conducted an investigation which led to the arrest of three suspects and the recovery of a stolen vehicle and other property. These arrests resulted from observations you made while working the night detective car. Your attention was drawn to several suspicious persons in possession of an almost new Porsche Cabriolet. After observing the driver commit several traffic violations, you stopped the car and contacted its occupants. Feeling suspicious of various stories offered about ownership of the automobile, you separated the occupants and interviewed them separately. Your concerns were heightened when the suspects each offered different explanations about the car. A computer record check revealed the car was stolen during an armed robbery in Los Angeles several hours before. The suspects were arrested and interviewed at the station. During their interviews, their statements denying knowledge and involvement were disproved when the victim identified them from photographs.

As a direct result of your observations and outstanding follow-up investigation the Los Angeles Police Department was able to file felony charges on all three suspects.

Finally, the victim of this robbery has expressed his deep appreciation of your efforts by writing the attached letter.

You are both to be commended for your outstanding effort in this case.

GWM:eq

LASD_273434

CONFIDENTIAL

273