# Exhibit E

| | |
|---|---|
| **From:** | Carey, William T. |
| **To:** | Leavins, Stephen E. |
| **Sent:** | 9/8/2011 1:58:14 PM |
| **Subject:** | RE: |

I believe we have to honor it, can't impede, otherwise could be construed as interfering in my opinion

-----Original Message-----
From: Leavins, Stephen E.
Sent: Thursday, September 08, 2011 1:56 PM
To: Carey, William T.
Subject:

Have we decided what to do with the fed order for browns booking packet?

CONFIDENTIAL

LASD_332876