# Exhibit F

2

# 2014
# STANDARD DIARY

## Daily Reminder



SD389
RED

GAP#793857/101446281

38576 01514   2

SD389

JANUARY **20** MONDAY                                    TUESDAY **21** JANUARY

2014    20th day – 345 days follow                    2014    21st day – 344 days follow

Martin Luther King Jr. Day

1500'ish — Channel 7, LISA HARTLEY wanted info on AUG 19TH, 2011 MEETING, thru public records ACT, got Baca's Calender — mtg scheduled w/ ME, G. THOMPSON GALENGER, TANAKA - RESPONSE WAS "NO COMMENT"

—1900'ish Whitmore called, wanted info on CH 7's call

2023 — E-mail from ABNER RE: mtg w/ Sheriff

→

TUES, 1/21/14 1400 HR, SHERIFF CALLED & ASKED ME TO COME BACK, HAD (1) QUESTION

↗

BROUGHT UP "ORDER" TO CONTACT NARK, TOLD him, in my OPINION, we presented IDEA TO him & he agreed, GAVE his BLESSING, TOLD him I WAS POSITIVE he WAS briefed prior & his msg WAS "DO NOT PUT handcuffs on her", SAID I ALREADY interviewed, my ACCOUNT WASN'T going to change & I WASN'T COMPRIMISING my integrity, said he got a defense, SUPEONA FOR NARK, ASKED IF I GOT ONE, TOLD him he should CONTACT SOMEY/DAY, GET DOCS & BE PREPARED — ACCOUNT CONFUSED, LACK OF CONFIDENCE

1100 — MTG w/ Sheriff ABNER PRESENT DENIED SEEING VIDEO, SAYING "BEST LAUGH I'VE HAD IN AWHILE", ASKED TO SEE VIDEO (CONTACT w/ MARK), TOLD him we should PROB CK w/ BECUB, INDICATED he wasn't aware of contact until after it occurred, didn't seem to comprehend I WAS IN TASK COMMERCE & TASK FORCE WAS IN SHB, SAID CRAIG/LONG were IN TANAKA'S OFFICE 2-3 TIMES A DAY, TOLD him that wasn't my UNDER-STANDING, SAID TANAKA'S AIDE, NOW A CAPTAIN, INDICATED they were, ASKED why we WAITED SO LONG TO TRANSFER A.B. TO STATE PRISON, SAID he might have said something to the effect of "TASTE OF her own medicine" but not "BEST LAUGH", I TOLD him of reasons why we moved A.B. REMINDED him of AREA 51 MTG STARTED EARLY, APPROX 1040 to 1132, seemed very CONFUSED

1630 — went to ABNER'S office - ADV her of 2ND MTG w/ Sheriff, TOLD her to ADVISE SHERIFF TO REVIEW/PREPARE, SAID (2) PREVIOUS TIMES she met/SPOKE w/ Sheriff, he didn't seem r. ...