# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No. | CR15-255 PA | | Date | April 28, 2017 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON |
|---|---|
| Interpreter | N/A |

| V.R. Vallery | Not Reported | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) William Thomas Carey | | | √ | Andrew D. Stolper | | | √ |

**Proceedings:**   IN CHAMBERS

The Court continues the sentencing hearing from May 8, 2017, to May 22, 2017, at 8:30 a.m.

IT IS SO ORDERED.