ANDREW STOLPER (205562)
Frank Sims Stolper LLP
Newport Gateway
19800 MacArthur Boulevard, Suite 855
Irvine, California 92612
Telephone: (949) 201-2402
Facsimile: (949) 201-2405
Email:      astolper@lawfss.com


Attorneys for Defendant
WILLIAM THOMAS CAREY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | DEFENDANT'S SUPPLEMENT TO SENTENCING POSITION |
| v. | |
| WILLIAM THOMAS CAREY, | |
| Defendant. | |

1

**WILLIAM "TOM" CAREY**
Care of Andrew Stolper, Esq.
19800 Mac Arthur Blvd., Suite 855
Irvine, California 92612

May 18, 2017

**VIA ELECTRONIC FILING**
Hon. Percy Anderson
First Street Courthouse
350 W. 1st Street, Courtroom 9A, 9th Floor
Los Angeles, California 90012

Dear Judge Anderson:

I stand before you terrified that my life is going to be defined by the poor choices I have made.

I accept full responsibility for what I did, and perhaps more importantly, what I did not do, during my final years in law enforcement. I find myself frustrated at my inability to go back in time to make decisions that, in retrospect, are obvious. It took my leaving the Los Angeles County Sherriff's Department to regain the direction that I lost while working there.

I want to apologize to the Court, and to the government, for my conduct. I hope that my cooperation in some way makes up for my earlier wrongdoing. I have and will continue to apologize to my family for putting them through an ordeal that is entirely of my own making. I have worked very hard to give my children a better life than I've had. Their success and happiness is my greatest joy. I am deeply regretful that I have placed a burden on them as a result of my conduct. And it may seem odd to you, but I also apologize to the Los Angeles County Sherriff's Department. My failures reflect badly on an institution that I grew up in and that I was proud to be member of for my entire adult life.

Sincerely,

*W. T. C—*

Tom Carey