# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-00255-PA | | Date | May 22, 2017 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | NOT APPLICABLE |
|---|---|

| V.R. Vallery | Cindy Nirenberg | Lizabeth Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) WILLIAM THOMAS CAREY | √ | | √ | 2) ANDREW D. STOLPER | √ | | √ |

**Proceedings:**   **SENTENCING** (non-evidentiary)

   For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

   At the request of defense counsel, the Court removes the condition of bail that defendant avoid all contact, directly or indirectly with any witness.  The government has no objection.

   IT IS SO ORDERED.

|  | : | 23 |
|---|---|---|
| Initials of Deputy Clerk | | VRV |

cc: USM
    PSA
    USPO

---