ANDREW STOLPER (205562)
Frank Sims Stolper LLP
Newport Gateway
19800 MacArthur Boulevard, Suite 855
Irvine, California 92612
Telephone: (949) 201-2402
Facsimile: (949) 201-2405
Email:      astolper@lawfss.com


Attorneys for Defendant
WILLIAM THOMAS CAREY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SELF-SURRENDER DATE THREE WEEKS FOR LACK OF BOP DESIGNATION; [PROPOSED] ORDER |
| WILLIAM THOMAS CAREY, | |
| Defendant. | |

The parties, through their respective counsels of record; hereby stipulate as follows:

1.   On May 22, 2017, this Court sentenced William "Tom" Carey to, among other things, a term of imprisonment of 9-months. This Court ordered he surrender as designated by the Bureau of Prisons ("BOP") on or before July 25, 2017.

2.   At the sentencing hearing, the Court invited Mr. Carey to seek a continuance of his surrender in the event the BOP had not designated him prior to the surrender date.

3.   As of July 21, 2017, the BOP has not yet designated Mr. Carey.

1

4.   The parties hereby respectfully request the Court issue an order delaying Mr. Carey's surrender three weeks to August 15, 2017.

IT IS SO STIPULATED

Dated: July 21, 2017                SANDRA BROWN
                                    Acting United States Attorney


                                    _____/s/_____
                                    LIZABETH RHODES
                                    EDDIE A. JAUREGUI
                                    Assistant United States Attorneys
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA



Dated: July 21, 2017                _____/s/_____
                                    ANDREW STOLPER
                                    Attorney for Defendant
                                    WILLIAM THOMAS CAREY

2