ANDREW STOLPER (205562)
Frank Sims Stolper LLP
Newport Gateway
19800 MacArthur Boulevard, Suite 855
Irvine, California 92612
Telephone: (949) 201-2402
Facsimile: (949) 201-2405
Email:      astolper@lawfss.com


Attorneys for Defendant
WILLIAM THOMAS CAREY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| WILLIAM THOMAS CAREY, | |
| Defendant. | |

It is hereby ORDERED that previous surrender date for defendant William "Tom" Carey of July 25, 2017 is VACATED.  IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons at or before 12 noon, on August 15, 2017.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS SO ORDERED

Dated:

_____/s/_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1