

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# OFFICE OF THE CLERK OF COURT

To:     Chief Deputy/Fiscal

**Re:     Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:  ___2:15–cr–00255–PA___
Defendant's Name:  ___William Thomas Carey___

The above–named defendant was ordered to self–surrender to begin serving their sentence of imprisonment on ___8/15/2017___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __8/23/2017__, it was verified the defendant:**

___has surrendered to the Bureau of Prisons___.

_____

**Verified via Bureau of Prisons website.**

_August 23, 2017_
Date

By _____/s/ *Margo Mead*_____
Deputy Clerk

CR–86 (11/08)                    VERIFICATION OF SURRENDER